# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**BRANDI MERRYMAN**                                                         **CIVIL ACTION NO.**
                                                                                          **5:20-cv-1324**

**VERSUS**

**LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON AND
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON**

## EXHIBITS TO COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **BRANDI MERRYMAN**, to submit Exhibits 1 through 6 which were inadvertently detached from the electronic filing of her Complaint today.

Respectfully Submitted,

s/J. Price McNamara

_____

**J. PRICE McNAMARA (20291)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email:  price@jpricemcnamara.com
Attorney for Complainant,
Brandi Merryman

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

s/J. Price McNamara

_____

**J. PRICE McNAMARA**

2