*Law Offices of*

# J. PRICE McNAMARA

Telephone: (225) 201-8311

10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
price@jpricemcnamara.com
Licensed in Louisiana and Texas
***Offices in Baton Rouge, Metairie and Houston***
(By Appointment)

Fax: (225) 201-8313

October 1, 2019

**BY FAX: 603-334-5703**
**& CERTIFIED MAIL/RRR**
Liberty Life Assurance Company of Boston
**ATTN: Group Benefits Disability Claims**
P.O. Box 7213
London, KY 40742-7213

> *Re:    My client/Claimant: Brandi Merryman*
> *Long Term Disability Claim No.: 8582115*
> *USAA*

## ADMINISTRATIVE APPEAL & REQUEST FOR CLAIM FILE

Dear Sir/Madam:

Please consider this the administrative appeal of my client, Brandi Merryman. While we officially hereby administratively appeal the denial of benefits dated July 31, 2019, we intend to provide additional information and request that it be considered prior to the administrative appeal deadline.

We request a copy of the entire administrative claims file, to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1.    All governing plan documents, including, but not limited to, the summary plan description, the plan itself, and any and all <u>certificates and policies</u> of insurance covering the plan.

2.    All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. § 2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making**

Liberty Life Assurance Company of Boston
October 1, 2019
Page 2

> **the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3.     The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4.     Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

If we do not receive timely (30 days) production of the above documents, we will seek statutory penalties.

**Please confirm your receipt of this letter by fax or email.

With kind regards, I remain

Sincerely,

J. PRICE McNAMARA

JPM/stb