

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

October 3, 2019

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE 2B
BATON ROUGE, LA 70809

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman

Dear J. Price McNamara:

This letter responds to your correspondence dated October 1, 2019.  As requested, we have enclosed a true and accurate copy of Ms. Merryman's claim file and the USAA policy. The disability insurance records have been compiled and maintained in the normal course of business, within the record keeping procedures of Lincoln Financial Group.

As we have previously explained, the basis for Ms. Merryman's claim denial was outlined in our letter of May 29, 2019.  She was advised of her right, under ERISA guidelines, to appeal the denial within 180 days of receipt of the denial letter and to submit any additional information, which she wished to be considered in the review of her claim.  We received her appeal request on June 6, 2019, along with the information she included.

As stated in our letter of July 31, 2019, we conducted a full and fair appeal review and determined that we must maintain our decision and our position remains unchanged.  Ms. Merryman has been afforded an opportunity to submit a timely written request for review and to submit additional medical findings to support her claim.  Our office communicated all claim determinations to her.  Therefore, it is our position that she was afforded a full and fair opportunity to appeal the denial of her claim in a timely manner.  As documented in our denial letters, our assessment of the claim and our determination to deny benefits was supported by the claim facts and the terms of the policy.

Under ERISA guidelines, she was entitled to appeal the determination made by Lincoln Financial Group and to submit any additional information wished to be considered as part of the appeal.  Lincoln Financial Group conducted a full and fair review of the appeal and accompanying materials and notified her of the results of that review.

At this time, her administrative right to review has been exhausted and no further review will be conducted by Lincoln Financial Group.  Determinations made by Lincoln Financial Group are based on the provisions outlined in the USAA's long-term disability policy. These provisions are not contingent on decisions made by the Social Security Administration nor the Workers' Compensation Carrier.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703