

# J. PRICE McNAMARA

E: price@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

## HOLDING INSURANCE COMPANIES TO THEIR PROMISES

November 26, 2019

**SENT VIA CERTIFIED MAIL**
**& FAX – 603-334-5703**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
**Attn: Charles Johnson**
PO Box 7213
London, KY  40742-7213

|  |  |  |
|--|--|--|
| **Re:** | **Claimant:** | **Brandi Merryman** |
|  | **Claim Number:** | **8582115** |
|  | **Long Term Disability Benefits – USAA** | |

Dear Mr. Johnson:

This is to advise that my client, Brandi Merryman, is in the process of collecting relevant claim documentation including medical records and will require an additional 60 days to complete her claim submission.

Please confirm receipt of this letter and Lincoln's agreement that Ms. Merryman will be allowed this extension to provide additional documentation.

Sincerely,

*Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/stb

---

**BATON ROUGE** (mail & deliveries)
10455 Jefferson Hwy.
Suite 2B
Baton Rouge, LA 70809
P: (225) 201-8311
F: (225) 612 6973

**NEW ORLEANS** (by appointment)
4141 Veterans Memorial Blvd.,
Suite 212
Metairie, LA 70002
P: (504) 458-8455
F: (225) 612 6973

**HOUSTON** (by appointment)
363 N. Sam Houston Pkwy. E,
Suite 1100 PMB #114
Houston, TX 77060
P: (713) 439-0339
F: (225) 612 6973