

# Fax Confirmation

**To:** (603) 334-5703                                 **From:** (225) 399-7368

**Doc:** Fax_Merryman - Feb 10 2020 Neuropsych Report of Dr. Garcia_Merryman - Ltr to Lincoln Fwd Neuropsych Eval Report - 07-09-20_2020-07-09-1145-PDT.pdf                 **Pages:** 10

**Sent:** July 9, 2020 11:45 AM PDT                 **Rec'd:** July 9, 2020 11:49 AM PDT



**J. PRICE McNAMARA**
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

## HOLDING INSURANCE COMPANIES TO THEIR PROMISES

July 8, 2020

**SENT VIA CERTIFIED MAIL**
**& FAX – 603-334-5703**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
**Attn: Disability Appeals**
PO Box 7213
London, KY  40742-7213

> **Re:**  **Claimant:**       **Brandi Merryman**
>        **Claim Number:**   **8582115**
>        **Long Term Disability Benefits – USAA**

Dear Sir/Madam:

Attached is a copy of a neuropsychiatric evaluation conducted by Dr.

Please confirm receipt of this letter and confirm that it will be included in consideration of Ms. Merryman's administrative appeal of her disability denial.

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/stb
Enclosure

---

**BATON ROUGE** (mail & deliveries)
10455 Jefferson Hwy.
Suite 2B
Baton Rouge, LA 70809
P: (225) 201-8311

**NEW ORLEANS** (by appointment)
4141 Veterans Memorial Blvd.,
Suite 212
Metairie, LA 70002
P: (504) 458-8455

**HOUSTON** (by appointment)
363 N. Sam Houston Pkwy. E,
Suite 1100 PMB #114
Houston, TX 77060
P: (713) 439-0339

 **University Health System**
www.UniversityHealthSystem.com

**University Health System**
**Medical Record Department/MS-26-2**
**4502 Medical Drive**
**San Antonio, Tx 78229**
**Phone: 210-358-3532**
**Fax: 210-358-5936**

BRANDI MERRYMAN
c\o BRANDI MERRYMAN
11839 GALLERYVIEW ST
SAN ANTONIO TX78249

July 7, 2020

Dear BRANDI MERRYMAN,

Please accept this letter as certification that the provided medical record documents are an exact duplicate of the original.

Date(s) of service:

| Type | From | To |
|------|------|-----|
| PN-Progress Notes | 02/10/2020 | |

If you have any questions, please contact us at (210) 358-3532, Monday - Friday between the hours of 8:00 a.m. - 5:00 p.m.

Sincerely,

**Maria Pena**

**Release of Information,**
**Health Information Management**



**University Health System**
**Medical Record Department/MS-26-2**
**4502 Medical Drive**
**San Antonio, Tx 78229**
**Phone: 210-358-3532**
**Fax: 210-358-5936**

www.UniversityHealthSystem.com

| | |
|---|---|
| **Requestor** | c\o BRANDI MERRYMAN |
| | BRANDI MERRYMAN |
| | 11839 GALLERYVIEW ST |
| | SAN ANTONIO TX 78249 |
| **Patient Name(s)** | Merryman, Brandi [22079548] |
| **Date Received** | Jul 07, 2020 |
| **Request Number** | 2007-000240 |
| **Reference Number** | |

## CONFIDENTIAL HEALTH INFORMATION ENCLOSED

Protected Health Information is personal and sensitive information related to a person's health care. It is being provided to you on the enclosed DVD and/or paper copies after appropriate authorization from the patient has been obtained, or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could be subject to penalties under federal and state law.

Velma Perales-Diaz, RHIA, BBA, CPC
Executive Director
Health Information Management
University Health System
4502 Medical Drive
San Antonio, Texas 78229

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 23, 2020 at 4:42:53 PM CDT | 21065790748 | 163 | 7 | Received |

03/23/2020   15:38 Neurolog Associates                                    (FAX)21065790748          P.001/007



Eric J. Pappert, M.D.
Toan Q. Vu, M.D.
Santiago Restrepo, M.D.
Maria V. Alvarez, M.D.
Patrick Grogan, M.D.
Michael I. Garcia, Ph.D.

## Neurology Associates

# FACSIMILE TRANSMITTAL SHEET

TO:                                          FROM:

_Nabeia Zalzala  D.O._                       _Michael  I.  Garcia  Ph.D_

COMPANY:                                      DATE:

                                             _March  23, 2020_

FAX NUMBER:                                  TOTAL NO. OF PAGES, INCLUDING COVER:

_210-702-4201_                               _7_

PHONE NUMBER                                 SENDERS REFERENCE:

_210-358-0800_

RE:                                          YOUR REFERENCE:

_Rt.  Merryman, Brandi: Neuropsych_
_Report_

☐ URGENT   ☒ FOR REVIEW   ☐ AS REQUESTED   ☐ PLEASE REPLY   ☐ OTHER SEE BELOW

NOTES/COMMENTS:

If you have any questions and need additional information from me, please do not
hesitate to contact me:

TEL 210-656-2333
FAX 210-656-1333

SAN ANTONIO: 255 E. SONTERRA BOULEVARD, SUITE 211, SAN ANTONIO TX 78258  TEL: 210.656.2333  FAX: 210.656.1333

This information is privileged and confidential and is intended for the use of the addressee only. Any disclosures, copying or distribution is strictly prohibited.
If you have received this transmission by error or if there are problems with the transmission, please call our office at 210-656-2333.

NEUROLOGY ASSOCIATES
255 E. Sonterra Blvd, Suite 211
San Antonio, TX 78258
Visit us online at www.TexasNA.com

02/10/2020

---

**Date:** 02/10/20 : 07:38pm
**Title:** NEUROPSYCHOLOGICAL ASSESSMENT

**DATE OF EVALUATION:** 10 February 2020
**DATE OF REPORT:** 10 February 2020
**REFERRAL SOURCE:** Dr. Zalzala
**EDUCATION:** 15

*This report is for the referring physician only. It should not be released to the patient without the approval of the psychologist who generated this report. In accordance with the Texas State Board of Examiners of Psychologists rules, the release of this information is based on the clinical judgment of the psychologist and is dependent on whether there is the possibility that releasing this report would be harmful to the patient's physical, mental or emotional health. The information in this report is considered privileged, protected, and strictly confidential.*

**REASON FOR REFERRAL:** This is a 29-year-old, right-handed Caucasian female, referred for neuropsychological evaluation by Dr. Zalzala. The evaluation was requested to determine Ms. Merryman's current level of neurocognitive functioning.

**HISTORY:** Particulars of Ms. Merryman's medical, psychiatric, and psychosocial history will not be repeated in this report as this appears in detail elsewhere in the patient's medical record. When questioned about the reason for testing, Ms. Merryman stated, "I read about cognitive functioning" When queried, the patient reported motoric difficulties and memory loss. The patient reported impaired balance with falls, resulting in superficial injuries. She reported "sticky feet" that feels like she is stepping on tape. She reported stiffness (whole body) and numbness in her left thigh. The patient ambulates with an assistive device (e.g. single-point cane). The patient reported an intermittent bilateral hand and head tremor. Onset of presenting motor complaints was variable, with variable course noted. The patient reported memory loss, primarily problems recalling names, object placement, important dates, appointments, details in conversation, and entire conversation. There are reportedly repetitive questions and statements. There are word-finding difficulties. Onset of presenting memory complaints was 3 years before this evaluation, with course described as worsening. The patient reportedly completes primary activities of daily living without assistance. The patient reportedly requires assistance completing instrumental ADLs such as managing finances, cooking, cleaning, and shopping. Primarily, she needs assistance because of significant fatigue and overstimulation. The patient had not driven in 2 years, but reportedly drove to her appointment today.

Medical history is reportedly positive for lupus, MS, and a concussion. The patient was also reportedly involved in a motor vehicle accident at age 22. The patient was a passenger in a vehicle that rolled over "a few times." The patient's boyfriend was driving at the time. The patient's boyfriend reportedly ran a red light and the car she was riding in was t-boned on the driver's side. The patient was not wearing a seat restraint at the time of the accident. It is unclear if she sustained blunt force trauma; however, she reported loss of consciousness. She denied retro- and posttraumatic amnesia. She denied long-term sequelae. Surgical history is reportedly positive for bunionectomy and cystectomy (bilateral legs). Vision is corrected prosthetically. The patient denied auditory disturbances.

Psychiatric history is reportedly positive for 1 inpatient hospitalization at Laurel Ridge for 10 days when she was 12-13 years old. The patient was self-harming (e.g. cutting). She denied suicidal ideation at the time of her hospitalization. At the time of this evaluation, the patient denied feeling depressed. However, she reported increased anger and frustration about her condition. Primarily, she feels upset that she experiences significant difficulty with memory and fatigue. She

**Special Studies**
Merryman, Brandi
**Patient ID:** MERBR000
**DOB:** 09/12/1990
**Age:** 29 years **Gender:** F

N E U R O L O G Y   A S S O C I A T E S
255 E. Sonterra Blvd, Suite 211
San Antonio, TX 78258
Visit us online at www.TexasNA.com

02/10/2020

reported anxiety. The patient reportedly becomes overstimulated easily in loud public spaces. Overstimulation causes her to become angry. The patient described sleep as nonrestorative subsequent to middle insomnia. The patient denied other neurovegetative symptoms of depression. The patient denied phobic behavior. The patient denied homicidal or suicidal ideation and hallucinatory- or delusory-like activity. She denied current substance experimentation, abuse, or dependence.

**BEHAVIORAL OBSERVATIONS:** Ms. Merryman presented to the evaluation ambulating with an assistive device (e.g. single point cane). The patient was casually dressed and adequately groomed. During the clinical interview, the patient cried and was often tearful when describing her difficulties. The patient cooperated on all tasks without prompting and persisted with little encouragement. Frustration and failure did not appear to have an effect on continued performance. The patient demonstrated normal concern about success. The patient was oriented to person, place, and time. She displayed focused attention with no prompting. Affect was restricted with mood dysthymic. She displayed complete understanding of directions and appeared to extend maximum effort. During conversational speech, comprehension, prosody, and fluency were within normal limits. Gross motor movements were smooth and deliberate.

**TESTS ADMINISTERED:** Clinical Interview, Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV), Abbreviated Wide Range Achievement Test - Fifth Edition (WRAT-5; Reading subtest), Abbreviated Wechsler Memory Scale - Fourth Edition (WMS-IV; Visual Reproduction, Logical Memory subtests), Rey Auditory Verbal Learning Test (RAVLT), Aphasia Screening Test (Drawings), Controlled Oral Word Association Test (COWAT), Semantic Fluency, Sensory-Perceptual Examination, Trail Making Test, Wisconsin Card Sorting Test (WCST), Reliable Digit Span (WAIS-IV; RDS), Beck Depression Inventory, Second Edition (BDI-II), Beck Anxiety Inventory (BAI), Minnesota Multiphasic Personality Inventory – Second Edition (BDI-2)

General Intelligence and Achievement: On the WAIS-IV, Ms. Merryman obtained a FSIQ of 94, placing her in the average range of psychometric intelligence. On the WAIS-IV, the patient obtained the following standard (centile) scores: Verbal Comprehension, 100; Perceptual Reasoning, 96; Working Memory, 92; Processing Speed, 92. On the WRAT-5, the patient obtained the following standard (centile) score: Reading (Word Recognition), 105. Ms. Merryman's reading score is commensurate given manifest IQ.

Memory and Learning: On the WMS-IV, Ms. Merryman's immediate recall of meaningful verbal information (paragraph length prose passages) was average. The patient's delayed (30 minutes) recall of the same verbal information was low average. The patient's immediate recall for visual information (reproduction of figural stimuli of varying complexity) was low average. The patient's delayed recall for the same visual information was mildly impaired. The patient's performance on a task of attention, concentration, and mental control was average (WAIS-IV Digit Span). Her ability to concentrate while manipulating verbally presented mathematical problems was average (WAIS-IV Arithmetic). On the RAVLT, Ms. Merryman's acquisition rate of words over trials was average. Her ability to recall the same list of words after an interference task was low average. Her ability to recall the same words after a delay was low average.

Language and Communication: Ms. Merryman's ability to generate word names spontaneously according to a phonemic rule was average (COWAT). Semantic fluency, measured by recall of animals, was average. The patient performed in the average range on a subtest designed to measure verbal concept formation and reasoning ability (Similarities). The patient performed in the average range on a subtest designed to measure the ability to define orally- and graphically-presented words (Vocabulary). The patient's performance on a task measuring degree of acquired knowledge from general culture was low average (Information).

Spatial: Ms. Merryman's reproductions of complex geometric figures were intact and do not indicate constructional

Printed On: 03/23/2020

**Special Studies**

NEUROLOGY ASSOCIATES

255 E. Sonterra Blvd, Suite 211

San Antonio, TX 78258

Visit us online at www.TexasNA.com

Merryman, Brandi

**Patient ID:** MERBR000

**DOB:** 09/12/1990

**Age:** 29 years  **Gender:** F

02/10/2020

---

dyspraxia. The patient performed in the average range in her ability to conceptualize spatial designs (Block Design). On a test designed to measure non-verbal reasoning ability, her performance was average (Matrix Reasoning). On a test of visual processing, her performance was average (Visual Puzzles). Her performance on a timed task measuring visual-motor coordination was average (Coding). Her performance on a task of visual perception was average (Symbol Search).

Motor and Sensory: No errors of imperception or suppression were noted on gross visual field examination. On a test of finger gnosis, the patient demonstrated 1 error out of 20 stimulations with the right hand and 0 errors out of 20 stimulations with the left hand. Tapping was mildly to moderately impaired bilaterally. Grip strength was severely impaired bilaterally.

Executive: Ms. Merryman's performance on a visual scanning task requiring her to utilize and order numerical cues sequentially (Trails A) was moderately impaired. The patient's performance on a similar, more complex task, requiring her to utilize alphabetical and numerical cues alternately in order to negotiate the array (Trails B) was low average. Her performance on a task of cognitive flexibility and problem solving (WCST) was borderline.

Effort and Motivation: Ms. Merryman's performance on RDS (raw = 10) is instructive, in that, she obtained scores that were indicative of optimal effort and motivation.

Emotional: Based on the clinical interview and items endorsed on the BDI-2 (raw = 23) and BAI (raw = 17), it appears that moderate symptoms of anxiety and moderate symptoms of depression may be contributing to this patient's presenting complaints.

The patient also completed the MMPI-2. The validity scale configuration of the MMPI-2 suggests that Ms. Merryman responded to the test items in an attempt to present a favorable impression of herself. As a result, there may be significant psychological problems not disclosed by this test.

Individuals with this profile may suffer from depression and anxiety that is typically manifested as somatic symptoms. Physical symptoms often develop during times of increased stress. Similar individuals may use denial and repression excessively, may lack insight into the causes of their symptoms, and resist psychological explanations for their problems. Although these individuals can be rather sociable, they tend to be passive-dependent in relationships. It is important for similar individuals to be liked and approved by others and their behavior is typically conforming and conventional. These individuals tend to seek medical treatment for their symptoms and are likely to terminate treatment prematurely if they are pressed to deal with psychological matters.

**SUMMARY AND IMPRESSIONS:** Given Ms. Merryman's performance on various neuropsychological measures, we do not believe she meets criteria for major neurocognitive disorder. Instead, the pattern of results suggests mild cognitive impairment (e.g. delayed visual memory, simple attention). Since this is our first opportunity to evaluate this patient, and as one method of documenting interval change, you may wish to consider pharmacological reevaluation in 12-24 months or sooner if clinically warranted.

Additionally, the patient was screened for neuropsychiatric factors that may be contributing or worsening cognitive complaints. At this time, it appears that depression and anxiety may be significantly contributing to this patient's presenting complaints. As a result, you may wish to consider pharmacological management of depression. Individual psychotherapy and/or a psychiatric consultation may also be a prudent course of action. Finally, you may wish to monitor psychological functioning for signs of fluctuation and or decompensation.

**NEUROLOGY ASSOCIATES**
255 E. Sonterra Blvd, Suite 211
San Antonio, TX 78258
Visit us online at www.TexasNA.com

**Special Studies**
Merryman, Brandi
**Patient ID:** MERBR000
**DOB:** 09/12/1990
**Age:** 29 years **Gender:** F

02/10/2020

---

Although there was no evidence of a major neurocognitive disorder, factors contributing or worsening Ms. Merryman's cognitive abilities may be multifactorial and complicated by a history of lupus, MS, concussion, and neuropsychiatric symptoms (e.g. depression, anxiety). As a result, current and future healthcare providers should take care in considering these factors when developing diagnostic conceptualizations of this patient and treatment plans/interventions.

**FUNCTIONAL IMPLICATIONS:** Based on Ms. Merryman's performance on various neuropsychological measures, she is most likely able to make medical, financial, and legal decisions. Finally, given Ms. Merryman's CDR score of 0, a driving restriction and/or evaluation does not appear warranted.

**RECOMMENDATIONS:**

- At this time, you may wish to consider pharmacological management of neuropsychiatric symptoms (i.e. depression, anxiety). If affective symptoms persist or worsen, you may wish to consider a psychiatric consultation, if not already completed.

- In addition to pharmacological management, the patient should be encouraged to seek out individual psychotherapeutic interventions such as Cognitive Behavioral Therapy (CBT). CBT is a short-term, psychotherapeutic intervention that helps individuals modify dysfunctional emotions, behaviors, and thoughts so that they may view challenging situations more clearly and respond to them in more effective ways. CBT focuses on solutions, encouraging patients to challenge distorted cognitions and change destructive patterns of behavior which may be contributing to presenting complaints. CBT can also help teach practical skills such as relaxation techniques that may prove useful in managing psychiatric symptoms.

- The patient reported difficulty with nonrestorative sleep subsequent to middle insomnia. As a result, you may wish to review with the patient basic sleep hygiene practices. If sleep problems persist, the patient may benefit from a sleep study consultation to evaluate sleep fragmenting factors.

- As part of your continued involvement with this patient, you may wish to monitor psychological functioning for signs of fluctuation and/or decompensation.

- As one method of documenting interval change, you may wish to consider neuropsychological re-evaluation in 12-24 months if clinically warranted.

- Given Ms. Merryman's reported complaints of memory difficulties, the following strategies may be helpful:
  - Keep a notebook or smartphone to keep track of important information, phone numbers, names, ideas, and addresses.

Printed On: 03/23/2020

Page: 4 of 6

**NEUROLOGY ASSOCIATES**
255 E. Sonterra Blvd, Suite 211
San Antonio, TX 78258
Visit us online at www.TexasNA.com

**Special Studies**
Merryman, Brandi
**Patient ID:** MERBR000
**DOB:** 09/12/1990
**Age:** 29 years  **Gender:** F

02/10/2020

- Use an organizer or calendar to keep track of important dates and appointments
- Use GPS tracking devices and navigation systems while driving to help direct to new locations and/or reduce distractions while driving.
- Put sticky notes around the house with reminders. Some individuals find it helpful to write down important reminders on bathroom mirrors with dry-erase markers, (since the bathroom is an area of the house that an individual will use daily).
- Adapt the environment to be more organized. Develop habits and routines so that items are placed in specific locations after use. For example, a key holder by the door for all keys or a "special place" (like a clear plastic box) for other important items like wallet, ID, glasses, hearing aids, and phone.

Thank you for this most interesting referral. If you have questions regarding these results or if I can be of further assistance in the management of this case, please do not hesitate to contact me (210-656-2333).

Sincerely,

*[signature]*

Michael I. Garcia, Ph.D.
Licensed Psychologist

| WAIS-IV Index Scores | Standard Scores | Percentile |
|---|---|---|
| FSIQ | 94 | 34 |
| VCI | 100 | 50 |
| PRI | 96 | 39 |
| WMI | 92 | 30 |
| PSI | 92 | 30 |

| WAIS-IV Subtest Scores | Scaled Scores | Percentile |
|---|---|---|
| Similarities | 11 | 63 |
| Vocabulary | 12 | 75 |
| Information | 7 | 16 |
| Block Design | 9 | 37 |
| Matrix Reasoning | 11 | 63 |
| Visual Puzzles | 8 | 25 |
| Digit Span | 9 | 37 |
| Arithmetic | 8 | 25 |
| Symbol Search | 9 | 37 |
| Coding | 8 | 25 |

| WRAT-5 | Standard Score | Percentile |
|---|---|---|
| Reading | 105 | 63 |

| WMS-IV | Scaled Scores | Percentile |
|---|---|---|
| Logical Memory I | 10 | 50 |
| Logical Memory II | 7 | 16 |

Printed On: 03/23/2020

**N E U R O L O G Y   A S S O C I A T E S**
255 E. Sonterra Blvd, Suite 211
San Antonio, TX 78258
Visit us online at www.TexasNA.com

02/10/2020

| | | |
|---|---|---|
| Visual Reproduction I | 7 | 16 |
| Visual Reproduction II | 6 | 9 |

| RAVLT | Z-Score | Percentile |
|---|---|---|
| Trails 1-5 Free Recall | -0.5 | 31 |
| List B | -1.0 | 16 |
| Immediate Recall | -1.0 | 16 |
| Delayed Recall | -1.0 | 16 |

| | |
|---|---|
| COWAT T-score= | 45 |
| Animals z-score = | 0.4 |

| Sensorimotor | Raw/R | Raw/L | T-score/R | T-score/L |
|---|---|---|---|---|
| Tapping | 43.0 | 37.2 | 32 | 31 |
| Grip Strength | 23 | 25 | 15 | 21 |
| Finger Gnosis (errors/out of 20 stimulations) | 1 | 0 | | |

| Trail Making Test | T-Score | Percentile | Errors |
|---|---|---|---|
| Trails A | 29 | 2 | 0 |
| Trails B | 41 | 19 | 0 |

| WCST | Sets | Total Errors | Pers. Responses | Pers. Errors |
|---|---|---|---|---|
| | 6 | 32 | 29 | 23 |

CPT 96116 Date: 02/10/20: 35 minutes = 1 unit
CPT 96138 Date: 02/10/20: 30 minutes = 1 unit
CPT 96139 Date: 02/10/20: 150 minutes = 6 units
CPT 96132 Date: 02/10/20: 60 minutes = 1 unit
CPT 96133 Date: 02/10/20: 120 minutes = 2 unit