**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| BRANDI MERRYMAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:20cv01324-DAE |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON AND | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| Defendant. | § | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston ("Lincoln Life")[1] files this Answer to Plaintiff's Complaint (the "Complaint") filed by Plaintiff Brandi Merryman ("Plaintiff") and states as follows:

### I.  PARTIES

1.      Lincoln Life is without sufficient knowledge to either admit or deny Plaintiff's current residence, and accordingly, denies this allegation.

2.      Lincoln Life admits it is a New Hampshire Corporation and that it is lawfully authorized to do business in Texas.  Lincoln Life denies all remaining allegations contained in Paragraph 2 of the Complaint.

3.      Lincoln Life admits it is a New Hampshire Corporation and that it is lawfully authorized to do business in Texas.  Lincoln Life denies all remaining allegations contained in Paragraph 3 of the Complaint.

---

[1]  Improperly named in the Complaint (and shown on the Court's Docket) as two separate entities/parties.  The name of the entity "Liberty Life Assurance Company of Boston" was changed to "Lincoln Life Assurance Company of Boston."  Accordingly, the two named Defendants in this suit are a single entity, and "Lincoln Life Assurance Company of Boston" is the correct name of the Defendant in this action.

## II.  JURISDICTION AND VENUE

4.       Lincoln Life admits that Plaintiff's claims are governed by Section 502 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") and under the jurisdiction of this Court pursuant to 28 U.S.C. § 1331.  Lincoln Life specifically denies that the bringing of this action or the recitation of jurisdictional bases gives rise to any inference that Plaintiff is entitled to any remedy or relief against Lincoln Life.  Lincoln Life denies all remaining allegations contained in Paragraph 4 of the Complaint.

5.       Lincoln Life admits that venue of this action is proper in this Court.  To the extent that Paragraph 5 contains legal conclusions, Lincoln Life is not required to answer.  Lincoln Life denies all remaining allegations contained in Paragraph 5 of the Complaint.

## III.  FACTS AND ALLEGATIONS

6.       Lincoln Life admits that USAA sponsored the USAA Group Disability Income Plan (the "LTD Plan") to provide long term disability benefits to certain of its employees and that the LTD Plan is an employee benefit plan as defined by the Employee Retirement Income Security Act of 1974, as amended ("ERISA").  Lincoln Life denies all remaining allegations contained in Paragraph 6 of the Complaint.

7.       Lincoln Life admits that Plaintiff was, at certain times, employed by USAA and a participant in LTD Plan sponsored by USAA.  Lincoln Life denies all remaining allegations contained in Paragraph 7 of the Complaint.

8.       Lincoln Life admits that benefits from the LTD Plan were, at certain times, insured, at least in part, by Group Disability Income Policy Number GF3-891-419734-01 (the "Policy") issued by Lincoln Life to USAA.  Lincoln Life denies all remaining allegations contained in Paragraph 8 of the Complaint.

9.      Lincoln Life admits that benefits from the LTD Plan were, at certain times, insured, at least in part, by the Policy issued by Lincoln Life to USAA.  Lincoln Life denies all remaining allegations contained in Paragraph 9 of the Complaint.

10.     Lincoln Life admits that USAA sponsored the LTD Plan to provide long term disability benefits to certain of its employees and that the Policy issued by Lincoln Life to USAA, at certain times, insured benefits from the LTD Plan.  Lincoln Life admits Plaintiff was, at certain times, employed by USAA and a participant in the LTD Plan.  To the extent that the allegations contained in Paragraph 10 seek to interpret the provisions of the Policy or documents governing the LTD Plan, Lincoln Life refers to the Policy and the documents governing the LTD Plan as the best evidence of their contents.  Lincoln Life denies all remaining allegations contained in Paragraph 10 of the Complaint.

11.     Lincoln Life admits Plaintiff's last day at work at USAA was August 2, 2018. Lincoln Life admits the Policy includes language pertaining to the definition of "Disabled" or "Disability" as applicable to a participant's claim for benefits from the LTD Plan, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life further admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 11 of the Complaint.

12.     Lincoln Life admits Plaintiff submitted a claim for, and at certain times received, benefits from the LTD Plan.  To the extent that the allegations contained in Paragraph 12 seek to interpret the provisions of the Policy or documents governing the LTD Plan, Lincoln Life refers to the Policy and the documents governing the LTD Plan as the best evidence of their contents. Lincoln Life admits it sent a letter to Plaintiff dated May 30, 2019, and Lincoln Life refers to the

letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 12 of the Complaint.

13.    Lincoln Life admits it received a letter from Plaintiff, along with additional documentation, appealing the termination of benefits from the LTD Plan under the Policy, and Lincoln Life refers to the letter and documents themselves as the best evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 13 of the Complaint.

14.    Lincoln Life admits it sent a letter to Plaintiff dated July 31, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 14 of the Complaint.

15.    Lincoln Life admits it received a letter from Plaintiff's counsel dated October 1, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 15 of the Complaint.

16.    Lincoln Life admits it sent a letter to Plaintiff's counsel dated October 3, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 16 of the Complaint.

17.    Lincoln Life admits it received a letter from Plaintiff's counsel dated November 26, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 17 of the Complaint.

18.    Lincoln Life admits it sent a letter to Plaintiff's counsel dated December 3, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 18 of the Complaint.

19.    Lincoln Life admits it received a letter from Plaintiff's counsel dated July 8, 2020, along with additional documentation, and Lincoln Life refers to the letter and documents

themselves as the best evidence of their contents.  Lincoln Life denies all remaining allegations contained in Paragraph 19 of the Complaint.

20.    Lincoln Life admits it sent a letter to Plaintiff's counsel dated July 14, 2020, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 20 of the Complaint.

21.    Lincoln Life denies the allegations contained in Paragraph 21 of the Complaint.

22.    Lincoln Life denies the allegations contained in Paragraph 22 of the Complaint.

23.    Lincoln Life admits that Plaintiff exhausted administrative remedies regarding the specific claims, issues, and rationales that were asserted in the course of Plaintiff's claim and administrative appeal prerequisite to bringing a claim for recovery of benefits from the LTD Plan under 29 U.S.C. § 1132(a)(1)(B).  Lincoln Life specifically denies, however, that administrative remedies were necessarily exhausted by Plaintiff regarding any specific claims, issues, or rationales that Plaintiff may have failed to raise in support of Plaintiff's claim or during the administrative review process.  Lincoln Life denies all remaining allegations contains in Paragraph 23 of the Complaint.

24.    Lincoln Life admits that by this action, Plaintiff is seeking recovery of benefits from the LTD Plan, along with attorney's fees, but Lincoln Life denies Plaintiff is entitled to any such relief or recovery.  Lincoln Life denies all remaining allegations contains in Paragraph 24 of the Complaint.

25.    Lincoln Life denies all allegations contained in Paragraph 25 of the Complaint.

26.    Lincoln Life denies all allegations contained in Paragraph 26 of the Complaint.

27.    Lincoln Life denies all allegations contained in Paragraph 27 of the Complaint.

28.    Lincoln Life denies all allegations contained in the WHEREFORE Paragraph of the Complaint and Paragraphs 1-4 thereunder and denies Plaintiff is entitled to the relief sought in the Prayer of the Complaint.

Lincoln Life denies all allegations contained in the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

1.    The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

2.    The standard of review by the District Court in this case should be whether the decision to deny Plaintiff's claim for benefits from the LTD Plan was an abuse of discretion because the relevant plan documents contain sufficient discretionary language to invoke that standard.

3.    Plaintiff's recovery of benefits, if any, from Lincoln Life is subject to an offset pursuant to the terms of the Policy and the documents governing the LTD Plan, which requires offset and/or repayment of any award of other earnings or benefits, including any disability benefits Plaintiff or Plaintiff's dependents receive from the Social Security Administration.

4.    Plaintiff has failed to exhaust administrative remedies regarding any specific claims, issues, or rationales that Plaintiff failed to raise in support of Plaintiff's claim or during the administrative review process.

5.    Plaintiff's claims are barred to the extent the Complaint was not filed within the Policy or statutory limitations period.

6.    Lincoln Life reserves the right to assert additional defenses.

## PRAYER

Lincoln Life requests that the Court enter judgment that Plaintiff recovers nothing by this action; that Lincoln Life be awarded its attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g); and that Lincoln Life be awarded such other and further relief to which it may show itself entitled.

Dated this 8th day of January 2021.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456

**BY:**   /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Price McNamara
Email:  price@jpricemcnamara.com

 January 8, 2021                                             /s/ Iwana Rademaekers
Date                                                                   Iwana Rademaekers