**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDI MERRYMAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:20cv01324-DAE** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON AND** | § | |
| **LINCOLN LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston[1] files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1.    **Liberty Life Assurance Company of Boston** is now known as Lincoln Life Assurance Company of Boston.  **Lincoln Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2.    The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Dated:  January 11, 2021.

Respectfully submitted,

---

[1]    Improperly named in the Complaint (and shown on the Court's Docket) as two separate entities/parties.  The name of the entity "Liberty Life Assurance Company of Boston" was changed to "Lincoln Life Assurance Company of Boston."  Accordingly, the two named Defendants in this suit are a single entity, and "Lincoln Life Assurance Company of Boston" is the correct name of the Defendant in this action.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456


**BY:**   /s/ Iwana Rademaekers
       Iwana Rademaekers, Attorney in Charge
       State Bar of Texas No. 16452560
       Email:  iwana@rademaekerslaw.com

### ATTORNEYS FOR DEFENDANT


### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Price McNamara
Email:  price@jpricemcnamara.com


 January 11, 2021                    /s/ Iwana Rademaekers
Date                                Iwana Rademaekers