IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRANDI MERRYMAN, | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:20cv01324-DAE** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON AND** | § | |
| **LINCOLN LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
|     **Defendant.** | § | |

## JOINT SCHEDULING RECOMMENDATIONS

In accordance with the Court's January 11, 2021, Order, the parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1.    As ERISA cases are generally decided on the administrative record and the filing of dispositive motions, disposition of this case will be controlled by the following deadlines to submit this ERISA action case to the Court on the merits based on the administrative record:

| | |
|---|---|
| May 3, 2021 | Deadline for Defendant to file Administrative Record with the Court. |
| May 10, 2021 | Deadline for both parties to file opening briefs. |
| June 7, 2021 | Deadline for both parties to file response briefs. |

2.    All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on February 9, 2021, and the parties have agreed as to its contents.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

**By:**   /s/ Iwana Rademaekers

      Iwana Rademaekers, Esq.
      Texas Bar No. 16452560
      Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

**AND**

**J. PRICE MCNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973

**BY:**   /s/ *J. Price McNamara* (w/permission)

      J. PRICE McNAMARA
      Bar Nos: LA 20291 & TX 24084626
      Email:  price@jpricemcnamara.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

      J. Price McNamara
      Email:  price@jpricemcnamara.com

  February 9, 2021               /s/ Iwana Rademaekers
Date                    Iwana Rademaekers