IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRANDI MERRYMAN,<br>**Plaintiff,**<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON AND<br>LINCOLN LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:20cv01324-DAE** |

## DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD

Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston ("Lincoln Life")[1] files this Submission of Administrative Record, pursuant to the Joint Scheduling Recommendations (Dkt 8) filed by the Parties on February 9, 2021.

1) Group Disability Income Policy (Lincoln/Merryman 001-040);

2) Appeal Decision Letter Dated July 31, 2019 (Lincoln/Merryman 116-122); and

3) Administrative Record (Lincoln/Merryman 041-058 and 123-607)[2].

SUBMITTED this 3rd day of May 2021.

Respectfully submitted,

---

[1] Improperly named in the Complaint (and shown on the Court's Docket) as two separate entities/parties. The name of the entity "Liberty Life Assurance Company of Boston" was changed to "Lincoln Life Assurance Company of Boston." Accordingly, the two named Defendants in this suit are a single entity, and "Lincoln Life Assurance Company of Boston" is the correct name of the Defendant in this action.

[2] Documents labeled Lincoln/Merryman 059-115 were produced and labeled as part of Defendant's files concerning this claim, but are not part of the administrative record and are not filed with the Court.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456


**BY:**  /s/ Iwana Rademaekers
        Iwana Rademaekers, Attorney in Charge
        State Bar of Texas No. 16452560
        Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**


**<u>CERTIFICATE OF SERVICE</u>**

        I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.  I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

                J. Price McNamara
                Email:  price@jpricemcnamara.com


    May 3, 2021                                  /s/ Iwana Rademaekers
Date                                         Iwana Rademaekers