Page 1 of 1

**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help | |
|------|-------|-------|------|-----|------|--|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 8582115     Claim Last Updated 07/31/2019     Printed On 11/20/2020

### Claimant Information

| | | | | |
|--|--|--|--|--|
| Name | BRANDI A MERRYMAN | SSN | | Birth Date |
| Address | | Salary Amount $ 4184.66 | Mode | M |
| | | Date of Hire 09/29/2014 | | |
| | | Last Work Date 08/02/2018 | | |
| | | Federal Tax Employee Option | State Tax No | |
| Phone | | Phys Demands Sedentary | | |

JobDesc 103572 MEMBER SOLUTIONS SENIOR SPEC

| | | | |
|--|--|--|--|
| Claim Status | Closed | Status Reason Not TD Own Occ | Received Date 12/07/2018 |
| Disability Date | 08/03/2018 | Close Date 06/01/2019 | Reopen Date |
| Sick Days Left | | Max Ben Date 09/11/2055 | RTW FT / PT |
| Ben Begin Date | 01/30/2019 | Apprv Thru Date 05/31/2019 | Gross Ben $ |

Diagnosis 1 Code/Desc M32.9     Systemic lupus erythematosus, unspecified

Diagnosis 2 Code/Desc G35     Multiple sclerosis

### Policyholder Information

Customer ID 09 - 419734     USAA

Subsidiary SAT0     USAA

Location F0000000     WORK AT HOME - FULL REMOTE

Symb GF   Numeral 01   Product LTD   Funding CON   Bank Y   Calcs Y   Cntr Eff 01/01/1997

Class 01     ALL F/T EES, EXCEPT EES OF THE EXECUTIVE MGNT GROUP, AS DESIGNATED EA

Waiting Period: New/Mode-Current/Mode   0   Day   0   Day   Days in WRKWK

Elimination Period: Days/Type   180   Sickness     COLA: Mode/Duration

Successive Period: Period/Mode   6   Month     SS Integration:Type/Value   FSS

Partial Disability Type/Pct   QRP+     Survivor Ben Months/Wait Period   3   180

Non-Verifiable Symptoms Limit   24     Own Occupation Definition Limit   24     M/N Limit   24

Benefit %     Max Benefit $     Min Benefit $     Employer Contr % 100.00     Subro Ind Y

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|--|
| GF | 01 | LTD | 01 | 09/29/2014 | |
| PD | 03 | STD | 01 | 09/29/2014 | |

Additional Information:

EXHIBIT

**3**

Lincoln/Merryman 041

Page 1 of 1

**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 6056243    Claim Last Updated 12/07/2018    Printed On 11/20/2020

### Claimant Information

Name  BRANDI A MERRYMAN                          SSN                Birth Date

Address                                          Salary Amount $ 1680.00    Mode  B

                                                 Date of Hire  09/29/2014

                                                 Last Work Date  08/02/2018

                                                 Federal Tax  None     State Tax  No

Phone  |(                                        Phys Demands  Sedentary

JobDesc  103572 MEMBER SOLUTIONS SENIOR SPEC

Claim Status  Closed       Status Reason  Max Dur/To LTD       Received Date  08/02/2018

Disability Date  08/03/2018    Close Date  01/30/2019       Reopen Date

Sick Days Left                 Max Ben Date  01/29/2019     RTW FT / PT

Ben Begin Date  08/10/2018     Apprv Thru Date  01/29/2019  Gross Ben $

Diagnosis 1 Code/Desc  M32.9        Systemic lupus erythematosus, unspecified

Diagnosis 2 Code/Desc

### Policyholder Information

Customer ID  09  -  419734        USAA

Subsidiary  SAT0                  USAA

Location  F0000000               WORK AT HOME - FULL REMOTE

Symb  PD    Numeral  03    Product  STD    Funding  ASO    Bank  N    Calcs  Y    Cntr Eff  09/01/2003

Class  01        ALL FT EES AS DESIGNATED EACH YEAR BY USAA WHO ARE IN ACTIVE EMPLOYM

Waiting Period: New/Mode-Current/Mode    0    Day    0    Day    Days in WRKWK  5

Elimination Period: Days/Type    7    Sickness        COLA: Mode/Duration

Successive Period: Period/Mode   14                   SS Integration:Type/Value

Partial Disability Type/Pct                           Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit        Own Occupation Definition Limit        M/N Limit

Benefit %        Max Benefit $        Min Benefit $        Employer Contr %        Subro Ind  Y

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|---|
| GF | 01 | LTD | 01 | 09/29/2014 | |
| PD | 03 | STD | 01 | 09/29/2014 | |

Additional Information:

Lincoln/Merryman 042

**Note Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom    AS Event    Add Note    Appeal    Claim    Coord Claim Note    Correspond    Doc List    Employee    Leave    Life Claim    Lve Addtl Info

Lve Correspondence    Lve Program    Lve Work Sched    Medical    Medical History    Note    SPELL Letters    Scheduled Pmt    Task Print    Task Rpt

Tasks

Claim

* **Claim/Event/Leave Number** 8582115        **Accommodation Number** [ ]

**Note type:** [ ]

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**11/18/2020 2:08 PM - CLAIM Note 58**
Claim/Event/Leave: 8582115
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/18/2020 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**07/13/2020 4:07 PM - CLAIM Note 57**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/13/2020 - JOHNSON, CHARLES]RECD A FAX FROM THE ATTY THAT INCLUDED A NEUROPSYCHOLOGICAL ASSESSMENT PERFORMED ON 2-10-2020 - HE WANTED THIS TO BE CONSIDERED AND ALLOW AN ADDITIONAL 60 DAYS FOR THEM TO CONTINUE TO GATHER INFORMATION - RESPONDED TO HIM THAT WE HAVE MADE OUR FINAL APPEAL DECISION - NO ADDITIONAL TIME IS TO BE ALLOWED AND NO ADDITIONAL REVIEWS WILL BE DONE

**12/02/2019 11:05 AM - CLAIM Note 56**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/02/2019 - JOHNSON, CHARLES]RECD REQUEST FROM THE ATTY FOR THE EE FOR ANOTHER 60 DAYS TO GATHER AND SUBMIT CLAIM INFORMATION - RESPONDED THAT WE HAVE COMPLETED THE APPEAL REVIEW AND THERE ARE NO ADDITIONAL APPEAL LEVELS

**10/09/2019 7:58 PM - CLAIM Note 55**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : NOA
Text: [10/09/2019 - LEITCH, DEWEY]LEGAL, RECVD

**10/03/2019 2:26 PM - CLAIM Note 54**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [10/03/2019 - ROSZELLE, MICHAEL]THUMB DRIVE COPY OF CORRESPONDENCE, CURRENT DOC LIST, CURRENT CLAIM NOTES, COVERSHEET, CLAIM DETAIL SCREENS, EMPLOYEE DETAIL SCREENS, OVERFLOW DETAIL SCREENS, CHECK DETAIL SCREENS, AND LTD POLICY SHIPPED TO J. PRICE MCNAMARA LAW OFFICES OF J. PRICE MCNAMARA 10455 JEFFERSON HIGHWAY SUITE 2B BATON ROUGE LA 70809 VIA 2ND DAY AIR UPS.

**10/03/2019 1:45 PM - CLAIM Note 53**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : OTHER
Text: [10/03/2019 - JOHNSON, CHARLES]RECD A REQUEST FROM AN ATTY FOR A COPY OF THE CLAIM FILE AND POLICY - SENT REQUEST

**08/08/2019 8:06 AM - PHONE Note 25**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject :
Text: [08/08/2019 - FERGUSON, TARA]CLMT CALLED, UNSURE CLAIM NUMBER, PROVIDED SSN., ADVISED BASED ON CLAIM NOTES, THE DENIAL OF BENEFITS HAS BEEN MAINTAINED, A LETTER WAS SENT 7/31, CONFIRMED ADDRESS ON FILE IS CORRECT. RECOMMENDED S/W CHUCK. ARC THAT REVIEWED HER FILE FOR FURTHER INFORMATION. TRANSFERRED

CALL.

**07/31/2019 8:41 AM - CLAIM Note 52**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : OUT
Text: [07/31/2019 - JOHNSON, CHARLES]MAINTAIN DENIAL

**07/31/2019 8:41 AM - CLAIM Note 51**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/31/2019 - JOHNSON, CHARLES]COMPLETED APPEAL REVIEW - THE INFORMATION CONTAINED IN THE FILE DOES
NOT SUPPORT ONGOING IMPAIRMENTS - MAINTAIN DENIAL

**07/26/2019 4:32 PM - PHONE Note 24**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject :
Text: [07/26/2019 - WACHOWIAK, FELICIA]EE CALLED FOR LOOKING TO SPEAK ABOUT STATUS OF CLAIM, ADCM WAS
UNAVAILABLE, STD CM TRANSFERRED TO APPEALS UNIT.

**07/15/2019 12:59 PM - CLAIM Note 50**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/15/2019 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 07/08/2019 AND DATED 07/08/2019 FROM EXAMWORKS INC.
INV# 40390-1, IN THE AMOUNT OF $1575.00 FOR PEER REVIEW PERFORMED BY VIKRAM GARG WITH A SPECIALTY OF
RHEUMATOLOGY. PAID INVOICE IN FULL

**07/08/2019 12:43 PM - CLAIM Note 49**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : VENDOR PAYMENT
Text: [07/08/2019 - JOHNSON, CHARLES]REFERRED FOR PROCESSING - TO MLS FOR RHEUMATOLOGY REVIEW

**07/02/2019 2:30 AM - CLAIM Note 48**
Claim/Event/Leave: 8582115
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/1/2019 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**07/01/2019 3:32 PM - CLAIM Note 47**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/01/2019 - JOHNSON, CHARLES]REVIEWING THE INFORMATION CONTAINED IN THE FILE - REFERRED TO RRS FOR
RHEUMATOLOGY REVIEW

**06/24/2019 9:32 AM - PHONE Note 23**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject :
Text: [06/24/2019 - FERGUSON, TARA]CLMT CALLED STATES HAS INFUSION, HAS A GRANT AND REST COMES FROM HER
HEALTH INSURANCE, SHE NEEDED TO MAKE SURE THAT IF SHE GOES IN FOR THE INFUSION, IF DOES THIS , WILL THIS
COME BACK ON HER. WANTED TO CHECK WITH LFG. EXPLAINED WOULD NEED TO SPEAK WITH THE HEALTH INSURANCE
CARRIER IF HER QUESTION PERTAINS TO THE COVERAGE FOR HER TREATMENT. EXPLAINED LTD. CLMT ACK, STATES
SHE HAS QUESTION ABOUT LTD APPEAL STATUS, CONCERN ABOUT MONEY. ARC ACK, CONFIRMED NO DETERMINATION
ON THE APPEAL, IT WAS JUST ASSIGNED TO CHUCK ON 6/18. CLMT ACK.

**06/18/2019 2:55 PM - CLAIM Note 46**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [06/18/2019 - BEAUPAIN, LOIS]ASSIGNED TO CHARLES JOHNSON. SENT ACK LETTER

**06/18/2019 11:51 AM - PHONE Note 22**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject : VM
Text: [06/18/2019 - BEAUPAIN, LOIS]11:24 6/17 CLMT CONFIRMING COMPLETE APPEAL THERE IS NOTHING ELSE TO SEND

**06/17/2019 10:50 AM - CLAIM Note 45**
Claim/Event/Leave: 8582115

Lincoln/Merryman 044

NoteSubject : Appeal
Other Subject : INTAKE
Text: [06/17/2019 - BEAUPAIN, LOIS]PRESCREEN COMPLETED. APPEAL SCREEN CODING IS ACCURATE. FI LTD ERISA. CLAIM FILE DATE 8/2/2018 AUTH IN DOC LIST. JD IN DOC LIST. CLAIM DENIED NOT TD. DENIAL LETTER DATED 5/30/19. APPEAL TIMEFRAME IS 180 APPEAL DEADLINE 11/25/19 LETTER OF APPEAL REC'D 6/5/19. CALLED CLMT TO CONFIRM COMPLETE APPEAL. LEFT VM FOR A R/C WITHIN 48 HOURS OR CLAIM TO BE ASSIGNED

**06/17/2019 10:47 AM - PHONE Note 21**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : INTAKE
Text: [06/17/2019 - BEAUPAIN, LOIS](361)            - CALLED AND LEFT A VM TO ADV APPEAL REC'D. ASKED FOR A R/C WITHIN 48 HOURS OR APPEAL WOULD BE ASSIGNED FOR REVIEW. PROVIDED PHONE AND FAX.

**06/11/2019 6:36 PM - PHONE Note 20**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject :
Text: [06/11/2019 - LEITCH, DEWEY]EE CALLED TO CF CLAIM MOVING FORWARD W/ APPEAL. DCM CFD CLAIM HAD BEEN FORWARDED TO APPEALS AND ADV EE TO ALLOW 45 DAYS FOR REVIEW. EE ACK. DCM CFD THAT IF CLAIM OVERTURNED, EE WOULD BE PAID 6/1 TO ATD. NFQ, C/E.

**06/10/2019 6:47 AM - CLAIM Note 44**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : REFERRAL RECD
Text: [06/10/2019 - PRESTON, SHERRY]ASSIGNED TO LOIS BEAUPAIN

**06/08/2019 2:31 AM - CLAIM Note 43**
Claim/Event/Leave: 8582115
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 6/7/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**06/07/2019 5:21 PM - PHONE Note 19**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject : RTC/LVM
Text: [06/07/2019 - LEITCH, DEWEY]EE RTC/LVM TO ADV NOT SURE IF OTHER INFO NEEDED, ADV TO CB IF ANYTHING ELSE NEEDED, C/E.

**06/07/2019 4:53 PM - CLAIM Note 42**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject :
Text: [06/07/2019 - LEITCH, DEWEY]SUBMITTED

**06/07/2019 3:50 PM - CLAIM Note 41**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject : MGR REVIEW-ARU
Text: [06/07/2019 - DIGIANDOMENICO, ROBERT]AGREE WITH ARU REFERRAL

**06/07/2019 10:28 AM - CLAIM Note 40**
Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject :
Text: [06/07/2019 - LEITCH, DEWEY]DCM RECEIVED LETTER OF INTENT TO APPEAL. CLAIM CLOSED 5/31/19 FOR NOT TD. CLOSURE LETTER SENT TO EE 5/30/19. EE HAS BEEN OUT CONTINUOUSLY SINCE 8/2/18 DUE TO MLS AND LUPUS. CLAIM CLOSURE BASED ON CC REVIEW DETERMINED TO CLOSE CLAIM FOR NOT TD IS APPROPRIATE AS AVAILABLE TX NOTES DO NOT SUSTAIN EE IMPAIRMENT WHICH WOULD PRECLUDE EE FROM PERFORMING SEDENTARY JD. APPEAL LETTER INCLUDING LETTER FROM EE PARENT AND OVN REC'D FROM EE ON 6/6/19. ADDLT OVN RECVD FROMARTHRITIS ASSOCIATES AND AP GAZDA, THRU 5/28/19. DCM RECOMMENDS CLAIM BE REFERRED TO APPEALS UNIT FOR FULL REVIEW, TO DETERMINE IF ANY ADDL SXS OF DEABILITATING SXS BEING PRESENTED FROM PREVIOUS MEDICAL REVIEW. CLAIM REFERREDTO MGR 1 FOR APPEALS REVIEW.

**06/07/2019 10:14 AM - PHONE Note 18**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : LVM
Text: [06/07/2019 - LEITCH, DEWEY]DCM LVM FOR EE AT (            AND REQ RTC TO CF INFO SUBMITTED FOR APPEAL IS ALL. DCM ADV OF RECENTLY RECVD INFO AND ADV OF CBN, C/E.

**06/06/2019 6:03 PM - CLAIM Note 39**
Claim/Event/Leave: 8582115

Lincoln/Merryman 045

Claim/Event/Leave: 8582115
NoteSubject : Appeal
Other Subject :
Text: [06/06/2019 - LEITCH, DEWEY]LTR RECVD FROM EE, MOTHER, OVN 10/15/18 - 5/8/19 VIA PORTAL

**06/06/2019 9:42 AM - CLAIM Note 38**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : GAZDA
Text: [06/06/2019 - LEITCH, DEWEY]5/28/19 OVN[06/06/2019 - LEITCH, DEWEY]8/20/18 - 5/28/19 OVN

**06/05/2019 2:37 PM - CLAIM Note 37**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : ARTHRITIS ASSOCIATES
Text: [06/05/2019 - LEITCH, DEWEY]5/8/19 - OVN

**06/05/2019 1:20 PM - PHONE Note 17**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject :
Text: [06/05/2019 - LEITCH, DEWEY]EE RTC TO DISCUSS CLAIM CLOSURE. ADV RECVD CLOSURE LTR. DCM ADV EE OF
APPEAL PROCESS. EE ADV ADDL TREATMENT OF IVIG. EE REQ ADCM FAX NUMBER AND ADV WILL S/W OTHER APS TO
SEND OVN. EE INQ ABT APPEAL PROCESS. DCM ADV EE TO INCLUDE ALL INFO NOT INCLUDED IN REVIEW, INCLUDING
DATES. EE ADV MISSED OTHER VMS AS DOESN T CHECK VM OFTEN. EE HNFQ, C/E.

**06/05/2019 10:21 AM - PHONE Note 16**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : RTC/LVM
Text: [06/05/2019 - LEITCH, DEWEY]DCM RTC/LVM FOR EE AT (            TO ADV OF THE CLOSURE PROCESS,
REQUESTING EE TO F/U W/ APS TO REVIEW PEER REVIEW. DCM ADV EE TO REVIEW CLOSURE LTR AND ADV IF ERRANT,
BY APPEALING, C/E.

**06/04/2019 4:59 PM - PHONE Note 15**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject : LVM
Text: [06/04/2019 - LEITCH, DEWEY]EE LVM TO INQ ABT CLAIM CLOSURE, C/E.

**06/03/2019 12:47 PM - CLAIM Note 36**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/03/2019 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 05/14/2019 AND DATED 04/22/2019 FROM NETWORK MEDICAL
REVIEW COMPANY, LTD. INV# TBD ACCOUNT # 519193 FILE # 232509-1, IN THE AMOUNT OF $1680.00 FOR PEER REVIEW
PERFORMED BY DAYTON D PAYNE JR AND JAMESW PEARCE WITH A SPECIALTY OF RHEUMATOLOGY AND NEUROLOGY.
PAID INVOICE IN FULL

**05/30/2019 9:28 AM - CLAIM Note 35**
Claim/Event/Leave: 8582115
NoteSubject : LTR to EE
Other Subject : CLOSED
Text: [05/30/2019 - LEITCH, DEWEY]SENT

**05/30/2019 9:27 AM - PHONE Note 14**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : LVM CLOSED
Text: [05/30/2019 - LEITCH, DEWEY]DCM LVM FOR EE AT (            TO ADV CLAIM CLOSED, LTR BEING SENT, C/E.

**05/29/2019 7:31 PM - CLAIM Note 34**
Claim/Event/Leave: 8582115
NoteSubject : Closed
Other Subject : MGR REVIEW
Text: [05/29/2019 - DIGIANDOMENICO, ROBERT]AGREE WITH ACTION PLAN TO CLOSE LTD CLAIM NOT TDOO BASED ON
MOST RECENT MOST INDEPENDENT MEDICAL REVIEWS COMPLETED -IMPAIRMENT IS NOT SUPPORTED -NO R/LS
IDENTIFIED FROM LUPUS OR MS CONDITIONS NOTED-NO AP RESPONSESTO PEER REVIEWS TO DATE-FINAL LTR
REVIEWED

**05/29/2019 6:23 PM - CLAIM Note 33**
Claim/Event/Leave: 8582115
NoteSubject : Action Plan
Other Subject : RTW OO MAY 2019
Text: [05/29/2019 - LEITCH, DEWEY]** NEURO AND RHEUM MED REVIEWS DETERMINED NO RLS PRECLUDING EE FROM

Lincoln/Merryman 046

PERFORMING JD. AP ASSESSMENTS SENT TO APS GAZDA AND WICKERSHAM FOR REVIEW ON 5/14/19, W/ NO RESPONSE. ** 28YOF-MEMBER SOLUTIONS SPECIALIST AT USAA (PDLTBD BY OA IF NEEDED), JD ON FILE. EDOP: 1/1/06 DOH/EDOC: 9/29/14, CID: 1/29/21. LTD CLASS 1 TO EQUAL 60% OF BME-ER PAYS THE PREMIUM CONTRIBUTIONS. BME: $4184.66 LTD BENEFIT AT60%: $2510.80. LDW: 8/2/18 DOD: 8/3/18. STD MBD 1/29/19. LTD BBD: 1/30/19.24 MONTH M/N LIMIT: 1/29/21. PRE-X IS 6/6/12 AND INVESTIGATION IS NOT NEEDED AS DOD IS NOT WITHIN 12 MONTHS FROM EDOC. DX: EE ADV OOW DUE TO MS AND LUPUS, LUPUS DIAGNOSED 3 YEARS/AGO. EE ADV TRTMT HAS BEEN IVIG, 4/MOS, AND MEDS. GOAL IS FOR SXS TO BEIN REMISSION. AP JUST FOUND MORE BLOOD CLOTS. SXS INCLUDE DIZZINESS, FORGETFULNESS AND GENERAL ACHES AND PAINS. EE ADV UNABLE TO DO MUCH.EE ADV SLEEPS A LOT. STD CLAIM CURRENTLY APPROVED THRU MBD 1/29/19. ** LMCP REVIEW 1/8/19 DETERMINED THAT DUE TOFATIGUE, DX, SEVERE PAIN R&LS OF LESS THAN SEDENTARY ARE SUPPORTED AT LEAST THRU APR 2019. AP(S): WICKERSHAM. ** ACTION PLAN: GIVEN THAT MED REVIEWS SUPPORT NO RLS, DCM RECOMMENDS CLAIM CLOSURE EFF 5/30/19, WILL SEND CLOSURE LTR AND REFERS TO M1 FORREVIEW. . **

**05/14/2019 2:49 PM - PHONE Note 13**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : LVM
Text: [05/14/2019 - LEITCH, DEWEY]DCM LVM FOR EE AT (          AND ADV PEER REVIEWS SENT TO APS WICKERSHAM AND GAZDA FOR REVIEW AND RETURN, DUE IN 2 WKS, C/E.[05/28/2019 - LEITCH, DEWEY].

**05/14/2019 2:45 PM - CLAIM Note 32**
Claim/Event/Leave: 8582115
NoteSubject : LTR to AP
Other Subject : WICKER/GAZDA
Text: [05/14/2019 - LEITCH, DEWEY]PEER ASSESSMENT SENT TO APS.

**05/14/2019 2:38 PM - CLAIM Note 31**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject :
Text: [05/14/2019 - LEITCH, DEWEY]PEER REVIEWS FOR NEURO AND RHEUM RECVD

**05/14/2019 2:36 PM - CLAIM Note 30**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : INVOICE RECVD
Text: [05/14/2019 - LEITCH, DEWEY]FOR PEER REVIEW, INVOICE TBD, FOR $1680, SENT TO PS.

**05/03/2019 2:28 AM - CLAIM Note 29**
Claim/Event/Leave: 8582115
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/2/2019 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**05/02/2019 11:24 AM - CLAIM Note 28**
Claim/Event/Leave: 8582115
NoteSubject : LTR to AP
Other Subject : NMR
Text: [05/02/2019 - LEITCH, DEWEY]MED RECS/AUTH SENT

**04/29/2019 6:10 PM - CLAIM Note 27**
Claim/Event/Leave: 8582115
NoteSubject : Ref to Other
Other Subject : RHEUM
Text: [04/29/2019 - LEITCH, DEWEY]FILE REVIEW.

**04/29/2019 5:42 PM - CLAIM Note 26**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : GAZDA
Text: [04/29/2019 - LEITCH, DEWEY]2/8/19 - OVN AND TEST RESULTS.[04/29/2019 - LEITCH, DEWEY]1/30/19 - 2/28/19 - OVN

**04/29/2019 5:39 PM - PHONE Note 12**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : RTC
Text: [04/29/2019 - LEITCH, DEWEY]DCM S/W EE TO ADV CK SENT. DCM ADV APOVN FROM GAZDA NEEDED. EE ADV AP GAZDA HAS NOT SUBMITTED OVN, DUE TO MOLD ISSUES. NOV W/ AP GAZDA SCHEDULED FOR 5/28/19. EE ADV MAY SEEN NEW NEUROLOGIST. DCM ADV EE IF CK NOT RECVD AFTER 10CD, TO CALL FOR SP/RI, ACK, NFQ, C/E.

**04/29/2019 5:10 PM - PHONE Note 11**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject : LVM
Text: [04/29/2019 - LEITCH, DEWEY]EE LVM TO INQ ABT RECENT PAYMENT, C/E.

Lincoln/Merryman 047

**04/29/2019 2:18 PM - CLAIM Note 25**
Claim/Event/Leave: 8582115
NoteSubject : LTR to EE
Other Subject :
Text: [04/29/2019 - BIBER, JENNIFER]MAILED EE DD APP

**04/29/2019 2:17 PM - PHONE Note 10**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject : ACD
Text: [04/29/2019 - BIBER, JENNIFER]EE CALLED AND SAID SHE DID NOT RECV HER DIRECT DEPOSIT CHECK. TOLD EE I DID NOT SEE THE DIRECT DEPOSIT WAS ACTIVE. EE INSISTED THE LAST CHECK SHE RECVD WAS DIRECT DEPOSIT. TOLD EE IT SHOWED IT WAS A PAPER CHECK IN OURSYSTEM. EE CHECKED HER BANK AND SAW SHE DID MOBILE DEPOSIT SO SHE SAID SHE MUSTVE RECVD A PAPERCHECK. EE SAID MAYBE IT IS THE MS THAT IS CONFUSING HER. TOLD EE I DID NOT SEE THE DD APP RTNED. EE SAID SHE SENT BACK WEEKS AGO. TOLD EE I WOULD RESEND APP TO HER TO RTN. ADVISED CHECK SENT OUT ON 4/22/19. TOLD EE IF SHE DOES NOT RECV IT THIS WEEK SHE SHOULD CALL ADCM AND HE CAN LOOK AT PLACING STOP PAY ON HECK AND REISSUING. EE SAID OK.

**04/23/2019 5:19 PM - CLAIM Note 24**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : WICKERSHAM
Text: [04/23/2019 - LEITCH, DEWEY]11/5/18 - 4/8/19 - OVN

**04/23/2019 5:18 PM - PHONE Note 9**
Claim/Event/Leave: 8582115
NoteSubject : Called AP
Other Subject : GAZDA
Text: [04/23/2019 - LEITCH, DEWEY]DCM S/W ANDREW TO CF MED RECS REQ RECVD AND WILL SEND NO LATER THAN 4/26/19. DCM ACK, C/E.

**04/23/2019 5:15 PM - PHONE Note 8**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : LVM
Text: [04/23/2019 - LEITCH, DEWEY]ON 4/22/19 DCM LVM FOR EE AND REQ RTC TO ADV OF ONGOING / RTW PLANS. DCM ADV OF CBN, C/E.

**04/23/2019 5:09 PM - CLAIM Note 23**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : WICKERSHAM
Text: [04/23/2019 - LEITCH, DEWEY]11/5/18 TO 4/8/19

**04/22/2019 11:47 AM - CLAIM Note 22**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : BECK
Text: [04/22/2019 - LEITCH, DEWEY]11/26/18 - 4/19/19 OVN AND TEST RESULTS

**04/18/2019 4:52 PM - CLAIM Note 21**
Claim/Event/Leave: 8582115
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [04/18/2019 - LEITCH, DEWEY] CONTACTED DR. GAZDA, DR. KAZHDAN, DR. BECK, AND DR. WICKERSHAM FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**04/18/2019 4:47 PM - CLAIM Note 20**
Claim/Event/Leave: 8582115
NoteSubject : Surveillance
Other Subject : DATABASE SEARCH
Text: [04/18/2019 - LEITCH, DEWEY]RECVD

**04/13/2019 3:41 AM - CLAIM Note 19**
Claim/Event/Leave: 8582115
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 4/12/2019 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - CHOICEPOINT - PROFESSIONAL LICENSING - SOCIAL MEDIA.

**04/12/2019 11:22 AM - CLAIM Note 18**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : SIU

Lincoln/Merryman 048

Other Subject : SIU
Text: [04/12/2019 - MOORE, CURTIS]DATABASE = COVENTBRIDGE

**04/12/2019 10:34 AM - CLAIM Note 17**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : DATABASE
Text: [04/12/2019 - LEITCH, DEWEY]SEARCH REQUESTED

**04/12/2019 10:31 AM - CLAIM Note 16**
Claim/Event/Leave: 8582115
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [04/12/2019 - LEITCH, DEWEY] CONTACTED DR. BECK, DR. WICKERSHAM, DR. KAZHDAN, AND DR. GAZDA FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**04/12/2019 10:16 AM - PHONE Note 7**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject : RTC/LVM
Text: [04/12/2019 - LEITCH, DEWEY]EE RTC/LVM TO ADV OF NEW DX MS, ONGOING TREATMENT IS SAME, SAME APS. AND NO REMISSION. ADV OF NO ERTW. C/E.

**04/11/2019 3:31 PM - PHONE Note 6**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : LVM
Text: [04/11/2019 - LEITCH, DEWEY]DCM LVM FOR EE AT (                      AND REQ RTC TO ADV OF ONGOING TREATMENT, CURRENT APS. DCM ADV OF CBN, C/E.

**01/18/2019 11:43 AM - CLAIM Note 15**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : KAZHDAN
Text: [01/18/2019 - LEITCH, DEWEY]1/14/19 OVN

**01/18/2019 10:59 AM - CLAIM Note 14**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : NEIMAN
Text: [01/18/2019 - LEITCH, DEWEY]8/27/18 - 9/4/18 - OVN AND TEST RESULTS.

**01/18/2019 10:54 AM - CLAIM Note 13**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : WICKERSHAM
Text: [01/18/2019 - LEITCH, DEWEY]9/6/18 - 1/4/19 - OVN.

**01/10/2019 2:28 AM - CLAIM Note 12**
Claim/Event/Leave: 8582115
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/9/2019 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**01/08/2019 1:38 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 8582115
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name                : Liberty Mutual Insurance: Claim 8582115. Your disability claim has been approved.
**TEXT Life Cycle**
Sent ON: 01/08/2019 01:38 PM EST
Current Status: DELIVERED
Delivered ON: 01/08/2019 01:38 PM EST

**01/08/2019 1:36 PM - CLAIM Note 11**
Claim/Event/Leave: 8582115
NoteSubject : LTR to EE
Other Subject : APPROVED
Text: [01/08/2019 - LEITCH, DEWEY]SENT

**01/08/2019 1:18 PM - CLAIM Note 10**
Claim/Event/Leave: 8582115
NoteSubject : Approved
Other Subject : MGR REVIEW
Text: [01/08/2019 - DIGIANDOMENICO, ROBERT]AGREE WITH DETERMINATION RATIONALE TO APPROVE LTD CLAIM BASED

Lincoln/Merryman 049

ON LMCP INT MED CC-IMPAIRMENT IS SUPPORTED OO

**01/08/2019 1:05 PM - CLAIM Note 9**
Claim/Event/Leave: 8582115
NoteSubject : Action Plan
Other Subject : RTW OO MAY 2019
Text: [01/08/2019 - LEITCH, DEWEY]28YOF-MEMBER SOLUTIONS SPECIALIST AT USAA (PDL TBD BY OA IF NEEDED), JD ON FILE. EDOP: 1/1/06 DOH/EDOC: 9/29/14, CID: 1/29/21. LTD CLASS 1 TO EQUAL 60% OF BME-ER PAYS THE PREMIUM CONTRIBUTIONS. BME: $4184.66 LTD BENEFIT AT60%: $2510.80. LDW: 8/2/18 DOD: 8/3/18. STD MBD 1/29/19. LTD BBD: 1/30/19. 24 MONTH M/N LIMIT: 1/29/21. PRE-X IS 6/6/12 AND INVESTIGATION IS NOT NEEDED AS DOD IS NOT WITHIN 12 MONTHS FROM EDOC. DX: EE ADV OOW DUE TO MS AND LUPUS, LUPUS DIAGNOSED 3 YEARS/AGO. EE ADV TRTMT HAS BEEN IVIG, 4/MOS, AND MEDS. GOAL IS FOR SXS TO BE IN REMISSION. AP JUST FOUND MORE BLOOD CLOTS. SXS INCLUDE DIZZINESS, FORGETFULNESS AND GENERAL ACHES AND PAINS. EE ADV UNABLE TO DO MUCH.EE ADV SLEEPS A LOT. STD CLAIM CURRENTLY APPROVED THRU MBD 1/29/19. ** LMCP REVIEW 1/8/19 DETERMINED THAT DUE TO FATIGUE, DX, SEVERE PAIN R&LS OF LESS THAN SEDENTARY ARE SUPPORTED AT LEAST THRU APR2019. AP(S): WICKERSHAM. ** ACTION PLAN: DCM FINDS INITIAL APPROVABLE REASONABLE AND WILL SEND APPROVAL LTR W/ NEW CLAIM PKT. IF PKT NOT RECVD BY DAY 75, WILL REQUEST CLAIM SUSPENSION. DCM REFERS TO M1 FOR REVIEW. **

**01/08/2019 12:03 PM - CLAIM Note 8**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : INT MED CC
Text: [01/08/2019 - SCHULKE, NICOLE]CLAIM FILE REVIEWED IN INT MED CC WITH LMCP BALDEMOR. BASED ON A COMPLETE REVIEW OF THE MEDICAL RECORDS, IT WAS DETERMINED THAT DUE TO FATIGUE, DX, SEVERE PAIN R&LS OF LESS THAN SEDENTARY ARE SUPPORTED AT LEAST THRU APR2019.

**01/08/2019 11:54 AM - PHONE Note 5**
Claim/Event/Leave: 8582115
NoteSubject : Called EE
Other Subject : LVM
Text: [01/08/2019 - LEITCH, DEWEY]DCM LVM FOR EE AT (                         AND REQ RTC TO ADV OF RECENT OVS W/ AP AND ONGOING / RTW PLANS. DCM ADV OF CBN, C/E.

**12/28/2018 3:34 PM - CLAIM Note 7**
Claim/Event/Leave: 8582115
NoteSubject : LTR to EE
Other Subject : DAY 21
Text: [12/28/2018 - IXEHUALT, DAISY]RESENT LTD FORMS DUE BY 1/20/19.

**12/24/2018 5:20 PM - CLAIM Note 6**
Claim/Event/Leave: 8582115
NoteSubject : LTR to AP
Other Subject : WICKERSHAM
Text: [12/24/2018 - IXEHUALT, DAISY]REQ MR FROM AP WICKERSHAM FROM 12/1/18 TO PRESENT. DUE BY 1/7/19.

**12/18/2018 3:08 PM - PHONE Note 4**
Claim/Event/Leave: 8582115
NoteSubject : Initial EE Interview
Other Subject : CALLED EE
Text: [12/18/2018 - LEITCH, DEWEY]DCM ADV LTD AS A RTW PROGRAM, ADV OF THE DETERMINING CRITERIA TO BE REVIEWED TO MAKE A DETERMINATION FOR LTD. DCM CFD PERSONAL INFO ON FILE. EE CFD DOB AS              EE CFD MARITAL STATUS AS SINGLE, NUMBER OF DEPENDENTS AS 0. EE CONFIRMED ADDRESS ON FILE AND HAS BEEN THERE FOR HOW 2 YEARS. EE ADV IS DOMINANTLY RT HANDED. EE ADV HT AS 5 2 AND WT AS 198#. EE ADV HIGHEST LEVEL OF EDUCATION AS SOME COLLEGE, IN BUSINESS. EE ADV ISN T IN MILITARY OR RESERVES. EE CFD JOB TITLE AS: MEMBER SOLUTIONS SENIOR SPECIALIST. EE CFD DOH AS: 09/29/2014. EE ADV JOB AS DESK DEMANDING: EE CFD ANNUAL SALARY AS $ 43,680.00 EE CFD WORK SCHEDULE AS: OFF FRI-SAT. AND WORK IS FT. EE ADV DOES NOT OWN A BUSINESS. EEADV DOES NOT HAVE 2ND JOB OR SOURCE OF INCOME (IF EE HAS 2ND JOB, GET CONTACT INFO, JD, DETAILS). EE ADV DOES NOT RECV STATE DISABILITY BENEFIT OR SSDI OR SSRT, SALARY CONTINUANCE, PIP. LDW: 8/2/18. DOD: 8/3/18. EE ADV OOW DUE TO MS AND LUPUS, LUPUS DIAGNOSED 3 YEARS/AGO. EE ADV TRTMT HAS BEEN IVIG, 4/MOS, AND MEDS. GOAL IS FOR SXS TO BE IN REMISSION. AP JUST FOUND MORE BLOOD CLOTS. SXS INCLUDE DIZZINESS, FORGETFULNESS AND GENERAL ACHES AND PAINS. EE ADV UNABLE TO DO MUCH.EE ADV SLEEPS A LOT. EE RECVS CARE FROM MOTHER. EE ADV OF OTHER CONDITIONS PREVENTING EE FROM PERFORMING JD AS EE ADV OF COMORBS (UNRELATED SXS OR ISSUES) OF: NONE. EE ADV DOES NOT HAVE DIABETES. EE ADV CANNOT WORK BECAUSE EE ADV CURRENTLY TAKING MEDS: EE ADV CURRENT PROVIDERS/SPECIALTIES AS: RTW AP AS WICKERSHAM. EE ADV HAS OTHER PROVIDERS. DCM ADV EE TO NOTE IN CIF. ADDRESS? PHONE NUMBER? FAX NUMBER? EE ADV LOVS: W/ AP WICKERSHAM, 11/21/18 AND 12/4/18 EE ADV NOVS: W/ AP WICKERSHAM 12/21/18. EE ADV ERTW AS UNK. DCM ADV EE OF OPTION TO W/D. DCM ADV EE CLAIM ON NP W/ 45 DAY DETERM DURATION. DCM ADV WILL SEND A PKT OF FORMS FOR EE TO COMPLETE/RETURN. DCM ADV EE THAT BENEFIT PAYS MONTHLY AT 60% OF MONTHLY EARNINGS. DCM ADV STD APPROVED THRU MBD, 1/29/19. DCM ADV EE OF DCM CONTACT INFO AND ADV EE TO CALL IF ANYTHING CHANGES. C/E.

**12/14/2018 8:45 AM - PHONE Note 3**
Claim/Event/Leave: 8582115
NoteSubject : EE Called
Other Subject : RTC/LVM
Text: [12/14/2018 - LEITCH, DEWEY]EE RTC/LVM. C/E.

Lincoln/Merryman 050

Text: [12/14/2018 - LEITCH, DEWEY]EE RTC/LVM, C/E.

**12/13/2018 3:22 PM - CLAIM Note 5**
Claim/Event/Leave: 8582115
NoteSubject : Action Plan
Other Subject : PENDED
Text: [12/13/2018 - LEITCH, DEWEY]28YOF-MEMBER SOLUTIONS SPECIALIST AT USAA (PDL TBD BY OA IF NEEDED), JD ON
FILE. EDOP: 1/1/06 DOH/EDOC: 9/29/14, CID: 1/29/21. LTD CLASS 1 TO EQUAL 60% OF BME-ER PAYS THE PREMIUM
CONTRIBUTIONS. BME: $4184.66 LTD BENEFIT AT 60%: $2510.80. LDW: 8/2/18 DOD: 8/3/18. STD MBD 1/29/19. LTD BBD: 1/30/19.
24 MONTH M/N LIMIT: 1/29/21. PRE-X IS 6/6/12 AND INVESTIGATION IS NOT NEEDED AS DOD IS NOT WITHIN 12 MONTHS
FROM EDOC. DCM HAS BEEN UNABLE TO DISCUSSCLAIM W/ EE. OVN ADV EE OOW FOR LUPUS AND OTHER SXS. TREATED
W/ MEDS. CLAIM CURRENTLY APPROVED THRU MBD 1/29/19. AP(S): WICKERSHAM. ** ACTION PLAN: DCM TO PLACE CLAIM
ON NP FOR LTD PKT AND OVN, W/ 1/21/19 DUE DATE. OVN HAVE BEEN RECVD. **

**12/13/2018 3:13 PM - PHONE Note 2**
Claim/Event/Leave: 8582115
NoteSubject : Initial EE Interview
Other Subject : LVM CALLED EE
Text: [12/13/2018 - LEITCH, DEWEY]DCM LVM FOR TM AT (                    AND REQ RTC, TO GATHER INFO AND REQ C/B. ADV
OF CLAIM AND CBN, CE.

**12/10/2018 11:23 AM - CLAIM Note 4**
Claim/Event/Leave: 8582115
NoteSubject : Med Records Rcvd
Other Subject : ARTHRITIS ASSOCIATES
Text: [12/10/2018 - LEITCH, DEWEY]12/4/18 - OVN

**12/07/2018 12:23 PM - CLAIM Note 3**
Claim/Event/Leave: 8582115
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [12/07/2018 - LEITCH, DEWEY]HI BRANDI, WHEN YOU HAVE THE CHANCE, PLEASE CALL ME BACK TO DISCUSS YOUR
DISABILITY CLAIMS. MY CONTACT INFORMATION IS LISTED BELOW. THANK YOU,

**12/07/2018 9:59 AM - CLAIM Note 2**
Claim/Event/Leave: 8582115
NoteSubject : LTR to AP
Other Subject : WICKERSHAM
Text: [12/07/2018 - LEITCH, DEWEY]9/7/18 TO PRES, MED RECS REQ, W/O MED AUTH.

**12/07/2018 9:45 AM - PHONE Note 1**
Claim/Event/Leave: 8582115
NoteSubject : Initial EE Interview
Other Subject : CALLED EE
Text: [12/07/2018 - LEITCH, DEWEY]DCM ATTEMPTED TO S/W EE ABOUT LTD CLAIM. EE ADV ON WAY TO IVIG TREATMENT
AND UNABLE TO DISCUSS CLAIM. DCM ADV WILL SEND EE DCM CONTACT BY EMAIL. DCM ADV STD CLAIM EXT TO MBD. EE
INQ ABT RECEIVING MED BENEFITS WHILE ONLTD. DCM ADV EE TO S/W HR. EE ACK, HNFQ, C/E.

**12/07/2018 9:22 AM - CLAIM Note 1**
Claim/Event/Leave: 8582115
NoteSubject : Other
Other Subject : BENEFIT CALCS
Text: [12/07/2018 - LEITCH, DEWEY]EE SALARY $43680, BONUS $6535.90, SUM: $50215.90, MONTHLY: $4184.66, 60% BME IS
$2510.80

Lincoln/Merryman 051

**Note Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom   AS Event   Add Note   Appeal   Claim   Coord Claim Note   Correspond   Doc List   Employee   Leave   Life Claim   Lve Addtl Info
Lve Correspondence   Lve Program   Lve Work Sched   Medical   Medical History   Note   SPELL Letters   Scheduled Pmt   Task Print   Task Rpt
Tasks

Claim

\* **Claim/Event/Leave Number** 6056243          **Accommodation Number** [ ]

**Note type:** [ ]

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
- ●

---

**01/30/2019 3:47 AM - CLAIM Note 32**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE LEAVE WAS CLOSED FOR REQUESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR MAXIMUM DURATION/SWITCHED TO LTD.

**12/14/2018 1:02 AM - DOCUMENT Note 10**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Expired

**12/13/2018 9:48 AM - DOCUMENT Note 9**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Will Expire

**12/12/2018 9:48 AM - DOCUMENT Note 8**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**12/10/2018 1:11 AM - DOCUMENT Note 7**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Expired

**12/09/2018 3:02 PM - DOCUMENT Note 6**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Will Expire

**12/09/2018 9:48 AM - DOCUMENT Note 5**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**12/08/2018 3:02 PM - DOCUMENT Note 4**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**12/07/2018 9:48 AM - DOCUMENT Note 3**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Requested

**12/07/2018 9:18 AM - CLAIM Note 31**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**12/07/2018 9:17 AM - CLAIM Note 30**
Claim/Event/Leave: 6056243
NoteSubject : Action Plan
Other Subject : EXT / CLOSE
Text: [12/07/2018 - LEITCH, DEWEY]LDW: 8/2/18 DOD: 8/3/18 DX: SYSTEMIC MS AND LUPUS. AP WICKERSHAM HAS CFD SXS
OF FATIGUE AND ALL OVER BODY PAIN, AND HAS PXD TRTMT TO REDUCE SXS, REQUESTING EE BE OOW UNTIL 2/1/19.
THIS SEEMS REASONABLE, AND DCM EXT CLAIMTO MBD 1/29/19 AND WILL PROCEED W/ LTD.

**12/05/2018 3:02 PM - DOCUMENT Note 2**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**12/04/2018 4:22 PM - PHONE Note 18**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject :
Text: [12/04/2018 - ABBERTON, KELLY]DCM ADV CLAIM HAS BEEN ESCALATED TO LTD AND DEWEY WILL BE NEW CASE
MANAGER. EE STATED SPOKE WITH AP AND MED RECS WERE FAXED AROUND 1 PM TEXAS TIME. DCM ADV TAKES 24
HOURS TO BE UPLOADED THROUGH SECURE SITE. NEW LTD CASEMANAGER WILL REACH OUT TO GO OVER LTD
BENEFITS. C C

**12/04/2018 1:00 PM - PHONE Note 17**
Claim/Event/Leave: 6056243
NoteSubject : EE Called
Other Subject : ACD
Text: [12/04/2018 - ROSALES, YAMILET]EE CALLED ADV ER KEEPS BUGGING IF LMI CAN SEND EMAIL OR SOMETHING CX
THAT IS COVERED. DCM EXPLAINED THAT ONCE CLAIM EXTENDED DEPENDING ON REVIEW THAT ER SHOULD BE ABLE TO
SEE BUT THAT WOULD SEND INFO TO ADCM. EE THANKEDHAD NFQ, CC

**12/04/2018 12:33 PM - PHONE Note 16**
Claim/Event/Leave: 6056243
NoteSubject : EE Called
Other Subject : ACD
Text: [12/04/2018 - GARCIA, MARIA]EE CALLED TO CF IF MR RECVD. CF IT HAS NOT. ADVISED ONCE RECVD WILL BE
REVIEWED FOR EXT. ADVISED OF ESCALATION TO LTD AND THAT AN LTD DCM WILL REACH OUT TO DISCUSS NEXT
STEPS. EE HAD NFQ. THANKED E/C.

**12/03/2018 4:30 PM - PHONE Note 15**
Claim/Event/Leave: 6056243
NoteSubject : EE Called
Other Subject : ACD
Text: [12/03/2018 - VAZQUEZ, BRITTANY]EE CLD TO ADV AP OFFICE JUST FAXED IN TODAY THE OV SUMMARY, EE OOW
DURATION EXT BY AP. DCM ADV DOES NOT SEE THIS INFO YET, ALLOW 1-2 BUS DAYS FOR RCPT OF, CLAIM ALSO ESC TO
LTD SO IF ADCM OR LTD CM SEES INFO, THE MED WILL BE RVWD AT THAT POINT. NFQS. THANKED. CC.

**12/03/2018 3:03 PM - CLAIM Note 29**
Claim/Event/Leave: 6056243
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [12/03/2018 - ABBERTON, KELLY]28 YO F WORKS AS A MEMBER SOLUTIONS SR SPEC WHICH REQUIRES EE TO
PERFORM SEDENTARY WORK.CLAIM CURRENLTY APPROVED THRU 12/05/2018 WITH DX OF SYSTEMIC LUPUS
ERYTHEMATOSUS, MS. EE HAS BEEN TREATING WITH AP: WICKERSHAM. (TASK: REVIEW FILE. CONVERT CLAIM, 3 DAYS
OUT)

**12/03/2018 3:02 PM - CLAIM Note 28**
Claim/Event/Leave: 6056243
NoteSubject : Job Description
Other Subject :
Text: [12/03/2018 - ABBERTON, KELLY]MEMBER SOLUTION SENIOR SPLST

**12/03/2018 3:01 PM - DOCUMENT Note 1**
Claim/Event/Leave: 6056243
NoteSubject : eSignature
Other Subject : Document Requested

**12/03/2018 3:00 PM - PHONE Note 14**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject :
Text: [12/03/2018 - ABBERTON, KELLY]DCM ADV 7 DAY NP AND HAVE NO RECEIVED AS AP ONLY SENT OOW NOTE. EE HAS
FUV ON 12/4/18 AND WILL HAVE AP SEND OVN. DCM ADV OF MAX BEN DATE OF 1/29/19 AND LTD. DCM TO FU IF RECEIVE
UPDATED MED RECS TO EXT CLAIM AS NO RTW 12/6/18. CC

Lincoln/Merryman 053

**12/03/2018 2:57 PM - PHONE Note 13**
Claim/Event/Leave: 6056243
NoteSubject : Called AP
Other Subject : WICKERSHAM
Text: [12/03/2018 - ABBERTON, KELLY]DCM LVM WITH CASSIDY CF STATUS OF MED REQ TO F # (210) 477-2650 AND TO SEND TO DCM F #. DCM TO RE-SEND REQ. CC

**11/26/2018 5:54 PM - CLAIM Note 27**
Claim/Event/Leave: 6056243
NoteSubject : Notice/Proof Review
Other Subject : ONGOING
Text: [11/26/2018 - ABBERTON, KELLY]LTR TO AP WISKERSHAM FROM 11/1/18 THRU PRES

**11/26/2018 5:53 PM - CLAIM Note 26**
Claim/Event/Leave: 6056243
NoteSubject : Med Records Rcvd
Other Subject : WICKERSHAM
Text: [11/26/2018 - ABBERTON, KELLY]OOW NOTE THRU 2/1/19 **DCM TO REQ UPDATED MED RECS TO SUPPORT OOW NOTE [11/26/2018 - ABBERTON, KELLY]**DUE 1/9/2019

**11/14/2018 2:36 PM - PHONE Note 12**
Claim/Event/Leave: 6056243
NoteSubject : EE Called
Other Subject : ACD
Text: [11/14/2018 - MILLER, CHAD]EE CALLED AND HAD IG INFUSION LAST WEEK AND STILL IS NOT FEELING BETTER AND WANTED TO KNOW WHAT OPTIONS SHE HAD IF SHE NEEDED TO EXTEND CLAIM. EE HAS NOV SCHEDULED FOR 12/5/18 AND IS GOING TO CALL AP AND HAVE THAT RESCHEDULED. EE HAS ALSO BEEN DIAGNOSED WITH MS ON OCTOBER 16TH AND AP WICKERSHAM HAS ALL OF THOSE RECORDS. DCM RECOMMENDED THAT EE REACH OUT TO AP WICKERSHAM AND HAVE HIM SEND OVER MR FROM 10/15/18 THROUGH THE PRESENT AND EE WILL BUT NOT FOR A FEW MORE DAYS. EXPLAINED TO EE THAT I WILL PROVIDE ADCM WITH THIS INFORMATION AND SEE THAT ADCM HAS F/U SCHEDULED FOR 11/30/18 TO CONTACT EE ABOUT ERTW. THANKED AND CC

**10/12/2018 6:03 PM - PHONE Note 11**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject : VM
Text: [10/12/2018 - ABBERTON, KELLY]DCM CALLED EE FOR 30 DAY FU, CF ONGOING TX PLAN, EE APPROVED THRU 12/5/18. CC

**09/19/2018 3:59 PM - CLAIM Note 25**
Claim/Event/Leave: 6056243
NoteSubject : LTR to ER
Other Subject : PAYROLL
Text: [09/19/2018 - ABBERTON, KELLY]SUP PAY

**09/19/2018 3:54 PM - PHONE Note 10**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject :
Text: [09/19/2018 - ABBERTON, KELLY]DCM RTC TO CF SUP PAYMENT. DCM TO SEND REQ TO PAYROLL. CC

**09/19/2018 3:11 PM - PHONE Note 9**
Claim/Event/Leave: 6056243
NoteSubject : EE Called
Other Subject : ACD
Text: [09/19/2018 - WYATT, KRISTIN]EE CALLED STATING GOT EXT BUT NO PAY ON HER CHECK. DCM ADV EXT ENTERED AFTER PAY PULL. DCM ADV PAY WILL BE ADV ON 9/25/18. EE ASKED IF NEEDS TO SPEAK WITH ER TO GET PAY NOW INSTEAD OF WAITING. DCM REACHED OUT TO ADCM TO CONF, ADCM UNAVAILABLE. EE REQ RTC FROM ADCM TO GO OVER DETAILS. NFQ. CC

**09/17/2018 7:24 PM - CLAIM Note 24**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 08/24/2018 AND THE LEAVE END DATE IS 12/05/2018.

**09/14/2018 2:15 PM - NOTIFICATION Note 2**
Claim/Event/Leave: 6056243
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name                : Liberty Mutual Insurance: Claim 6056243. Your approved through date has been changed from 09/03/2018 to 12/05/2018.
**TEXT Life Cycle**

Lincoln/Merryman 054

**TEXT Life Cycle**
Sent ON: 09/14/2018 02:15 PM EST
Current Status: DELIVERED
Delivered ON: 09/14/2018 02:15 PM EST

**09/14/2018 2:14 PM - PHONE Note 8**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject : VM
Text: [09/14/2018 - ABBERTON, KELLY]DCM ADV RECEIVED MDS REVIEW AND CLAIM HAS BEEN SUPPORTED / EXT THRU 12/5/18. DCM TO FU EVERY 30 DAYS CF ONGING TX PLAN. CC[09/14/2018 - ABBERTON, KELLY]*

**09/14/2018 2:13 PM - CLAIM Note 23**
Claim/Event/Leave: 6056243
NoteSubject : Action Plan
Other Subject : EXT
Text: [09/14/2018 - ABBERTON, KELLY]BASED ON CF ONGOING TX PLAN, SEVERITY OF SXS, MEDICATION, FU WITH SPECLIAST, DCM TO EXT THRU 12/5/18

**09/14/2018 1:30 PM - MDS Note**
Claim/Leave: 6056243
Episode #: 1
Nurse Name: SENS, CAROLYNN
Service #: 16649466
Service Date: 09/14/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KELLY, ABBERTON
Note Type: INFORMATION OBTAINED DESC
Text: THIS CLMNT IS BEING TREATED FOR LUPUS (M32.9) BY DR. WICKERSHAM (RHEUMATOLOGY). LUPUS IS AN AUTOIMMUNE DISORDER IN WHICH THE IMMUNE SYSTEM ATTACKS ITS OWN TISSUES. OVNS ON 9/6/18 WITH JENNIFER CUDE, NP (RHEUMATOLOGY) INDICATE THE CLMNT CONTINUES TO HAVEJOINT PAIN, MOUTH AND NOSE SORES, FATIGUE, PHOTOSENSITIVE RASH STIFFNESS AND 8/10 PAIN. IT IS NOTED THAT SHE HAS BEEN UNABLE TO START ON HER NEW MEDICATION DUE TO NOT RECEIVING THE PRESCRIPTION YET. SHE IS NOTED TO HAVE A DEPRESSED MOOD DUE TO HER CHRONIC SYMPTOMS. AN ADDENDUM ADDED TO THE OVN BY DR. WICKERSHAM INDICATES THAT THE CLMNT HAS A NEW DX OF MULTIPLE SCLEROSIS (G35; MS) PER NEUROLOGY THIS IS DISEASE IN WHICH THE IMMUNE SYSTEM DESTROYS THE PROTECTIVE COVERING AROUND THE NERVES. SHE IS TO STOP THE NEW MEDICATION FOR HER LUPUS AND FURTHER MEDICATION ADJUSTMENTS ARE MADE IN CONJUNCTION WITH NEUROLOGY. BASED ON THE CLMNT HAVING ONGOING PAIN, JOINT STIFFNESS AND FATIGUE WITH NEW DIAGNOSIS OF MS WITH ONGOING MEDICATION TITRATION NCM FINDS THAT R&LS OF LESS THAN SEDENTARY ARE SUPPORTED THROUGH TO 10/5/18. SHOULD RTW NOT OCCUR NCM FINDS IT REASONABLE TO SUPPORT R&LS THROUGH TO 12/5/18 TO ALLOW FOR MEDICATION ADJUSTMENT. AT THAT POINT NCM RECOMMENDS DCM OBTAIN UPDATED RECORDS FROM DR. WICKERSHAM AND NEUROLOGY TO INCLUDE PLAN OF CARE, ASSESSMENTS, MEDICATIONS, ERTW AND R&LS. DCM UPDATED. NCM REMOVED FROM ASSIGNMENT.

**09/13/2018 12:55 PM - PHONE Note 7**
Claim/Event/Leave: 6056243
NoteSubject : EE Called
Other Subject : ACD
Text: [09/13/2018 - MORALES, DANIELLE]EE CALLED WANTED TO KNOW THE STATUS OF THE CLAIM DCM ADVD EE CLAIM PENDING UNDER REVIEW. EE STATED SHE IS BASICALLY OOW NOT WORKING WITHOUT MONEY BECAUSE REVIEW HAS NOT BEEN COMPLETED EE STATED IF LM NOT EXTENDING LEAVE THEN LM IS TELLING EE TO RTW . DCM ADVD EE LM CAN NOT TELL EE WHEN TO RTW LM DID NOT PLACE EE OOW. EE STATED NEEDS CLAIM EXPEDITED DCM ADVD EE REVIEW TAKES 5-7 BUSINESS APPROX. CAN BE SOONER DEPENDS ON REVIEW DCM ADVD EE ONCE REVIEW COMPLETED ADCM WILL RTC ACK DCM THANKED CALL ENDED

**09/11/2018 2:41 PM - CLAIM Note 22**
Claim/Event/Leave: 6056243
NoteSubject : Ref to Managed Care
Other Subject : MDS REVIEW
Text: [09/11/2018 - ABBERTON, KELLY]BASED ON THE MEDICAL RECS ON FILE. PLEASE LIST ALL RESTRICTIONS AND LIMITATIONS THAT WOULD BE REASONABLE AND SUPPORTED BEYOND 09/03/2018 (THRU 10/5/18) FOR WHAT TYPE OF DURATION WOULD THESE R&L S BE REASONABLE?

**09/11/2018 2:39 PM - CLAIM Note 21**
Claim/Event/Leave: 6056243
NoteSubject : Med Records Rcvd
Other Subject : CUDE
Text: [09/11/2018 - ABBERTON, KELLY]9/6/18 OVN

**09/05/2018 4:39 PM - PHONE Note 6**
Claim/Event/Leave: 6056243
NoteSubject : EE Called
Other Subject : ACD
Text: [09/05/2018 - WAYMIRE, NATHAN]EE CALLED, WANTED TO KNOW STATUS ON CLAIM. DCM ADV THAT OOW RCVD BUT IS NOT SUFFICIENT FOR EXTENSION OF BENEFITS AND PER OUR REQUEST TO AP WE NEED RECORDS. NOT JUST RTW NOTE, DCM ADV THAT AP HAS ON PAPER WHAT WE REQUESTED AND TO FOLLOW UP WITH THEM TO HAVE THEM MAKE

Lincoln/Merryman 055

SURE THEY FAX RECORDS TO ADCM. EE ACK AND NOTED WOULD CONTACT THEM. DCM ACK AND ADV ONCE CLAIM HAS RECORDS AND UPDATED STATUS WOULD BE IN TOUCH. THANKED. CC.

**09/04/2018 11:25 AM - PHONE Note 5**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject : VM
Text: [09/04/2018 - ABBERTON, KELLY]DCM LVM AND ADV MED RECS RECEIVED FROM AP DATED 8/3/18. DCM ADV CLAIM IS APPROVED THRU 9/3/18, HOWEVER DCM NEEDS UPDATED MED RECS TO EXT CLAIM THRU OOW NOTE DATE OF 10/5/18. DCM ADV EE TO FU WITH AP. CC

**09/04/2018 11:22 AM - CLAIM Note 20**
Claim/Event/Leave: 6056243
NoteSubject : Med Records Rcvd
Other Subject : WICKERSHAM
Text: [09/04/2018 - ABBERTON, KELLY]OOW NOTE DATED 8/31/18 OOW THRU 10/5/18

**09/04/2018 11:21 AM - CLAIM Note 19**
Claim/Event/Leave: 6056243
NoteSubject : Med Records Rcvd
Other Subject : WICKERSHAM
Text: [09/04/2018 - ABBERTON, KELLY]8/3/18 **CLAIM APPROVED THRU 9/3/18, DCM TO REQ UPDATED MED RECS FROM 8/15 THRU PRES

**08/31/2018 11:24 AM - CLAIM Note 18**
Claim/Event/Leave: 6056243
NoteSubject : Notice/Proof Review
Other Subject : ONGOING
Text: [08/31/2018 - ABBERTON, KELLY]LTR TO AP WICKERSHAM FROM 8/15/18 THRU PRES DUE 10/15

**08/31/2018 11:23 AM - PHONE Note 4**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject : VM
Text: [08/31/2018 - ABBERTON, KELLY]EE LVM RTW 9/4/18 AND EE NEEDS MORE TIME, EE THOUGHT HAD UNTIL SEPT. NERVE TESTING DONE ON 9/4. CC **CALLED EE** DCM LVM ADV WIL LNEED TO REQ UPDATED MED RECS. AND WILL FU ONCE RECEIVED. CC

**08/28/2018 2:15 PM - PHONE Note 3**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject : VM
Text: [08/28/2018 - ABBERTON, KELLY]DCM LVM RTC T CF ONGOING TX PLAN / ERTW. CC

**08/21/2018 10:23 PM - CLAIM Note 17**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**08/21/2018 10:44 AM - CLAIM Note 16**
Claim/Event/Leave: 6056243
NoteSubject : Audit
Other Subject : PR DURATION
Text: [08/21/2018 - GALLARDO, BRITTANY]MGR REVIEW COMPLETED. CURRENT DURATION IS APPROPRIATE. DCM TO OBTAIN UPDATED MEDICAL TO EVALUATE ONGOING DURATION

**08/08/2018 2:58 PM - CLAIM Note 15**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**08/08/2018 2:58 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 6056243
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name              : Liberty Mutual Insurance: Claim 6056243. Your disability claim has been approved through 09/03/2018.
**TEXT Life Cycle**
Sent ON: 08/08/2018 02:58 PM EST
Current Status: DELIVERED
Delivered ON: 08/08/2018 02:58 PM EST

Lincoln/Merryman 056

**08/08/2018 2:56 PM - CLAIM Note 14**
Claim/Event/Leave: 6056243
NoteSubject : LTR to ER
Other Subject : LTR TO EE
Text: [08/08/2018 - ABBERTON, KELLY]EMAIL

**08/08/2018 2:56 PM - CLAIM Note 13**
Claim/Event/Leave: 6056243
NoteSubject : Status Report
Other Subject : APPROVE
Text: 8/10/2018 THROUGH 9/3/18

**08/08/2018 2:56 PM - CLAIM Note 11**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**08/08/2018 2:56 PM - CLAIM Note 12**
Claim/Event/Leave: 6056243
NoteSubject : Action Plan
Other Subject : APPROVE
Text: [08/08/2018 - ABBERTON, KELLY]CLMT IS A 27 YO F MEMBER SOLUTIONS SENIOR SPEC JOB OCCUPATION IS SEDENTARY BASED AS EE SITS AT DESK AND WORKS ON COMP/PHONE. ACCORDING TO CONTRACT, EWP WAS MET ON DOH 09/29/2014, EDOC 09/29/2014, EDOP IS 1/1/2005. CONTRACT INDICATES THE EP AS 7 DAYS EP. CLASS 1 BENEFITS 100% THRU FIRST 6 WEEKS, 80% WEEKS 7-10, 66% WEEKS 11-26+. CLMT S CURRENT EARNINGS ARE $ 1680.00 BI-WEEKLY. LDW 08/02/2018 DOD 08/03/2018 DX: SYSTEMIC LUPUS ERYTHEMATOSUS. BASED ON CF WITH AP OF DX OF LUPAS, BRUSHITE AND URATE STONES IN URINE, PAIN, STIFFNESS, STOP RX OF 1ML SUBCUTANEOUS, START 10 MG LEFLUNOMIDE, DCM FINDS IT REASONABLE TO APPROVE THE CLAIM FROM 08/03/2018, A BBD 08/10/2018 THROUGH 9/3/18

**08/08/2018 2:52 PM - CLAIM Note 10**
Claim/Event/Leave: 6056243
NoteSubject : Med Records Rcvd
Other Subject : WICKERSHAM
Text: [08/08/2018 - ABBERTON, KELLY]8/3/18

**08/07/2018 5:35 PM - CLAIM Note 9**
Claim/Event/Leave: 6056243
NoteSubject : Notice/Proof Review
Other Subject :
Text: [08/07/2018 - ABBERTON, KELLY]LTR TO EE. REQ TO AP FROM 8/1/18 THRU PRES DUE 9/20/18

**08/07/2018 5:35 PM - CLAIM Note 8**
Claim/Event/Leave: 6056243
NoteSubject : Status Report
Other Subject : PENDED
Text: MISSING MEDICAL INFO

**08/07/2018 5:35 PM - CLAIM Note 7**
Claim/Event/Leave: 6056243
NoteSubject : Action Plan
Other Subject : PENDED
Text: [08/07/2018 - ABBERTON, KELLY]PENDED FOR MISSING MEDICAL INFO. DCM TO REQ MED AND NP

**08/07/2018 5:33 PM - PHONE Note 2**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject : II
Text:[08/07/2018 - ABBERTON, KELLY]EE LVM RTC FOR II AND QUESTIONS. CC ** CALLED EE** EE ADVISED STILL WORKING AND NEEDED SOME TIME OFF. AP SAID EE DOES NOT NEED TO BE WORKING RIGHT NOW. EE CF LDW 8/2/18 DOD 8/4/18 DX: SYSTEMIC LUPUS ERYTHEMATOSUS, LUPUS.AP: WICKERSHAM. EE IS HAVING FLARE UP WITH LUPAS AND EE IS ON NEW MEDICATION. LOV ON 8/3/18 FUV ON 9/6/18. DCM CFD ADDRESS, CONTACT INFO, DOH, AND SALARY ON FILE. MEMBER SOLUTIONS SENIOR SPEC DESK JOB, COMPUTER AND PHONE WORK. ERTW: UNKNOWN. DCM TOPLACE ON NP. DCM ADVISED 7 DAY EP AND WEEK 2-6 AT 100%. NFQ. THANKED. CC

**08/07/2018 5:27 PM - CLAIM Note 6**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : BEGIN DATE CHANGE
Text: THE LEAVE BEGIN DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S LDW.

**08/07/2018 5:27 PM - CLAIM Note 5**
Claim/Event/Leave: 6056243

Lincoln/Merryman 057

Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : BEGIN DATE CHANGE
Text: THE LEAVE BEGIN DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S LDW.

**08/03/2018 6:19 PM - PHONE Note 1**
Claim/Event/Leave: 6056243
NoteSubject : Called EE
Other Subject : VM
Text: [08/03/2018 - ABBERTON, KELLY]DCM LVM RTC FOR II, CC

**08/03/2018 11:56 AM - POSSINV Note 1**
Claim/Event/Leave: 6056243
NoteSubject : Prior Claim
Other Subject :
Text: [08/03/2018 - LAVOIE, CHANTAL]PLEASE INVESTIGATE. PLEASE VERIFY LDW/DOD. DEFAULT USED.

**08/03/2018 11:54 AM - CLAIM Note 4**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 08/02/2018 AND THE LEAVE END DATE IS 08/17/2018.

**08/03/2018 11:54 AM - CLAIM Note 3**
Claim/Event/Leave: 6056243
NoteSubject : FMLA
Other Subject : BEGIN DATE CHANGE
Text: THE LEAVE BEGIN DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S LDW.

**08/03/2018 11:53 AM - CLAIM Note 1**
Claim/Event/Leave: 6056243
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: DANIELLE KELLY DISABILITY DATES UNKNOWN

**08/03/2018 11:53 AM - CLAIM Note 2**
Claim/Event/Leave: 6056243
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: LUPUS

Lincoln/Merryman 058

```
                    ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                      REMOTE CSID      DURATION   PAGES    STATUS
July 11, 2019 at 12:18:56 PM EDT   210              36         1        Received
```
07/11/2019  10:18AM  210                    Arthritis Associates                      PAGE 01/01



**Reliable Review Services**

Date: 7/8/2019

RRS Case Number: 40390

To: Dr. Wickersham

Re:    Claimant Name: Brandi A Merryman
       Claim Number: 8582115
       DOB:

Dear Dr. Wickersham,

Thank you for taking the time to speak with Vikram Garg, MD. Your opinion and expertise regarding Brandi A Merryman's condition(s) is invaluable in providing us with an understanding of her current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

Spoke to Dr. Wickersham, she stated the claimant is limited due to pain and fatigue due to her MS and lupus. She is on maximal therapy including IVIG. In the past she has tried methotrexate.

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Brandi A Merryman's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days.

_____          _____7/10/19_____
Signature and title                               Date

Sincerely,

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 11, 2019 at 12:18:56 PM EDT | 210 | 36 | 1 | Received |

07/11/2019  10:18AM   210                    Arthritis Associates                         PAGE 01/01



**Reliable Review Services**

Date: 7/8/2019

RRS Case Number: 40390

To: Dr. Wickersham

Re:    Claimant Name: Brandi A Merryman
       Claim Number: 8582115
       DOB:

Dear Dr. Wickersham,

Thank you for taking the time to speak with Vikram Garg, MD. Your opinion and expertise regarding Brandi A Merryman's condition(s) is invaluable in providing us with an understanding of her current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

Spoke to Dr. Wickersham, she stated the claimant is limited due to pain and fatigue due to her MS and lupus. She is on maximal therapy including IVIG. In the past she has tried methotrexate.

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Brandi A Merryman's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days.

_____                    ____7/10/19____
Signature and title                                           Date

Sincerely,



Date: 7/08/2019

To: Charles Johnson

LINCOLN FINANCIAL GROUP

Re: RRS ID: 40390

---

Claimant: Brandi A Merryman

Claim #: 8582115

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

This review is from a Rheumatology perspective. The claimant is a 28 year old female who has reported date of disability of August 3, 2018. The claimant has a diagnosis of systemic lupus erythematosus, unspecified. The period in review is from May 31, 2019 to present. All records reviewed. Pertinent rheumatology findings include:

"Claimant works in a professional office setting"

On September 4, 2018, an electromyography (EMG) study is suggestive of tarsal tunnel syndrome bilaterally.

On November 5, 2018, labs show a c-reactive protein (CRP) of 2. White cell count is 10,800, Humulin 14.4 and platelets 237. Urinalysis is negative for protein and blood. Sedimentation rate is 12.

On December 4, 2018, labs shows a negative beta-2 glycoprotein antibody. Anticardiolipin IgG is elevated at 10. DRV VT is negative [sic]. Lupus anticoagulant is not detected.

On December 21, 2018, a CT scan dated shows a single sub-segmental pulmonary embolism in the right lower lobe lateral basal segment. An EKG shows a normal rate and rhythm.

On January 4, 2019, a note by Dr. Wickersham dated is a visit for pain management. She has lupus manifested with joint pain, mouth and nose sores, fatigue and photosensitive rash in the context of a family history of systemic lupus. Intravenous immunoglobulin (IVIG) has helped. Since last visit, she developed a small PE. She is due for IVIG. She is currently on Xarelto. Examination shows no synovitis. There is no evidence of fibromyalgia. There is a malar erythema present. There is livedo reticularis. Plan to continue prednisone, Plaquenil, IVIG and Butrans patch.

Lincoln/Merryman 125



On January 14, 2019, a note by Dr. Kazhdan is a follow-up visit at Texas oncology for history of pulmonary embolism. Physical examination shows no point vertebral tenderness. There is no extremity edema. There are no gross motor or sensory deficits. The neck is supple. Lungs are clear to auscultation bilaterally. The heart has a regular rate and rhythm. The plan is to switch Xarelto to Eliquis.

On January 30, 2019, a note by Dr. Gazda is a new patient visit for second opinion for multiple sclerosis. Physical examination shows that the neck is supple. There is mild tremor with extension. Strength and tone are normal. There is no atrophy or fasciculations. There is trouble with tandem walking but otherwise gait is intact. There is decreased sensation at the lateral aspect of the left thigh.

On February 5, 2019, a note by Elsa Barto is a follow-up visit for pain management. She is due for IVIG. Physical examination shows no synovitis or evidence of fibromyalgia. There is malar erythema as well as livedo reticularis.

On February 8, 2019, labs shows uric acid of 3.5.; Creatinine is 0.62.; Lyme antibody is negative; ANA is negative; Smith and ribonucleoprotein (RNP) are negative; Scleroderma 70 antibodies negative; SSA and SSB are negative [sic]; Jo 1[sic] and centromere antibodies are negative; Anticardiolipin antibodies negative; B12 is 451 and folic acid is 7.7 and Parvovirus IgM is negative.

On February 15, 2019, an upper extremity Doppler dated is negative for deep vein thrombosis (DVT).

On February 28, 2019, a note by Dr. Gazda is a follow-up visit. She has restarted IVIG. Physical examination shows normal strength and tone in all extremities. There is no atrophy, fasciculations or tremor. There is mild tremor with extension. She is trouble tandem walking but otherwise gait is intact. She endplates without assistance. The neck is supple. The assessment is multiple sclerosis.

On April 8, 2019, a note by Dr. Wickersham is a follow-up visit for lupus. There is moderate pain in the joints and spine that is daily. Physical examination shows no synovitis. There is no evidence of fibromyalgia. There is mild erythema present as well as livido reticularis.

On May 8, 2019, a note by Christine Steffano is a visit for pain management. She presents for an assessment of lupus manifest with joint pain, mouth no sores, fatigue and photosensitive rash in the context of a family history of systemic lupus. She is currently on Eliquis, Plaquenil, allopurinol, Butrans and Norco as needed. Examination shows no synovitis or evidence of fibromyalgia. There is no malar rash but there is libido reticularis on the legs and a trace amount on the upper extremities. There is tenderness of the right mid quadrant but no rebound or guarding.

On May 28, 2019, a note by Dr. Gazda is a follow-up visit. She has generalized myofascial pain, joint pain, gas intestinal issues, spasms, nausea, intermittent difficulty swallowing, depression, anxiety, sleep issues and excessive weight gain. Physical examination shows normal strength and tone. There is mild tremor with extension. There is no atrophy or fasciculations. There is trouble tandem walking but otherwise gait is intact and she ambulates without assistance. There is decreased sensation in the lateral aspect of the left thigh. The neck is supple with no meningeal signs or bruits. The back and extremities show full range of motion in all joints.

Claimant Name: Brandi A Merryman                                                                                    RRS ID: 40390

Lincoln/Merryman 126



## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/3/2019 9:23 AM CDT | Liberty (receptionist) | I left a message with Dr. Wickersham's office with the claimant's information and my callback number. |
| 7/3/2019 9:31 AM CDT | Dr. Wickersham | See discussion below. |
| 7/3/2019 9:29 AM CDT | Sylvia (front desk) | I left a message with Dr. Gazda's office, the claimant information and my callback number. |
| 7/5/2019 10:00 AM CDT | Laura (front desk) | Laura advised Dr. Gazda does not work there. |

## Discussion Summary:

Spoke to Dr. Wickersham, she stated the claimant is limited due to pain and fatigue due to her multiple sclerosis (MS) and lupus. She is on maximal therapy including IVIG. In the past, she has tried methotrexate.

## Questions and Reviewer's Response

**1. Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criteria.**

Impairing diagnosis is systemic lupus erythematosus, unspecified. Supported by history of ulcers and malar rash and joint pain in chart notes and on peer to peer call with Dr. Wickersham. She also has an elevated anticardiolipin antibody and a history of an unprovoked pulmonary embolism. Neurologic issues deferred.

**2. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 5/31/19, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.).**

Since she is on anticoagulation for pulmonary embolism which may be associated with her autoimmune lupus, I recommend when working outdoors for sun the restrictions, sun protective measures are needed to avoid triggering inflammatory skin rash. The sun protective measures will be chronic; restriction #3. The restrictions while on anticoagulation will be for as long as she remains on anticoagulant medication for history of deep vein thrombosis/pulmonary embolism (DVT/PE): restriction #1 and #2. Also, the following restrictions limitations apply as of May 31, 2019:

Claimant Name: Brandi A Merryman                                          RRS ID: 40390

Lincoln/Merryman 127



1. No heavy lifting/carrying /pushing/pulling (Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects are okay).

2. No climbing ladders or working at unprotected heights.

3. When outdoors, recommend sun protective clothing and sunscreen.

**3. When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.**

She will be able to work full-time with the above-stated restrictions and limitations from a rheumatic perspective.

There is no evidence of loss of any joint or muscle function to preclude working.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, medical evidence does not support any side effects for the prescribed medications from a rheumatic perspective.

**5. Please contact Dr. Wickersham and Dr. Gazda to discuss the claimant's impairments. Advise whether you were able to achieve consensus, and if not please outline medical evidence to support your opinion.**

Dr. Wickersham and I are not in complete agreement regarding the degree of her restrictions or limitations.

There is no physical examination evidence of persistent active synovitis or myopathy/weakness to preclude joint or muscle function respectively in the timeframe under review. There is no evidence of loss of range of joint motion.

Thus, from a rheumatological perspective there is not sufficient clinical evidence of limitations in joint or muscle function to support any physical functional impairment or restrictions or limitations in the timeframe under review. Neurologic issues deferred.

**Assessment/Rationale**

Claimant Name: Brandi A Merryman                                                                                      RRS ID: 40390

Lincoln/Merryman 128



The claimant carries a diagnosis of lupus without any functional limitations. However, she is on anticoagulation for pulmonary embolism which can be associated with her connective tissue disease given the elevated anticardiolipin antibody so restrictions and precautions are recommended for this. In addition, due to lupus and history of malar rash sun protective measures are recommended when working outside however based on the job description that should not be much of an issue for performing her occupation. Otherwise, no functional limitations are supported from a rheumatic perspective given the lack of peripheral joint synovitis, muscle weakness or restriction in joint range of motion.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Vikram Garg, MD
Board Certified
Rheumatology
Internal Medicine
CA - A111128

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 07/01/2019 | Peer Review | Client |
| 03/27/2018, 03/29/2018, 03/30/2018, 04/06/2018, 04/10/2018, 04/11/2018, 04/30/2018, 06/18/2019, 08/03/2018, 08/07/2018, 08/08/2018, 08/21/2018, 08/31/2018, 09/04/2018, 09/17/2018, 11/26/2018, 12/03/2018, 12/07/2018, | Correspondence | Client |

Claimant Name: Brandi A Merryman

RRS ID: 40390

Lincoln/Merryman 129



| | | |
|---|---|---|
| 12/13/2018, 12/24/2018, 12/29/2018, 01/09/2019, 01/30/2019, 04/12/2019, 04/18/2019, 04/29/2019, 05/14/2019, 05/30/2019 | | |
| Undated | Correspondence | Heidi Galindo, RN |
| Undated, 03/21/2018, 04/25/2018, 08/03/2018, 08/08/2018, 09/14/2018, 09/19/2018, | Email Correspondence | Client |
| Undated | Duty Disposition Report | Unknown |
| 04/05/2018, 09/06/2018, 11/05/2018 | Progress Notes | Jennifer Cude, NP |
| Undated | Job Description | USAA |
| 08/03/2018, 10/05/2018, 11/05/2018, 01/04/2019, 04/08/2019 | Progress Notes | Pendleton Wickersham, MD |
| 08/31/2018 | Doctor Note | Pendleton Wickersham, MD |
| 03/21/2018, 11/26/2018 | Correspondence | Pendleton Wickersham, MD |
| 06/05/2019 | Appeal Correspondence | Claimant |
| 06/06/2019 | Correspondence | Lorna Thomas |
| 10/15/2018 | Notes | Unknown |
| Undated | Office Notes | Pendleton Wickersham, MD |
| 06/07/2019 | Appeal Referral | Client |
| 01/15/2019 | Authorization for the Release of Protected Health Information | Claimant |
| 01/16/2019 | Correspondence | Claimant |
| 01/15/2019 | Agreement Concerning Benefits | Claimant |
| 01/15/2016 | Claimant Information Form | Claimant |
| 01/15/2019 | Claimant Supplementary Statement | Claimant |
| 01/15/2019 | Family Information Questionnaire | Claimant |
| Undated | Training-Education-Experience Form | Claimant |
| 01/15/2019 | Activities Questionnaire | Claimant |
| 01/15/2019 | Survivor/Estate Information Form | Claimant |
| 01/15/2019 | Social Security/Reimbursement Agreement | Claimant |
| 04/18/2019 | Investigative Report | Gina Palacios |
| Undated | Database Services Referral Report | Unknown |
| 04/22/2019 | Invoice | Network Medical Review Company, LTD |

Claimant Name: Brandi A Merryman                                                                                      RRS ID: 40390

Lincoln/Merryman 130



Reliable Review Services

| 01/09/2019 | Consulting Physician Referral | Client |
|---|---|---|
| 05/14/2019 | Peer Review | D. Dennis Payne, Jr., MD |
| 05/14/2019 | Peer Review | James W. Pearce, MD |
| 09/04/2018 | NCV/EMG Study | R. Braden Neiman, MD |
| 08/27/2018 | MRI Brain | James Remkus, MD |
| 08/28/2018 | Cervical Procedure | James E. Remkus, MD |
| 08/27/2018 | MRI Thoracic | James E. Remkus, MD |
| 12/10/2018 | Progress Notes | Megan Vargas, PA-C |
| 08/20/2018, 10/16/2018 | Progress Notes | Richard B. Neiman, MD |
| 12/04/2018, 02/05/2019 | Progress Notes | Elsa M. Barto, NP |
| 11/05/2018, 12/04/2018 | Lab Results | Arthritis Associates |
| 01/14/2019 | Office Visit Notes | Irene Kazhdan, MD, PhD |
| 04/15/2019 | Appointments | Centricity Business |
| 04/19/2019 | Health Summary | BFHC |
| 11/26/2018 | Office Visit Notes | Keith Beck, MD |
| 12/21/2018 | History and Physical | Svitlana N. Antonova, MD |
| 12/21/2018, 12/22/2018 | ED Progress Note | Svitlana N. Antonova, MD |
| 12/22/2018 | Echocardiogram Report | Maura Ortiz, MD |
| 12/21/2018 | Consultation Note | Irene Kazhdan, MD |
| 12/21/2018 | EKG Electrocardiogram Report | Pankaj Madan, MD |
| 12/21/2018 | ED Provider Report | Sumeru G. Mehta, MD |
| 04/23/2019 | Cumulative Report | Pendleton Wickersham, MD |
| 01/30/2019, 02/28/2019, 05/28/2019 | Progress Notes | Suzanne K. Gazda, MD |
| 02/15/2019 | US Doppler Upper Extremity | Peter V. Berardo, MD |
| 02/08/2019 | Lab Results | LabCorp |
| 05/08/2019 | Progress Notes | Christine M. Steffano |
| 11/06/2018 | Lab Results | Quest Diagnostics |

Claimant Name: Brandi A Merryman

RRS ID: 40390

Lincoln/Merryman 131



**RRS**

Reliable Review Services

Date: 7/8/2019

RRS Case Number: 40390

To: Dr. Wickersham

**Re:     Claimant Name: Brandi A Merryman**
**Claim Number: 8582115**
**DOB:**

Dear Dr. Wickersham,

Thank you for taking the time to speak with Vikram Garg, MD. Your opinion and expertise regarding Brandi A Merryman's condition(s) is invaluable in providing us with an understanding of her current condition(s).  We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

Spoke to Dr. Wickersham, she stated the claimant is limited due to pain and fatigue due to her MS and lupus.  She is on maximal therapy including IVIG.  In the past she has tried methotrexate.

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Brandi A Merryman's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days.

_____          _____
Signature and title                                                    Date

Sincerely,



Date:                7/08/2019

To:                  Charles Johnson

                     LINCOLN FINANCIAL GROUP

Re:                  RRS ID: 40390

---

Claimant:            Brandi A Merryman

Claim #:             8582115

Line of Business:    Disability

Review Type:         LTD

Review Level:        Initial

Advisory Report

## Clinical History

This review is from a Rheumatology perspective. The claimant is a 28 year old female who has reported date of disability of August 3, 2018. The claimant has a diagnosis of systemic lupus erythematosus, unspecified. The period in review is from May 31, 2019 to present. All records reviewed. Pertinent rheumatology findings include:

"Claimant works in a professional office setting"

On September 4, 2018, an electromyography (EMG) study is suggestive of tarsal tunnel syndrome bilaterally.

On November 5, 2018, labs show a c-reactive protein (CRP) of 2. White cell count is 10,800, Humulin 14.4 and platelets 237. Urinalysis is negative for protein and blood. Sedimentation rate is 12.

On December 4, 2018, labs shows a negative beta-2 glycoprotein antibody. Anticardiolipin IgG is elevated at 10. DRV VT is negative [sic]. Lupus anticoagulant is not detected.

On December 21, 2018, a CT scan dated shows a single sub-segmental pulmonary embolism in the right lower lobe lateral basal segment. An EKG shows a normal rate and rhythm.

On January 4, 2019, a note by Dr. Wickersham dated is a visit for pain management. She has lupus manifested with joint pain, mouth and nose sores, fatigue and photosensitive rash in the context of a family history of systemic lupus. Intravenous immunoglobulin (IVIG) has helped. Since last visit, she developed a small PE. She is due for IVIG. She is currently on Xarelto. Examination shows no synovitis. There is no evidence of fibromyalgia. There is a malar erythema present. There is livedo reticularis. Plan to continue prednisone, Plaquenil, IVIG and Butrans patch.

Lincoln/Merryman 133



On January 14, 2019, a note by Dr. Kazhdan is a follow-up visit at Texas oncology for history of pulmonary embolism. Physical examination shows no point vertebral tenderness. There is no extremity edema. There are no gross motor or sensory deficits. The neck is supple. Lungs are clear to auscultation bilaterally. The heart has a regular rate and rhythm. The plan is to switch Xarelto to Eliquis.

On January 30, 2019, a note by Dr. Gazda is a new patient visit for second opinion for multiple sclerosis. Physical examination shows that the neck is supple. There is mild tremor with extension. Strength and tone are normal. There is no atrophy or fasciculations. There is trouble with tandem walking but otherwise gait is intact. There is decreased sensation at the lateral aspect of the left thigh.

On February 5, 2019, a note by Elsa Barto is a follow-up visit for pain management. She is due for IVIG. Physical examination shows no synovitis or evidence of fibromyalgia. There is malar erythema as well as livedo reticularis.

On February 8, 2019, labs shows uric acid of 3.5.; Creatinine is 0.62.; Lyme antibody is negative; ANA is negative; Smith and ribonucleoprotein (RNP) are negative; Scleroderma 70 antibodies negative; SSA and SSB are negative [sic]; Jo 1[sic] and centromere antibodies are negative; Anticardiolipin antibodies negative; B12 is 451 and folic acid is 7.7 and Parvovirus IgM is negative.

On February 15, 2019, an upper extremity Doppler dated is negative for deep vein thrombosis (DVT).

On February 28, 2019, a note by Dr. Gazda is a follow-up visit. She has restarted IVIG. Physical examination shows normal strength and tone in all extremities. There is no atrophy, fasciculations or tremor. There is mild tremor with extension. She is trouble tandem walking but otherwise gait is intact. She endplates without assistance. The neck is supple. The assessment is multiple sclerosis.

On April 8, 2019, a note by Dr. Wickersham is a follow-up visit for lupus. There is moderate pain in the joints and spine that is daily. Physical examination shows no synovitis. There is no evidence of fibromyalgia. There is mild erythema present as well as livido reticularis.

On May 8, 2019, a note by Christine Steffano is a visit for pain management. She presents for an assessment of lupus manifest with joint pain, mouth no sores, fatigue and photosensitive rash in the context of a family history of systemic lupus. She is currently on Eliquis, Plaquenil, allopurinol, Butrans and Norco as needed. Examination shows no synovitis or evidence of fibromyalgia. There is no malar rash but there is libido reticularis on the legs and a trace amount on the upper extremities. There is tenderness of the right mid quadrant but no rebound or guarding.

On May 28, 2019, a note by Dr. Gazda is a follow-up visit. She has generalized myofascial pain, joint pain, gas intestinal issues, spasms, nausea, intermittent difficulty swallowing, depression, anxiety, sleep issues and excessive weight gain. Physical examination shows normal strength and tone. There is mild tremor with extension. There is no atrophy or fasciculations. There is trouble tandem walking but otherwise gait is intact and she ambulates without assistance. There is decreased sensation in the lateral aspect of the left thigh. The neck is supple with no meningeal signs or bruits. The back and extremities show full range of motion in all joints.

Claimant Name: Brandi A Merryman                                                                                RRS ID: 40390

Lincoln/Merryman 134



## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/3/2019 9:23 AM CDT | Liberty (receptionist) | I left a message with Dr. Wickersham's office with the claimant's information and my callback number. |
| 7/3/2019 9:31 AM CDT | Dr. Wickersham | See discussion below. |
| 7/3/2019 9:29 AM CDT | Sylvia (front desk) | I left a message with Dr. Gazda's office, the claimant information and my callback number. |
| 7/5/2019 10:00 AM CDT | Laura (front desk) | Laura advised Dr. Gazda does not work there. |

## Discussion Summary:

Spoke to Dr. Wickersham, she stated the claimant is limited due to pain and fatigue due to her multiple sclerosis (MS) and lupus. She is on maximal therapy including IVIG. In the past, she has tried methotrexate.

## Questions and Reviewer's Response

**1. Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criteria.**

Impairing diagnosis is systemic lupus erythematosus, unspecified. Supported by history of ulcers and malar rash and joint pain in chart notes and on peer to peer call with Dr. Wickersham. She also has an elevated anticardiolipin antibody and a history of an unprovoked pulmonary embolism. Neurologic issues deferred.

**2. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 5/31/19, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.).**

Since she is on anticoagulation for pulmonary embolism which may be associated with her autoimmune lupus, I recommend when working outdoors for sun the restrictions, sun protective measures are needed to avoid triggering inflammatory skin rash. The sun protective measures will be chronic; restriction #3. The restrictions while on anticoagulation will be for as long as she remains on anticoagulant medication for history of deep vein thrombosis/pulmonary embolism (DVT/PE): restriction #1 and #2. Also, the following restrictions limitations apply as of May 31, 2019:

Claimant Name: Brandi A Merryman                                         RRS ID: 40390

Lincoln/Merryman 135



1. No heavy lifting/carrying /pushing/pulling (Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects are okay).

2. No climbing ladders or working at unprotected heights.

3. When outdoors, recommend sun protective clothing and sunscreen.

**3. When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.**

She will be able to work full-time with the above-stated restrictions and limitations from a rheumatic perspective.

There is no evidence of loss of any joint or muscle function to preclude working.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, medical evidence does not support any side effects for the prescribed medications from a rheumatic perspective.

**5. Please contact Dr. Wickersham and Dr. Gazda to discuss the claimant's impairments. Advise whether you were able to achieve consensus, and if not please outline medical evidence to support your opinion.**

Dr. Wickersham and I are not in complete agreement regarding the degree of her restrictions or limitations.

There is no physical examination evidence of persistent active synovitis or myopathy/weakness to preclude joint or muscle function respectively in the timeframe under review. There is no evidence of loss of range of joint motion.

Thus, from a rheumatological perspective there is not sufficient clinical evidence of limitations in joint or muscle function to support any physical functional impairment or restrictions or limitations in the timeframe under review. Neurologic issues deferred.

**Assessment/Rationale**

Lincoln/Merryman 136



The claimant carries a diagnosis of lupus without any functional limitations. However, she is on anticoagulation for pulmonary embolism which can be associated with her connective tissue disease given the elevated anticardiolipin antibody so restrictions and precautions are recommended for this. In addition, due to lupus and history of malar rash sun protective measures are recommended when working outside however based on the job description that should not be much of an issue for performing her occupation. Otherwise, no functional limitations are supported from a rheumatic perspective given the lack of peripheral joint synovitis, muscle weakness or restriction in joint range of motion.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Vikram Garg, MD
Board Certified
Rheumatology
Internal Medicine
CA - A111128

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 07/01/2019 | Peer Review | Client |
| 03/27/2018, 03/29/2018, 03/30/2018, 04/06/2018, 04/10/2018, 04/11/2018, 04/30/2018, 06/18/2019, 08/03/2018, 08/07/2018, 08/08/2018, 08/21/2018, 08/31/2018, 09/04/2018, 09/17/2018, 11/26/2018, 12/03/2018, 12/07/2018, | Correspondence | Client |

Claimant Name: Brandi A Merryman                                                                 RRS ID: 40390

Lincoln/Merryman 137



| | | |
|---|---|---|
| 12/13/2018, 12/24/2018, 12/29/2018, 01/09/2019, 01/30/2019, 04/12/2019, 04/18/2019, 04/29/2019, 05/14/2019, 05/30/2019 | | |
| Undated | Correspondence | Heidi Galindo, RN |
| Undated, 03/21/2018, 04/25/2018, 08/03/2018, 08/08/2018, 09/14/2018, 09/19/2018, | Email Correspondence | Client |
| Undated | Duty Disposition Report | Unknown |
| 04/05/2018, 09/06/2018, 11/05/2018 | Progress Notes | Jennifer Cude, NP |
| Undated | Job Description | USAA |
| 08/03/2018, 10/05/2018, 11/05/2018, 01/04/2019, 04/08/2019 | Progress Notes | Pendleton Wickersham, MD |
| 08/31/2018 | Doctor Note | Pendleton Wickersham, MD |
| 03/21/2018, 11/26/2018 | Correspondence | Pendleton Wickersham, MD |
| 06/05/2019 | Appeal Correspondence | Claimant |
| 06/06/2019 | Correspondence | Lorna Thomas |
| 10/15/2018 | Notes | Unknown |
| Undated | Office Notes | Pendleton Wickersham, MD |
| 06/07/2019 | Appeal Referral | Client |
| 01/15/2019 | Authorization for the Release of Protected Health Information | Claimant |
| 01/16/2019 | Correspondence | Claimant |
| 01/15/2019 | Agreement Concerning Benefits | Claimant |
| 01/15/2016 | Claimant Information Form | Claimant |
| 01/15/2019 | Claimant Supplementary Statement | Claimant |
| 01/15/2019 | Family Information Questionnaire | Claimant |
| Undated | Training-Education-Experience Form | Claimant |
| 01/15/2019 | Activities Questionnaire | Claimant |
| 01/15/2019 | Survivor/Estate Information Form | Claimant |
| 01/15/2019 | Social Security/Reimbursement Agreement | Claimant |
| 04/18/2019 | Investigative Report | Gina Palacios |
| Undated | Database Services Referral Report | Unknown |
| 04/22/2019 | Invoice | Network Medical Review Company, LTD |

Claimant Name: Brandi A Merryman                                                                                      RRS ID: 40390

Page 6 of 7



| 01/09/2019 | Consulting Physician Referral | Client |
|---|---|---|
| 05/14/2019 | Peer Review | D. Dennis Payne, Jr., MD |
| 05/14/2019 | Peer Review | James W. Pearce, MD |
| 09/04/2018 | NCV/EMG Study | R. Braden Neiman, MD |
| 08/27/2018 | MRI Brain | James Remkus, MD |
| 08/28/2018 | Cervical Procedure | James E. Remkus, MD |
| 08/27/2018 | MRI Thoracic | James E. Remkus, MD |
| 12/10/2018 | Progress Notes | Megan Vargas, PA-C |
| 08/20/2018, 10/16/2018 | Progress Notes | Richard B. Neiman, MD |
| 12/04/2018, 02/05/2019 | Progress Notes | Elsa M. Barto, NP |
| 11/05/2018, 12/04/2018 | Lab Results | Arthritis Associates |
| 01/14/2019 | Office Visit Notes | Irene Kazhdan, MD, PhD |
| 04/15/2019 | Appointments | Centricity Business |
| 04/19/2019 | Health Summary | BFHC |
| 11/26/2018 | Office Visit Notes | Keith Beck, MD |
| 12/21/2018 | History and Physical | Svitlana N. Antonova, MD |
| 12/21/2018, 12/22/2018 | ED Progress Note | Svitlana N. Antonova, MD |
| 12/22/2018 | Echocardiogram Report | Maura Ortiz, MD |
| 12/21/2018 | Consultation Note | Irene Kazhdan, MD |
| 12/21/2018 | EKG Electrocardiogram Report | Pankaj Madan, MD |
| 12/21/2018 | ED Provider Report | Sumeru G. Mehta, MD |
| 04/23/2019 | Cumulative Report | Pendleton Wickersham, MD |
| 01/30/2019, 02/28/2019, 05/28/2019 | Progress Notes | Suzanne K. Gazda, MD |
| 02/15/2019 | US Doppler Upper Extremity | Peter V. Berardo, MD |
| 02/08/2019 | Lab Results | LabCorp |
| 05/08/2019 | Progress Notes | Christine M. Steffano |
| 11/06/2018 | Lab Results | Quest Diagnostics |

Lincoln/Merryman 139



Date: 7/8/2019

RRS Case Number: 40390

To: Dr. Wickersham

**Re:     Claimant Name: Brandi A Merryman**
**Claim Number: 8582115**
**DOB:**

Dear Dr. Wickersham,

Thank you for taking the time to speak with Vikram Garg, MD. Your opinion and expertise regarding Brandi A Merryman's condition(s) is invaluable in providing us with an understanding of her current condition(s).  We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

Spoke to Dr. Wickersham, she stated the claimant is limited due to pain and fatigue due to her MS and lupus.  She is on maximal therapy including IVIG.  In the past she has tried methotrexate.

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Brandi A Merryman's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days.

_____          _____
Signature and title                                      Date

Sincerely,



# INVOICE

**Reliable Review Services**

**Invoice Number : 40390-1**                                        **7/8/2019 10:20 AM CDT**

Claimant: Brandi A Merryman
Client Claim#: 8582115
RRS Claim#: 40390-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 7.5 | 210 | $0.00 | 1575.00 |

**Total Due: $1575.00**

**Reviewer Details**

**Reviewer**

Vikram  Garg  - Rheumatology

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049                              **Tax Id:**  26-1114252

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

Lincoln/Merryman 141



# INVOICE

**Reliable Review Services**

**Invoice Number : 40390-1**                    **7/8/2019 10:20 AM CDT**

Claimant: Brandi A Merryman
Client Claim#: 8582115
RRS Claim#: 40390-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 7.5 | 210 | $0.00 | 1575.00 |

**Total Due: $1575.00**

**Reviewer Details**

**Reviewer**

Vikram  Garg  - Rheumatology

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049                         **Tax Id:**  26-1114252

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. BRANDI MERRYMAN

Lincoln/Merryman 143



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

July 8, 2019

Ms. Brandi A. Merryman

RE:     Long Term Disability (LTD) Benefits
        USAA
        Claim #: 8582115

Dear Ms. Brandi Merryman:

We are in process of reviewing your appeal request.  The purpose of this letter is to provide you with an opportunity to review and comment on new evidence that has been received before a decision is rendered on your appeal.

We have enclosed a copy of the physician peer review performed during the appeal review.  This is new or additional evidence in connection with your appeal.  You may review this and provide a response to us, which we will consider in making our decision on your appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response.  Upon receipt of  your response, we will promptly complete our review and render a determination on your appeal.  If your response is not received by July 29, 2019, we will render a determination based on the information contained in your file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703

Attachments:   8582115-MEDICAL-CP/PEER REVIEW-07.08.2019

1  of  1

Lincoln/Merryman 144



Reliable Review Services

| | |
|---|---|
| Date: | 7/08/2019 |
| To: | Charles Johnson |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 40390 |

| | |
|---|---|
| Claimant: | Brandi A Merryman |
| Claim #: | 8582115 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |
| Advisory Report | |

## Clinical History

This review is from a Rheumatology perspective. The claimant is a 28 year old female who has reported date of disability of August 3, 2018. The claimant has a diagnosis of systemic lupus erythematosus, unspecified. The period in review is from May 31, 2019 to present. All records reviewed. Pertinent rheumatology findings include:

"Claimant works in a professional office setting"

On September 4, 2018, an electromyography (EMG) study is suggestive of tarsal tunnel syndrome bilaterally.

On November 5, 2018, labs show a c-reactive protein (CRP) of 2. White cell count is 10,800, Humulin 14.4 and platelets 237. Urinalysis is negative for protein and blood. Sedimentation rate is 12.

On December 4, 2018, labs shows a negative beta-2 glycoprotein antibody. Anticardiolipin IgG is elevated at 10. DRV VT is negative [sic]. Lupus anticoagulant is not detected.

On December 21, 2018, a CT scan dated shows a single sub-segmental pulmonary embolism in the right lower lobe lateral basal segment. An EKG shows a normal rate and rhythm.

On January 4, 2019, a note by Dr. Wickersham dated is a visit for pain management. She has lupus manifested with joint pain, mouth and nose sores, fatigue and photosensitive rash in the context of a family history of systemic lupus. Intravenous immunoglobulin (IVIG) has helped. Since last visit, she developed a small PE. She is due for IVIG. She is currently on Xarelto. Examination shows no synovitis. There is no evidence of fibromyalgia. There is a malar erythema present. There is livedo reticularis. Plan to continue prednisone, Plaquenil, IVIG and Butrans patch.

Lincoln/Merryman 145



On January 14, 2019, a note by Dr. Kazhdan is a follow-up visit at Texas oncology for history of pulmonary embolism. Physical examination shows no point vertebral tenderness. There is no extremity edema. There are no gross motor or sensory deficits. The neck is supple. Lungs are clear to auscultation bilaterally. The heart has a regular rate and rhythm. The plan is to switch Xarelto to Eliquis.

On January 30, 2019, a note by Dr. Gazda is a new patient visit for second opinion for multiple sclerosis. Physical examination shows that the neck is supple. There is mild tremor with extension. Strength and tone are normal. There is no atrophy or fasciculations. There is trouble with tandem walking but otherwise gait is intact. There is decreased sensation at the lateral aspect of the left thigh.

On February 5, 2019, a note by Elsa Barto is a follow-up visit for pain management. She is due for IVIG. Physical examination shows no synovitis or evidence of fibromyalgia. There is malar erythema as well as livedo reticularis.

On February 8, 2019, labs shows uric acid of 3.5.; Creatinine is 0.62.; Lyme antibody is negative; ANA is negative; Smith and ribonucleoprotein (RNP) are negative; Scleroderma 70 antibodies negative; SSA and SSB are negative [sic]; Jo 1[sic] and centromere antibodies are negative; Anticardiolipin antibodies negative; B12 is 451 and folic acid is 7.7 and Parvovirus IgM is negative.

On February 15, 2019, an upper extremity Doppler dated is negative for deep vein thrombosis (DVT).

On February 28, 2019, a note by Dr. Gazda is a follow-up visit. She has restarted IVIG. Physical examination shows normal strength and tone in all extremities. There is no atrophy, fasciculations or tremor. There is mild tremor with extension. She is trouble tandem walking but otherwise gait is intact. She endplates without assistance. The neck is supple. The assessment is multiple sclerosis.

On April 8, 2019, a note by Dr. Wickersham is a follow-up visit for lupus. There is moderate pain in the joints and spine that is daily. Physical examination shows no synovitis. There is no evidence of fibromyalgia. There is mild erythema present as well as livido reticularis.

On May 8, 2019, a note by Christine Steffano is a visit for pain management. She presents for an assessment of lupus manifest with joint pain, mouth no sores, fatigue and photosensitive rash in the context of a family history of systemic lupus. She is currently on Eliquis, Plaquenil, allopurinol, Butrans and Norco as needed. Examination shows no synovitis or evidence of fibromyalgia. There is no malar rash but there is libido reticularis on the legs and a trace amount on the upper extremities. There is tenderness of the right mid quadrant but no rebound or guarding.

On May 28, 2019, a note by Dr. Gazda is a follow-up visit. She has generalized myofascial pain, joint pain, gas intestinal issues, spasms, nausea, intermittent difficulty swallowing, depression, anxiety, sleep issues and excessive weight gain. Physical examination shows normal strength and tone. There is mild tremor with extension. There is no atrophy or fasciculations. There is trouble tandem walking but otherwise gait is intact and she ambulates without assistance. There is decreased sensation in the lateral aspect of the left thigh. The neck is supple with no meningeal signs or bruits. The back and extremities show full range of motion in all joints.

Claimant Name: Brandi A Merryman                                                                              RRS ID: 40390

Lincoln/Merryman 146



Reliable Review Services

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/3/2019 9:23 AM CDT | Liberty (receptionist) | I left a message with Dr. Wickersham's office with the claimant's information and my callback number. |
| 7/3/2019 9:31 AM CDT | Dr. Wickersham | See discussion below. |
| 7/3/2019 9:29 AM CDT | Sylvia (front desk) | I left a message with Dr. Gazda's office, the claimant information and my callback number. |
| 7/5/2019 10:00 AM CDT | Laura (front desk) | Laura advised Dr. Gazda does not work there. |

## Discussion Summary:

Spoke to Dr. Wickersham, she stated the claimant is limited due to pain and fatigue due to her multiple sclerosis (MS) and lupus. She is on maximal therapy including IVIG. In the past, she has tried methotrexate.

## Questions and Reviewer's Response

1. Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criteria.

Impairing diagnosis is systemic lupus erythematosus, unspecified. Supported by history of ulcers and malar rash and joint pain in chart notes and on peer to peer call with Dr. Wickersham. She also has an elevated anticardiolipin antibody and a history of an unprovoked pulmonary embolism. Neurologic issues deferred.

2. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 5/31/19, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.).

Since she is on anticoagulation for pulmonary embolism which may be associated with her autoimmune lupus, I recommend when working outdoors for sun the restrictions, sun protective measures are needed to avoid triggering inflammatory skin rash. The sun protective measures will be chronic; restriction #3. The restrictions while on anticoagulation will be for as long as she remains on anticoagulant medication for history of deep vein thrombosis/pulmonary embolism (DVT/PE): restriction #1 and #2. Also, the following restrictions limitations apply as of May 31, 2019:

Claimant Name: Brandi A Merryman                                                                                     RRS ID: 40390

Lincoln/Merryman 147



**Reliable Review Services**

1. No heavy lifting/carrying /pushing/pulling (Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects are okay).

2. No climbing ladders or working at unprotected heights.

3. When outdoors, recommend sun protective clothing and sunscreen.

3. When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.

She will be able to work full-time with the above-stated restrictions and limitations from a rheumatic perspective.

There is no evidence of loss of any joint or muscle function to preclude working.

4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

No, medical evidence does not support any side effects for the prescribed medications from a rheumatic perspective.

5. Please contact Dr. Wickersham and Dr. Gazda to discuss the claimant's impairments. Advise whether you were able to achieve consensus, and if not please outline medical evidence to support your opinion.

Dr. Wickersham and I are not in complete agreement regarding the degree of her restrictions or limitations.

There is no physical examination evidence of persistent active synovitis or myopathy/weakness to preclude joint or muscle function respectively in the timeframe under review. There is no evidence of loss of range of joint motion.

Thus, from a rheumatological perspective there is not sufficient clinical evidence of limitations in joint or muscle function to support any physical functional impairment or restrictions or limitations in the timeframe under review. Neurologic issues deferred.

**Assessment/Rationale**

Lincoln/Merryman 148



The claimant carries a diagnosis of lupus without any functional limitations. However, she is on anticoagulation for pulmonary embolism which can be associated with her connective tissue disease given the elevated anticardiolipin antibody so restrictions and precautions are recommended for this. In addition, due to lupus and history of malar rash sun protective measures are recommended when working outside however based on the job description that should not be much of an issue for performing her occupation. Otherwise, no functional limitations are supported from a rheumatic perspective given the lack of peripheral joint synovitis, muscle weakness or restriction in joint range of motion.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Vikram Garg, MD
Board Certified
Rheumatology
Internal Medicine
CA - A111128

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 07/01/2019 | Peer Review | Client |
| 03/27/2018, 03/29/2018, 03/30/2018, 04/06/2018, 04/10/2018, 04/11/2018, 04/30/2018, 06/18/2019, 08/03/2018, 08/07/2018, 08/08/2018, 08/21/2018, 08/31/2018, 09/04/2018, 09/17/2018, 11/26/2018, 12/03/2018, 12/07/2018, | Correspondence | Client |

Lincoln/Merryman 149



| | | |
|---|---|---|
| 12/13/2018, 12/24/2018, 12/29/2018, 01/09/2019, 01/30/2019, 04/12/2019, 04/18/2019, 04/29/2019, 05/14/2019, 05/30/2019 | | |
| Undated | Correspondence | Heidi Galindo, RN |
| Undated, 03/21/2018, 04/25/2018, 08/03/2018, 08/08/2018, 09/14/2018, 09/19/2018, | Email Correspondence | Client |
| Undated | Duty Disposition Report | Unknown |
| 04/05/2018, 09/06/2018, 11/05/2018 | Progress Notes | Jennifer Cude, NP |
| Undated | Job Description | USAA |
| 08/03/2018, 10/05/2018, 11/05/2018, 01/04/2019, 04/08/2019 | Progress Notes | Pendleton Wickersham, MD |
| 08/31/2018 | Doctor Note | Pendleton Wickersham, MD |
| 03/21/2018, 11/26/2018 | Correspondence | Pendleton Wickersham, MD |
| 06/05/2019 | Appeal Correspondence | Claimant |
| 06/06/2019 | Correspondence | Lorna Thomas |
| 10/15/2018 | Notes | Unknown |
| Undated | Office Notes | Pendleton Wickersham, MD |
| 06/07/2019 | Appeal Referral | Client |
| 01/15/2019 | Authorization for the Release of Protected Health Information | Claimant |
| 01/16/2019 | Correspondence | Claimant |
| 01/15/2019 | Agreement Concerning Benefits | Claimant |
| 01/15/2016 | Claimant Information Form | Claimant |
| 01/15/2019 | Claimant Supplementary Statement | Claimant |
| 01/15/2019 | Family Information Questionnaire | Claimant |
| Undated | Training-Education-Experience Form | Claimant |
| 01/15/2019 | Activities Questionnaire | Claimant |
| 01/15/2019 | Survivor/Estate Information Form | Claimant |
| 01/15/2019 | Social Security/Reimbursement Agreement | Claimant |
| 04/18/2019 | Investigative Report | Gina Palacios |
| Undated | Database Services Referral Report | Unknown |
| 04/22/2019 | Invoice | Network Medical Review Company, LTD |

Claimant Name: Brandi A Merryman                                                                 RRS ID: 40390

Lincoln/Merryman 150



| 01/09/2019 | Consulting Physician Referral | Client |
|---|---|---|
| 05/14/2019 | Peer Review | D. Dennis Payne, Jr., MD |
| 05/14/2019 | Peer Review | James W. Pearce, MD |
| 09/04/2018 | NCV/EMG Study | R. Braden Neiman, MD |
| 08/27/2018 | MRI Brain | James Remkus, MD |
| 08/28/2018 | Cervical Procedure | James E. Remkus, MD |
| 08/27/2018 | MRI Thoracic | James E. Remkus, MD |
| 12/10/2018 | Progress Notes | Megan Vargas, PA-C |
| 08/20/2018, 10/16/2018 | Progress Notes | Richard B. Neiman, MD |
| 12/04/2018, 02/05/2019 | Progress Notes | Elsa M. Barto, NP |
| 11/05/2018, 12/04/2018 | Lab Results | Arthritis Associates |
| 01/14/2019 | Office Visit Notes | Irene Kazhdan, MD, PhD |
| 04/15/2019 | Appointments | Centricity Business |
| 04/19/2019 | Health Summary | BFHC |
| 11/26/2018 | Office Visit Notes | Keith Beck, MD |
| 12/21/2018 | History and Physical | Svitlana N. Antonova, MD |
| 12/21/2018, 12/22/2018 | ED Progress Note | Svitlana N. Antonova, MD |
| 12/22/2018 | Echocardiogram Report | Maura Ortiz, MD |
| 12/21/2018 | Consultation Note | Irene Kazhdan, MD |
| 12/21/2018 | EKG Electrocardiogram Report | Pankaj Madan, MD |
| 12/21/2018 | ED Provider Report | Sumeru G. Mehta, MD |
| 04/23/2019 | Cumulative Report | Pendleton Wickersham, MD |
| 01/30/2019, 02/28/2019, 05/28/2019 | Progress Notes | Suzanne K. Gazda, MD |
| 02/15/2019 | US Doppler Upper Extremity | Peter V. Berardo, MD |
| 02/08/2019 | Lab Results | LabCorp |
| 05/08/2019 | Progress Notes | Christine M. Steffano |
| 11/06/2018 | Lab Results | Quest Diagnostics |

Lincoln/Merryman 151

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. BRANDI MERRYMAN



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8400

June 18, 2019

Ms. Brandi A. Merryman

RE:     Long Term Disability (LTD) Benefits
        USAA
        Claim #: 8582115

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility.  Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal.  If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lois Beaupain
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16466
Secure Fax No.: (603) 334-8400

1  of 1

Lincoln/Merryman 154

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:**    **PHOENIX**

| | | | |
|---|---|---|---|
| Office: | 913 | Manager: DIGIANDOMENICO, ROBERT | Case Mgr: LEITCH, DEWEY |

Claimant Name:    BRANDI  A  MERRYMAN        Claim #:    8582115

Occupation (Job Title):    MEMBER SOLUTIONS SENIOR SPECIAL        Date Sent:    6/7/2019

Diagnosis:    M32.9 Systemic lupus erythematosus, unspecified,  G35 Multiple sclerosis

Date of Disability:    8/3/2018        Date Benefits Began:    1/30/2019

Maximum Duration:    9/11/2055        Paid Through:    5/31/2019

Date of Denial or (DB451):    5/30/2019        Date Appeal Received:    6/6/2019

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder:    USAA

Product:    LTD        Funding:    CON

Is Claimant Eligible for LTD?    Y

Erisa or Non-Erisa?    ERISA Plan

─ Document Locations ─

☑ Paperless
☐ Bilingual - translation complete
☐ Paper File
☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.                    FAX No.

Account Specific or Unique Contract Issues / Additional Info:

# FAX COVER SHEET

Date:  June 6, 2019

To:    Dewey
       Lincoln Financial Group
       Phone #: 800-320-7585 ext. 41482        Fax#:    603-334-4176

From: Brandi Merryman                          LTD Claim #: 8582115
Phone #


Total Pages including cover sheet _____17_____

Lincoln/Merryman 155

June 5, 2019

RE:  Long Term Disability (LTD) Benefits
     USAA Claim # 8582115
     Attention: Dewey

To Whom It May Concern:

This is a request for an appeal of the denial for continuation of long-term disability. I live with debilitating symptoms of Multiple Sclerosis (diagnosed in 2018), Systemic Lupus Erythematosus (diagnosed in 2016), and many associated symptoms. My family is assisting me in the writing of this letter, as it is difficult for me to organize my thoughts and articulate my current condition.

My Rheumatologist, Dr. Pendleton Wickersham, primarily manages my care as I have seen him routinely for several years. Over the last twelve months, my daily symptoms have significantly worsened. I have discussed all the following symptoms repeatedly with Dr. Wickersham and/or Dr. Gazda.

## Symptoms:
Chronic fatigue and moderate to severe joint pain (ankles, knees, hips, elbows, shoulder, neck)
Numbness/burning to left arm, left leg, and right arm
Intense pain/numbness when tilting head down or up
Occasional tremors (head and both hands)
Left knee 'gives' on occasion. (Fell in shower twice this past year, fell at my front doorstep, and fell in the living room twice). Now use a cane daily.
Difficulty riding in the car or watching cars pass (vertigo)
Trigeminal Neuralgia in May 2019 (painful to touch, brush teeth, comb hair)
Periodic pressure/glowing to left eye (optic neuritis)
Floaters in left eye (seen by Optometrist)
Severe sensitivity to light (currently wear indoor prescription shades)
Severe sensitivity to touch (having others touch my skin)
Frequent headaches, especially when looking at ultraviolet light, TV, computer screen
Outdoor sun is intolerable
Intermittent knocking and ringing sounds in both ears
Intermittent chest pain/tightness

Panic attacks, anxiety, frequent crying (extremely emotional)
Depression (Dr. Gazda recommended I see a Psychiatrist to prescribe medications and counseling)

Memory loss/difficulty concentrating (biggest challenge!), inability to read and comprehend, difficulty with communication, and unable to prioritize and organize. The speed it takes to process information has significantly declined. I cannot multi-task without having a panic attack, and I have difficulty with simple household tasks. These tasks are overwhelming. Some days it is difficult to even shower. Unable to drive, so I rely on family to take me to doctor appointments and to pick up groceries.

Unable to sleep well due to pain (typically fall asleep at 4 am and lay in bed until 4pm).

Over the past 5 weeks I have suffered from nausea/vomiting and have lost 15 pounds. I fluctuate between diarrhea and constipation. It is difficult for me to eat, not only due to the nausea, but because I have the sensation of a lump in my throat when I swallow. I suffer from frequent gastrointestinal pain (have had an endoscopy, barium swallow, HIDA scan, and recently a CT of my abdomen).

I have a history of kidney stones (many), and this adds to my debilitating pain. I have had multiple kidney and urinary tract infections and I am told they are due to uric acid and brushite.

After starting IVIG, I was diagnosed with a thrombus to my right arm (was visualized on ultrasound November 2018). After the following month's treatment, I was diagnoses with a Pulmonary Embolus and am now on blood thinners (prescribed by Dr. Irene Kahzdan). I have significant blood clots during menstruation (was taken off hormone therapy due to pulmonary embolus).

**I am currently taking the following medications:**
Intravenous Immunoglobin Therapy (3 full days of infusions each month)
Allopurinol 200 mg/day – to control uric acid level to reduce kidney stone formation
Plaquenil 300 mg/day – to treat Systemic Lupus, lower immune response
Prednisone 5 mg/day – to decrease systemic inflammation
Turmeric 2000 IU/day – to decrease inflammation
Eloquis 10 mg/day to prevent blood clot formation
Butrans Patch 20 mcg patch weekly – to control pain
Lexapro 10 mg/day – to decrease anxiety
Phenergan 25 mg/prn – to decrease nausea so I can eat
Norco 7.5-325 mg/prn – to control breakthrough pain

**Medications I have not responded to or unable to tolerate:**
Copaxone (for MS), Arava (for Lupus), Benlysta (for Lupus), Methotrexate (for Lupus)

My Neurologist prescribed a multitude of vitamins – C3 2500 CBD oil 25 mg, Vitamin C with Folic Acid, Ginger Root 550 mg, Omega Plus, Adrenamax, Mega Spore Biotic, Vitamin K2 with D3, Magnesium, Zinc 30, Oil of Oregano. I was unable to tolerate the vitamins, and this further complicated my abdominal pain. Dr. Gazda (Neurologist) referred me to a Dietician, however I cannot eat the meal plan recommended by the Nutritionist due to nausea, vomiting, and the sensation of a lump in my throat.

Both Dr. Wickersham and Dr. Gazda feel that with continued IVIG treatment, my symptoms will improve, and functionality will increase. However, at the present time my flares have been debilitating. I am requesting additional time to heal and improve function.

Thank you,

*Brandi Merryman*
Brandi Merryman

Lincoln/Merryman 157

June 6, 2019

To Whom It May Concern:

I assisted Brandi Merryman in writing this letter of appeal to continue her long-term disability, as her thoughts are scattered. As her mother, I provide a great deal of assistance, and see her several times each week. I can attest to her symptoms, and her inability to function in her current state.

I drive Brandi to her doctor appointments and see how she struggles just to make it through the car ride. I pick up her prescriptions, groceries, clean her laundry, and help her organize her medications. I cook meals for her, though she has great difficulty eating more than a few bites. On several occasions she has not taken her medications appropriately, as she gets confused (even with a Sun-Sat pill box). She has become frustrated and tends to panic when noise/activity increases. Noise, such as the TV, lights, and multiple visitors agitates her. Her balance has declined, and I witnessed her fall twice, once on the concrete outside her front door on our way home from the hospital and once in her living room due to balance issues. She has fallen twice while in the shower because she closed her eyes and lost her balance.

Brandi is not yet capable of working in any capacity, as her concentration is poor, and she is slow to process information. She has become increasingly agitated, scattered, and disorganized. This is most disheartening for me to see. Additionally, she becomes extremely fatigued after 20-30 minutes of activity. Even a simple trip to the grocery store is too overwhelming.

Last Fall Brandi was awarded a recumbent bike (MS Foundation) but has yet to be able to ride due to fatigue and pain. Her goal is to return to work, ride her bike in an MS race, and start a blog about her progress. She is not yet able to accomplish any of these goals, as she has not yet had a period of remission.

I urge you to reconsider her long-term disability to allow her the time she needs to continue her treatments. With additional months of IVIG, the hope is her health will progress in a positive direction and her symptoms (especially concentration and mood) will improve enough to function in both work and daily living activities.

Thank you,

Lorna Thomas

Lincoln/Merryman 158

**Brandi Merryman (**
10/15/2018

*these symptoms were printed and given to her Neurologist on 10/15/2018. This should be in her medical record at the Neurology Institute of San Antonio - JW*

| Daily Symptoms | Imtermittent Symptoms | New Symptoms (past 6 weeks) |
|---|---|---|
| fatigue | Severe sensitivity to touch, light, noise | "knocking" sounds in left ear, then inability to hear for 2-3 min |
| numbness/burning/dull ache to left thigh | pressure/"glowing" behind left eye | acute dull aching pain to right cheek |
| stomach spasms/bloating | green or grey stool | feeling of severe upper torso "strangulation" |
| Insomnia | severe headaches | intermittent chest pain |
| excessive urination | "sticky" foot (feels like tape stuck on bottom of left foot) | right hand numb/tingling |
| chronic generalized pain | arms/leg spasms | head tilted right causes light-headedness/disorientation/pain |
| dizziness/loss of balance (fell in shower) | right kidney pain | head tilted down is painful |
| | memory loss/confusion (sporatic, but with increased frequency) | |
| | mood swings (anxiety, depression, panic attacks) | |
| | skin feels bruised when lightly stroked | |
| | shortness of breath (can be difficult to eat a meal) | |

### Past Medical History

Bunionectomy (right) in 2003, history of kidney stones (right), chronic cysts (inside thighs - several removed surgically), severe GI pain (endoscopy, barium swallow, HIDA scan), physical therapy for right shoulder pain, anemia (immature red blood cells), system lupus erythamatosis

### Current Medications

| Allopurinol | 100 mg | daily (oral) |
|---|---|---|
| Plaquenil | 300 mg | daily (oral) |
| Prednisone | 7.5 mg | daily (oral) |
| Vitamin D3 | 2000 IU | daily (oral) |
| Turmeric | 2000 IU | daily (oral) |
| Butrans Patch | 20 mcg | patch (weekly) |
| Norco | 5-325 mg | prn, oral (typically 1-2/day) |
| Copaxone | 40 mg | SQ injections (3 x week) |

(Did not respond well to Arava, Methotrexate, or Benlysta for Lupus. Unable to tolerate Methotrexate.)

*These records are from the Last appointment with Dr. Wickersham (From Patient Portal)*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**

The following sections represent the most current data on record and are not specific to the date of the Visit: Demographics, Social History, Problems, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs | Sex |
|---|---|---|---|
| Brandi Merryman | | 63481 63481 | Female |

*Dr. Gazda (Neurologist) does not upload patient data on a portal.*

tel:

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | White | Not Hispanic or Latino |
| **Care Giver** | Christine Steffano | |

**Contact Info**

Information recipient:

## PROBLEMS

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | SNOMED Code |
|---|---|---|---|---|---|---|
| Problem | Personal history of peptic ulcer disease | | Z87.11 | | Active | 266998003 |
| Problem | Inflammatory polyarthropathy | | M06.4 | | Active | 417373000 |

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | SNOMED Code |
|---|---|---|---|---|---|---|
| Problem | Trochanteric bursitis, left hip | | M70.62 | | Active | 323021000119103 |
| Problem | Calculus of kidney | | N20.0 | | Active | 95570007 |
| Problem | Vitamin D deficiency, unspecified | | E55.9 | | Active | 34713006 |
| Problem | Other specified systemic involvement of connective tissue | | M35.8 | | Active | 105969002 |
| Problem | Other long term (current) drug therapy | | Z79.899 | | Active | 710814002 |
| Problem | Long term (current) use of opiate analgesic | | Z79.891 | | Active | 243872007 |
| Problem | Anxiety disorder, unspecified | | F41.9 | | Active | 197480006 |
| Problem | Vomiting, unspecified | | R11.10 | | Active | 422400008 |
| Problem | Anemia, unspecified | | D64.9 | | Active | 271737000 |
| Problem | Nausea | | R11.0 | | Active | 422587007 |

Lincoln/Merryman 161

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | SNOMED Code |
|------|-----------|--------------|---------------|-------------|------------------|-------------|
| Problem | Systemic lupus erythematosus, unspecified | | M32.9 | | Active | 55464009 |
| Problem | Multiple sclerosis | | G35 | | Active | 24700007 |
| Problem | Embolism and thrombosis of arteries of the upper extremities | | I74.2 | | Active | 195318006 |

## ALLERGIES

| Allergen (clinical drug Ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|-------------------------------------|------------------------------------------|----------|--------------|------------|--------|
| | LATEX | Unknown | Drug Allergy | | Active |

## ENCOUNTERS From [        ] To 2019-06-06

| Encounter | Location | Date | Provider | Diagnosis |
|-----------|----------|------|----------|-----------|
| Arthritis Associates | 4511 HORIZON HILL BLVD Suite 150 SAN ANTONIO, TX 782292263 | 08 May, 2019 | Christine Steffano | Systemic lupus erythematosus, unspecified M32.9 ; Multiple sclerosis G35 ; Calculus of kidney N20.0 ; Embolism and thrombosis of arteries of the upper extremities I74.2 ; Personal history of peptic ulcer disease Z87.11 ; Anxiety disorder, unspecified F41.9 ; Vitamin D deficiency, unspecified E55.9 ; Long term (current) use of opiate analgesic Z79.891 ; Other long term (current) drug therapy Z79.899 and Vomiting, unspecified R11.10 |

Lincoln/Merryman 162

## IMMUNIZATIONS

No Information

## SOCIAL HISTORY

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Never Smoker | |

### Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Unknown |

### Tobacco Use/Smoking

| Question | Answer | Notes |
|---|---|---|
| Smoking Status: | never smoker | |

## REASON FOR REFERRAL

No Information

## VITAL SIGNS

No information

## MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Start Date | End Date | Status |
|---|---|---|---|---|
| Methotrexate Sodium 250 MG/10ML | 0.4ml Injection once a week for 28 | | | Not-Taking |
| Promethazine HCl 12.5 MG | 1 tablet as needed Orally every 6 hrs for 30 day(s) | 08 May, 2019 | | Active |
| Leflunomide 10 MG | 1 tablet Orally Once a day for 30 day(s) | | | Not-Taking |
| Plaquenil 200 | TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK | | | Active |
| Fluconazole 150 MG | 1 tablet Orally once for 10 day(s) | 20 Feb, 2018 | | Not-Taking |
| Allopurinol 100 | 2 tablets Orally Once a day | | | Active |

Lincoln/Merryman 164

| Medication | SIG (Take, Route, Frequency, Duration) | Start Date | End Date | Status |
|---|---|---|---|---|
| PredniSONE 5 MG | 1-2 tablets Orally Once a day for 30 | | | Not-Taking |
| Norco 7.5-325 MG | 1 tablet as needed Orally every 6 hrs | | | Active |
| Plaquenil 200 MG | 1.5 tablets with food or milk Orally Once a day for 30 | | | Not-Taking |
| Lexapro 10 MG | 1 tablet Orally Once a day for 30 | | | Not-Taking |
| Hydrocodone-Acetaminophen 7.5-325 MG | 1 tablet as needed Orally three times a day for 30 days | | | Active |
| PredniSONE 5 MG | 1-2 tablets Orally Once a day for 30 days | | | Active |
| Vitamin D3 2000 UNIT | 1 capsule Orally Once a day | | | Active |
| Medrol 4 MG | as directed Orally for 6 days | 23 Jul, 2018 | | Not-Taking |

Lincoln/Merryman 165

06/06/2019 THU 12:04  FAX 2970507 Regional Staff Dev                    ☒012/017

| Medication | SIG (Take, Route, Frequency, Duration) | Start Date | End Date | Status |
|---|---|---|---|---|
| IVIg | | | | Active |
| Butrans 20 MCG/HR | apply 1 patch to skin every 7 days Transdermal ONCE A WEEK for 28 days | | | Active |
| Eliquis 2.5 MG | as directed Orally BID | | | Active |
| Butrans 20 MCG/HR | APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal EVERY 7 DAYS for 28 days | | | Active |
| Macrobid 100 MG | 1 capsule with food Orally every 12 hrs for 7 day(s) | 23 May, 2017 | | Not-Taking |

Lincoln/Merryman 166

## MEDICAL EQUIPMENT

No Information

## MENTAL STATUS

No Information

## FUNCTIONAL STATUS

No Information

## ASSESSMENTS

| Encounter Date | Diagnosis |
| --- | --- |
| 08 May, 2019 | Vomiting, unspecified (ICD-10 - R11.10) |
| 08 May, 2019 | Other long term (current) drug therapy (ICD-10 - Z79.899) |
| 08 May, 2019 | Systemic lupus erythematosus, unspecified (ICD-10 - M32.9) |
| 08 May, 2019 | Anxiety disorder, unspecified (ICD-10 - F41.9) |
| 08 May, 2019 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) |
| 08 May, 2019 | Vitamin D deficiency, unspecified (ICD-10 - E55.9) |
| 08 May, 2019 | Calculus of kidney (ICD-10 - N20.0) |
| 08 May, 2019 | Multiple sclerosis (ICD-10 - G35) |
| 08 May, 2019 | Personal history of peptic ulcer disease (ICD-10 - Z87.11) |
| 08 May, 2019 | Embolism and thrombosis of arteries of the upper extremities (ICD-10 - I74.2) |

Lincoln/Merryman 167

| Encounter Date | Diagnosis |
|---|---|

## PLAN OF TREATMENT

### Medication

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Vitamin D3 2000 UNIT | 1 capsule Orally Once a day | | |
| Allopurinol 100 | 2 tablets Orally Once a day | | |
| Folic Acid 1 MG | 1 tablet Orally Once a day for 30 day(s) | | |
| Methotrexate Sodium 250 MG/10ML | 0.4ml Injection once a week for 28 days | | |
| Promethazine HCl 12.5 MG | 1 tablet as needed Orally every 6 hrs for 30 day(s) | 08 May, 2019 | |
| PredniSONE 5 MG | 1-2 tablets Orally Once a day for 30 days | | |

Lincoln/Merryman 168

⌀015/017

| Medication Name | Sig | Start Date | Stop Date |
| --- | --- | --- | --- |
| Plaquenil 200 | TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK | | |
| Butrans 20 MCG/HR | apply 1 patch to skin every 7 days Transdermal ONCE A WEEK for 28 days | | |
| Hydrocodone-Acetaminophen 7.5-325 MG | 1 tablet as needed Orally three times a day for 30 days | | |

Lincoln/Merryman 169

## Treatment Notes

| Assessment | Notes |
| --- | --- |
| Systemic lupus erythematosus, unspecified | Pt has active SLE/MS overlap although IVIg has helped. Stopped MTX after vomiting episode (started 2 weeks ago). Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). PMP reviewed today. Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. |
| Multiple sclerosis | Continue to follow with Dr. Neimann and Dr. Gazda as above. Continue with IVIG treatments, and skip vitamins neuro orders at this time. |
| Calculus of kidney | Continue allopurinol and hydration. |
| Embolism and thrombosis of arteries of the upper extremities | Patient currently on Eliquis twice a day. Was taking Xarelto previously. Continue to follow with hematology; I do suspect she will need lifelong anticoagulation. |
| Personal history of peptic ulcer disease | Continue to avoid NSAIDs |
| Vitamin D deficiency, unspecified | Hold supplementation at this time due to vomiting and follow vitamin D level. |
| Other long term (current) drug therapy | Labs today to monitor liver and kidney function. |

Lincoln/Merryman 170

| Assessment | Notes |
|---|---|
| Vomiting, unspecified | Vomiting x 2 weeks of bile, R central abdominal pain and flank pain CT scan of abdomen with contrast ordered and labs today. F/U in 2 weeks. |

## Next Appt

**Details**

2 Weeks Reason:with Wickersham

Provider Name:Pendleton B Wickersham, 2019-07-16 02:15:00 PM, 4511 HORIZON HILL BLVD, Suite 150, SAN ANTONIO, TX, 782292263, 210-477-2626

## Follow Up:2 Weeks with Wickersham

### Insurance Providers

| Payer Name | Payer Address | Payer Phone | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|
| AETNA PPO | PO BOX 981106 EL PASO TX 79998-1106 | 888-632-3862 | Merryman,Brandi | self | 01/01/2016 | |

### Care Team

**Guardian**  Brandi Merryman

Lincoln/Merryman 171

# F  A  X  S  H  E  E  T

| | |
|---|---|
| Date: | Jun-05-2019 12:23:47 |
| To: | |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 1-603-334-4176 |
| To Company: | |
| From Name: | Gutierrez,Andrew |
| From Company: | |
| From Facility: | Suzanne K Gazda MD PA |
| Support Contact: | |
| Number of Page(s): | 12 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 172

Patient Name: Merryman, Brandi,  DOB:        ,  Account No: 34111

## Progress Notes

**Patient:** Merryman, Brandi A                                                           **Provider:** Suzanne K Gazda M.D.
**Account Number:** ecw34111
**DOB:**                **Age:** 28 Y  **Sex:** Female                                         **Date:** 05/28/2019
**Phone:**
**Address:**

---

### Subjective:

**Chief Complaints:**
  1. Follow-up Visit .

**HPI:**
  GENERAL:
  Brandi returns; I spent over an hour with Brandi and her mom today. She is not suicidal. She is extremely negative and does not really want to engage with any recommendation I have. She does feel the IMG is benefiting her symptoms, but she is still overwhelmingly debilitated by her illness. Primary symptoms are:
  1). Severe generalized myofascial pain, joint pain.
  2). Excessive GI issues, bloating, abdominal discomfort, nausea, irregular bowel movements, extensive GI work-up negative, recurrent kidney stones.
  3). Diagnosed in February of 2015 with mixed connective tissue disease, Dr. Wickersham, now being followed for lupus. Onset of MS symptoms were in 2015 with left lower extremity numbness and tingling in the left hand. She was started on Copaxone.
  4). Spasms
  5). Intermittent difficulty swallowing.
  6). Chronic nausea
  7). Depression / anxiety, difficulty with sleep.
  8). Excessive weight gain.

**ROS:**
  An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency, Pulmonary Embolus, followed by Dr. Kazhdan, started on Eliquis in December of 2018 .

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:**
  General: no Smoking  Are you a:  never smoker.
  She lives in an apartment near her parents. Patient is single. Was working at USAA, is now on long-term disability. For the last two years she worked from home. She has been with USAA for four years, prior to that she was at Wells Fargo, both were moldy areas. She grew up in Victoria. After she left Victoria she went through a bad breakup with her boyfriend, moved to San Antonio, and did have some unusual symptoms that lasted for a few months, and then resolved. After that she was back to her normal healthy self.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking IMG , Not-Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Not-Taking PredniSONE 2.5 MG Tablet 3 tablets (7.5mg) Orally Once a day, Not-Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Not-Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Not-Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Latex.

### Objective:

**Vitals:** Ht 5'3", Wt 183, BMI 32.41, Blood pressure (BP) 111/77, Heart rate 87.

**Examination:**
  STUDIES:
  REVIEW OF RECORDS 9/04/18: EMG - Tarsal tunnel bilaterally. Cervical MRI per Dr. Neiman showed multiple lesions, consistent with MS. Please note at the time of this dictation all records were not available to me.
  DIAGNOSTIC STUDIES:
  1). MRI brain performed 8/27/18: Showing focal areas of increased signal in the subcortical white matter in the left parietal lobe, multiple additional lesions in the subcortical and periventricular white matter, including the right temporal, frontal, and parietal lobes. Cervical cord showed a lesion at C2, lumbar spine was unremarkable, thoracic MRI showed no cord pathology.
  2). Lab 2/08/19: Reverse T3-32, T4-1.2, TSH 0.733, chemistry panel/glucose 110 (on steroids), ALT 39, cholesterol 231, Lyme Western Blot negative, ANA comprehensive panel negative, EB Virus 467 / 335, Chlamydia 1:128, cortisol < 2, DHE < 10, candida antibodies elevated, Vitamin B12 451, MMP9 -1140, hormone levels unrevealing, Vitamin D 27.5, anti-Gad 26.8 (normal less than 5), leptin 70, antigliadin antibodies negative, Vitamin C 0.4, osmolality 302, insulin 33, free T3-3.3, CD57-117, WBC 11.5 (on steroids), E3/E3, transgrowth factor beta 2640, hemoglobin A1C 4.7, VIP and total glutathione normal, ADH 1.2, MTHFR A1298C - homozygous, copper 113, homocysteine 6.6, MSH 38, magnesium 4.6.
  3). Great Plains Organic Acid: Intestinal markers were unremarkable. Mitochondrial markers were unremarkable, neurotransmitter levels elevated, HVA VMA ratio, nutritional markers; low B6, B5, Vitamin C, NAC, low Glutathione markers. She did not do the urine mycotoxin.

---

Lincoln/Merryman 173

6/5/2019 12:24 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 003 OF 012
Patient Name: Merryman, Brandi,  DOB:        , Account No: 3411

**Physical Examination:**
GENERAL: Mild obesity.
    HEENT: Pupils are 3 mm. and reactive. Sclera and conjunctiva are clear. Fundi show normal disc margins with normal AV ratio.
    NECK: Supple with no meningeal signs or bruits.
    BACK AND EXTREMITIES: Shows full range of motion in all joints.
    NEUROLOGICAL:
    MENTAL STATUS: The patient is alert and cooperative with fluent speech. There is no aphasia, agnosia, or apraxia. Affect is appropriate with normal mood and no mood lability. Thought processes are goal directed. The patient relates a clear history. Thought content is devoid of delusions or hallucinations. Intelligence is normal for age and educational level. Sensorium is clear. The patient is oriented to time, place, and person. Concentration span and memory skills are intact for both visual and verbal tasks. Judgment and insight are good.
    CRANIAL NERVES: Cranial nerves II; visual fields are full to confrontation. III, IV, and VI; extraocular movements are full with no nystagmus. V, VII; facial sensation and symmetry are normal. VIII; hearing is normal in both ears. IX, and X; palate and gag are symmetric. XI and XII; SEMs and tongue are symmetric in strength, no atrophy.
    MOTOR: Shows normal strength and tone in all extremities. There is no atrophy, fasciculations, or tremor.
    CEREBELLAR: Mild tremor with extension.
    STATION AND GAIT: She has trouble tandem walking, but otherwise gait is intact, ambulates without assistance.
    REFLEXES: Reflexes are absent in the upper and lower extremities.
    SENSATION: Decreased sensation in the lateral aspect of the left thigh.

**Assessment:**

**Assessment:**
1. SLE (systemic lupus erythematosus related syndrome) - M32.9 (Primary)
1). Relapsing-remitting MS; Brandi is a 28-year-old female who started to get severely ill in college. She developed generalized myofascial pain, a lot of gut issues, recurrent kidney stones, and in February of 2015 was diagnosed with MCTD and eventually lupus. MS symptoms started in 2017. She was diagnosed with RRMS by Dr. Neiman. MRI of the brain and cervical spine were consistent. No lumbar puncture was performed. She was started on Copaxone. IVIG was added in October of 2017 due to aggressive lupus and lack of MS control. She received 2 doses of IVIG and then developed a pulmonary embolus, which hospitalized her December 24, 2018. She was started on Eliquis and is now being monitored by hematology.
    2). Subclinical hypothyroidism
    3). Stiff Person's syndrome, positive anti-Gad
    4). Elevated chlamydia and viral titers
    5). Elevated candida
    6). Adrenal deficiency
    7). B12 deficiency
    8). Elevated glucose / insulin, high leptin
    9). Vitamin C deficiency, Vitamin D deficiency Zinc and magnesium.
    10). Homozygous for MTHFR A1298C
    11). Questionable positive CIRS markers
    12). Thrombus, which occurred in December of 2018. She is now on anticoagulation therapy.
    13). Depression / anxiety.

**Plan:**

**1. SLE (systemic lupus erythematosus related syndrome)**
Notes: 1). I have recommended she see a therapist and she stopped taking Lexapro that Dr. Wickersham prescribed. I asked her to speak to him about a different antidepressant agent. She is not wanting to engage in any dietary changes.
    2). We will continue IVIG monthly.

**Procedure Codes:** 99354 PROLONGED SERVICE, OFFICE ADDITIONAL 30-74 MIN.

**Follow Up:** 4 Months

**Provider:** Suzanne K Gazda MD.
**Patient:** Merryman, Brandi A **DOB:**       **Date:** 05/28/2019

**Electronically signed by Suzanne Gazda , MD on 06/05/2019 at 12:23 PM CDT**
**Sign off status: Pending**

To: ,  Subject: Faxing Multiple Encounters ,  Fax#: 1-603-334-4176,  SendDate: Jun-05-2019 12:23:47,  page 2/11 [-ufg2.0.0in]

Lincoln/Merryman 174

6/5/2019 12:24 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 004 OF 012
Patient Name: Merryman, Brandi,  DOB          ,  Account No: 34111

## Progress Notes

**Patient:** Merryman, Brandi A
**Account Number:** ecw34111
**DOB:**          0  **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**

**Provider:** Suzanne K Gazda M.D.

**Date:** 02/28/2019

### Subjective:

**Chief Complaints:**

1. Follow-up Visit .

**HPI:**

GENERAL:

Brandi returns; she feels like she is slowly getting worse. I reviewed all of her lab. He has restarted on her IVIG, it had been put on hold in early December because of thrombus. She is on anticoagulation therapy. Primary symptoms are listed below:

1). Severe generalized myofascial pain, joint pain.

2). Excessive GI issues, bloating, abdominal discomfort, nausea, irregular bowel movements, extensive GI work-up negative, recurrent kidney stones.

3). Diagnosed in February of 2015 with mixed connective tissue disease, Dr. Wickersham, now being followed for lupus. Onset of MS symptoms were in 2015 with left lower extremity numbness and tingling in the left hand. She was started on Copaxone.

4). Spasms

5). Intermittent difficulty swallowing.

6). Chronic nausea

7). Depression / anxiety, difficulty with sleep.

8). Excessive weight gain.

**ROS:**

An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency, Pulmonary Embolus, followed by Dr. Kazhdan, started on Eliquis in December of 2018 .

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**

Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:**

General: no Smoking  Are you a:  never smoker.

She lives in an apartment near her parents. Patient is single. Was working at USAA, is now on long-term disability. For the last two years she worked from home. She has been with USAA for four years, prior to that she was at Wells Fargo, both were moldy areas. She grew up in Victoria. After she left Victoria she went through a bad breakup with her boyfriend, moved to San Antonio, and did have some unusual symptoms that lasted for a few months, and then resolved. After that she was back to her normal healthy self.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 2.5 MG Tablet 3 tablets (7.5mg) Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Taking IVIG , Medication List reviewed and reconciled with the patient

**Allergies:** Latex.

### Objective:

**Vitals:** Ht 5'3", Wt 197, BMI 34.89, Blood pressure (BP) 123/76, Heart rate 94, Respiratory rate (RR) 16.

**Examination:**

STUDIES:

REVIEW OF RECORDS 9/04/18: EMG - Tarsal tunnel bilaterally. Cervical MRI per Dr. Neiman showed multiple lesions, consistent with MS. Please note at the time of this dictation all records were not available to me.

DIAGNOSTIC STUDIES:

1). MRI brain performed 8/27/18: Showing focal areas of increased signal in the subcortical white matter in the left parietal lobe, multiple additional lesions in the subcortical and periventricular white matter, including the right temporal, frontal, and parietal lobes. Cervical cord showed a lesion at C2, lumbar spine was unremarkable, thoracic MRI showed no cord pathology.

2). Lab 2/08/19: Reverse T3-32, T4-1.2, TSH 0.733, chemistry panel/glucose 110 (on steroids), ALT 39, cholesterol 231, Lyme Western Blot negative, ANA comprehensive panel negative, EB Virus 467 / 335, Chlamydia 1:128, cortisol < 2, DHE < 10, candida antibodies elevated, Vitamin B12 451, MMP9 -1140, hormone levels unrevealing, Vitamin D 27.5, anti-Gad 26.8 (normal less than 5), leptin 70, antigliadin antibodies negative, Vitamin C 0.4, osmolality 302, insulin 33, free T3-3.3, CD57-117, WBC 11.5 (on steroids), E3/E3, transgrowth factor beta 2640, hemoglobin A1C 4.7, VIP and total glutathione normal, ADH 1.2, MTHFR A1298C - homozygous, copper 113, homocysteine 6.6, MSH 38, magnesium 4.6.

Lincoln/Merryman 175

**Physical Examination:**

GENERAL: Mild obesity.

HEENT: Pupils are 3 mm. and reactive. Sclera and conjunctiva are clear. Fundi show normal disc margins with normal AV ratio.

NECK: Supple with no meningeal signs or bruits.

BACK AND EXTREMITIES: Shows full range of motion in all joints.

NEUROLOGICAL:

MENTAL STATUS: The patient is alert and cooperative with fluent speech. There is no aphasia, agnosia, or apraxia. Affect is appropriate with normal mood and no mood lability. Thought processes are goal directed. The patient relates a clear history. Thought content is devoid of delusions or hallucinations. Intelligence is normal for age and educational level. Sensorium is clear. The patient is oriented to time, place, and person. Concentration span and memory skills are intact for both visual and verbal tasks. Judgment and insight are good.

CRANIAL NERVES: Cranial nerves II; visual fields are full to confrontation. III, IV, and VI; extraocular movements are full with no nystagmus. V, VII; facial sensation and symmetry are normal. VIII; hearing is normal in both ears. IX, and X; palate and gag are symmetric. XI and XII; SEMs and tongue are symmetric in strength, no atrophy.

MOTOR: Shows normal strength and tone in all extremities. There is no atrophy, fasciculations, or tremor.

CEREBELLAR: Mild tremor with extension.

STATION AND GAIT: She has trouble tandem walking, but otherwise gait is intact, ambulates without assistance.

REFLEXES: Reflexes are absent in the upper and lower extremities.

SENSATION: Decreased sensation in the lateral aspect of the left thigh.

**Assessment:**

**Assessment:**

1. Multiple sclerosis - G35 (Primary)

1). Relapsing-remitting MS; Brandi is a 28-year-old female who started to get severely ill in college. She developed generalized myofascial pain, a lot of gut issues, recurrent kidney stones, and in February of 2015 was diagnosed with MCTD and eventually lupus. MS symptoms started in 2017. She was diagnosed with RRMS by Dr. Neiman. MRI of the brain and cervical spine were consistent. No lumbar puncture was performed. She was started on Copaxone. IVIG was added in October of 2017 due to aggressive lupus and lack of MS control. She received 2 doses of IVIG and then developed a pulmonary embolus, which hospitalized her December 24, 2018. She was started on Eliquis and is now being monitored by hematology.

    2). Subclinical hypothyroidism

    3). Stiff Person's syndrome, positive anti-Gad

    4). Elevated chlamydia and viral titers

    5). Elevated candida

    6). Adrenal deficiency

    7). B12 deficiency

    8). Elevated glucose / insulin, high leptin

    9). Vitamin C deficiency, Vitamin D deficiency Zinc and magnesium.

    10). Homozygous for MTHFR A1298C

    11). Questionable positive CIRS markers.

**Plan:**

**1. Multiple sclerosis**

Notes: 1). Supplements: Vitamin D3 10,000 IU q. day, Vitamin B12 5,000 mcg. day sublingual, Drenamax 3 per day, Vitamin C 1 gm twice a day, Mag-Citrate 300 mg. day, Zinc 30 mg. a day, Oregano Oil 2 PO b.i.d., MegaSpore probiotic, Great Plains Lab urine, Mycotoxins, we have given her 3 sessions with Michelle.

2). Continue IVIG

3). I have asked her to do a bone broth diet for the next three days to initiate her gut reset.

4). I have also recommended CBD 2500 1 dropperful, increasing to 3 dropperfuls if needed.

5). Follow-up with me in three to four weeks or sooner if necessary. I have also asked her to begin the practice of meditation. .

**Procedure Codes:** 99355 PROLONGED SERVICE, OFFICE

**Follow Up:** 6 Weeks

**Provider:** Suzanne K Gazda M.D.

**Patient:** Merryman, Brandi A. **DOB:**        **Date:** 02/28/2019

**Electronically signed by Suzanne Gazda , MD on 06/05/2019 at 12:23 PM CDT**

**Sign off status: Pending**

Lincoln/Merryman 176

6/5/2019 12:24 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 006 OF 012
Patient Name: Merryman, Brandi,  DOB        ,  Account No: 34111

## Progress Notes

**Patient:** Merryman, Brandi A
**Account Number:** ecw34111
**DOB:**            **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**

**Provider:** Suzanne K Gazda M.D.

**Date:** 01/30/2019

---

### Subjective:

**Chief Complaints:**

1. New Patient Consult .

**HPI:**

GENERAL:

Brandi is a very complicated patient. She has been followed by Dr. Neiman for multiple sclerosis. They are seeking a second opinion. Brandi is 28 years old. She was sick from almost day 1 as a child. She was born in San Antonio, a vaginal birth, and breastfed, but got frequent infections as a child. When she was in junior high she had a bunionectomy that was a very complicated surgery. She had a lot of difficulty healing afterward, was on antibiotics for almost a year. She then started to have a lot of gut issues. She was still active in high school, she was a cheerleader, went to college, but that is when she really started to decline. She developed the following:

1). Severe generalized myofascial pain, joint pain.

2). Excessive GI issues, bloating, abdominal discomfort, nausea, irregular bowel movements, extensive GI work-up negative, recurrent kidney stones.

3). Diagnosed in February of 2015 with mixed connective tissue disease, Dr. Wickersham, now being followed for lupus. Onset of MS symptoms were in 2015 with left lower extremity numbness and tingling in the left hand. She was started on Copaxone.

**ROS:**

An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems. Review is significant for the above. She did have 2 courses of IVIG, and apparently there was some difficulty with access, apparently she developed superficial phlebitis, no infusion notes are available.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency, Pulmonary Embolus, followed by Dr. Kazhdan, started on Eliquis in December of 2018 .

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**

Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:**

General: no Smoking  Are you a:  never smoker.

She lives in an apartment near her parents. Patient is single.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 2.5 MG Tablet 3 tablets (7.5mg) Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Taking IVIG

**Allergies:** Latex.

### Objective:

**Vitals:** Ht 5'3", Wt 206, BMI 36.49, Blood pressure (BP) 128/68.

**Examination:**

STUDIES:

REVIEW OF RECORDS 9/04/18: EMG - Tarsal tunnel bilaterally. Cervical MRI per Dr. Neiman showed multiple lesions, consistent with MS. Please note at the time of this dictation all records were not available to me.

DIAGNOSTIC STUDIES:

1). MRI brain performed 8/27/18: Showing focal areas of increased signal in the subcortical white matter in the left parietal lobe, multiple additional lesions in the subcortical and periventricular white matter, including the right temporal, frontal, and parietal lobes. Cervical cord showed a lesion at C2, lumbar spine was unremarkable, thoracic MRI showed no cord pathology.

---

Lincoln/Merryman 177

6/5/2019 12:24 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 007 OF 012
Patient Name: Merryman, Brandi,          , Account No: 34111

**Physical Examination:**

GENERAL: Mild obesity.

HEENT: Pupils are 3 mm. and reactive. Sclera and conjunctiva are clear. Fundi show normal disc margins with normal AV ratio.

NECK: Supple with no meningeal signs or bruits.

BACK AND EXTREMITIES: Shows full range of motion in all joints.

NEUROLOGICAL:

MENTAL STATUS: The patient is alert and cooperative with fluent speech. There is no aphasia, agnosia, or apraxia. Affect is appropriate with normal mood and no mood lability. Thought processes are goal directed. The patient relates a clear history. Thought content is devoid of delusions or hallucinations. Intelligence is normal for age and educational level. Sensorium is clear. The patient is oriented to time, place, and person. Concentration span and memory skills are intact for both visual and verbal tasks. Judgment and insight are good.

CRANIAL NERVES: Cranial nerves II; visual fields are full to confrontation. III, IV, and VI; extraocular movements are full with no nystagmus. V, VII; facial sensation and symmetry are normal. VIII; hearing is normal in both ears. IX, and X; palate and gag are symmetric. XI and XII; SEMs and tongue are symmetric in strength, no atrophy.

MOTOR: Shows normal strength and tone in all extremities. There is no atrophy, fasciculations, or tremor.

CEREBELLAR: Mild tremor with extension.

STATION AND GAIT: She has trouble tandem walking, but otherwise gait is intact, ambulates without assistance.

REFLEXES: Reflexes are absent in the upper and lower extremities.

SENSATION: Decreased sensation in the lateral aspect of the left thigh.

## Assessment:

**Assessment:**

1. Multiple sclerosis - G35 (Primary)

1). Relapsing-remitting MS; Brandi is a 28-year-old female who started to get severely ill in college. She developed generalized myofascial pain, a lot of gut issues, recurrent kidney stones, and in February of 2015 was diagnosed with MCTD and eventually lupus. MS symptoms started in 2017. She was diagnosed with RRMS by Dr. Neiman. MRI of the brain and cervical spine were consistent. No lumbar puncture was performed. She was started on Copaxone. IVIG was added in October of 2017 due to aggressive lupus and lack of MS control. She received 2 doses of IVIG and then developed a pulmonary embolus, which hospitalized her December 24, 2018. She was started on Eliquis and is now being monitored by hematology.

## Plan:

**1. Multiple sclerosis**

Notes:

1). I would like to review all of her records from hematology.

2). Records from Dr. Wickersham.

3). Current set of lab including integrative lab, also GI map and Great Plains Lab, organic acid.

4). Appt. with Michelle or Wendy for autoimmune paleo diet.

5). Follow-up with me after the above has been completed.

6). Continue IVIG with close clinical follow-up and monitoring.

.

**Procedure Codes:** 99354 PROLONGED SERVICE, OFFICE ADDITIONAL 30-74 MIN.

**Follow Up:** prn

**Provider:** Suzanne K Gazda M.D.
**Patient:** Merryman, Brandi A **DOB:**          **Date:** 01/30/2019

**Electronically signed by Suzanne Gazda , MD on 06/05/2019 at 12:23 PM CDT**
**Sign off status:** Pending

To: ,  Subject: Faxing Multiple Encounters ,  Fax#: 1-603-334-4176,  SendDate: Jun-05-2019 12:23:47,  page 6/11 [-ufg2.0.0in]

Lincoln/Merryman 178

6/5/2019 12:24 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 008 OF 012
Patient Name: Merryman, Brandi,  DOB:        ,  Account No: 34111

## Progress Notes

**Patient:** Merryman, Brandi A
**Account Number:** ecw34111
**DOB:**                **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**

**Provider:** Megan Vargas, PA-C

**Date:** 12/10/2018

---

### Subjective:

**Chief Complaints:**

**HPI:**
GENERAL:
    Chart is reviewed. The patient comes in for follow-up. She has had two IVIG treatments and has had some issues with blood clots afterwards so inquires about a port. Dr. Wickersham recently did clotting factor testing on her and she has a follow-up in a few weeks (one value was high). She has had some difficulties tolerating the Copaxone due to pain with injections so stopped this past week. She inquires about other MS therapies.

**ROS:**
Neurological:
    Numbness yes.  Tingling yes.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency.

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:**
General: no Smoking  Are you a:  never smoker.
Patient is single.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 2.5 MG Tablet 3 tablets (7.5mg) Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Taking IVIG , Discontinued Copaxone 40 MG/ML Solution Prefilled Syringe 1 ml Subcutaneous Three times a Week, Medication List reviewed and reconciled with the patient

**Allergies:** Latex

### Objective:

**Vitals:** Ht 5'2", Wt 198, BMI 36.21, Blood pressure (BP) 124/78.

**Physical Examination:**
    Neurologically the patient is alert and oriented Xs 3. Cranial nerves II through XII are intact. Motor exam is 5-/5. She has diminished reflexes.

### Assessment:

**Assessment:**
1. Multiple sclerosis - G35 (Primary)

### Plan:

**1. Multiple sclerosis**
Notes:

Brandi has a hisotyr of aggressive Lupus and relapsing-remitting MS. We will continue her on IVIG 2 gm/kg, and we talked about giving the Copaxone another try since she has not had any significant side effects, and there aren't other therapies that she could continue with the IVIG. We will wait on port orders until she sees Dr. Wickersham and possibly sees hematology as well. We will see her back in follow-up as scheduled or sooner if needed.

Thank you for allowing me to see your patient. We look forward to working with you in the future.

.

**Follow Up:** prn

**Provider:** Megan Vargas, PA-C
**Patient:** Merryman, Brandi A **DOB:**            **Date:** 12/10/2018

---

To: ,  Subject: Faxing Multiple Encounters ,  Fax#: 1-603-334-4176.  SendDate: Jun-05-2019 12:23:47,  page 7/11 [-ufg2.0.0in]

Lincoln/Merryman 179

6/5/2019 12:24 PM   FROM:   Suzanne K Gazda MD PA   TO: 16033344176    PAGE: 009 OF 012

Patient Name: Merryman, Brandi,   DOB:              Account No: 34111

Electronically signed by Megan Vargas , PA-C on 06/05/2019 at 12:23 PM CDT
Sign off status: Pending

Lincoln/Merryman 180

Patient Name: Merryman, Brandi,  DOB:          ,  Account No: 34111

**Progress Notes**

**Patient:** Merryman, Brandi
**Account Number:** ecw34111
**DOB:**              **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**

**Provider:** Richard B. Neiman, M.D.

**Date:** 10/16/2018

## Subjective:

### Chief Complaints:
1. Follow-up Visit .

### HPI:
GENERAL:
    Chart is reviewed. The patient comes in for follow-up. She has had increasing symptoms, especially with her lupus since starting Copaxone. She had to modify her medications. Dr. Wickersham talked with her regarding IVIG. She is having fatigue, numbness, stomach spasms, excessive urination, chest pain, aching, and ataxia.

### ROS:
    An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency.

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

### Family History:
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

### Social History:
General: no Smoking  Are you a:  never smoker.
Patient is single.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 5 MG Tablet 1.5 tablets Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Taking Copaxone 40 MG/ML Solution Prefilled Syringe 1 ml Subcutaneous Three times a Week, Discontinued Arava 10 MG Tablet 1 tablet Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Latex.

## Objective:

**Vitals:** Ht 5'2", Wt 197, BMI 36.03, Blood pressure (BP) 112/78, Heart rate 64.

### Physical Examination:
    Neurologically the patient is alert and oriented Xs 3. Cranial nerves II through XII are intact. Motor exam is 5-/5. She has diminished reflexes.

## Assessment:

### Assessment:
1. Multiple sclerosis - G35 (Primary)
2. Lupus erythematosus, unspecified form - L93.0

## Plan:

### 1. Multiple sclerosis
Notes: We will start her on IVIG 2 gm/kg for her lupus, as well as have the side effect of helping her MS, as she has both aggressive lupus and MS. We will see her back in follow-up and make further changes in her medical management depending on how she is doing clinically. Thank you for allowing me to see your patient. We look forward to working with you in the future.

**Follow Up:** 3 Months

**Provider:** Richard B. Neiman, M.D.
**Patient:** Merryman, Brandi  **DOB:**              **Date:** 10/16/2018

**Electronically signed by Richard Neiman , MD on 10/17/2018 at 01:48 PM EDT**
**Sign off status: Completed**

Lincoln/Merryman 181

## Progress Notes

**Patient:** Merryman, Brandi
**Account Number:** ecw34111
**DOB:**          **Age:** 27 Y  **Sex:** Female
**Phone:**
**Address:**

**Provider:** Richard B. Neiman, M.D.

**Date:** 08/20/2018

---

### Subjective:

**Chief Complaints:**
1. New Patient Consult / Numbness.

**HPI:**
GENERAL:
 Thank you for allowing me to see your patient, Brandi Merryman. As you recall, she is a 27-year-old right handed female who has had difficulties with lupus and has intermittent paresthesias on the left side of her body, which she states can go numb for hours. She also reported an episode that occurred approximately 2 to 3 years ago when she was unable to decipher words or sentences. This lasted for approximately a week and this eventually went away. She has had intermittent ataxia as well. She describes numbness on the left side of her thigh. She had a MRI of the brain, non-contrast, over five years ago, and is concerned about MS. She has not had neuropathic dysfunction evaluated.

**ROS:**
 An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems. Review is remarkable for excessive fatigue, mouth sores, irregular pulse, leg pain while walking, depression/anxiety, sleeping difficulty, breast pain, back/neck pain, arm/leg pain, joint pain/swelling, rash (malar rash), memory problems, disorientation/confusion, concentration problems, headaches, muscle weakness, and numbness/tingling.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency.

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:** no Smoking  Are you a: never smoker.
Patient is single.

**Medications:** Taking Plaquenil 200 MG Tablet 1 tablet with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 10 MG Tablet 1 tablet Orally Once a day, Taking Arava 10 MG Tablet 1 tablet Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Medication List reviewed and reconciled with the patient

**Allergies:** Latex

### Objective:

**Vitals:** Ht 5'2", Wt 197.6, BMI 36.14, Blood pressure (BP) 130/90, Heart rate 62.

**Physical Examination:**
 HEENT: Pupils are 3 mm. and reactive. Sclera and conjunctiva are clear. Fundi show normal disc margins with normal AV ratio.
 NECK: Supple with no meningeal signs or bruits.
 BACK AND EXTREMITIES: Shows full range of motion in all joints.
 NEUROLOGICAL:
 MENTAL STATUS: The patient is alert and cooperative with fluent speech. There is no aphasia, agnosia, or apraxia. Affect is appropriate with normal mood and no mood lability. Thought processes are goal directed. The patient relates a clear history. Thought content is devoid of delusions or hallucinations. Intelligence is normal for age and educational level. Sensorium is clear. The patient is oriented to time, place, and person. Concentration span and memory skills are intact for both visual and verbal tasks. Judgment and insight are good.
 CRANIAL NERVES: Cranial nerves II; visual fields are full to confrontation. III, IV, and VI; extraocular movements are full with no nystagmus. V, VII; facial sensation and symmetry are normal. VIII; hearing is normal in both ears. IX, and X; palate and gag are symmetric. XI and XII; SEMs and tongue are symmetric in strength, no atrophy.
 MOTOR: Shows normal strength and tone in all extremities. There is no atrophy, fasciculations, or tremor.
 CEREBELLAR: Normal finger-to-nose, heel-to-shin, and rapid alternating movements bilaterally.
 STATION AND GAIT: She has trouble tandem walking, but otherwise gait is intact.
 REFLEXES: Reflexes are absent in the upper and lower extremities.
 SENSATION: Decreased sensation in the lateral aspect of the left thigh.

### Assessment:

**Assessment:**
1. Vertigo - H81.49 (Primary)
2. Systemic lupus erythematosus - M32.9
3. Numbness - R20.0
4. Ataxic gait - R26.0

### Plan:

---

Lincoln/Merryman 182

6/5/2019 12:24 PM   FROM:   Suzanne K Gazda MD PA   TO: 16033344176    PAGE: 012 OF 012
Patient Name: Merryman, Brandi,  DOB:          Account No: 34111

**1. Vertigo**
Notes: This woman has intermittent waxing and waning symptoms. We will do a MRI of the brain, cervical, and thoracic spine as she is extremely concerned about MS and due to her autoimmune history we will evaluate for this. Additionally, she seems to have peripheral neuropathic dysfunction and we will do an EMG/NCV study to evaluate this more thoroughly.
Thank you again for allowing me to participate in her care. I look forward to working with you in the future.

**Follow Up**: 2 Weeks

**Provider**: Richard B. Neiman, M.D.
**Patient**: Merryman, Brandi  **DOB**:              **Date**: 08/20/2018

**Electronically signed by Richard Neiman , MD on 08/22/2018 at 12:31 PM EDT**
**Sign off status: Completed**

Lincoln/Merryman 183

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 001 OF 036

# F  A  X  S  H  E  E  T

Date:                          Jun-05-2019 12:24:17
To:
Subject:                       Patient Document
Fax Number:                    1-603-334-4176
To Company:
From Name:                     Gutierrez,Andrew
From Company:                  Suzanne K Gazda MD PA
From Facility:                 Suzanne K Gazda MD PA
Support Contact:               210-692-1245
Number of Page(s):             36

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 184

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 002 OF 036

RIS-IC Fax Server      2/18/2019 8:29:54 AM  PAGE   1/001   Fax Server

**South Texas Radiology Imaging Centers**
**Medical Center Tower I Imaging Center**
**7950 Floyd Curl Drive, Suite 200**
**San Antonio TX, 78229**
**(210) 617-9800**

| | | | |
|---|---|---|---|
| **Patient:** | **MERRYMAN, BRANDI, ALYSE** | **MRN:** | 001293107 |
| **DOB:** | Age: 28 Years | **Dept:** | D00420335 |
| **Sex:** | F | **ACC:** | 18579981 |
| **Requester:** | Wickersham, Pendleton, M.D. | **Exam Site:** | MC |
| **Copy To:** | Gazda, Suzanne Klaus, M.D. | | |

**Exam:** **US Doppler Upper Extremity Vein Bilateral**

**Date:** **02/15/2019** 2:28 PM

**Reason:** Swelling,dvt vs superficial phlebitis

## FINAL REPORT

BILATERAL UPPER EXTERMITY VENOUS DOPPLER ULTRASOUND:

FINDINGS: Visualized portions of the right and left jugular, subclavian, axillary, and brachial veins are patent. Visualized portions of the basilic and cephalic veins are patent as well.

**IMPRESSION:**

**Bilateral upper extremity venous Doppler, negative for deep venous thrombosis.**

**END OF IMPRESSION**

PVB/psk/tf

End of report

Interpreted By: PETER V BERARDO, M.D.  on 2/15/2019          Signed By: PETER V BERARDO, M.D.  on 02/18/2019@ 8:27 AM



The documents accompanying this transmission contain confidential privileged information. The information is the property of the sender and intended only for the use of the individual or entity named above. The recipient of this information is prohibited from disclosing the contents of the information to another party. If you are neither the intended recipient or the employee or the agent responsible for delivery to the intended recipient, your are hereby notified that disclosure of these contents in any manner is strictly prohibited. PLEASE NOTIFY THE SENDER BY CALLING THE TELEPHONE NUMBER ABOVE IMMEDIATELY IF YOU RECEIVED THIS INFORMATION IN ERROR .

Wickersham, Pendleton, M.D.
4511 Horizon Hill
Suite 150
San Antonio, TX 78229

Acc: 18579981

Tracking Barcode



AFAX/NOGRAPH/NOORP

Page 1 of 1

Lincoln/Merryman 185

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 003 OF 036

# R. Braden Neiman, M.D.

## Diplomate American Board of Psychiatry and Neurology

## NISA

Neurology Institute of San Antonio
3603 Paesanos Pky, Suite 300
San Antonio, Texas 78231
Office: 210. 692. 1245
Fax: 210. 692. 9311

**Test Date:** 9/4/2018

| | | | |
|---|---|---|---|
| **Patient:** | Brandi Merryman | **Physician:** | R. Braden Neiman, M.D. |
| **Sex:** | Female | **Ref Phys:** | Dr. Pendlton Wickersham |
| **DOB:** | | **Technician:** | Art Hahn |

**Chief Complaint:**
Bilateral numbness and tingling to the feet.

**History of Present Illness:**
Ms. Merryman is a pleasant 27 y/o right handed female who is here for a NCV/EMG study. Patient presents with primary complaints of bilateral numbness and tingling to the feet. Patient suffers with numbness, tingling, back pain, headaches, dizziness, foggy brain, pain to the body, and has a vision problem of a glowing sensation to the outside of the left eye. Patient states that she also has a new symptom of sticky sensations to the bottom of the feet. Patient has had complaints for 6 months.

**Medical/Surgical History:**
1.  Medical history is significant for excessive fatigue, wears glasses, mouth sores, irregular pulse, leg pain while walking, depression, anxiety, sleeping difficulty, kidney stones, breast pain, birth control, back/neck pain, arm/leg pain, joint pain/swelling, arthritis, memory problems, disorientation/confused, concentration problems, headaches, muscle weakness, and numbness/tingling.
2.  Surgical history is significant for: See list.

**Family History:**
Family medical history is significant for diabetes, cardiovascular disease, asthma, cancer, arthritis, and high blood pressure.

**Social History:**
1. Patient is single.
2. Patient has no children.
3. Patient admits to occasional tobacco use.
4. Patient denies alcohol use.

**Medications & Allergies:**
1. Patient has no known drug allergies.

Lincoln/Merryman 186

**Patient:** Merryman, Brandi                **Test Date:** 9/4/2018                **Page** 2

2. Patient is currently taking: See list.

**Review of Systems:**
See HPI. Patient admits to wearing glasses, mouth sores, irregular pulse, sleeping difficulty, back pain, leg pain, MS, lupus, memory loss, vision problems, muscle aches, fatigue, headaches, weakness, difficulty walking, numbness, tingling, breast pain, arthritis, anxiety, and depression. Negative otherwise.

**Impression:**
There is electrodiagnostic evidence suggestive of a tarsal tunnel syndrome bilaterally. Otherwise no other abnormalities were seen.  I reviewed her MRI's of the brain and cervical spine, which showed multiple demyelinating plaques and lesions consistent with multiple sclerosis. Her previous MRI's do not reveal these changes.

At this time we will start her on Copaxone and have her follow-up with Dr. Wickersham as well.

Thank you for this consultation and allowing our participation in this patient's care!


**R. Braden Neiman, M.D.**

Patient: Merryman, Brandi                    Test Date: 9/4/2018                    Page 3

## Nerve Conduction Studies
### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev) 22.7°C** | | | | | | | | | | | |
| Ankle | | 4.5 | <6.6 | 4.0 | >2.0 | B-Fib head | Ankle | 6.3 | 31.0 | 49 | >42 |
| B-Fib head | | 10.8 | | 3.2 | | A-Fib head | B-Fib head | 0.9 | 7.0 | 78 | >42 |
| A-Fib head | | 11.7 | | 3.9 | | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev) 22.4°C** | | | | | | | | | | | |
| Ankle | | 4.1 | <6.6 | 4.1 | >2.0 | B-Fib head | Ankle | 6.5 | 31.0 | 48 | >42 |
| B-Fib head | | 10.6 | | 3.3 | | A-Fib head | B-Fib head | 1.0 | 7.0 | 70 | >42 |
| A-Fib head | | 11.6 | | 3.8 | | | | | | | |
| **Left Tibial Motor (Abd Hall Brev) 22.2°C** | | | | | | | | | | | |
| Ankle | | 5.5 | <6.6 | 16.4 | >2.0 | Knee | Ankle | 5.8 | 38.0 | 66 | >42 |
| Knee | | 11.3 | | 20.3 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev) 22.7°C** | | | | | | | | | | | |
| Ankle | | 3.8 | <6.6 | 8.0 | >2.0 | Knee | Ankle | 8.0 | 38.0 | 48 | >42 |
| Knee | | 11.8 | | 15.4 | | | | | | | |

### Sensory Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Plantar Sensory (Med Malleolus) 21.4°C** | | | | | | | | | | | |
| Med | | 1.0 | <3.6 | 3.5 | >10.0 | Med | Med Malleolus | 1.0 | 10.0 | 100 | |
| Lat | | 1.5 | <3.6 | 2.1 | >8.0 | Lat | Med Malleolus | 1.5 | 14.0 | 93 | |
| **Right Plantar Sensory (Med Malleolus) 22.8°C** | | | | | | | | | | | |
| Med | | 1.8 | <3.6 | 1.5 | >10.0 | Med | Med Malleolus | 1.8 | 10.0 | 56 | |
| Lat | | 2.7 | <3.6 | 4.0 | >8.0 | Lat | Med Malleolus | 2.7 | 14.0 | 52 | |
| **Left Sup Peron Sensory (Ant Lat Mall) 21.6°C** | | | | | | | | | | | |
| 14 cm | | 1.9 | <3.7 | 10.2 | >5.0 | 14 cm | Ant Lat Mall | 1.9 | 14.0 | 74 | >32 |
| **Right Sup Peron Sensory (Ant Lat Mall) 22.8°C** | | | | | | | | | | | |
| 14 cm | | 2.2 | <3.7 | 7.0 | >5.0 | 14 cm | Ant Lat Mall | 2.2 | 14.0 | 64 | >32 |
| **Left Sural Sensory (Lat Mall) 21.8°C** | | | | | | | | | | | |
| Calf | | 2.4 | <4.2 | 7.1 | >5.0 | Calf | Lat Mall | 2.4 | 14.0 | 58 | >35 |
| **Right Sural Sensory (Lat Mall) 22.8°C** | | | | | | | | | | | |
| Calf | | 2.2 | <4.2 | 18.3 | >5.0 | Calf | Lat Mall | 2.2 | 14.0 | 64 | >35 |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm | M-Lat (ms) | FLat-MLat (ms) |
|---|---|---|---|---|---|---|
| **Left Peroneal (Mrkrs) (EDB) 22.5°C** | | | | | | |
| | 43.88 | <60 | 1.77 | <5.1 | 4.20 | 39.68 |
| **Right Peroneal (Mrkrs) (EDB) 22.6°C** | | | | | | |
| | 45.65 | <60 | 1.77 | <5.1 | 4.20 | 41.45 |
| **Left Tibial (Mrkrs) (Abd Hallucis) 22.3°C** | | | | | | |
| | 45.74 | <56 | 1.02 | <5.7 | 5.15 | 40.59 |
| **Right Tibial (Mrkrs) (Abd Hallucis) 22.6°C** | | | | | | |
| | 46.76 | <56 | 1.02 | <5.7 | 5.15 | 41.61 |

## H Reflex Studies

| NR | H-Lat (ms) | Lat Norm (ms) | L-R H-Lat (ms) | L-R Lat Norm | M-Lat (ms) | HLat-MLat (ms) |
|---|---|---|---|---|---|---|
| **Left Tibial (Gastroc) 21.9°C** | | | | | | |
| | 27.10 | <35 | 0.00 | <2.0 | 4.85 | 22.25 |
| **Right Tibial (Gastroc) 22.7°C** | | | | | | |
| | 27.10 | <35 | 0.00 | <2.0 | 4.85 | 22.25 |

Lincoln/Merryman 188

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 006 OF 036

**Patient:** Merryman, Brandi                    **Test Date:** 9/4/2018                                        **Page 4**

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|------|--------|-------|------|---------|------|-----|-----|-----|------|-------|---------|---------|
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Anatomy View



All Abnormalities

L Anterior    R Anterior

L Posterior    R Posterior    Dorso Sacral



Normal    Abnormal

Lincoln/Merryman 189

6/5/2019 12:32 PM   FROM:   Suzanne K Gazda MD PA   TO: 16033344176   PAGE: 007 OF 036

**Patient:** Merryman, Brandi                    **Test Date:** 9/4/2018                              **Page 5**

## Waveforms:



6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 008 OF 036

**Patient:** Merryman, Brandi                    **Test Date:** 9/4/2018                    **Page 6**



Lincoln/Merryman 191

# LabCorp

**Patient Report**

Specimen ID: 039-363-0685-0
Control ID: 53077709781

Acct #: 42115295          Phone: (210) 692-1245     Rte: 69

**MERRYMAN, BRANDI**

Neurology Institute of SA
3603 Paesanos Way, Suite 300
SAN ANTONIO TX 78231

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| DOB: | Date collected: 02/08/2019 0825 Local | Ordering: S GAZDA |
| Age(y/m/d): 028 | Date received: 02/08/2019 | Referring: |
| Gender: F     SSN: | Date entered: 02/08/2019 | ID: |
| Patient ID: | Date reported: 02/19/2019 0843 ET | NPI: 1740286764 |

**General Comments & Additional Information**
**Total Volume:** Not Provided                          **Fasting:** Yes

**Ordered Items**
T4+TSH+T3+T4F+T3Reverse; Vitamin A, E, Beta Carotene; Celiac Disease Panel; CMP12+LP+6AC; Lyme, Western Blot, Serum; ANA
Comprehensive Panel; Lipid Cascade w Graph; IgG, Subclasses(1-4); EBV Acute Infection Antibodies; Chl. pneumoniae (IgG/IgM/IgA);
DHEA S+Cort+Pregnenolone; Anticardiolip Ab, IgA/G/M, Qn; Candida Antibodies IgG,IgA,IgM; Vitamin B12 and Folate;
Calcium+Calcium, Ionized; Parvovirus B19, Human, IgG/IgM; HSV 1 and 2-Spec Ab, IgG w/Rfx; MMP-9 (Matrix metalloprot.-9);
Francisella tularensis Abs; Estradiol; Cytomegalovirus (CMV) Ab, IgG; Vitamin D, 25-Hydroxy; VEGF, Serum; GAD-65 Autoantibody;
Leptin, Serum; HHV 6 IgG Antibodies; Antigliadin Abs, IgA; Antigliadin Abs, IgG; Thyroglobulin Antibody; Vitamin C; Ceruloplasmin;
Osmolality; Insulin; Estrogens, Total; Estrone, Serum; Triiodothyronine (T3), Free; Venipuncture; Non LCA Req

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **T4+TSH+T3+T4F+T3Reverse** | | | | | |
| TSH | 0.733 | | uIU/mL | 0.450 - 4.500 | 01 |
| Thyroxine (T4) | 9.2 | | ug/dL | 4.5 - 12.0 | 01 |
| Triiodothyronine (T3) | 107 | | ng/dL | 71 - 180 | 01 |
| T4,Free(Direct) | 1.20 | | ng/dL | 0.82 - 1.77 | 01 |
| **Reverse T3, Serum ^** | **32.0** | **High** | ng/dL | 9.2 - 24.1 | 02 |
| | | | | | |
| **Vitamin A, E, Beta Carotene** | | | | | |
| Carotene, Beta | 3 | | ug/dL | 3 - 91 | 02 |
| Vitamin A | 33.3 | | ug/dL | 18.9 - 57.3 | 02 |

    Reference intervals for vitamin A determined from LabCorp internal
    studies. Individuals with vitamin A less than 20 ug/dL are considered
    vitamin A deficient and those with serum concentrations less than
    10 ug/dL are considered severely deficient.
    This test was developed and its performance characteristics
    determined by LabCorp. It has not been cleared or approved
    by the Food and Drug Administration.

| | | | | | |
|---|---|---|---|---|---|
| Vitamin E(Alpha Tocopherol) ^ | 8.6 | | mg/L | 5.9 - 19.4 | 02 |
| Vitamin E(Gamma Tocopherol) ^ | 1.6 | | mg/L | 0.7 - 4.9 | 02 |

    Reference intervals for alpha and gamma tocopherol determined from
    National Health and Nutrition Examination Survey, 2005-2006.
    Individuals with alpha-tocopherol levels less than 5.0 mg/L are
    considered vitamin E deficient.

| **Celiac Disease Panel** | | | | | |
|---|---|---|---|---|---|
| Endomysial Antibody IgA | Negative | | | Negative | 02 |
| t-Transglutaminase (tTG) IgA | <2 | | U/mL | 0 - 3 | 02 |
| | | | Negative | 0 - 3 | |
| | | | Weak Positive | 4 - 10 | |
| | | | Positive | >10 | |

Date Issued: 02/19/19 0850 ET                    **FINAL REPORT**                         Page 1 of 11

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

® 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 192

# ≋LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:          Patient ID:                    Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Tissue Transglutaminase (tTG) has been identified as the endomysial antigen.  Studies have demonstrated that endomysial IgA antibodies have over 99% specificity for gluten sensitive enteropathy. | | | | | |
| Immunoglobulin A, Qn, Serum | 306 | | mg/dL | 87 - 352 | 01 |
| **CMP12+LP+6AC** | | | | | |
| Chemistries | | | | | 01 |
| **Glucose** | **110** | **High** | mg/dL | 65 - 99 | 01 |
| Uric Acid | 3.5 | | mg/dL | 2.5 - 7.1 | 01 |
| Please Note: | | | | | 01 |
| | Therapeutic target for gout patients: <6.0 | | | | |
| BUN | 6 | | mg/dL | 6 - 20 | 01 |
| Creatinine | 0.62 | | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 123 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 142 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 10 | | | 9 - 23 | |
| Sodium | 142 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.3 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 105 | | mmol/L | 96 - 106 | 01 |
| Calcium | 9.2 | | mg/dL | 8.7 - 10.2 | 01 |
| Phosphorus | 4.3 | | mg/dL | 2.5 - 4.5 | 01 |
| Protein, Total | 6.8 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.3 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 53 | | IU/L | 39 - 117 | 01 |
| LDH | 177 | | IU/L | 119 - 226 | 01 |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | 01 |
| **ALT (SGPT)** | **39** | **High** | IU/L | 0 - 32 | 01 |
| GGT | 15 | | IU/L | 0 - 60 | 01 |
| Iron | 65 | | ug/dL | 27 - 159 | 01 |
| Lipids | | | | | 01 |
| **Cholesterol, Total** | **231** | **High** | mg/dL | 100 - 199 | 01 |
| Triglycerides | 87 | | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 44 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 17 | | mg/dL | 5 - 40 | |
| **LDL Cholesterol Calc** | **170** | **High** | mg/dL | 0 - 99 | |
| **T. Chol/HDL Ratio** | **5.3** | **High** | ratio | 0.0 - 4.4 | |
| Please Note: | | | | | 01 |

```
                            T. Chol/HDL Ratio
                                Men   Women
                  1/2 Avg.Risk  3.4    3.3
```

Date issued: 02/19/19 0850 ET           **FINAL REPORT**                    Page 2 of 11

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 193

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 011 OF 036

## LabCorp                                                      Patient Report

Patient: MERRYMAN, BRANDI                                        Specimen ID: 039-363-0685-0
DOB          Patient ID:              Control ID: 53077709781    Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | Avg.Risk  5.0 | 4.4 | |
| | | | 2X Avg.Risk  9.6 | 7.1 | |
| | | | 3X Avg.Risk 23.4 | 11.0 | |
| Estimated CHD Risk | 1.4 | High | times avg. | 0.0 - 1.0 | |

                                            T. Chol/HDL Ratio
                                                    Men    Women
                                    1/2 Avg.Risk    3.4      3.3
                                        Avg.Risk    5.0      4.4
                                    2X Avg.Risk     9.6      7.1
                                    3X Avg.Risk    23.4     11.0

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

Lyme, Western Blot, Serum
| | | | | | |
|---|---|---|---|---|---|
| Lyme Ab IgG by WB: | | | | | 02 |
| IgG P93 Ab. | Absent | | | | 02 |
| IgG P66 Ab. | Absent | | | | 02 |
| IgG P58 Ab. | Absent | | | | 02 |
| IgG P45 Ab. | Absent | | | | 02 |
| IgG P41 Ab. | Absent | | | | .02 |
| IgG P39 Ab. | Absent | | | | 02 |
| IgG P30 Ab. | Absent | | | | 02 |
| IgG P28 Ab. | Absent | | | | 02 |
| IgG P23 Ab. | Absent | | | | 02 |
| IgG P18 Ab. | Absent | | | | 02 |
| Lyme IgG WB Interp. | Negative | | | | 02 |

                                Positive: 5 of the following
                                          Borrelia specific bands:
                                          18,23,28,30,39,41,45,58,
                                          66, and 93.
                                Negative: No bands or banding
                                          patterns which do not
                                          meet positive criteria.

| | | | | | |
|---|---|---|---|---|---|
| Lyme Ab IgM by WB: | | | | | 02 |
| IgM P41 Ab. | Absent | | | | 02 |
| IgM P39 Ab. | Absent | | | | 02 |
| IgM P23 Ab. | Absent | | | | 02 |
| Lyme IgM WB Interp. | Negative | | | | 02 |

Note: An equivocal or positive EIA result followed by a negative
Western Blot result is considered NEGATIVE. An equivocal or positive
EIA result followed by a positive Western Blot is considered POSITIVE
by the CDC.
Positive: 2 of the following bands: 23,39 or 41
Negative: No bands or banding patterns which do not meet positive
criteria.
Criteria for positivity are those recommended by CDC/ASTPHLD.

Date Issued: 02/19/19 0850 ET               **FINAL REPORT**                    Page 3 of 11

This document contains private and confidential health information protected by state and federal law.     © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288                              All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 194

## LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:              Patient ID:                    Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019  0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|

p23=Osp C, p41=flagellin
Note:
Sera from individuals with the following may cross react in the
Lyme Western Blot assays: other spirochetal diseases (periodontal
disease, leptospirosis, relapsing fever, yaws, and pinta);
connective autoimmune (Rheumatoid Arthritis and Systemic Lupus
Erythematosus and also individuals with Antinuclear Antibody);
other infections (Rocky Mountain Spotted Fever; Epstein-Barr Virus,
and Cytomegalovirus).

**ANA Comprehensive Panel**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Anti-DNA (DS) Ab Qn | 1 | | IU/mL | 0 - 9 | 01 |
| | | | | Negative    <5 | |
| | | | | Equivocal  5 - 9 | |
| | | | | Positive     >9 | |
| RNP Antibodies | 0.2 | | AI | 0.0 - 0.9 | 01 |
| Smith Antibodies | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Antiscleroderma-70 Antibodies | | | | | |
| | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Sjogren's Anti-SS-A | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Sjogren's Anti-SS-B | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Antichromatin Antibodies | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Anti-Jo-1 | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Anti-Centromere B Antibodies | <0.2 | | AI | 0.0 - 0.9 | 01 |
| See below: | | | | | 01 |

```
Autoantibody                    Disease Association
--------------------------------------------------------------
                         Condition                Frequency
--------------------------------------------------------------
Antinuclear Antibody,    SLE, mixed connective
Direct (ANA-D)           tissue diseases
--------------------------------------------------------------
dsDNA                    SLE                       40 - 60%
--------------------------------------------------------------
Chromatin                Drug induced SLE                90%
                         SLE                       48 - 97%
--------------------------------------------------------------
SSA (Ro)                 SLE                       25 - 35%
                         Sjogren's Syndrome        40 - 70%
                         Neonatal Lupus                 100%
--------------------------------------------------------------
SSB (La)                 SLE                            10%
                         Sjogren's Syndrome             30%
--------------------------------------------------------------
Sm (anti-Smith)          SLE                       15 - 30%
--------------------------------------------------------------
RNP                      Mixed Connective Tissue
                         Disease                        95%
(U1 nRNP,                SLE                       30 - 50%
anti-ribonucleoprotein)  Polymyositis and/or
```

---

Date Issued: 02/19/19 0850 ET                    **FINAL REPORT**                    Page 4 of 11

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 195

# ≋LabCorp                                            Patient Report

**Patient:** MERRYMAN, BRANDI                                **Specimen ID:** 039-363-0685-0
**DOB:**        **Patient ID:**              **Control ID:** 53077709781        **Date collected:** 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | Dermatomyositis | | | 20% | |
| Scl-70 (antiDNA topoisomerase) | Scleroderma (diffuse) Crest | | | 20 - 35% 13% | |
| Jo-1 | Polymyositis and/or Dermatomyositis | | | 20 - 40% | |
| Centromere B | Scleroderma - Crest variant | | | 80% | |

**Lipid Cascade w Graph**

| | | | | | |
|---|---|---|---|---|---|
| LDL/HDL Ratio | 3.9 | High | ratio | 0.0 - 3.2 | |
| Please Note: | | | | | 01 |

```
                                     LDL/HDL Ratio
                                        Men   Women
                          1/2 Avg.Risk  1.0     1.5
                              Avg.Risk  3.6     3.2
                           2X Avg.Risk  6.2     5.0
                           3X Avg.Risk  8.0     6.1
```

| | | | | | |
|---|---|---|---|---|---|
| Non-HDL Cholesterol | 187 | High | mg/dL | 0 - 129 | |

**IgG, Subclasses(1-4)**

| | | | | | |
|---|---|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 902 | | mg/dL | 700 - 1600 | 01 |
| IgG, Subclass 1 | 474 | | mg/dL | 248 - 810 | 02 |
| IgG, Subclass 2 | 374 | | mg/dL | 130 - 555 | 02 |
| IgG, Subclass 3 | 56 | | mg/dL | 15 - 102 | 02 |
| IgG, Subclass 4 | 27 | | mg/dL | 2 - 96 | 02 |

**EBV Acute Infection Antibodies**

| | | | | | |
|---|---|---|---|---|---|
| EBV Ab VCA, IgM | <36.0 | | U/mL | 0.0 - 35.9 | 01 |
| | | | Negative | <36.0 | |
| | | | Equivocal | 36.0 - 43.9 | |
| | | | Positive | >43.9 | |
| EBV Early Antigen Ab, IgG | <9.0 | | U/mL | 0.0 - 8.9 | 01 |
| | | | Negative | < 9.0 | |
| | | | Equivocal | 9.0 - 10.9 | |
| | | | Positive | >10.9 | |
| **EBV Ab VCA, IgG** | **467.0** | **High** | U/mL | 0.0 - 17.9 | 01 |
| | | | **Negative** | **<18.0** | |
| | | | **Equivocal** | **18.0 - 21.9** | |
| | | | **Positive** | **>21.9** | |
| **EBV Nuclear Antigen Ab, IgG** | **335.0** | **High** | U/mL | 0.0 - 17.9 | 01 |
| | | | **Negative** | **<18.0** | |
| | | | **Equivocal** | **18.0 - 21.9** | |
| | | | **Positive** | **>21.9** | |

Interpretation:                                                                          01

```
                          EBV Interpretation Chart
            Interpretation    EBV-IgM  EA(D)-IgG  VCA-IgG   EBNA-IgG
            EBV Seronegative     -         -         -         -
```

Date issued: 02/19/19 0850 ET                **FINAL REPORT**                                Page 5 of 11

This document contains private and confidential health information protected by state and federal law.        © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288                All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 196

## LabCorp                                          Patient Report

Patient: MERRYMAN, BRANDI
DOB:        Patient ID:              Control ID: 53077709781           Specimen ID: 039-363-0685-0
                                                                       Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Early Phase | + | - | - | - | |
| Acute Primary Infection | + | +or- | + | - | |
| Convalescence/Past Infection | - | +or- | + | + | |
| Reactivated Infection | +or- | + | + | + | |

                    + Antibody Present       - Antibody Absent

**Chl. pneumoniae (IgG/IgM/IgA)**

| | | | | | |
|---|---|---|---|---|---|
| Chlamydia pneumoniae IgG | 1:128 | High | | Neg:<1:16 | 02 |
| Chlamydia pneumoniae IgM | <1:10 | | | Neg:<1:10 | 02 |
| Chlamydia pneumoniae IgA | <1:16 | | | Neg:<1:16 | 02 |

Test Information:                                                                     02
    This test was developed and its performance characteristics determined
    by LabCorp. It has not been cleared or approved by the Food and Drug
    Administration. The FDA has determined that such clearance or approval
    is not necessary. Results of this test are for investigational
    purposes only.  The result should not be used as a diagnostic
    procedure without confirmation of the diagnosis by another medically
    established diagnostic product or procedure.

**DHEA S+Cort+Pregnenolone**

Cortisol, Serum LCMS          <2.0    Low      ug/dL                                  03
    Please interpret with caution. There is an extra peak in the
    chromatogram that is not fully resolved from the analyte
    after HPLC and mass spectrometry detection. Therefore, the
    result may not meet our usual criteria for precision and
    accuracy.
    Reference Range:
    Adults
    8:00 AM  8.0 - 19
    4:00 PM  4.0 - 11

DHEA-Sulfate, LCMS          <10    Low        ug/dL                                   03
    Reference Range:
    Adult Females (21 - 30y): 22 - 372
Pregnenolone, MS            <10               ng/dL                                   03
    Reference Range:
    Adults: <151

**Anticardiolip Ab, IgA/G/M, Qn**

| | | | | | |
|---|---|---|---|---|---|
| Anticardiolipin Ab,IgG,Qn | <9 | | GPL U/mL | 0 - 14 | 02 |
| | | | Negative: | <15 | |
| | | | Indeterminate: | 15 - 20 | |
| | | | Low-Med Positive: | >20 - 80 | |
| | | | High Positive: | >80 | |
| Anticardiolipin Ab,IgM,Qn | <9 | | MPL U/mL | 0 - 12 | 02 |
| | | | Negative: | <13 | |
| | | | Indeterminate: | 13 - 20 | |
| | | | Low-Med Positive: | >20 - 80 | |
| | | | High Positive: | >80 | |

Date Issued: 02/19/19 0850 ET              **FINAL REPORT**                      Page 6 of 11

This document contains private and confidential health information protected by state and federal law.    © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288    All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 197

# LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:           Patient ID:                    Control ID: 53077709781

Specimen ID: 039-363-0585-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Anticardiolipin Ab,IgA,Qn | <9 | | APL U/mL | 0 - 11 | 02 |
| | | | Negative: | <12 | |
| | | | Indeterminate: | 12 - 20 | |
| | | | Low-Med Positive: | >20 - 80 | |
| | | | High Positive: | >80 | |

**Candida Antibodies IgG,IgA,IgM**

| | | | | | |
|---|---|---|---|---|---|
| Candida Antibodies IgG | <30 | | U/mL | 0 - 29 | 02 |

Results for this test are for research purposes only by the assay's
manufacturer. The performance characteristics of this product have
not been established. Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

| | | | | | |
|---|---|---|---|---|---|
| Candida Antibodies IgM | 15 | High | U/mL | 0 - 9 | 02 |

Results for this test are for research purposes only by the assay's
manufacturer. The performance characteristics of this product have
not been established. Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

| | | | | | |
|---|---|---|---|---|---|
| Candida Antibodies IgA | 11 | High | U/mL | 0 - 9 | 02 |

Results for this test are for research purposes only by the assay's
manufacturer. The performance characteristics of this product have
not been established. Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

**Vitamin B12 and Folate**

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 | 451 | | pg/mL | 232 - 1245 | 01 |
| Folate (Folic Acid), Serum | 7.7 | | ng/mL | >3.0 | 01 |
| Note: | | | | | 01 |

A serum folate concentration of less than 3.1 ng/mL is
considered to represent clinical deficiency.

**Calcium+Calcium, Ionized**

| | | | | | |
|---|---|---|---|---|---|
| Calcium, Ionized, Serum | 5.1 | | mg/dL | 4.5 - 5.6 | 01 |

**Parvovirus B19, Human, IgG/IgM**

| | | | | | |
|---|---|---|---|---|---|
| Parvovirus B19, IgG | 6.4 | High | index | 0.0 - 0.8 | 02 |
| | | | Negative | <0.9 | |
| | | | Equivocal | 0.9 - 1.1 | |
| | | | Positive | >1.1 | |
| Parvovirus B19, IgM | 0.8 | | index | 0.0 - 0.8 | 02 |
| | | | Negative | <0.9 | |
| | | | Equivocal | 0.9 - 1.1 | |
| | | | Positive | >1.1 | |

**HSV 1 and 2-Spec Ab, IgG w/Rfx**

| | | | | | |
|---|---|---|---|---|---|
| HSV 1 IgG, Type Spec | 42.70 | High | index | 0.00 - 0.90 | 02 |
| | | | Negative | <0.91 | |
| | | | Equivocal | 0.91 - 1.09 | |

Date Issued: 02/19/19 0850 ET              **FINAL REPORT**                    Page 7 of 11

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 198

# LabCorp                                                    **Patient Report**

Patient: MERRYMAN, BRANDI
DOB:                Patient ID:              Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | Positive | >1.09 | |

Note: Negative indicates no antibodies detected to
HSV-1. Equivocal may suggest early infection.  If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-1.

| | | | | | |
|---|---|---|---|---|---|
| HSV 2 IgG, Type Spec | <0.91 | | index | 0.00 - 0.90 | 02 |
| | | | Negative | <0.91 | |
| | | | Equivocal 0.91 - 1.09 | | |
| | | | Positive | >1.09 | |

Note: Negative indicates no antibodies detected to
HSV-2. Equivocal may suggest early infection.  If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-2.

**MMP-9 (Matrix metalloprot.-9)**

| | | | | | |
|---|---|---|---|---|---|
| MMP9 | 1140 | High | ng/mL | | 04 |

Reference Range:
<984
**Results of this test are for research purposes only per
the assay manufacturer. The performance characteristics of
this assay have not been established. The result should not
be used as a diagnostic procedure without confirmation of
the diagnosis by another medically established diagnostic
product or procedure.

**Francisella tularensis Abs**
Francisella tularensis IgG

| | | | | | |
|---|---|---|---|---|---|
| | Negative | | | Negative | 05 |

Francisella tularensis IgM

| | | | | | |
|---|---|---|---|---|---|
| | Negative | | | Negative | 05 |

The performance characteristics of the listed assays were
validated by Cambridge Biomedical Inc. The US FDA has not
approved or cleared these test. The results of these assays
can be used for clinical diagnosis without FDA approval.
Cambridge Biomedical Inc.  is a CLIA certified, CAP
accredited laboratory for performing high complexity assays
such as these.

Testing Performed at: Cambridge Biomedical 1320 Soldiers
Field Road, Boston, MA 02135

| | | | | | |
|---|---|---|---|---|---|
| Estradiol | 99.8 | | pg/mL | | 01 |

Adult Female:
Follicular phase    12.5 -    166.0
Ovulation phase     85.8 -    498.0
Luteal phase        43.8 -    211.0
Postmenopausal      <6.0 -     54.7
Pregnancy
1st trimester      215.0 - >4300.0
Girls (1-10 years)   6.0 -     27.0
Roche ECLIA methodology

---

This document contains private and confidential health information protected by state and federal law.     © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288                All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 199

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176  PAGE: 017 OF 036

# ≋LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:              Patient ID:              Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Cytomegalovirus (CMV) Ab, IgG | | | | | |
| | 5.30 | High | U/mL | 0.00 - 0.59 | 02 |
| | | | Negative | <0.60 | |
| | | | Equivocal | 0.60 - 0.69 | |
| | | | Positive | >0.69 | |

Vitamin D, 25-Hydroxy        27.5   Low      ng/mL    30.0 - 100.0   01
    Vitamin D deficiency has been defined by the Institute of
    Medicine and an Endocrine Society practice guideline as a
    level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
    The Endocrine Society went on to further define vitamin D
    insufficiency as a level between 21 and 29 ng/mL (2).
    1. IOM (Institute of Medicine). 2010. Dietary reference
       intakes for calcium and D. Washington DC: The
       National Academies Press.
    2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
       Evaluation, treatment, and prevention of vitamin D
       deficiency: an Endocrine Society clinical practice
       guideline. JCEM. 2011 Jul; 96(7):1911-30.

VEGF, Serum                  242              pg/mL     62 - 707      02
    R and D Systems Quantikine Enzyme Immunoassay (EIA)
    Results of this test are labeled for research purposes only by the
    assay's manufacturer. The performance characteristics of this assay
    have not been established by the manufacturer. The result should not
    be used for treatment or for diagnostic purposes without confirmation
    of the diagnosis by another medically established diagnostic product
    or procedure. The performance characteristics were determined by
    LabCorp.
    Values obtained with different assay methods or kits cannot be used
    interchangeably. Results cannot be interpreted as absolute evidence
    of the presence or absence of malignant disease.

GAD-65 Autoantibody
  GAD-65                     26.8   High      U/mL      0.0 - 5.0     02

Leptin, Serum
  Leptin, Serum             70.4             ng/mL                   02
                    Female Ranges by Body Mass Index (BMI)
                    BMI        Range        BMI        Range
                    11       0.7 -   3.6     24       4.4 -   24.2
                    12       0.8 -   4.2     25       5.1 -   28.0
                    13       0.9 -   4.8     26       5.9 -   32.4
                    14       1.0 -   5.6     27       6.8 -   37.5
                    15       1.2 -   6.5     28       7.9 -   43.5
                    16       1.4 -   7.5     29       9.1 -   50.4
                    17       1.6 -   8.7     30      10.6 -   58.3
                    18       1.8 -  10.0     31      12.2 -   67.5
                    19       2.1 -  11.6     32      14.1 -   78.2
                    20       2.4 -  13.4     33      16.4 -   90.5
                    21       2.8 -  15.6     34      19.0 -  105.0

---

Date issued: 02/19/19 0850 ET               **FINAL REPORT**                Page 9 of 11

This document contains private and confidential health information protected by state and federal law.        © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288        All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 200

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 018 OF 036

# LabCorp                                    Patient Report

Patient: MERRYMAN, BRANDI
DOB:        Patient ID:              Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | 22 | 3.3 - 18.0 | 35 | 22.0 - 121.0 | |
| | 23 | 3.8 - 20.9 | 36 | 25.4 - 141.0 | |

Blum WF, Juul A, "Reference Ranges of Leptin Levels
According to Body Mass Index, Gender and Development
Stage" in Leptin: The Voice of Adipose Tissue, Blumm
WF, Kiess WF, and Rascher W, eds, 1997, 319-326.

Comment:                                                                      02
Results of this test are labeled for research purposes only by the
assay's manufacturer. The performance characteristics of this assay
have not been established by the manufacturer. The result should not
be used for treatment or for diagnostic purposes without confirmation
of the diagnosis by another medically established diagnostic product
or procedure. The performance characteristics were determined by
LabCorp.

| HHV 6 IgG Antibodies | 4.36 | High | index | | 02 |
|---|---|---|---|---|---|
| | | | Negative | <0.90 | |
| | | | Equivocal | 0.90 - 1.10 | |
| | | | Positive | >1.10 | |

Results of this test are labeled for research purposes
only by the assay's manufacturer. The performance
characteristics of this assay have not been
established by the manufacturer. The result should not
be used for treatment or for diagnostic purposes
without confirmation of the diagnosis by another
medically established diagnostic product or procedure.
The performance characteristics were determined by
LabCorp.
**Please note reference interval change**

**Antigliadin Abs, IgA**
| Deamidated Gliadin Abs, IgA | 5 | units | 0 - 19 | 02 |
|---|---|---|---|---|
| | | Negative | 0 - 19 | |
| | | Weak Positive | 20 - 30 | |
| | | Moderate to Strong Positive | >30 | |

**Antigliadin Abs, IgG**
| Deamidated Gliadin Abs, IgG | 4 | units | 0 - 19 | 02 |
|---|---|---|---|---|
| | | Negative | 0 - 19 | |
| | | Weak Positive | 20 - 30 | |
| | | Moderate to Strong Positive | >30 | |

| Thyroglobulin Antibody | <1.0 | IU/mL | 0.0 - 0.9 | 01 |
|---|---|---|---|---|

Thyroglobulin Antibody measured by Beckman Coulter Methodology

| Vitamin C | 0.4 | mg/dL | 0.2 - 2.0 | 02 |
|---|---|---|---|---|
| Ceruloplasmin | 25.5 | mg/dL | 19.0 - 39.0 | 06 |
| Osmolality | 302 | High | mOsmol/kg | 275 - 295 | 01 |

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 201

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 019 OF 036

# LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:                Patient ID:

Control ID: 53077709781

Specimen ID: 039-303-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Insulin | 33.0 | High | uIU/mL | 2.6 - 24.9 | 01 |
| Estrogens, Total | 165 | | pg/mL | | 02 |
| | | | Prepubertal | <40 | |
| | | | Female Cycle: | | |
| | | | 1-10 Days | 61 - 394 | |
| | | | 11-20 Days | 122 - 437 | |
| | | | 21-30 Days | 156 - 350 | |
| | | | Post-Menopausal | <40 | |
| | | | HMG Treatment for Ovulation | | |
| | | | Induction: | 400 - 800 | |
| Estrone, Serum | 92 | | pg/mL | | 02 |
| | | | Adult: | | |
| | | | Follicular phase | 39 - 132 | |
| | | | Periovulatory | 58 - 256 | |
| | | | Luteal phase | 54 - 179 | |
| | | | Pregnancy: | | |
| | | | 1st trimester | 247 - 2774 | |
| | | | 2nd trimester | 569 - 5781 | |
| | | | Postmenopausal: | | |
| | | | with ERT | 51 - 488 | |
| | | | without ERT | 31 - 100 | |
| Triiodothyronine (T3), Free | 3.3 | | pg/mL | 2.0 - 4.4 | 01 |

Comments:
A This test was developed and its performance characteristics determined by
  LabCorp. It has not been cleared or approved by the Food and Drug
  Administration.

| | | | | |
|---|---|---|---|---|
| 01 | HD | LabCorp Houston | Dir: Kyle Eskue, MD | |
| | | 7207 North Gessner, Houston, TX 77040-3143 | | |
| 02 | BN | LabCorp Burlington | Dir: Sanjai Nagendra, MD | |
| | | 1447 York Court, Burlington, NC 27215-3361 | | |
| 03 | ES | Esoterix Inc | Dir: Samuel Pepkowitz, MD | |
| | | 4301 Lost Hills Road, Calabasas Hills, CA 91301-5358 | | |
| 04 | UY | Esoterix Inc | Dir: Brian F. Poirier, MD | |
| | | 8490 Upland Drive Ste 100, Englewood, CO 80112-7116 | | |
| 05 | E= | Cambridge Biomedical Inc | Dir: Thomas Tinghitella, PhD | |
| | | 1320 Soldiers Field Road, Brighton, MA 02135-1020 | | |
| 06 | DA | LabCorp Dallas | Dir: CN Etufugh, MD | |
| | | 7777 Forest Ln Bldg C350, Dallas, TX 75230-2544 | | |

For inquiries, the physician may contact Branch: 713-856-8288 Lab: 713-856-8288

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 202

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 020 OF 036

# LabCorp

**Patient Report**

**Specimen ID:** 039-363-0777-0
**Control ID:** 53077709782

**Acct #:** 42115295        **Phone:** (210) 692-1245      **Rte:** 69

**MERRYMAN, BRANDI**

Neurology Institute of SA
3603 Paesanos Way, Suite 300
SAN ANTONIO TX 78231

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| **DOB:** | **Date collected:** 02/08/2019 0832 Local | **Ordering:** S GAZDA |
| **Age(y/m/d):** 028 | **Date received:** 02/08/2019 | **Referring:** |
| **Gender:** F    **SSN:** | **Date entered:** 02/08/2019 | **ID:** |
| **Patient ID:** | **Date reported:** 02/20/2019 1624 ET | **NPI:** 1740286764 |

**General Comments & Additional Information**
**Total Volume:** Not Provided                                   **Fasting:** Yes

**Ordered Items**
HNK1 (CD57) Panel; HLA DRB1,3,4,5,DQB1 (IR); Cadmium Std Profile, Blood/Ur; APOE Alzheimer® Risk; Heavy Metals Profile I, Blood; Trans. Growth Fact. beta 1*; Hemoglobin A1c; Total Glutathione; VIP, Plasma; ADH; Interleukin-6, Plasma; Brucella Antibody IgG, EIA; Brucella Antibody IgM, EIA; MTHFR; Homocyst(e)ine; Copper, Serum; Zinc, Plasma or Serum; Glucose, Plasma; Melanocyte Stimulating Hormone; Magnesium, RBC; Selenium, Serum/Plasma; Non LCA Req

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HNK1 (CD57) Panel** | | | | | |
| % CD8-/CD57+ Lymphs | 5.1 | | % | 2.0 - 17.0 | 01 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Abs.CD8-CD57+ Lymphs | 117 | | /uL | 60 - 360 | |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| **WBC** | **11.5** | **High** | x10E3/uL | 3.4 - 10.8 | 02 |
| RBC | 4.84 | | x10E6/uL | 3.77 - 5.28 | 02 |
| Hemoglobin | 14.9 | | g/dL | 11.1 - 15.9 | 02 |
| Hematocrit | 44.7 | | % | 34.0 - 46.6 | 02 |
| MCV | 92 | | fL | 79 - 97 | 02 |
| MCH | 30.8 | | pg | 26.6 - 33.0 | 02 |
| MCHC | 33.3 | | g/dL | 31.5 - 35.7 | 02 |
| RDW | 13.1 | | % | 12.3 - 15.4 | 02 |
| Platelets | 263 | | x10E3/uL | 150 - 379 | 02 |
| Neutrophils | 77 | | % | Not Estab. | 02 |
| Lymphs | 20 | | % | Not Estab. | 02 |
| Monocytes | 3 | | % | Not Estab. | 02 |
| Eos | 0 | | % | Not Estab. | 02 |
| Basos | 0 | | % | Not Estab. | 02 |
| **Neutrophils (Absolute)** | **8.7** | **High** | x10E3/uL | 1.4 - 7.0 | 02 |
| Lymphs (Absolute) | 2.3 | | x10E3/uL | 0.7 - 3.1 | 02 |
| Monocytes(Absolute) | 0.3 | | x10E3/uL | 0.1 - 0.9 | 02 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 02 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 02 |
| Immature Granulocytes | 0 | | % | Not Estab. | 02 |

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                          Page 1 of 9

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 713-856-8288.

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Dr 2/26/19.

Lincoln/Merryman 203

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 021 OF 036

# ▓LabCorp                                                     **Patient Report**

**Patient: MERRYMAN, BRANDI**                                              **Specimen ID: 039-363-0777-0**
**DOB:**              **Patient ID:**            **Control ID: 53077709782**       **Date collected: 02/08/2019 0832 Local**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 02 |

**HLA DRB1,3,4,5,DQB1 (IR)**

DRB1                                                                              03
                            DRB1*01:01:01G
DRB1                                                                              03
                            DRB1*13:03:01G
      The following alleles could not be ruled out:
      DRB1*  13:03:01/13:03:07/13:227/13:253
      DRB1*  01:01:01/01:50/01:67/01:77/01:82
DRB3                                                                              03
                            DRB3*01:01:02G
DRB3                                                                              03
                            DRB3*-
      The following alleles could not be ruled out:
      DRB3*  01:01:02:01/01:01:02:02/01:16/01:43
DRB4                                                                              03
                            DRB4*-
DRB4                                                                              03
                            DRB4*-
DRB5                                                                              03
                            DRB5*-
DRB5                                                                              03
                            DRB5*-
      HLA allele interpretation for all loci based on IMGT/HLA
      database version 3.33.0
      This test was developed and its performance characteristics
      determined by LabCorp.  It has not been cleared or approved
      by the Food and Drug Administration.
      HLA Lab CLIA ID Number 34D0954530
DQB1 Allele 1                                                                     03
                            DQB1*03:01:01G
DQB1 Allele 2                                                                     03
                            DQB1*05:01:01G
      The following alleles could not be ruled out:
      DQB1*  05:01:01:01/05:01:01:02/05:01:01:03/05:01:01:04
             /05:01:01:05/05:01:21/05:01:22/05:01:23/05:01:24:01
             /05:01:24:02/05:18/05:27/05:31/05:32/05:45/05:84
             /05:103/05:104/05:107/05:133/05:137/05:139/05:144
             /05:148/05:150/05:152/05:155/05:159/05:160
      DQB1*  03:01:01:01/03:01:01:02/03:01:01:03/03:01:01:04
             /03:01:01:05/03:01:01:06/03:01:01:07/03:01:01:08
             /03:01:01:09/03:01:01:10/03:01:01:11/03:01:01:12
             /03:01:01:14/03:01:01:15/03:01:01:16/03:01:01:17
             /03:01:01:18/03:01:01:19/03:01:01:20/03:01:04
             /03:01:05/03:01:09/03:01:10/03:01:11/03:01:12
             /03:01:20/03:01:26/03:01:31/03:01:35/03:01:36
             /03:01:39/03:01:40/03:01:41/03:09/03:19:01/03:21
             /03:22/03:24/03:29/03:35/03:42/03:49/03:50/03:51
             /03:84N/03:94/03:115/03:116/03:164/03:165/03:169

---

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                              Page 2 of 9

This document contains private and confidential health information protected by state and federal law.       © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8286                    All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 204

6/5/2019 12:32 PM  FROM: Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 022 OF 036

# ≋LabCorp                                                    **Patient Report**

Patient: MERRYMAN, BRANDI                                           Specimen ID: 039-363-0777-0
DOB:          Patient ID:              Control ID: 53077709782       Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| /03:182/03:191/03:196/03:198/03:206/03:241/03:243 | | | | | |
| /03:246/03:253/03:264/03:266/03:276N/03:281 | | | | | |

HLA Methodology                                                                        03
    HLA results were obtained using sequence based typing (SBT),
    sequence specific oligonucleotide probes (SSOP), and/or sequence
    specific primers (SSP) as needed to obtain the required resolution.
    Please contact HLA Customer Service at 1-800-533-1037 if you have any
    questions.
    Director of HLA Laboratory
    Dr George C Maha, PhD

**Cadmium Std Profile, Blood/Ur**

| Cadmium, Blood [A] | 0.7 | | ug/L | 0.0 - 1.2 | 01 |
|--------------------|-----|--|------|-----------|-----|

    Environmental Exposure:
    Nonsmokers            0.3 - 1.2
    Smokers               0.6 - 3.9
    Occupational Exposure:
    OSHA Cadmium Std            5.0
    BEI                        5.0
    Detection Limit = 0.5

| Cadmium, Urine [A] | None Detected | | ug/L | None detected | 01 |
|--------------------|---------------|--|------|---------------|-----|

    Detection Limit = 1.0

| Creatinine(Crt),U | 0.87 | | g/L | 0.30 - 3.00 | 01 |
|-------------------|------|--|-----|-------------|-----|

    Detection Limit = 0.10

| Beta-2 Microglob.,U | 45 | | ug/L | 0 - 300 | 01 |
| Beta-2/Crt Ratio, U | 52 | | ug/g creat | 0 - 300 | |

    (OSHA Cadmium Standard)

**APOE Alzheimer's Risk**

Methodology:                                                                           04
    Patient DNA is assayed for the APOE genotype by PCR
    amplification of a specific region in exon 4 of the APOE
    gene followed by digestion with restriction enzyme Hha I
    and separation of fragments by polyacrylamide gel
    electrophoresis. This approach allows the APOE E2, E3, and
    E4 alleles to be distinguished. Analytical sensitivity and
    specificity are >99.5%. Individuals are interpreted as
    having one of the following genotypes: E2/E2, E3/E3, E4/E4,
    E2/E3, E2/E4, E3/E4.

APO E Genotyping Result:       E3/E3                                                    04

Interpretation:                                                                        04
    Negative for the APOE4 variant that is associated with
    increased risk for late onset Alzheimer's disease (AD).
    E3/E3 is the most common APOE genotype and is not
    associated with increased risk for AD.

    RECOMMENDATIONS
    Genetic counseling is recommended.
    Due to the lack of measures to prevent the development of
    AD, the ACMG/NSGC guidelines do not recommend
    presymptomatic testing, but if it is performed, guidelines

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                          Page 3 of 9

This document contains private and confidential health information protected by state and federal law.          © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288                                             All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 205

## ▓LabCorp                                                    **Patient Report**

**Patient: MERRYMAN, BRANDI**
**DOB:**          **Patient ID:**          **Control ID:** 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019  0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

are provided (Goldman JS et al. 2011). The APOE Genotyping:
Alzheimer's Risk test is not recommended for children.

NOTE: This is not a diagnostic test. Results should be
interpreted along with clinical findings and other data.
This test evaluates only for the APOE genotype and cannot
detect genetic abnormalities elsewhere in the genome. It
should be realized that there are possible sources of error
including sample misidentification, rare technical errors,
trace contamination of PCR reactions, and rare genetic
variants that may interfere with analysis.

For inquiries or genetic consultation, please call Esoterix
at 1-800-444-9111.

Comment:                                                                      04
    INFORMATION ABOUT THE APOE GENOTYPE AND ALZHEIMER'S DISEASE

    Alzheimer's disease (AD) is the most common form of
    dementia in the elderly and currently affects more than 5
    million Americans. It is a progressive neurodegenerative
    disorder with brain findings of plaques and neurofibrillary
    tangles containing beta-amyloid and tau protein
    respectively.

    The predominant form of AD is late onset (age > 60-65),
    which can be familial (15-20%) or sporadic. The APOE4
    variant increases the risk for late onset AD and may
    contribute to the pathology of the disease. This risk is
    increased by approximately 2 to 3-fold for individuals with
    one copy of the APOE4 variant and by approximately 10
    to15-fold for individuals with two copies of this variant
    (E4/E4 genotype). The APOE2 variant has some protective
    effect against development of late onset AD. The lifetime
    risk for late onset AD is approximately 10-12% in the
    general population, though it is higher in women than men
    and doubles when there is a first degree relative with this
    disorder. The lifetime risk is approximately 9% for
    individuals negative for APOE4, and for individuals with
    E4/E4 may be as high as 25% for males and 45% for females.
    Among patients with late onset AD, the presence of APOE4
    may lead to earlier development of symptoms.

    However, APOE4 is neither necessary nor sufficient for the
    development of AD. Approximately 30-50% of patients with
    late onset AD do not have an APOE4 allele.

    APOE4 is common, with 25% of the general population having
    one copy and 1% having two copies of this variant. Among
    patients with late onset AD, 50-70% are positive for APOE4.

    The development of late onset AD is influenced by many
    factors other than APOE4 including age, gender, family
    history, level of education and history of head trauma.

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                Page 4 of 9

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 206

# ≋LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:              Patient ID:                    Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

Midlife cardiovascular risk factors in individuals with
APOE4 also increase risk for cognitive decline. A number of
genetic influences in addition to APOE4 have also been
reported and are under investigation.

This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration. The FDA has determined
that such clearance or approval is not necessary.

REFERENCES

Altmann A et al. Sex modifies the APOE-related risk of
developing Alzheimer disease. Annal Neurol
2014;75(4):563-573

Bird TD. Alzheimer Disease Overview. GeneReviews
(internet). Pagon RA et al., editors. Seattle WA:
University of Washington, Seattle, WA. Last revised 2014.

Goldman JS et al. Genetic counseling and testing for
Alzheimer disease: Joint practice guidelines of the
American College of Medical Genetics and the National
Society of Genetic Counselors. Genet in Med
2011;13(6)597-605.

Schipper HM. Apolipoprotein E: Implications for AD
neurobiology, epidemiology and risk assessment.
Neurobiology of Aging 2011;32:778-790

**Heavy Metals Profile I, Blood**

| | | | | | |
|---|---|---|---|---|---|
| Lead, Blood | None Detected | | ug/dL | 0 - 4 | 01 |

Blood Lead Collection Method: Venous
Testing performed by Inductively coupled plasma/Mass Spectrometry.

Environmental Exposure:
WHO Recommendation    <20
Occupational Exposure:
OSHA Lead Std          40
BEI                    30
Detection Limit =  1

This test was developed and its performance
characteristics determined by LabCorp. It has not been
cleared or approved by the Food and Drug Administration.

| | | | | | |
|---|---|---|---|---|---|
| Arsenic, Blood [A] | 8 | | ug/L | 2 - 23 | 01 |

Detection Limit = 1

| | | | | | |
|---|---|---|---|---|---|
| Mercury, Blood [A] | None Detected | | ug/L | 0.0 - 14.9 | 01 |

Environmental Exposure:   <15.0
Occupational Exposure:
BEI - Inorganic Mercury: 15.0
Detection Limit =  1.0

| | | | | | |
|---|---|---|---|---|---|
| Trans. Growth Fact. beta 1* | 2640 | | pg/mL | 867 - 6662 | 05 |

Date Issued: 02/20/19 1630 ET          **FINAL REPORT**          Page 5 of 9

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 207

## LabCorp                                                    Patient Report

Patient: MERRYMAN, BRANDI
DOB:              Patient ID:              Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|

The result is reported in pg/mL. The assay range is approximately 98 to 400,000. The reference range for a healthy population is 867-6662. However it should be noted that these ranges are obtained from a limited population of apparently healthy adults and are not diagnostic thresholds.
*This test was developed and its performance characteristics determined by Viracor Eurofins. It has not been cleared or approved by the U.S. Food and Drug Administration.

**Hemoglobin A1c**

| | | | | | |
|---|---|---|---|---|---|
| Hemoglobin A1c | 4.7 | Low | % | 4.8 - 5.6 | 02 |

Please Note:                                                    02
        Prediabetes: 5.7 - 6.4
        Diabetes: >6.4
        Glycemic control for adults with diabetes: <7.0

**Total Glutathione**          283          ug/mL      176 - 323      01
Results of this test are for Investigational Purposes Only.  The performance characteristics of this assay have been determined by LabCorp.  The result should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

**VIP, Plasma**               34.2          pg/mL      0.0 - 58.8     01
Results for this test are for research purposes only by the assay's manufacturer.  The performance characteristics of this product have not been established.  Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

**ADH**

ADH                          1.2           pg/mL      0.0 - 4.7      01
Comment:                                                    01
Results of this test are labeled for research purposes only by the assay's manufacturer. The performance characteristics of this assay have not been established by the manufacturer. The result should not be used for treatment or for diagnostic purposes without confirmation of the diagnosis by another medically established diagnostic product or procedure. The performance characteristics were determined by LabCorp.

**Interleukin-6, Plasma**     1.4           pg/mL      0.0 - 12.2     01
Results for this test are for research purposes only by the assay's manufacturer.  The performance characteristics of this product have not been established.  Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

**Brucella Antibody IgG, EIA**

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                Page 6 of 9

This document contains private and confidential health information protected by state and federal law.        © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288        All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 208

6/5/2019 12:32 PM  FROM: Suzanne K Gazda MD PA  TO: 16033344176  PAGE: 026 OF 036

# ☒LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:               Patient ID:                    Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Brucella Antibody IgG, EIA | | | | | |
| | Negative | | | Negative | 01 |
| Please Note: | | | | | 01 |

This assay detects Brucella abortus, melitensis, and suis.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

**Brucella Antibody IgM, EIA**
Brucella Antibody IgM, EIA

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | Negative | | | Negative | 01 |
| Please Note: | | | | | 01 |

This assay detects Brucella abortus, melitensis, and suis.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

**MTHFR**

MTHFR, DNA Analysis                                                    04
    Result: A1298C/A1298C

    Two copies of the same mutation (A1298C/A1298C) identified

    Interpretation:
    This patient's sample was analyzed for the MTHFR mutations
    C677T and A1298C. Two copies of the A1298C mutation were
    identified. Results for the C677T mutation were negative.
    Elevated homocysteine levels have not been reported when
    two copies of the A1298C mutation have been found. The
    diagnosis of hyperhomocysteinemia can not rely on DNA
    testing alone but should take into consideration clinical
    findings and other studies, such as serum homocysteine
    levels. Because MTHFR mutations and their associated risks
    are inherited, genetic counseling and testing of at-risk
    family members should be considered.

Please Note:                                                           06
    Methylenetetrahydrofolate reductase (MTHFR) is a key enzyme in the
    folate pathway and is responsible for the metabolism of homocysteine.
    There are two common variants in the MTHFR gene, c.655c>T
    (p.Ala222Vall), referred to as C677T, and c.1286A>C (p.Glu429Ala),
    referred to as A1298C. Individuals homozygous for C677T (two copies
    of the variant), have decreased activity of the MTHFR enzyme and a
    predisposition to hyperhomocysteinemia, particularly when deficient in
    folate. Hyperhomocysteinemia is a risk factor for venous thrombosis
    and coronary artery disease and is associated with an increased risk
    of fetal open neural tube defects. The C677T variant does not
    independently increase risk of these conditions in the absence of
    hyperhomocysteinemia. The A1298C variant is not associated with
    elevated homocysteine levels unless a C677T variant is also present;
    however, the clinical significance of heterozygosity for both C677T
    and A1298C is controversial. Population data suggest that these two

---

Date issued: 02/20/19 1630 ET                **FINAL REPORT**                    Page 7 of 9

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 209

# LabCorp                                                        **Patient Report**

Patient: MERRYMAN, BRANDI
DOB                Patient ID:              Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

variants are not present on the same chromosome, but rare exceptions
have been reported of triple variant MTHFR genotypes (ie. homozygous
for one variant and heterozygous for the other). Homozygosity for
C677T has an estimated frequency of 10% to 15% in Caucasians and 25%
in Hispanics.
Additional information:
Dietary folic acid, B6 and B12 supplementation has been suggested to
lower homocysteine levels in some people. Folic acid supplementation
has been shown to reduce the occurrence of neural tube defects.
Genetic counselors are available for health care providers to discuss
results at 1-800-345-GENE.
Methodology:
DNA analysis of the MTHFR gene was performed by PCR
amplification followed by restriction analysis.  The
diagnostic sensitivity is >99% for both. Molecular-based
testing is highly accurate, but as in any laboratory test,
rare diagnostic errors may occur.  All test results must be
combined with clinical information for the most accurate
interpretation.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved by
the Food and Drug Administration.
References:
Botto LD, Yang Q. Am J Epidemiol 2000; 151(9):862-877.
Eldibany MM, Caprini JA. Arch Pathol Lab Med 2007; 131(6):872-884.
Frosst P et al. Nat Genet 1995; 10(1):111-113.
Hickey SE et al. Genet Med 2013; 15(2):153-156.
Lockwood C et al. Obstet Gynecol 2011; 118(3):730-740.
Simone B et al. Eur J Epidemiol 2013; 28(8):621-647.
Chevonne Eversley, PhD, FACMG
Melissa A Hayden, PhD, FACMG
Annette K Taylor, M.S., PhD, FACMG
Alecia Willis, PhD, FACMG
Hongli Zhan, PhD, FACMG
Joseph B Kearney, PhD, FACMG

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Homocyst(e)ine | 6.6 | | umol/L | 0.0 - 15.0 | 02 |
| Copper, Serum ^ | 113 | | ug/dL | 72 - 166 Detection Limit = 5 | 01 |
| Zinc, Plasma or Serum ^ | 64 | | ug/dL | 56 - 134 Detection Limit = 5 | 01 |
| Glucose, Plasma | 105 | High | mg/dL | 65 - 99 | 02 |

Please Note:
Prediabetes            100 - 125
Diabetes                    >125

Melanocyte Stimulating Hormone

|  | 38 | | pg/mL | 0 - 40 | 01 |

Results for this test are for research purposes only by the assay's

---

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                Page 8 of 9

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 210

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 028 OF 036

# ▓LabCorp                                                              Patient Report

Patient: MERRYMAN, BRANDI                                              Specimen ID: 039-363-0777-0
DOB:          Patient ID:                    Control ID: 53077709782    Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|-------------------|-----|

manufacturer.  The performance characteristics of this product have
not been established.  Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

| | | | | | |
|-------|--------|------|-------|-------------------|-----|
| Magnesium, RBC [A] | 4.6 | | mg/dL | 4.2 - 6.8 | 01 |
| Selenium, Serum/Plasma [A] | 231 | High | ug/L | 91 - 198 | 01 |

Comments:
[A] This test was developed and its performance characteristics determined by
LabCorp. It has not been cleared or approved by the Food and Drug
Administration.

| 01 | BN | LabCorp Burlington | Dir: Sanjai Nagendra, MD |
|----|-----|-------------------|-------------------------|
| | | 1447 York Court, Burlington, NC 27215-3361 | |
| 02 | HD | LabCorp Houston | Dir: Kyle Eskue, MD |
| | | 7207 North Gessner, Houston, TX 77040-3143 | |
| 03 | 2Q | LabCorp Burlington DNA | Dir: George Maha, PhD |
| | | 1440 York Court, Burlington, NC 27215-3361 | |
| 04 | UY | Esoterix Inc | Dir: Brian F. Poirier, MD |
| | | 8490 Upland Drive Ste 100, Englewood, CO 80112-7116 | |
| 05 | NEWXW | Viracor Eurofins | Dir: Michelle Altrich, PhD |
| | | 1001 NW Technology Drive, Lees Summit, MO 64086-5603 | |
| 06 | TG | LabCorp RTP | Dir: Arundhati Chatterjee, MD |
| | | 1912 TW Alexander Drive, RTP, NC 27709-0150 | |

For inquiries, the physician may contact Branch: 713-856-8288 Lab: 800-762-4344

Date Issued: 02/20/19 1630 ET                  **FINAL REPORT**                    Page 9 of 9

This document contains private and confidential health information protected by state and federal law.   © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288                            All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 211

 **Quest** Diagnostics    Page 1 of 2    11/07/2018   02:06:40 PM    **Report Status: Final - Courtesy Copy**

**MERRYMAN, BRANDI**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **MERRYMAN, BRANDI**<br><br>**DOB:**          **AGE: 28**<br>Gender:   F        Fasting: N<br>Phone:<br>Patient ID: | Specimen:   DL360556F<br>Requisition: 6228077<br><br>Collected:   11/06/2018 / 10:05 CST<br>Received:    11/07/2018 / 06:28 CST<br>Faxed:       11/07/2018 / 14:00 CST | Client #: 47436      ST21MAIL<br>GAZDA, SUZANNE K Dr.N<br>NEUROLOGY INST. OF SAN<br>ANTONIO<br>3603 PAESANOS PKWY STE 300<br>SAN ANTONIO, TX 78231-1270 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | IG |
| GLUCOSE | 86 | | 65-139 mg/dL | |
| | | | Non-fasting reference interval | |
| UREA NITROGEN (BUN) | 7 | | 7-25 mg/dL | |
| CREATININE | 0.58 | | 0.50-1.10 mg/dL | |
| eGFR NON-AFR. AMERICAN | 125 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 145 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 17 L | 20-32 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.0 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.7 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.5 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 12 | | 10-30 U/L | |
| ALT | 10 | | 6-29 U/L | |
| IMMUNOGLOBULIN A | 278 | | 81-463 mg/dL | IG |
| CBC (INCLUDES DIFF/PLT) | | | | IG |
| **WHITE BLOOD CELL COUNT** | | 11.5 H | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.01 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 15.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 44.7 | | 35.0-45.0 % | |
| MCV | 89.2 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 11.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 237 | | 140-400 Thousand/uL | |
| MPV | 10.8 | | 7.5-12.5 fL | |
| **ABSOLUTE NEUTROPHILS** | | 9039 H | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1898 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 426 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 69 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 69 | | 0-200 cells/uL | |
| NEUTROPHILS | 78.6 | | % | |
| LYMPHOCYTES | 16.5 | | % | |
| MONOCYTES | 3.7 | | % | |
| EOSINOPHILS | 0.6 | | % | |
| BASOPHILS | 0.6 | | % | |

*ok — on prednisone* (handwritten note)

CLIENT SERVICES: 866.697.8378        SPECIMEN: DL360556F        PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Lincoln/Merryman 212

 **Quest**
Diagnostics·

Page 2 of 2                          11/07/2018    02:06:40 PM          **Report Status: Final - Courtesy Copy**

**MERRYMAN, BRANDI**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **MERRYMAN, BRANDI**<br><br>**DOB:**        **AGE: 28**<br>Gender:   F      Fasting: N<br>Patient ID: | Specimen:  DL360556F<br>Collected:  11/06/2018 / 10:05 CST<br>Received:  11/07/2018 / 06:28 CST<br>Faxed:  11/07/2018 / 14:00 CST | Client #: 47436<br>GAZDA, SUZANNE K |

### Endocrinology

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 43 | 30-100 ng/mL | IG |

Vitamin D Status          25-OH Vitamin D:

Deficiency:                        <20 ng/mL
Insufficiency:                20 - 29 ng/mL
Optimal:                        > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on D2-supplementation and patients for whom quantitation of D2 and D3 fractions is required, the QuestAssureD(TM) 25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order code 92888 (patients >2yrs).

For more information on this test, go to: http://education.questdiagnostics.com/faq/FAQ163 (This link is being provided for informational/educational purposes only.)

Physician Comments:

**PERFORMING SITE:**
IG     QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Lincoln/Merryman 213

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 031 OF 036

8/29/2018 3:33 PM  FROM: Fax   TO: +1 (210) 692-9311   PAGE: 001 OF 002

Paesanos Parkway Imaging
Your Family Friendly MRI Facility
(210) 479-1966
www.PaesanosParkwayImaging.com

**Paesanos Parkway Imaging**
3603 Paesanos Parkway  Suite 110
San Antonio, Texas 78231
Phone: (210) 479-1966
Fax: (210) 479-1560

Exam requested by:
RICHARD NEIMAN MD.
3603 PAESANOS PARKWAY, SUITE 300
SAN ANTONIO TX 78231
MRI BRAIN WITH AND WITHOUT CONTRAST [70553] - Head

**Patient:** MERRYMAN, BRANDI
**Date of Birth:**
**MRN:** PPI28609 **Acc:** 10046120
**Date of Exam:** 08-27-2018

TECHNIQUE:     A T2W followed by a FLAIR as well as T1W transaxial
sequence of the brain was performed.  This was followed by a T1W
sagittal sequence.  Diffusion weighted transaxial as well as ADC images
were performed, as was a FLAIR sagittal sequence.

Following an informed consent gadolinium was administered.  Post
gadolinium T1W axial and coronal images were performed.

FINDINGS:     The posterior fossa reveals a normal fourth ventricle
without mass effect.  The cerebellar hemispheres including middle
cerebellar peduncles and brainstem are normal.  No demyelinating plaque
is noted.  No enhancing posterior fossa mass is seen.

The sella and parasellar regions reveal no intra or suprasellar mass.
The pineal area is normal.

The supratentorial space reveals normal ventricles and overlying sulci.
No mass effect or midline shift is seen.  A focal area of T2W and FLAIR
hyperintensity in the subcortical white matter of the left posterior
parietal lobe is noted measuring 2.0 cm.  There are multiple additional
T2W hyperintensities seen in the subcortical and periventricular white
matter including the right temporal, frontal and parietal lobes.  No
enhancing plaque is noted.  There is no lacunar or cortical infarct.

The optic nerves bilaterally are normal without enhancement.  The
paranasal sinuses are clear.

IMPRESSION:

MR EVALUATION OF THE BRAIN REVEALS SUBCORTICAL WHITE MATTER AND
ABNORMALITIES CONSISTENT WITH DEMYELINATING DISEASE.  A DOMINANT 2.0 CM
SUBCORTICAL DEMYELINATING PLAQUE IN THE LEFT POSTERIOR PARIETAL LOBE IS
SEEN.  THERE ARE MULTIPLE FOCAL T2W AND FLAIR HYPERINTENSITIES IN THE
RIGHT TEMPORAL AS WELL AS FRONTAL AND PARIETAL LOBES.  NO DEMYELINATION
OF THE CORPUS CALLOSUM OR BRAINSTEM IS SEEN.  NO ENHANCEMENT IS
IDENTIFIED.

THE BRAIN REVEALS NO PARENCHYMAL INFARCT OR HEMORRHAGE.  NO INTRA OR
EXTRAAXIAL MASS IS NOTED.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient.  If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

Lincoln/Merryman 214

8/29/2018 3:33 PM  FROM: Fax   TO: +1 (210) 692-9311   PAGE: 002 OF 002

Paesanos Parkway Imaging
Your Family Friendly MRI Facility
(210) 479-1966
www.PaesanosParkwayImaging.com

**Paesanos Parkway Imaging**
3603 Paesanos Parkway  Suite 110
San Antonio, Texas 78231
Phone: (210) 479-1966
Fax: (210) 479-1560

THE OPTIC NERVES BILATERALLY ARE NORMAL.

Thank you for the opportunity to participate in the care of this patient.

James Remkus, MD

*Electronically Signed: 08-28-2018 2:06 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Lincoln/Merryman 215

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 033 OF 036

8/31/2018                          Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046119



# PAESANOS PARKWAY IMAGING
# 3603 PAESANOS PARKWAY, SUITE 110
# SAN ANTONIO, TX 78231
# T - 210-479-1966 F - 210-479-1560

**NAME:** *BRANDI A. MERRYMAN*
**DOB:**

**MRN:** PPI28609
**DOS:** Aug 27,2018 09:09     **Sex:** F

**REFERRING PHYSICIAN:**
RICHARD BRADEN.
NEIMAN MD.

**PROCEDUE NAME:** CERVICAL^W/WO

# Final Report

## Main Report

**RADIOLOGIST:** James E. Remkus MD.

**REPORT DATE:** Aug 28,2018 11:13

**APPROVED BY:** James E. Remkus MD.

**APPROVAL DATE:** Aug 28,2018 15:06

**KEY IMAGES:** 1

## OBSERVATION

TECHNIQUE:   A T2W followed by a T1W sagittal sequence of the cervical spine was performed.  This was followed by T1W and T2W transaxial sequences.

Following an informed consent gadolinium was administered intravenously without complication.  Post-gadolinium a T1W sagittal and T1W transaxial sequence of the cervical spine was submitted.

FINDINGS:      The alignment of the cervical spine is anatomic.  No subluxation or retrolisthesis is seen.  The cervical vertebrae reveal no fracture or marrow replacement.  The posterior elements are intact.

On STIR images at the level of C2 a 3.0 mm focal intramedullary plaque is seen with enhancement.  No additional plaques or focal intramedullary enhancement is seen.

The C2-C3, C3-C4 and C4-C5 levels are unremarkable.

At C5-C6 an annular disc bulge flattens the thecal sac.

The C6-C7 and C7-T1 levels are unremarkable.

IMPRESSION:

1. THE ALIGNMENT OF THE CERVICAL SPINE IS ANATOMIC.
2. A FOCAL DEMYELINATING PLAQUE WITHOUT ENHANCEMENT IS SEEN AT THE LEVEL OF C2.  THIS PLAQUE IS SOLITARY.
3. AT C5-C6 AN ANNULAR DISC BULGE FLATTENS THE THECAL SAC.

Lincoln/Merryman 216

8/31/2018                                    Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046119

Electronically signed by

James E. Remkus MD.
Aug 28,2018 15:06



Lincoln/Merryman 217

8/31/2018

Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046118



# PAESANOS PARKWAY IMAGING
# 3603 PAESANOS PARKWAY, SUITE 110
# SAN ANTONIO, TX 78231
# T - 210-479-1966 F - 210-479-1560

**NAME:** *BRANDI A. MERRYMAN*
**DOB:**

**MRN:** PPI28609
**DOS:** Aug 27,2018 09:09        **Sex:** F

**REFERRING PHYSICIAN:**
RICHARD BRADEN. NEIMAN MD.

**PROCEDUE NAME:** MRI THORACIC WITH AND WITHOUT CONTRAST

# Final Report

## Main Report

**RADIOLOGIST:** James E. Remkus MD.

**APPROVED BY:** James E. Remkus MD.

**REPORT DATE:** Aug 28,2018 12:09

**APPROVAL DATE:** Aug 28,2018 15:07

**KEY IMAGES:** 0

## OBSERVATION

TECHNIQUE:   A T2W following a T1W sagittal sequence of the thoracic spine has been performed.  Transaxial T1W and T2W images from the T1-T2 through T12-L1 levels were submitted.

Following an informed consent gadolinium was administered intravenously without complication.  Post-gadolinium a T1W sagittal and transaxial images were performed.

FINDINGS:   The alignment of the thoracic spine is anatomic.  No kyphoscoliosis is noted.  The thoracic vertebrae reveal no fracture or marrow replacement.  The posterior elements are intact.

The thoracic cord as well as conus reveal no enhancing intra or extramedullary mass.  No demyelinating plaque is noted.

Transaxial as well as sagittal images from the T1-T2 through T12-L1 levels reveal no focal thoracic disc herniation.

IMPRESSION:

1. ANATOMIC ALIGNMENT OF THE LUMBAR SPINE IS SEEN.
2. THE THORACIC CORD IS NORMAL.  NO DEMYELINATING PLAQUE IS SEEN.
3. FROM THE T1-T2 THROUGH T12-L1 LEVEL NO FOCAL DISC HERNIATION IS PRESENT.

Lincoln/Merryman 218

6/5/2019 12:32 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 036 OF 036

8/31/2018                          Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046118

Electronically signed by
_____
, James E. Remkus MD.
  Aug 28,2018 15:07

Lincoln/Merryman 219

# F  A  X  S  H  E  E  T

| | |
|---|---|
| Date: | Jun-04-2019 01:56:32 |
| To: | lincoln financial |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 603-334-4176 |
| To Company: | |
| From Name: | RAMIREZ,VALERIE |
| From Company: | |
| From Facility: | Arthritis Associates |
| Support Contact: | |
| Number of Page(s): | 5 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 220

6/4/2019 1:56 PM  FROM: Fax Arthritis Associates  TO: 6033344176   PAGE: 002 OF 005
Patient Name: Merryman, Brandi,  DOB:  /   /  ,  Account No: 63481

**Progress Notes**

**Patient:** Merryman, Brandi
**Account Number:** 63481
**DOB:**          **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Branden Neiman

**Provider:** Christine M Steffano

**Date:** 05/08/2019

---

**Subjective:**

**Chief Complaints:**

1. F/u.

**HPI:**

Current symptom(s):

Pain Management: Pain follow up plan documented: Yes. - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Pain x 2 weeks of 7/10 in R central abdomen accompanied with vomiting on/off throughout the day - unrelated to food intake or activity. She does notice she vomits about an hour after getting up from bed every morning. Vomit described as yellow (bile) colored. Sweating occurs as well during sleep and randomly throughout the day. She has lost some weight due to lack of appetite and is seeing a nutritionist. She is tolerating fluids, denies fevers or recent illness. She wants to know if she needs another HIDA scan.

Hx of kidney stones and elevated alk phos, and liver enzymes.

IVIG helps with MS - starting to have sensation in L leg again and does not need to always use a walker. She feels that her current med routine is helping the most - helped with joint pain/swelling, stiffness, neuralgia; however, the vomiting is very concerning and is impeding on her quality of life.

Currently on Eliquis BID, Plaquenil, Allopurinol, Butrans 20mcg/week, and Norco PRN.

.

**ROS:**

Constitutional:

Fatigue **Yes**.

ENMT:

Ringing in the ears **Yes**. Mouth or nose ulcers **Yes**.

Cardiovascular:

Chest pain **Yes**.

Skin:

Rashes **Yes**.

Gastrointestinal:

Diarrhea **Yes**. Heartburn **Yes**. Nausea or vomiting **Yes**.

Musculoskeletal:

Neck Pain **Yes**. Joint pain **Yes**. Back Pain **Yes**. Swollen joints **Yes**.

Psychiatric:

Problems concentrating **Yes**.

Neurologic:

Dizziness **Yes**. Headache **Yes**. Imbalance **Yes**. Tingling/Numbness **Yes**. Weakness **Yes**.

feeling sickly, loss of appetite, stomach pain or cramps, muscle pain, aches, or cramps,.

**Medical History:** Anemia, Nephrolithiasis, recurrent, gastritis/PUD/hiatal hernia.

**Surgical History:** bunionectomy 2005, removal cyst inner thigh 2011.

**Family History:**

cancer,heart disease,diabetes,high blood pressure,cholestrol,.

**Social History:**

Tobacco Use: Tobacco Use/Smoking  Smoking Status: nonsmoker.

Lincoln/Merryman 221

6/4/2019 1:56 PM  FROM: Fax Arthritis Associates  TO: 6033344176  PAGE: 003 OF 005
Patient Name: Merryman, Brandi,  DOB:     ,  Account No: 63481

**Medications:** Taking Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal EVERY 7 DAYS, Taking IVIg , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking Allopurinol 100 Tablet 2 tablets Orally Once a day, Taking Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day, Taking Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK , Taking Eliquis 2.5 MG Tablet as directed Orally BID, Not-Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK, Not-Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Not-Taking Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day, Not-Taking Folic Acid 1 MG Tablet 1 tablet Orally Once a day, Not-Taking PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day, Not-Taking Methotrexate Sodium 250 MG/10ML Solution 0.4ml Injection once a week, Not-Taking Fluconazole 150 MG Tablet 1 tablet Orally once, Not-Taking Leflunomide 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs, Not-Taking Medrol 4 MG Tablet Therapy Pack as directed Orally , Medication List reviewed and reconciled with the patient

**Allergies:** LATEX.

**Objective:**

**Vitals:** HR 69 /min, BP 125/87 mm Hg, Ht 5 ft 3 in, Wt 191 lbs, BMI 33.83 Index, Pain scale 7 1-10.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished, using a cane. musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM. SKIN: no malar rash present but there is livedo reticularis on B legs and trace amount of upper extremities.. ABDOMEN: protuberant, tenderness upon palpation of R mid-quadrant, no rebound tenderness noted on exam, no guarding..

Examination:

CQW Exceptions: Screening for Osteoporosis not performed: No reason specified.

CQM Exceptions:

Influenza Vaccine not administered  Reason: No reason specified.

**Assessment:**

**Assessment:**

1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Multiple sclerosis - G35
3. Calculus of kidney - N20.0
4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Long term (current) use of opiate analgesic - Z79.891
9. Other long term (current) drug therapy - Z79.899
10. Vomiting, unspecified - R11.10

**Plan:**

Lincoln/Merryman 222

6/4/2019 1:56 PM  FROM: Fax Arthritis Associates  TO: 6033344176   PAGE: 004 OF 005

Patient Name: Merryman, Brandi,  DOB:        Account No: 63481

## 1. Systemic lupus erythematosus, unspecified

Refill Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day, 30 days, 90 Tablet ;  Continue Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2 ;  Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK ;  Hold PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5 ;  Stop Methotrexate Sodium Solution, 250 MG/10ML, 0.4ml, Injection, once a week, 28 days, 10 Milliliter ;  Stop Folic Acid Tablet, 1 MG, 1 tablet, Orally, Once a day, 30 day(s), 30 .

Notes: Pt has active SLE/MS overlap although IVIg has helped. Stopped MTX after vomiting episode (started 2 weeks ago). Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). PMP reviewed today. Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. .

## 2. Multiple sclerosis

Notes: Continue to follow with Dr. Neimann and Dr. Gazda as above. Continue with IVIG treatments, and skip vitamins neuro orders at this time. .

## 3. Calculus of kidney

Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day .

Notes: Continue allopurinol and hydration..

## 4. Embolism and thrombosis of arteries of the upper extremities

Notes: Patient currently on Eliquis twice a day. Was taking Xarelto previously. Continue to follow with hematology; I do suspect she will need lifelong anticoagulation.

## 5. Personal history of peptic ulcer disease

Notes: Continue to avoid NSAIDs.

## 6. Vitamin D deficiency, unspecified

Hold Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day .

Notes: Hold supplementation at this time due to vomiting and follow vitamin D level..

## 7. Other long term (current) drug therapy

LAB: aCL Abs
LAB: B2GP1 Abs
LAB: ESR
LAB: Complement
LAB: Urinalysis
LAB: CBC
LAB: CMP
LAB: CRP*
LAB: URINE DRUG SCREEN

Notes: Labs today to monitor liver and kidney function.

## 8. Vomiting, unspecified

Start Promethazine HCl Tablet, 12.5 MG, 1 tablet as needed, Orally, every 6 hrs, 30 day(s), 120, Refills 1 .

Notes: Vomiting x 2 weeks of bile, R central abdominal pain and flank pain. CT scan of abdomen with contrast ordered and labs today. F/U in 2 weeks.

## 9. Others

Notes: ~~Fall risk was discussed with patient. Counseled about ways to prevent falls such as having areas well-illuminated and avoiding loose carpets or objects on the floor. ADDENDUM- PW: I saw the patient with NP Steffano and discussed the patient with her as well. Get CT A/P given significant pain and nausea of late. Add phenergan for nausea.

**Procedure Codes:** 80307 DRUG TEST PRSMV CHEM ANLYZR, 85025 CBC, 85651 ESR (SEDRATE), 81000 URINALYSIS, 80053 METABOLIC PANEL, 86160 C3/C4 2 UNITS, 86140 CRP, 86146 B2GPI PANEL, 86147 ANTI CARDIOLIPIN AB/IGA/IGG/IGM, 36415 VENIPUNCT, ROUTINE*

**Follow Up:** 2 Weeks (Reason: with Wickersham)

To: lincoln financial,  Subject: Faxing Multiple Encounters ,  Fax#: 603-334-4176,  SendDate: Jun-04-2019 01:56:32,  page  3/4 [-utg2.0.0in]

Lincoln/Merryman 223

6/4/2019 1:56 PM  FROM: Fax Arthritis Associates  TO: 6033344176   PAGE: 005 OF 005
Patient Name: Merryman, Brandi,  DOB:          ,  Account No: 6348 t

**Provider:** Christine M Steffano
**Patient:** Merryman, Brandi  **DOB:**                    **Date:** 05/08/2019

Electronically signed by Christine Steffano , BSN on 06/04/2019 at 01:55 PM CDT
Sign off status: Pending

To: lincoln financial,  Subject: Faxing Multiple Encounters , Fax#: 603-334-4176,  SendDate: Jun-04-2019 01:56:32,  page  4/4 [-utg2.0.0in]

Lincoln/Merryman 224

| | |
|---|---|
| **From:** | LincolnAbsenceNotification@lfg.com |
| **To:** | Workforce_Transition@usaa.com;CHRIS.MARTINEZ@USAA.COM |
| **Subject:** | LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability |

Status for Brandi Merryman L3627 Claim 8582115

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 1/30/2019 thru 5/31/2019

Disability Claim Status: Closed Not Totally Disabled For Own Occupation

If you have further questions, please call Lincoln Financial at 800-989-7842 ext. 41482 or contact the assigned Case Manager at Dewey.Leitch@lfg.com. Please be sure to reference claim number 8582115.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln/Merryman 225

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN

Lincoln/Merryman 226



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

May 30, 2019

Ms. Brandi A. Merryman

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond May 30, 2019 and your claim has been closed. USAA's Group Disability Policy requires that to receive benefits you must meet the following definition of disability:

## Long Term Disability Policy Overview

USAA's Long Term Disability Policy requires that to receive disability benefits you must meet the definition of disability and the elimination period defined as follows:

*"Disability" or "Disabled" means:*

*i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"Own Occupation, with respect to Long Term Disability, means the Covered Person's Occupation that he was performing, when his/her disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

1  of 5

Lincoln/Merryman 227

**Medical Review**

Our review of your claim was based on your diagnoses of lupus and multiple sclerosis. In order to determine the severity of your current symptoms, we requested supporting medical records from your treating physician(s). We received the following medical information:

- Office visit notes from Methodist Hospital, dates: 12/21/18 to 1/7/19
- Office visit notes from PA Vargas, dates: 12/10/18
- Office visit notes from Dr. Neiman, dates: 8/20/18 to 10/16/18
- Office visit notes from Dr. Wickersham, dates: 10/5/18 to 4/8/19
- Office visit notes from NP Barto, dates: 12/4/18 to 3/11/19
- Office visit notes from NP Cude, dates: 9/6/18 to 1/3/19
- Office visit notes from Texas Oncology, dates: 1/14/19
- Office visit notes from Dr. Gazda, dates: 1/30/19 to 2/28/19
- Office visit notes from Dr. Beck, dates: 11/26/18 to 4/19/19

**Neurology Medical Review**

To clarify the severity of your condition of your lupus and multiple sclerosis, we referred your file to Dr. James Pearce, board certified in Neurology for an independent review of the medical records noted above. The results of the medical review dated May 14, 2019 is summarized as follows:

From the neurologic standpoint there is no impairment.   Your primary neurologic diagnosis is multiple sclerosis.

While you are said to have MS, this is based solely on MRI imaging without any confirmation of spinal fluid analysis based on the available medical records.  Regardless of this, repeated neurologic examinations by different examiners reveal a paucity of neurologic impairment with the only finding being slight problems with tandem gait.   Your primary comorbid diagnosis is lupus.

From the neurologic standpoint for reasons outlined above, no impairment is supported secondary to the diagnosis of MS.   You were initially having side effects from the Copaxone but it was discontinued so no ongoing impairment from the standpoint is supported. You are having multiple joint pains etc. and impairment may be supported from a rheumatological standpoint but this would be deferred to a specialist.

From the neurologic standpoint for reasons outlined above, no impairment or restrictions/ limitations are supported secondary to the diagnosis of MS.

Confirmation for the diagnosis of MS could be obtained with CSF studies. Regardless of this, there is no clear history of recurrent attacks of MS supported by the available medical records and therefore no clear reason for the initiation of the Copaxone. The IVIG was being given for your lupus and I would defer comments regarding this to a specialist in rheumatology.

**Rheumatology Medical Review**

To clarify the severity of your condition of your lupus and multiple sclerosis, we referred your file

Lincoln/Merryman 228

to Dr. Dennis Payne, board certified in Rheumatology for an independent review of the medical records noted above. The results of the medical review dated May 14, 2019 is summarized as follows:

The diagnoses in the file are systemic lupus.  There is also mention of a DVT in your right upper extremity, with a pulmonary embolism.

The diagnoses in this file include systemic lupus. The features of the problem are mild with rashes, joint pains, and fatigue. No renal or cardiovascular involvement has been identified.

Your chemistry is normal.  Your exams reveal minimal findings other than the rash. There is no synovitis, weakness, or atrophy. You had the thrombotic event with the reported thrombosis in the cephalic vein on your right side but there are no confirmations from imaging data supporting this. You had the CT angiogram in the ER which revealed the pulmonary embolus and are being treated with anticoagulation. The data supports mild findings resulting from the clinical process.

The diagnosis of multiple sclerosis is also given with the imaging studies supportive of the process including the MRI scans of the brain and spine.

From a rheumatology perspective, the data although supportive of the diagnosis of systemic lupus with the hypercoagulable state, do not support a degree of disease that would result in restrictions or limitations.

Although the findings are supportive of the diagnosis of systemic lupus, the objective findings on labs and exams and serial evaluations do not support a degree of disease to be restricting or limiting. With a lack of findings supporting restrictions or limitations, one would expect normal functionality.

**Neurology Peer-to-Peer Discussion, Dr. Gazda**

On May 6 and May 13, 2019, Dr. Pearce left voice messages with Dr. Gazda's office requesting a return call to discuss your symptoms.  No return calls from Dr. Gazda's office were received.

On May 14, 2019, we faxed a copy of the Neurology medical review to Dr. Gazda's office to review and comment on by May 28, 2019.  As of May 29, 2019, we have received no response.

**Rheumatalogy Peer-to-Peer Discussion, Dr. Wickersham**

On May 6, 2019 and May 7, 2019 Dr. Payne left voice messages with Dr. Wickersham's office requesting a return call to discuss your symptoms.  No return calls from Dr. Wickersham's office were received.

On May 14, 2019, we faxed a copy of the Rheumatology medical review to Dr. Wickersham to review and comment on by May 28, 2019.  As of May 29, 2019, we have received no response.

**Summary**

3  of 5

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus your claim will pay benefits through May 30, 2019 and close May 31, 2019.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

## ERISA Rights

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

<div align="center">

The Liberty Life Assurance Company of Boston
Now a Lincoln Financial Group
Attn: Dewey Leitch
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-9947

</div>

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: office visit notes, treatment notes, inpatient treatment notes, diagnostic tests and results, operation reports, therapy notes, from all treating providers for the time period of May 1, 2019 through the present as well as any additional information which you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

<div align="center">

4  of 5

</div>

Lincoln/Merryman 230

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

5 of 5

Lincoln/Merryman 231



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date:  May 14, 2019 | |
| To:  DR SUZANNE GAZDA<br>3603 PAESANOS PARKWAY<br>SUITE 300<br>SAN ANTONIO TX 78231 | |
| Attn: | |
| Fax:  (210) 692-9311 | |
| From:  Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 | |
| Total Pages<br>(Including Cover):    9 | |
| RE:<br><br>Claim #:    8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 232



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

May 14, 2019

Dr. Suzanne Gazda
3603 PAESANOS PARKWAY
SUITE 300
SAN ANTONIO, TX 78231

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Suzanne Gazda:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

On May 14, 2019 a/an independent medical review was performed to assist us in determining Ms. Merryman's eligibility for continued  Long Term Disability (LTD) benefits.  The results of this assessment demonstrate the following:

no restrictions precluding Brandi from performing job duties.

Please review the enclosed report by Dr. Pearce, and provide any comments you wish to have considered.  If you disagree with Dr. Pearce's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 27, 2019.  Failure to provide the requested information may result in an adverse benefit determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Merryman allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Merryman's signature.

Lincoln/Merryman 233

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments:    8582115-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.02.2019
                8582115-MEDICAL-CP/PEER REVIEW-05.14.2019

2  of  2

Lincoln/Merryman 234



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law pertaining to confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  **Brandi Merryman**

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  *Brandi Merryman*

Date of Birth _____  Claim Number: __8587115__  Date: __1-15-19__

**A copy of this authorization will be considered as valid as the original.**

Lincoln/Merryman 235



**Network Medical Review Co., Ltd.**

An ExamWorks Company

| | |
|---|---|
| **REFERRED BY:** | DEWEY J LEITCH |
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | BRANDI MERRYMAN |
| **CLAIM #:** | 8582115 |
| **NMR #:** | 232509 |
| **DATE:** | 5/14/2019 |

## RECORDS PROVIDED FOR REVIEW:

| PROGRESS NOTES | Methodist Hospital | 12/21/18 - 01/07/19 | 66-96 |
|---|---|---|---|
| PROGRESS NOTES | M. Vargas, PA-C | 12/10/18 | 19 |
| PROGRESS NOTES | R. Braden Neiman, MD | 08/20/18 - 10/16/18 | 20-22 |
| PROGRESS NOTES | P. Wickersham, MD | 10/05/18 - 04/08/19 | 24-27,35-37,98-99,102-104 |
| PROGRESS NOTES | E.M. Barto, NP | 12/04/18 - 03/11/19 | 28-31,100-101,105-108 |
| PROGRESS NOTES | J. Cude, NP | 09/06/18 - 01/03/19 | 32-34,38-41,109-111 |
| PROGRESS NOTES | Texas Oncology | 01/14/19 | 51-54 |
| PROGRESS NOTES | BFHC 1604 | 11/26/18 - 04/19/19 | 59-65 |
| PROGRESS NOTES | S. K. Gazda, MD | 01/30/19 - 02/28/19 | 120-123 |
| MRI | Paesanos Parkway Imaging | 08/27/18 - 08/28/18 | 12-17 |
| ECG/EKG/EMG | R. Braden Neiman, MD | 09/04/18 | 6-11 |
| LAB | Lab Corp | 02/08/19 - 02/20/19 | 126-145 |
| LAB | Unknown Location/Provider/Quest Diagnostics | 11/05/18 - 04/08/19 | 42-50,113-118 |
| OTHER TESTS | South Texas Radiology Imaging Centers | 02/15/19 - 02/18/19 | 125 |
| ROI | | 01/15/19 | 4 |
| MISC | | 08/29/18 - 05/02/19 & Undated | 1-3,5,18,23,55-58,97,112,119,124 |

**4960 E. State Street** ❖ **Rockford, IL 61108** ❖ **Phone  815.964.6334** ❖ **Fax  815.964.1162**
website  www.nmrco.com  ❖  email  info@nmrco.com

Lincoln/Merryman 236

RE: BRANDI MERRYMAN«@Claimant»                                    NMR #: 232509
Page 2

TELECONFERENCE
        1) AP NAME: Dr Gazda
        2) PHONE: 210-692-1245
        3) DATE(S): 5/6/2019, 5/13/2019
        4) TIME(S): 2:00 PM CT, 1:00 PM CT
        5) PERSON(S) SPOKEN WITH: Operator, General Voicemail
        6) POSITION OF PERSON(S) SPOKEN WITH: Operator, Voicemail

SUMMARY OF DISCUSSION(S): I spoke with a operator (no name provided) who stated that the physician was out of town through the rest of the week.

I made an additional phone call to Dr.Gazda's office on 5/13/2019 at 1 PM Central Time. A machine answered the phone for the office and I chose the "physicians line" option which led to a voicemail system and a detailed message was left.

**ASSESSMENT:** All of the information submitted was reviewed from a  neurology perspective and the information from this specialty is noted below. This file is also being reviewed by a  rheumatology specialist.


The claimant is a female (DOB          ) employee of USAA who has been off work due to lupus and/or MS. Past medical history includes a diagnosis of relapsing remitting multiple sclerosis in 2018, diagnosis of lupus in 2015, anxiety, depression, history of arrhythmias headaches, and superficial thrombophlebitis in the right upper extremity resulting in an acute pulmonary embolus.

The available medical records begin with those of neurologist Dr. Neiman on 8/20/18, noting that the claimant was having intermittent left-sided paresthesias and unsteadiness and although she had an established diagnosis of lupus the diagnosis of MS was considered. The episodes of numbness would last hours the ataxia was intermittent MRI scan showed some questionable changes in white matter. Physical examination on this date noted decreased sensation in the left lower extremity and absent reflexes. She had trouble with tandem gait but in the same note "otherwise gait intact". MRI of the brain was ordered as well as the cervical and thoracic spine. EMG nerve conduction studies were ordered. On 9/4/18, a note regarding EMG nerve conduction studies was made showing bilateral tarsal tunnel syndrome. MRI of the brain showed demyelinating lesions consistent with MS. Past medical history noted on this date includes fatigue, anxiety, depression, total body pain, sleep disturbance, renal stones, arthritis, memory complaints, cognitive complaints, headaches, muscle weakness, and "irregular pulse". She was started on Copaxone. On 10/16/18, symptoms had increased with fatigue and numbness and unsteadiness. She was having stomach spasms and increased frequency of urination. Lupus "symptoms" that increased since starting on Copaxone. Reflexes were depressed and the remainder of the exam was normal. IVIG was started for Lupus.  Other medications on this date include Plaquenil, vitamin D, allopurinol, prednisone, Butrans patch, and Norco NuvaRing. On 12/10/18, physician's assistant Vargas noted the claimant had 2 courses of IVIG and the Copaxone had been discontinued secondary to pain at the injection site. She has a history of aggressive lupus and relapsing multiple sclerosis. IVIG was continued. On 1/30/19, she was seen by Dr. Gazda and was to get a 2nd opinion regarding MS and on 2/28/19 she was felt by Dr. Gazda to be worse. The IVIG was being held secondary to her thrombus. She had severe myofascial pain and GI issues. She was having spasms and trouble swallowing. She is having anxiety depression sleep problems and weight gain. Physical examination showed difficulty tandem walking, decreased sensation and flat reflexes. She was to continue IVIG.

RE:  BRANDI MERRYMAN«@Claimant»                          NMR #: 232509
Page 3
_____

The claimant saw Rheumatologist Dr. Wickersham/Jennifer Cude, NP beginning on 9/6/18, noting the claimant was depressed because of her recent diagnosis of MS and was to start Copaxone soon. Leflunomide was started. She continued to have pain on 10/5/18 in the joints and spine. She was to continue her current medications. On 11/5/18, she was seen in follow-up with joint pain by Jennifer Cude, NP. She was to continue her current medications. Labs were reviewed. On 12/4/18, she was seen by Elsa Barto, NP and on physical examination she showed malar erythema libido reticularis and hand edema. She was to continue her current medications. Labs were reviewed. On 1/4/19, she was seen by Dr. Wickersham and had severe joint pain, sores in her mouth and nose, fatigue, and photosensitivity. IVIG had helped a bit. She had a small pulmonary embolus which she was off Xarelto. She had right flank pain and kidney stone. Her medications included prednisone and hydrocodone, Butrans, IVIG, vitamin D, and she was to resume Xarelto. On 2/5/19, she was seen by Elsa Barto, NP and continues to have 7/10 joint pain and spine pain. The dose of prednisone was increased. On 4/8/19, she was seen in follow up by Dr. Wickersham for pain management. Recent symptoms included numbness, trigeminal neuralgia and joint pain/swelling. Medications are refilled and she was to continue to follow up with Dr. Neiman and Dr. Gazda for MS.

A note from Dr. Beck noted a superficial thrombophlebitis on the consult of 11/26/18 and she was to start Xarelto.

An emergency department note on 12/21/18 noted the claimant presented with chest pain and shortness of breath. She had a superficial venous thrombosis 1 month previously and was getting IVIG and as a result to this discontinued Xarelto. She now was put back on it.

A note from oncology/hematology (Dr. Kazhadan) noted a superficial thrombophlebitis on the consult of 1/14/19 and she was to change from Xarelto to Elizuis and was to continue the IVIG.

Echocardiogram was normal. EKG was normal. Doppler study showed no evidence of DVT in the lower extremities.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

From the neurologic standpoint there is no impairment. Her primary neurologic diagnosis is multiple sclerosis, G35.

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

While the claimant is said to have MS, this is based solely on MRI imaging without any confirmation of spinal fluid analysis based on the available medical records. Regardless of this repeated neurologic examinations by different examiners reveal a paucity of neurologic impairment with the only finding being slight problems with tandem gait. Primary comorbid diagnosis is lupus, M32.9.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - symptoms for ms to - lupus, and comment on the expected duration.**

From the neurologic standpoint for reasons outlined above, no impairment is supported secondary to the diagnosis of MS. The claimant was initially having side effects from the Copaxone but it was discontinued so no ongoing impairment from the standpoint is supported. The claimant is having multiple joint pains etc. and impairment may be supported from a rheumatological standpoint but this would be deferred to a specialist in that field.

**4. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above time frame(s), provide a detailed explanation.**

From the neurologic standpoint for reasons outlined above, no impairment or restrictions/ limitations are supported secondary to the diagnosis of MS. The claimant is said to have MS, this is based solely on MRI imaging without any confirmation of spinal fluid analysis based on the available medical records. Regardless of this repeated neurologic examinations by different examiners reveal a paucity of neurologic impairment with the only finding being slight problems with tandem gait. The claimant is having multiple joint pains etc. and impairment may be supported from a rheumatological standpoint but this would be deferred to a specialist in that field.

**5. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?**

Confirmation for the diagnosis of MS could be obtained with CSF studies. Regardless of this there is no clear history of recurrent attacks of MS supported by the available medical records and therefore no clear reason for the initiation of the Copaxone. The IVIG was being given for her lupus and I would defer comments regarding this to a specialist in rheumatology.

**6. Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

There is no evidence that the claimant is noncompliant with ongoing treatment modalities.

**7. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no clear nonmedical circumstances that are impacting on this case based on the available medical records.

**8. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Name: Dr. Gazda**

Not able to be accomplished as noted above.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to

RE: BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 5

referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

James W. Pearce, M.D.
Board Certified Neurology
Licensed in State of CA #27133
Licensed in State of HI #MD-4032

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date:  May 14, 2019 | |
| To:    DR PENDLETON WICKERSHAM RHEUM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn: | |
| Fax:   (210) 477-2650 | |
| From:  Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 | |
| Total Pages<br>(Including Cover):    9 | |
| RE:<br><br>Claim #:    8582115<br>Claimant:  Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 241



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

May 14, 2019

Dr. Pendleton B. Wickersham, Rheum
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

On May 14, 2019 a/an independent medical review was performed to assist us in determining Ms. Merryman's eligibility for continued  Long Term Disability (LTD) benefits.  The results of this assessment demonstrate the following:

No restrictions precluding Brandi from performing job duties.

Please review the enclosed report by Dr. Payne, and provide any comments you wish to have considered.  If you disagree with Dr. Payne's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 27, 2019.  Failure to provide the requested information may result in an adverse benefit determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Merryman allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Merryman's signature.

1  of 2

Lincoln/Merryman 242

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments:     8582115-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.02.2019
                 8582115-MEDICAL-CP/PEER REVIEW-05.14.2019

2  of 2

Lincoln/Merryman 243



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons** authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons** authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information** that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Brandi Merryman

Name of legal representative, if applicable (print) _____   Relationship: _____

Signature of claimant or legal representative   Brandi Merryman

Date of Birth __   _____ Claim Number: 8582113   Date: 1-15-19

A copy of this authorization will be considered as valid as the original.



| | | | |
|---|---|---|---|
| **REFERRED BY:** | DEWEY J LEITCH | | |
| **CLIENT:** | Lincoln Life Insurance | | |
| **NAME:** | BRANDI MERRYMAN | | |
| **CLAIM #:** | 8582115 | | |
| **NMR #:** | 232509 | | |
| **DATE:** | 5/14/2019 | | |

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| PROGRESS NOTES | Methodist Hospital | 12/21/18 - 01/07/19 | 66-96 |
| PROGRESS NOTES | M. Vargas, PA-C | 12/10/18 | 19 |
| PROGRESS NOTES | R. Braden Neiman, MD | 08/20/18 - 10/16/18 | 20-22 |
| PROGRESS NOTES | P. Wickersham, MD | 10/05/18 - 04/08/19 | 24-27,35-37,98-99,102-104 |
| PROGRESS NOTES | E.M. Barto, NP | 12/04/18 - 03/11/19 | 28-31,100-101,105-108 |
| PROGRESS NOTES | J. Cude, NP | 09/06/18 - 01/03/19 | 32-34,38-41,109-111 |
| PROGRESS NOTES | Texas Oncology | 01/14/19 | 51-54 |
| PROGRESS NOTES | BFHC 1604 | 11/26/18 - 04/19/19 | 59-65 |
| PROGRESS NOTES | S. K. Gazda, MD | 01/30/19 - 02/28/19 | 120-123 |
| MRI | Paesanos Parkway Imaging | 08/27/18 - 08/28/18 | 12-17 |
| ECG/EKG/EMG | R. Braden Neiman, MD | 09/04/18 | 6-11 |
| LAB | Lab Corp | 02/08/19 - 02/20/19 | 126-145 |
| LAB | Unknown Location/Provider/Quest Diagnostics | 11/05/18 - 04/08/19 | 42-50,113-118 |
| OTHER TESTS | South Texas Radiology Imaging Centers | 02/15/19 - 02/18/19 | 125 |
| ROI | | 01/15/19 | 4 |
| MISC | | 08/29/18 - 05/02/19 & Undated | 1-3,5,18,23,55-58,97,112,119,124 |

**4960 E. State Street** ❖ **Rockford, IL 61108** ❖ **Phone 815.964.6334** ❖ **Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

Lincoln/Merryman 245

RE: BRANDI MERRYMAN«@Claimant»  NMR #: 232509
Page 2

---

TELECONFERENCE
    1) AP NAME: Dr. Wickersham
    2) PHONE: 210-477-2626
    3) DATE(S): 5/6/2019, 5/7/2019
    4) TIME(S): 2:35 PM CT, 2:26 PM CT
    5) PERSON(S) SPOKEN WITH: Jackie, Voice messaging
    6) POSITION OF PERSON(S) SPOKEN WITH: Office Staff, Voicemail

SUMMARY OF DISCUSSION(S): I left a message with Jackie with contact information provided.

I left an additional message on voicemail with contact information provided.

**ASSESSMENT:** The claimant is a female (          ) with a history of systemic lupus erythematosus and multiple sclerosis. All of the information submitted was reviewed from a rheumatology perspective and the information from this specialty is noted below. This file is also being reviewed by a neurology specialist.

There are records from Braden Neiman, MD. There is a visit on 8/20/18 noting numbness on the left side of the body. There are cognitive complaints of "dropped sentences." The treatment is noted. The exam notes decreased sensation at the left thigh. MRI of the brain, cervical and thoracic spine is recommended. She is seen on 9/4/18 for numbness and tingling in the feet. There is also back pain, headaches, and dizziness. She has an EMG/NCV which are performed on the lower extremities and revealed bilateral tarsal tunnel conduction delays. Her MRI of the brain on 8/27/18 and cervical spine on 8/27/18 revealed changes of demyelination consistent with multiple sclerosis. The thoracic spine MRI on 8/27/18 reveals minimal degenerative disease. She is seen on 10/16/18 noting more symptoms of lupus since being on Copaxone. There will be consideration for IVIG. The neurological exam is normal other than diminished reflexes.

I have records from Megan Vargas, PA-C. She is seen on 12/10/18 noting two recent treatments with IVIG. She was on Copaxone. She is on Plaquenil, turmeric, Butrans, allopurinol, Norco, and Lexapro. She will continue treatment and is seeing rheumatology and may see hematology.

There are records from Elsa Barto, NP/Jennifer Cude, NP. She is seen on 9/6/18 with the fatigue and unchanged history. A 24 hour urine showed urate stones and brushite. The exam is unchanged. The primary assessment is systemic lupus erythematosis, unspecified. She was recently diagnosed with multiple sclerosis. Benlysta has been discontinued. Leflunomide was started. Butrans and prednisone were increased. There is a visit on 11/5/18 noting the lupus and her chronic pain and treatment. The exam is normal. She is given Butrans, hydrocodone, and prednisone. She is seen on 12/4/18 for pain management. The primary assessment is systemic lupus erythematosis, unspecified. There is diffuse pain, fatigue, and a rash with a history of a blood clot in the right upper extremity. The treatment is noted with Butrans and prednisone being increased. The exam is negative other than malar erythema. Weight loss is recommended. She is seen on 2/5/19 for pain management. She has not been able to get IVIG until receiving clearance from her hematologist. The exam is normal. The treatment is continued. Urine drug screens are performed every one to two months and are appropriate.

There are records from Pendleton Wickersham, MD. She is seen on 10/5/18 noting the diagnosis of systemic lupus erythematosus. She has mouth sores, rashes, and chronic pain with a history of multiple sclerosis. The treatment and past medical history are noted. The exam is normal other than malar erythema. Hydrocodone and Plaquenil are continued with prednisone and Butrans increased. Labs from 11/5/18 are provided. Her CRP is 2 mg/dl. Her chemistry is normal. A CBC is normal. A UA is normal. An ESR is 12. Labs from 12/4/18 are provided. Her beta-2-glycoprotein 1 antibodies are negative and an IgG anti-cardiolipin is slightly positive. A

RE: BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 3

LAC is negative. There is a visit on 1/4/19 for pain management. Her history is recounted. The exam and treatment are unchanged. The primary assessment is systemic lupus erythematosis, unspecified. Butrans, hydrocodone, and prednisone are continued. She is seen on 4/8/19 noting the diagnoses. She has joint pains. There is numbness and trigeminal neuralgia. The treatment is unchanged and exam is normal. No changes are made in the treatment.

There are records from Irene Kazhdan, MD. She is seen on 1/14/19 after an ER visit for chest pain. A CT of the chest with angiography revealed a pulmonary embolus. She has the history of clot in the right upper extremity one month prior. She was on Xarelto but this was stopped. A d-dimer was elevated in the hospital. The exam is normal. Labs are obtained an Eliquis is begun.
There are records from Keith Beck, MD. She is seen on 11/26/18 for the cephalic vein thrombophlebitis. Her three year history of lupus is noted. The treatment is noted. Her exam is normal. The recommendations are smoking cessation and Xarelto.

There are records from Suzanne Gazda, MD. There is a visit on 1/30/19 noting her diffuse pain. She has the connective tissue disease. The exam is normal other than she has decreased sensation in the lateral left thigh. The IVIG is continued. On 2/5/19, a bilateral upper extremity Doppler study is negative for DVT. On 2/8/19 labs were obtained. Thyroid functions and celiac disease antibodies are normal. Her chemistry is normal. Lyme studies by immunoblot are negative. Her DSDNA and all sub-serology are negative. Quantitative immunoglobulins are normal. Her EBV studies reveal immunity. Chlamydia pneumoniae serology reveals immunity. Candida antibodies are positive. Parvovirus B19 serology reveals immunity. Serology for tulerensis are negative. A heavy metals screen is negative. Antibodies to Brucella are negative. She is seen on 2/28/19 and feels like she is getting worse. She has severe generalized myofascial pain. There are excessive GI issues, spasms, and difficulty swallowing. She has depression, nausea, and chronic weight gain. The exam is normal other than decreased sensation in the right thigh. No changes are made.

There are records from Methodist Hospital. She is seen on 12/21/18 noting the history of lupus, MS, and the severe mid-sternal chest pain. She has no hemoptysis. She has been on IVIG. The spiral CT reveals the PE in the right lower lobe. She is admitted and placed on anti-coagulation. Her CBC, chemistry, PT, and PTT are normal. Echocardiography is normal. An EKG is normal.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The diagnoses in the file are systemic lupus; ICD 10 M32.9 and migraine headaches ICD 10 G3.909

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

There is also mention of a DVT in the right upper extremity ICD 10 - I82.409 and pulmonary embolism ICD 10- I26.99

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - symptoms for ms to - lupus, and comment on the expected duration.**

Lincoln/Merryman 247

RE: BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 4

The diagnoses in this file include systemic lupus. The features of the problem have mild with rashes, joint pains, and fatigue. No renal or cardiovascular involvement has been identified. The work-up provided note a CRP of 2 mg/dl. Her chemistry is normal. A CBC is normal. A UA is normal. An ESR is 12. Her beta-2-glycoprotein 1 antibodies are negative and an IgG anti-cardiolipin is slightly positive. A LAC is negative. The exams are revealing of minimal findings other than the rash. There is no synovitis, weakness, or atrophy. She has had the thrombotic event with the reported thrombosis in the cephalic vein on the right side but there are not confirmation imaging data supporting this. She had the CT angiogram in the ER which revealed the pulmonary embolus and she is treated with anticoagulation. The data support mild findings resulting from the clinical process. The diagnosis of multiple sclerosis is also given with the imaging studies supportive of the process including the MRI scans of the brain and spine.

From a rheumatology perspective, the data although supportive of the diagnosis of systemic lupus with the hypercoagulable state, do not support a degree of disease that would result in restrictions or limitations.

**4. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above time frame(s), provide a detailed explanation.**

Although the findings are supportive of the diagnosis of systemic lupus, the objective findings on labs and exams and serial evaluations do not support a degree of disease to be restricting or limiting. With a lack of findings supporting restrictions or limitations, one would expect normal functionality.

**5. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?**

Yes, the treatment rendered is consistent with the standard of care.

**6. Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

No such evidence is seen.

**7. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

None noted in the file.

**8. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Name: Dr. Wickersham**

Attending physician contact has been attempted with no return call at the time of submitting this report.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to

RE:  BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 5

referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

D. Dennis Payne, Jr., M.D.
Board Certified in Internal Medicine
Board Certified in Rheumatology
Licensed in State of NC # 35459

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*



**Network Medical Review Co. Ltd.**

An ExamWorks Company

| | | |
|---|---|---|
| **REFERRED BY:** | DEWEY J LEITCH | |
| **CLIENT:** | Lincoln Life Insurance | |
| **NAME:** | BRANDI MERRYMAN | |
| **CLAIM #:** | 8582115 | |
| **NMR #:** | 232509 | |
| **DATE:** | 5/14/2019 | |

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| PROGRESS NOTES | Methodist Hospital | 12/21/18 - 01/07/19 | 66-96 |
| PROGRESS NOTES | M. Vargas, PA-C | 12/10/18 | 19 |
| PROGRESS NOTES | R. Braden Neiman, MD | 08/20/18 - 10/16/18 | 20-22 |
| PROGRESS NOTES | P. Wickersham, MD | 10/05/18 - 04/08/19 | 24-27,35-37,98-99,102-104 |
| PROGRESS NOTES | E.M. Barto, NP | 12/04/18 - 03/11/19 | 28-31,100-101,105-108 |
| PROGRESS NOTES | J. Cude, NP | 09/06/18 - 01/03/19 | 32-34,38-41,109-111 |
| PROGRESS NOTES | Texas Oncology | 01/14/19 | 51-54 |
| PROGRESS NOTES | BFHC 1604 | 11/26/18 - 04/19/19 | 59-65 |
| PROGRESS NOTES | S. K. Gazda, MD | 01/30/19 - 02/28/19 | 120-123 |
| MRI | Paesanos Parkway Imaging | 08/27/18 - 08/28/18 | 12-17 |
| ECG/EKG/EMG | R. Braden Neiman, MD | 09/04/18 | 6-11 |
| LAB | Lab Corp | 02/08/19 - 02/20/19 | 126-145 |
| LAB | Unknown Location/Provider/Quest Diagnostics | 11/05/18 - 04/08/19 | 42-50,113-118 |
| OTHER TESTS | South Texas Radiology Imaging Centers | 02/15/19 - 02/18/19 | 125 |
| ROI | | 01/15/19 | 4 |
| MISC | | 08/29/18 - 05/02/19 & Undated | 1-3,5,18,23,55-58,97,112,119,124 |

**4960 E. State Street ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website* **www.nmrco.com** ■ *email* **info@nmrco.com**

Lincoln/Merryman 250

RE: BRANDI MERRYMAN«@Claimant»                                    NMR #: 232509
Page 2

TELECONFERENCE
    1) AP NAME: Dr. Wickersham
    2) PHONE: 210-477-2626
    3) DATE(S): 5/6/2019, 5/7/2019
    4) TIME(S): 2:35 PM CT, 2:26 PM CT
    5) PERSON(S) SPOKEN WITH: Jackie, Voice messaging
    6) POSITION OF PERSON(S) SPOKEN WITH: Office Staff, Voicemail

SUMMARY OF DISCUSSION(S): I left a message with Jackie with contact information provided.

I left an additional message on voicemail with contact information provided.

**ASSESSMENT:** The claimant is a female (       ) with a history of systemic lupus erythematosus and multiple sclerosis. All of the information submitted was reviewed from a rheumatology perspective and the information from this specialty is noted below. This file is also being reviewed by a neurology specialist.

There are records from Braden Neiman, MD. There is a visit on 8/20/18 noting numbness on the left side of the body. There are cognitive complaints of "dropped sentences." The treatment is noted. The exam notes decreased sensation at the left thigh. MRI of the brain, cervical and thoracic spine is recommended. She is seen on 9/4/18 for numbness and tingling in the feet. There is also back pain, headaches, and dizziness. She has an EMG/NCV which are performed on the lower extremities and revealed bilateral tarsal tunnel conduction delays. Her MRI of the brain on 8/27/18 and cervical spine on 8/27/18 revealed changes of demyelination consistent with multiple sclerosis. The thoracic spine MRI on 8/27/18 reveals minimal degenerative disease. She is seen on 10/16/18 noting more symptoms of lupus since being on Copaxone. There will be consideration for IVIG. The neurological exam is normal other than diminished reflexes.

I have records from Megan Vargas, PA-C. She is seen on 12/10/18 noting two recent treatments with IVIG. She was on Copaxone. She is on Plaquenil, turmeric, Butrans, allopurinol, Norco, and Lexapro. She will continue treatment and is seeing rheumatology and may see hematology.

There are records from Elsa Barto, NP/Jennifer Cude, NP. She is seen on 9/6/18 with the fatigue and unchanged history. A 24 hour urine showed urate stones and brushite. The exam is unchanged. The primary assessment is systemic lupus erythematosis, unspecified. She was recently diagnosed with multiple sclerosis. Benlysta has been discontinued. Leflunomide was started. Butrans and prednisone were increased. There is a visit on 11/5/18 noting the lupus and her chronic pain and treatment. The exam is normal. She is given Butrans, hydrocodone, and prednisone. She is seen on 12/4/18 for pain management. The primary assessment is systemic lupus erythematosis, unspecified. There is diffuse pain, fatigue, and a rash with a history of a blood clot in the right upper extremity. The treatment is noted with Butrans and prednisone being increased. The exam is negative other than malar erythema. Weight loss is recommended. She is seen on 2/5/19 for pain management. She has not been able to get IVIG until receiving clearance from her hematologist. The exam is normal. The treatment is continued. Urine drug screens are performed every one to two months and are appropriate.

There are records from Pendleton Wickersham, MD. She is seen on 10/5/18 noting the diagnosis of systemic lupus erythematosus. She has mouth sores, rashes, and chronic pain with a history of multiple sclerosis. The treatment and past medical history are noted. The exam is normal other than malar erythema. Hydrocodone and Plaquenil are continued with prednisone and Butrans increased. Labs from 11/5/18 are provided. Her CRP is 2 mg/dl. Her chemistry is normal. A CBC is normal. A UA is normal. An ESR is 12. Labs from 12/4/18 are provided. Her beta-2-glycoprotein 1 antibodies are negative and an IgG anti-cardiolipin is slightly positive. A

RE: BRANDI MERRYMAN«@Claimant»                                    NMR #: 232509
Page 3

LAC is negative. There is a visit on 1/4/19 for pain management. Her history is recounted. The exam and treatment are unchanged. The primary assessment is systemic lupus erythematosis, unspecified. Butrans, hydrocodone, and prednisone are continued. She is seen on 4/8/19 noting the diagnoses. She has joint pains. There is numbness and trigeminal neuralgia. The treatment is unchanged and exam is normal. No changes are made in the treatment.

There are records from Irene Kazhdan, MD. She is seen on 1/14/19 after an ER visit for chest pain. A CT of the chest with angiography revealed a pulmonary embolus. She has the history of clot in the right upper extremity one month prior. She was on Xarelto but this was stopped. A d-dimer was elevated in the hospital. The exam is normal. Labs are obtained an Eliquis is begun.

There are records from Keith Beck, MD. She is seen on 11/26/18 for the cephalic vein thrombophlebitis. Her three year history of lupus is noted. The treatment is noted. Her exam is normal. The recommendations are smoking cessation and Xarelto.

There are records from Suzanne Gazda, MD. There is a visit on 1/30/19 noting her diffuse pain. She has the connective tissue disease. The exam is normal other than she has decreased sensation in the lateral left thigh. The IVIG is continued. On 2/5/19, a bilateral upper extremity Doppler study is negative for DVT. On 2/8/19 labs were obtained. Thyroid functions and celiac disease antibodies are normal. Her chemistry is normal. Lyme studies by immunoblot are negative. Her DSDNA and all sub-serology are negative. Quantitative immunoglobulins are normal. Her EBV studies reveal immunity. Chlamydia pneumoniae serology reveals immunity. Candida antibodies are positive. Parvovirus B19 serology reveals immunity. Serology for tulerensis are negative. A heavy metals screen is negative. Antibodies to Brucella are negative. She is seen on 2/28/19 and feels like she is getting worse. She has severe generalized myofascial pain. There are excessive GI issues, spasms, and difficulty swallowing. She has depression, nausea, and chronic weight gain. The exam is normal other than decreased sensation in the right thigh. No changes are made.

There are records from Methodist Hospital. She is seen on 12/21/18 noting the history of lupus, MS, and the severe mid-sternal chest pain. She has no hemoptysis. She has been on IVIG. The spiral CT reveals the PE in the right lower lobe. She is admitted and placed on anti-coagulation. Her CBC, chemistry, PT, and PTT are normal. Echocardiography is normal. An EKG is normal.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The diagnoses in the file are systemic lupus; ICD 10 M32.9 and migraine headaches  ICD 10 G3.909

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

There is also mention of a DVT in the right upper extremity ICD 10 - I82.409 and pulmonary embolism ICD 10- I26.99

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - symptoms for ms to - lupus, and comment on the expected duration.**

RE:  BRANDI MERRYMAN«@Claimant»                      NMR #: 232509
Page 4

The diagnoses in this file include systemic lupus. The features of the problem have mild with rashes, joint pains, and fatigue. No renal or cardiovascular involvement has been identified. The work-up provided note a CRP of 2 mg/dl. Her chemistry is normal. A CBC is normal. A UA is normal. An ESR is 12. Her beta-2-glycoprotein 1 antibodies are negative and an IgG anti-cardiolipin is slightly positive. A LAC is negative.  The exams are revealing of minimal findings other than the rash. There is no synovitis, weakness, or atrophy. She has had the thrombotic event with the reported thrombosis in the cephalic vein on the right side but there are not confirmation imaging data supporting this. She had the CT angiogram in the ER which revealed the pulmonary embolus and she is treated with anticoagulation. The data support mild findings resulting from the clinical process. The diagnosis of multiple sclerosis is also given with the imaging studies supportive of the process including the MRI scans of the brain and spine.

From a rheumatology perspective, the data although supportive of the diagnosis of systemic lupus with the hypercoagulable state, do not support a degree of disease that would result in restrictions or limitations.

**4. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above time frame(s), provide a detailed explanation.**

Although the findings are supportive of the diagnosis of systemic lupus, the objective findings on labs and exams and serial evaluations do not support a degree of disease to be restricting or limiting. With a lack of findings supporting restrictions or limitations, one would expect normal functionality.

**5. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?**

Yes, the treatment rendered is consistent with the standard of care.

**6. Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

No such evidence is seen.

**7. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

None noted in the file.

**8. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Name: Dr. Wickersham**

Attending physician contact has been attempted with no return call at the time of submitting this report.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to

RE:  BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 5

referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

D. Dennis Payne, Jr., M.D.
Board Certified in Internal Medicine
Board Certified in Rheumatology
Licensed in State of NC # 35459

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Lincoln/Merryman 254



Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:**      DEWEY J LEITCH
**CLIENT:**      Lincoln Life Insurance
**NAME:**      BRANDI MERRYMAN
**CLAIM #:**      8582115
**NMR #:**      232509
**DATE:**      5/14/2019

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| PROGRESS NOTES | Methodist Hospital | 12/21/18 - 01/07/19 | 66-96 |
| PROGRESS NOTES | M. Vargas, PA-C | 12/10/18 | 19 |
| PROGRESS NOTES | R. Braden Neiman, MD | 08/20/18 - 10/16/18 | 20-22 |
| PROGRESS NOTES | P. Wickersham, MD | 10/05/18 - 04/08/19 | 24-27,35-37,98-99,102-104 |
| PROGRESS NOTES | E.M. Barto, NP | 12/04/18 - 03/11/19 | 28-31,100-101,105-108 |
| PROGRESS NOTES | J. Cude, NP | 09/06/18 - 01/03/19 | 32-34,38-41,109-111 |
| PROGRESS NOTES | Texas Oncology | 01/14/19 | 51-54 |
| PROGRESS NOTES | BFHC 1604 | 11/26/18 - 04/19/19 | 59-65 |
| PROGRESS NOTES | S. K. Gazda, MD | 01/30/19 - 02/28/19 | 120-123 |
| MRI | Paesanos Parkway Imaging | 08/27/18 - 08/28/18 | 12-17 |
| ECG/EKG/EMG | R. Braden Neiman, MD | 09/04/18 | 6-11 |
| LAB | Lab Corp | 02/08/19 - 02/20/19 | 126-145 |
| LAB | Unknown Location/Provider/Quest Diagnostics | 11/05/18 - 04/08/19 | 42-50,113-118 |
| OTHER TESTS | South Texas Radiology Imaging Centers | 02/15/19 - 02/18/19 | 125 |
| ROI | | 01/15/19 | 4 |
| MISC | | 08/29/18 - 05/02/19 & Undated | 1-3,5,18,23,55-58,97,112,119,124 |

**4960 E. State Street** ● **Rockford, IL 61108** ● **Phone  815.964.6334** ● **Fax  815.964.1162**
*website*  www.nmrco.com  ■  *email*  info@nmrco.com

RE: BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 2

TELECONFERENCE
      1) AP NAME: Dr Gazda
      2) PHONE: 210-692-1245
      3) DATE(S): 5/6/2019, 5/13/2019
      4) TIME(S): 2:00 PM CT, 1:00 PM CT
      5) PERSON(S) SPOKEN WITH: Operator, General Voicemail
      6) POSITION OF PERSON(S) SPOKEN WITH: Operator, Voicemail

SUMMARY OF DISCUSSION(S): I spoke with a operator (no name provided) who stated that the physician was out of town through the rest of the week.

I made an additional phone call to Dr.Gazda's office on 5/13/2019 at 1 PM Central Time. A machine answered the phone for the office and I chose the "physicians line" option which led to a voicemail system and a detailed message was left.

**ASSESSMENT:** All of the information submitted was reviewed from a neurology perspective and the information from this specialty is noted below. This file is also being reviewed by a rheumatology specialist.

The claimant is a female (DOB         employee of USAA who has been off work due to lupus and/or MS. Past medical history includes a diagnosis of relapsing remitting multiple sclerosis in 2018, diagnosis of lupus in 2015, anxiety, depression, history of arrhythmias headaches, and superficial thrombophlebitis in the right upper extremity resulting in an acute pulmonary embolus.

The available medical records begin with those of neurologist Dr. Neiman on 8/20/18, noting that the claimant was having intermittent left-sided paresthesias and unsteadiness and although she had an established diagnosis of lupus the diagnosis of MS was considered. The episodes of numbness would last hours the ataxia was intermittent MRI scan showed some questionable changes in white matter. Physical examination on this date noted decreased sensation in the left lower extremity and absent reflexes. She had trouble with tandem gait but in the same note "otherwise gait intact". MRI of the brain was ordered as well as the cervical and thoracic spine. EMG nerve conduction studies were ordered. On 9/4/18, a note regarding EMG nerve conduction studies was made showing bilateral tarsal tunnel syndrome. MRI of the brain showed demyelinating lesions consistent with MS. Past medical history noted on this date includes fatigue, anxiety, depression, total body pain, sleep disturbance, renal stones, arthritis, memory complaints, cognitive complaints, headaches, muscle weakness, and "irregular pulse". She was started on Copaxone. On 10/16/18, symptoms had increased with fatigue and numbness and unsteadiness. She was having stomach spasms and increased frequency of urination. Lupus "symptoms" that increased since starting on Copaxone. Reflexes were depressed and the remainder of the exam was normal. IVIG was started for Lupus. Other medications on this date include Plaquenil, vitamin D, allopurinol, prednisone, Butrans patch, and Norco NuvaRing. On 12/10/18, physician's assistant Vargas noted the claimant had 2 courses of IVIG and the Copaxone had been discontinued secondary to pain at the injection site. She has a history of aggressive lupus and relapsing multiple sclerosis. IVIG was continued. On 1/30/19, she was seen by Dr. Gazda and was to get a 2nd opinion regarding MS and on 2/28/19 she was felt by Dr. Gazda to be worse. The IVIG was being held secondary to her thrombus. She had severe myofascial pain and GI issues. She was having spasms and trouble swallowing. She is having anxiety depression sleep problems and weight gain. Physical examination showed difficulty tandem walking, decreased sensation and flat reflexes. She was to continue IVIG.

RE:  BRANDI MERRYMAN«@Claimant»                           NMR #: 232509
Page 3

---

The claimant saw Rheumatologist Dr. Wickersham/Jennifer Cude, NP beginning on 9/6/18, noting the claimant was depressed because of her recent diagnosis of MS and was to start Copaxone soon. Leflunomide was started. She continued to have pain on 10/5/18 in the joints and spine. She was to continue her current medications. On 11/5/18, she was seen in follow-up with joint pain by Jennifer Cude, NP. She was to continue her current medications. Labs were reviewed. On 12/4/18, she was seen by Elsa Barto, NP and on physical examination she showed malar erythema libido reticularis and hand edema. She was to continue her current medications. Labs were reviewed. On 1/4/19, she was seen by Dr. Wickersham and had severe joint pain, sores in her mouth and nose, fatigue, and photosensitivity. IVIG had helped a bit. She had a small pulmonary embolus which she was off Xarelto. She had right flank pain and kidney stone. Her medications included prednisone and hydrocodone, Butrans, IVIG, vitamin D, and she was to resume Xarelto. On 2/5/19, she was seen by Elsa Barto, NP and continues to have 7/10 joint pain and spine pain. The dose of prednisone was increased. On 4/8/19, she was seen in follow up by Dr. Wickersham for pain management. Recent symptoms included numbness, trigeminal neuralgia and joint pain/swelling. Medications are refilled and she was to continue to follow up with Dr. Neiman and Dr. Gazda for MS.

A note from Dr.  Beck noted a superficial thrombophlebitis on the consult of 11/26/18 and she was to start Xarelto.

An emergency department note on 12/21/18 noted the claimant presented with chest pain and shortness of breath. She had a superficial venous thrombosis 1 month previously and was getting IVIG and as a result to this discontinued Xarelto. She now was put back on it.

A note from oncology/hematology (Dr. Kazhadan) noted a superficial thrombophlebitis on the consult of 1/14/19 and she was to change from Xarelto to Elizuis and was to continue the IVIG.

Echocardiogram was normal. EKG was normal. Doppler study showed no evidence of DVT in the lower extremities.

All available medical documentation was reviewed.

## IN ANSWER TO YOUR SPECIFIC QUESTIONS:

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

From the neurologic standpoint there is no impairment. Her primary neurologic diagnosis is multiple sclerosis, G35.

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

While the claimant is said to have MS, this is based solely on MRI imaging without any confirmation of spinal fluid analysis based on the available medical records. Regardless of this repeated neurologic examinations by different examiners reveal a paucity of neurologic impairment with the only finding being slight problems with tandem gait. Primary comorbid diagnosis is lupus, M32.9.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - symptoms for ms to - lupus, and comment on the expected duration.**

RE:  BRANDI MERRYMAN«@Claimant»                                    NMR #: 232509
Page 4

From the neurologic standpoint for reasons outlined above, no impairment is supported secondary to the diagnosis of MS. The claimant was initially having side effects from the Copaxone but it was discontinued so no ongoing impairment from the standpoint is supported. The claimant is having multiple joint pains etc. and impairment may be supported from a rheumatological standpoint but this would be deferred to a specialist in that field.

**4. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above time frame(s), provide a detailed explanation.**

From the neurologic standpoint for reasons outlined above, no impairment or restrictions/ limitations are supported secondary to the diagnosis of MS. The claimant is said to have MS, this is based solely on MRI imaging without any confirmation of spinal fluid analysis based on the available medical records. Regardless of this repeated neurologic examinations by different examiners reveal a paucity of neurologic impairment with the only finding being slight problems with tandem gait. The claimant is having multiple joint pains etc. and impairment may be supported from a rheumatological standpoint but this would be deferred to a specialist in that field.

**5. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?**

Confirmation for the diagnosis of MS could be obtained with CSF studies. Regardless of this there is no clear history of recurrent attacks of MS supported by the available medical records and therefore no clear reason for the initiation of the Copaxone. The IVIG was being given for her lupus and I would defer comments regarding this to a specialist in rheumatology.

**6. Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

There is no evidence that the claimant is noncompliant with ongoing treatment modalities.

**7. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no clear nonmedical circumstances that are impacting on this case based on the available medical records.

**8. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Name: Dr. Gazda**

Not able to be accomplished as noted above.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to

RE:  BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 5

referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

James W. Pearce, M.D.
Board Certified Neurology
Licensed in State of CA #27133
Licensed in State of HI #MD-4032

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*



## Network Medical Review Co. Ltd.

### An ExamWorks Company

**REFERRED BY:**      DEWEY J LEITCH
**CLIENT:**           Lincoln Life Insurance
**NAME:**             BRANDI MERRYMAN
**CLAIM #:**          8582115
**NMR #:**            232509
**DATE:**             5/14/2019

**RECORDS PROVIDED FOR REVIEW:**

| PROGRESS NOTES | Methodist Hospital | 12/21/18 - 01/07/19 | 66-96 |
|---|---|---|---|
| PROGRESS NOTES | M. Vargas, PA-C | 12/10/18 | 19 |
| PROGRESS NOTES | R. Braden Neiman, MD | 08/20/18 - 10/16/18 | 20-22 |
| PROGRESS NOTES | P. Wickersham, MD | 10/05/18 - 04/08/19 | 24-27,35-37,98-99,102-104 |
| PROGRESS NOTES | E.M. Barto, NP | 12/04/18 - 03/11/19 | 28-31,100-101,105-108 |
| PROGRESS NOTES | J. Cude, NP | 09/06/18 - 01/03/19 | 32-34,38-41,109-111 |
| PROGRESS NOTES | Texas Oncology | 01/14/19 | 51-54 |
| PROGRESS NOTES | BFHC 1604 | 11/26/18 - 04/19/19 | 59-65 |
| PROGRESS NOTES | S. K. Gazda, MD | 01/30/19 - 02/28/19 | 120-123 |
| MRI | Paesanos Parkway Imaging | 08/27/18 - 08/28/18 | 12-17 |
| ECG/EKG/EMG | R. Braden Neiman, MD | 09/04/18 | 6-11 |
| LAB | Lab Corp | 02/08/19 - 02/20/19 | 126-145 |
| LAB | Unknown Location/Provider/Quest Diagnostics | 11/05/18 - 04/08/19 | 42-50,113-118 |
| OTHER TESTS | South Texas Radiology Imaging Centers | 02/15/19 - 02/18/19 | 125 |
| ROI | | 01/15/19 | 4 |
| MISC | | 08/29/18 - 05/02/19 & Undated | 1-3,5,18,23,55-58,97,112,119,124 |

**4960 E. State Street ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website* **www.nmrco.com** ■ *email* **info@nmrco.com**

RE:  BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 2

TELECONFERENCE
    1) AP NAME: Dr Gazda
    2) PHONE: 210-692-1245
    3) DATE(S): 5/6/2019, 5/13/2019
    4) TIME(S): 2:00 PM CT, 1:00 PM CT
    5) PERSON(S) SPOKEN WITH: Operator, General Voicemail
    6) POSITION OF PERSON(S) SPOKEN WITH: Operator, Voicemail

SUMMARY OF DISCUSSION(S): I spoke with a operator (no name provided) who stated that the physician was out of town through the rest of the week.

I made an additional phone call to Dr.Gazda's office on 5/13/2019 at 1 PM Central Time. A machine answered the phone for the office and I chose the "physicians line" option which led to a voicemail system and a detailed message was left.

**ASSESSMENT:** All of the information submitted was reviewed from a  neurology perspective and the information from this specialty is noted below. This file is also being reviewed by a  rheumatology specialist.

The claimant is a female (DOB           ) employee of USAA who has been off work due to lupus and/or MS. Past medical history includes a diagnosis of relapsing remitting multiple sclerosis in 2018, diagnosis of lupus in 2015, anxiety, depression, history of arrhythmias headaches, and superficial thrombophlebitis in the right upper extremity resulting in an acute pulmonary embolus.

The available medical records begin with those of neurologist Dr. Neiman on 8/20/18, noting that the claimant was having intermittent left-sided paresthesias and unsteadiness and although she had an established diagnosis of lupus the diagnosis of MS was considered. The episodes of numbness would last hours the ataxia was intermittent MRI scan showed some questionable changes in white matter. Physical examination on this date noted decreased sensation in the left lower extremity and absent reflexes. She had trouble with tandem gait but in the same note "otherwise gait intact". MRI of the brain was ordered as well as the cervical and thoracic spine. EMG nerve conduction studies were ordered. On 9/4/18, a note regarding EMG nerve conduction studies was made showing bilateral tarsal tunnel syndrome. MRI of the brain showed demyelinating lesions consistent with MS. Past medical history noted on this date includes fatigue, anxiety, depression, total body pain, sleep disturbance, renal stones, arthritis, memory complaints, cognitive complaints, headaches, muscle weakness, and "irregular pulse". She was started on Copaxone. On 10/16/18, symptoms had increased with fatigue and numbness and unsteadiness. She was having stomach spasms and increased frequency of urination. Lupus "symptoms" that increased since starting on Copaxone. Reflexes were depressed and the remainder of the exam was normal. IVIG was started for Lupus.  Other medications on this date include Plaquenil, vitamin D, allopurinol, prednisone, Butrans patch, and Norco NuvaRing. On 12/10/18, physician's assistant Vargas noted the claimant had 2 courses of IVIG and the Copaxone had been discontinued secondary to pain at the injection site. She has a history of aggressive lupus and relapsing multiple sclerosis. IVIG was continued. On 1/30/19, she was seen by Dr. Gazda and was to get a 2nd opinion regarding MS and on 2/28/19 she was felt by Dr. Gazda to be worse. The IVIG was being held secondary to her thrombus. She had severe myofascial pain and GI issues. She was having spasms and trouble swallowing. She is having anxiety depression sleep problems and weight gain. Physical examination showed difficulty tandem walking, decreased sensation and flat reflexes. She was to continue IVIG.

RE: BRANDI MERRYMAN«@Claimant»                          NMR #: 232509
Page 3

The claimant saw Rheumatologist Dr. Wickersham/Jennifer Cude, NP beginning on 9/6/18, noting the claimant was depressed because of her recent diagnosis of MS and was to start Copaxone soon. Leflunomide was started. She continued to have pain on 10/5/18 in the joints and spine. She was to continue her current medications. On 11/5/18, she was seen in follow-up with joint pain by Jennifer Cude, NP. She was to continue her current medications. Labs were reviewed. On 12/4/18, she was seen by Elsa Barto, NP and on physical examination she showed malar erythema libido reticularis and hand edema. She was to continue her current medications. Labs were reviewed. On 1/4/19, she was seen by Dr. Wickersham and had severe joint pain, sores in her mouth and nose, fatigue, and photosensitivity. IVIG had helped a bit. She had a small pulmonary embolus which she was off Xarelto. She had right flank pain and kidney stone. Her medications included prednisone and hydrocodone, Butrans, IVIG, vitamin D, and she was to resume Xarelto. On 2/5/19, she was seen by Elsa Barto, NP and continues to have 7/10 joint pain and spine pain. The dose of prednisone was increased. On 4/8/19, she was seen in follow up by Dr. Wickersham for pain management. Recent symptoms included numbness, trigeminal neuralgia and joint pain/swelling. Medications are refilled and she was to continue to follow up with Dr. Neiman and Dr. Gazda for MS.

A note from Dr. Beck noted a superficial thrombophlebitis on the consult of 11/26/18 and she was to start Xarelto.

An emergency department note on 12/21/18 noted the claimant presented with chest pain and shortness of breath. She had a superficial venous thrombosis 1 month previously and was getting IVIG and as a result to this discontinued Xarelto. She now was put back on it.

A note from oncology/hematology (Dr. Kazhadan) noted a superficial thrombophlebitis on the consult of 1/14/19 and she was to change from Xarelto to Elizuis and was to continue the IVIG.

Echocardiogram was normal. EKG was normal. Doppler study showed no evidence of DVT in the lower extremities.

All available medical documentation was reviewed.

## IN ANSWER TO YOUR SPECIFIC QUESTIONS:

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

From the neurologic standpoint there is no impairment. Her primary neurologic diagnosis is multiple sclerosis, G35.

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

While the claimant is said to have MS, this is based solely on MRI imaging without any confirmation of spinal fluid analysis based on the available medical records. Regardless of this repeated neurologic examinations by different examiners reveal a paucity of neurologic impairment with the only finding being slight problems with tandem gait. Primary comorbid diagnosis is lupus, M32.9.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - symptoms for ms to - lupus, and comment on the expected duration.**

Lincoln/Merryman 262

RE:  BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 4

From the neurologic standpoint for reasons outlined above, no impairment is supported secondary to the diagnosis of MS. The claimant was initially having side effects from the Copaxone but it was discontinued so no ongoing impairment from the standpoint is supported. The claimant is having multiple joint pains etc. and impairment may be supported from a rheumatological standpoint but this would be deferred to a specialist in that field.

**4. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above time frame(s), provide a detailed explanation.**

From the neurologic standpoint for reasons outlined above, no impairment or restrictions/ limitations are supported secondary to the diagnosis of MS. The claimant is said to have MS, this is based solely on MRI imaging without any confirmation of spinal fluid analysis based on the available medical records. Regardless of this repeated neurologic examinations by different examiners reveal a paucity of neurologic impairment with the only finding being slight problems with tandem gait. The claimant is having multiple joint pains etc. and impairment may be supported from a rheumatological standpoint but this would be deferred to a specialist in that field.

**5. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?**

Confirmation for the diagnosis of MS could be obtained with CSF studies. Regardless of this there is no clear history of recurrent attacks of MS supported by the available medical records and therefore no clear reason for the initiation of the Copaxone. The IVIG was being given for her lupus and I would defer comments regarding this to a specialist in rheumatology.

**6. Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

There is no evidence that the claimant is noncompliant with ongoing treatment modalities.

**7. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no clear nonmedical circumstances that are impacting on this case based on the available medical records.

**8. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Name: Dr. Gazda**

Not able to be accomplished as noted above.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to

RE: BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 5

referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**


James W. Pearce, M.D.
Board Certified Neurology
Licensed in State of CA #27133
Licensed in State of HI #MD-4032

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Lincoln/Merryman 264



**Network Medical Review Co. Ltd.**

An ExamWorks Company

| | |
|---|---|
| **REFERRED BY:** | DEWEY J LEITCH |
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | BRANDI MERRYMAN |
| **CLAIM #:** | 8582115 |
| **NMR #:** | 232509 |
| **DATE:** | 5/14/2019 |

## RECORDS PROVIDED FOR REVIEW:

| PROGRESS NOTES | Methodist Hospital | 12/21/18 - 01/07/19 | 66-96 |
|---|---|---|---|
| PROGRESS NOTES | M. Vargas, PA-C | 12/10/18 | 19 |
| PROGRESS NOTES | R. Braden Neiman, MD | 08/20/18 - 10/16/18 | 20-22 |
| PROGRESS NOTES | P. Wickersham, MD | 10/05/18 - 04/08/19 | 24-27,35-37,98-99,102-104 |
| PROGRESS NOTES | E.M. Barto, NP | 12/04/18 - 03/11/19 | 28-31,100-101,105-108 |
| PROGRESS NOTES | J. Cude, NP | 09/06/18 - 01/03/19 | 32-34,38-41,109-111 |
| PROGRESS NOTES | Texas Oncology | 01/14/19 | 51-54 |
| PROGRESS NOTES | BFHC 1604 | 11/26/18 - 04/19/19 | 59-65 |
| PROGRESS NOTES | S. K. Gazda, MD | 01/30/19 - 02/28/19 | 120-123 |
| MRI | Paesanos Parkway Imaging | 08/27/18 - 08/28/18 | 12-17 |
| ECG/EKG/EMG | R. Braden Neiman, MD | 09/04/18 | 6-11 |
| LAB | Lab Corp | 02/08/19 - 02/20/19 | 126-145 |
| LAB | Unknown Location/Provider/Quest Diagnostics | 11/05/18 - 04/08/19 | 42-50,113-118 |
| OTHER TESTS | South Texas Radiology Imaging Centers | 02/15/19 - 02/18/19 | 125 |
| ROI | | 01/15/19 | 4 |
| MISC | | 08/29/18 - 05/02/19 & Undated | 1-3,5,18,23,55-58,97,112,119,124 |

**4960 E. State Street** ● **Rockford, IL 61108** ● **Phone  815.964.6334** ● **Fax  815.964.1162**
*website*  **www.nmrco.com**  ■  *email*  **info@nmrco.com**

Lincoln/Merryman 265

RE:  BRANDI MERRYMAN«@Claimant»                          NMR #: 232509
Page 2

___

TELECONFERENCE
    1) AP NAME: Dr. Wickersham
    2) PHONE: 210-477-2626
    3) DATE(S): 5/6/2019, 5/7/2019
    4) TIME(S): 2:35 PM CT, 2:26 PM CT
    5) PERSON(S) SPOKEN WITH: Jackie, Voice messaging
    6) POSITION OF PERSON(S) SPOKEN WITH: Office Staff, Voicemail

SUMMARY OF DISCUSSION(S): I left a message with Jackie with contact information provided.

I left an additional message on voicemail with contact information provided.

**ASSESSMENT:** The claimant is a female                    with a history of systemic lupus erythematosus and multiple sclerosis. All of the information submitted was reviewed from a rheumatology perspective and the information from this specialty is noted below. This file is also being reviewed by a neurology specialist.

There are records from Braden Neiman, MD. There is a visit on 8/20/18 noting numbness on the left side of the body. There are cognitive complaints of "dropped sentences." The treatment is noted. The exam notes decreased sensation at the left thigh. MRI of the brain, cervical and thoracic spine is recommended. She is seen on 9/4/18 for numbness and tingling in the feet. There is also back pain, headaches, and dizziness. She has an EMG/NCV which are performed on the lower extremities and revealed bilateral tarsal tunnel conduction delays. Her MRI of the brain on 8/27/18 and cervical spine on 8/27/18 revealed changes of demyelination consistent with multiple sclerosis. The thoracic spine MRI on 8/27/18 reveals minimal degenerative disease. She is seen on 10/16/18 noting more symptoms of lupus since being on Copaxone. There will be consideration for IVIG. The neurological exam is normal other than diminished reflexes.

I have records from Megan Vargas, PA-C. She is seen on 12/10/18 noting two recent treatments with IVIG. She was on Copaxone. She is on Plaquenil, turmeric, Butrans, allopurinol, Norco, and Lexapro. She will continue treatment and is seeing rheumatology and may see hematology.

There are records from Elsa Barto, NP/Jennifer Cude, NP.  She is seen on 9/6/18 with the fatigue and unchanged history.  A 24 hour urine showed urate stones and brushite. The exam is unchanged. The primary assessment is systemic lupus erythematosis, unspecified. She was recently diagnosed with multiple sclerosis. Benlysta has been discontinued. Leflunomide was started. Butrans and prednisone were increased. There is a visit on 11/5/18 noting the lupus and her chronic pain and treatment. The exam is normal. She is given Butrans, hydrocodone, and prednisone. She is seen on 12/4/18 for pain management. The primary assessment is systemic lupus erythematosis, unspecified. There is diffuse pain, fatigue, and a rash with a history of a blood clot in the right upper extremity. The treatment is noted with Butrans and prednisone being increased. The exam is negative other than malar erythema. Weight loss is recommended. She is seen on 2/5/19 for pain management. She has not been able to get IVIG until receiving clearance from her hematologist. The exam is normal. The treatment is continued. Urine drug screens are performed every one to two months and are appropriate.

There are records from Pendleton Wickersham, MD. She is seen on 10/5/18 noting the diagnosis of systemic lupus erythematosus. She has mouth sores, rashes, and chronic pain with a history of multiple sclerosis. The treatment and past medical history are noted. The exam is normal other than malar erythema. Hydrocodone and Plaquenil are continued with prednisone and Butrans increased. Labs from 11/5/18 are provided. Her CRP is 2 mg/dl. Her chemistry is normal. A CBC is normal. A UA is normal. An ESR is 12. Labs from 12/4/18 are provided. Her beta-2-glycoprotein 1 antibodies are negative and an IgG anti-cardiolipin is slightly positive. A

RE: BRANDI MERRYMAN«@Claimant»                              NMR #: 232509
Page 3

LAC is negative. There is a visit on 1/4/19 for pain management. Her history is recounted. The exam and treatment are unchanged. The primary assessment is systemic lupus erythematosis, unspecified. Butrans, hydrocodone, and prednisone are continued. She is seen on 4/8/19 noting the diagnoses. She has joint pains. There is numbness and trigeminal neuralgia. The treatment is unchanged and exam is normal. No changes are made in the treatment.

There are records from Irene Kazhdan, MD. She is seen on 1/14/19 after an ER visit for chest pain. A CT of the chest with angiography revealed a pulmonary embolus. She has the history of clot in the right upper extremity one month prior. She was on Xarelto but this was stopped.  A d-dimer was elevated in the hospital. The exam is normal. Labs are obtained an Eliquis is begun.
There are records from Keith Beck, MD.  She is seen on 11/26/18 for the cephalic vein thrombophlebitis. Her three year history of lupus is noted. The treatment is noted. Her exam is normal. The recommendations are smoking cessation and Xarelto.

There are records from Suzanne Gazda, MD. There is a visit on 1/30/19 noting her diffuse pain. She has the connective tissue disease. The exam is normal other than she has decreased sensation in the lateral left thigh. The IVIG is continued. On 2/5/19, a bilateral upper extremity Doppler study is negative for DVT. On 2/8/19 labs were obtained. Thyroid functions and celiac disease antibodies are normal. Her chemistry is normal. Lyme studies by immunoblot are negative. Her DSDNA and all sub-serology are negative. Quantitative immunoglobulins are normal. Her EBV studies reveal immunity. Chlamydia pneumoniae serology reveals immunity. Candida antibodies are positive. Parvovirus B19 serology reveals immunity. Serology for tulerensis are negative.  A heavy metals screen is negative. Antibodies to Brucella are negative. She is seen on 2/28/19 and feels like she is getting worse. She has severe generalized myofascial pain. There are excessive GI issues, spasms, and difficulty swallowing. She has depression, nausea, and chronic weight gain. The exam is normal other than decreased sensation in the right thigh. No changes are made.

There are records from Methodist Hospital. She is seen on 12/21/18 noting the history of lupus, MS, and the severe mid-sternal chest pain. She has no hemoptysis. She has been on IVIG. The spiral CT reveals the PE in the right lower lobe. She is admitted and placed on anti-coagulation. Her CBC, chemistry, PT, and PTT are normal. Echocardiography is normal. An EKG is normal.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The diagnoses in the file are systemic lupus; ICD 10 M32.9 and migraine headaches  ICD 10 G3.909

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

There is also mention of a DVT in the right upper extremity ICD 10 - I82.409 and pulmonary embolism ICD 10- I26.99

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - symptoms for ms to - lupus, and comment on the expected duration.**

RE:  BRANDI MERRYMAN«@Claimant»                              NMR #: 232509
Page 4

The diagnoses in this file include systemic lupus. The features of the problem have mild with rashes, joint pains, and fatigue. No renal or cardiovascular involvement has been identified. The work-up provided note a CRP of 2 mg/dl. Her chemistry is normal. A CBC is normal. A UA is normal. An ESR is 12. Her beta-2-glycoprotein 1 antibodies are negative and an IgG anti-cardiolipin is slightly positive. A LAC is negative.  The exams are revealing of minimal findings other than the rash. There is no synovitis, weakness, or atrophy. She has had the thrombotic event with the reported thrombosis in the cephalic vein on the right side but there are not confirmation imaging data supporting this. She had the CT angiogram in the ER which revealed the pulmonary embolus and she is treated with anticoagulation. The data support mild findings resulting from the clinical process. The diagnosis of multiple sclerosis is also given with the imaging studies supportive of the process including the MRI scans of the brain and spine.

From a rheumatology perspective, the data although supportive of the diagnosis of systemic lupus with the hypercoagulable state, do not support a degree of disease that would result in restrictions or limitations.

**4. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above time frame(s), provide a detailed explanation.**

Although the findings are supportive of the diagnosis of systemic lupus, the objective findings on labs and exams and serial evaluations do not support a degree of disease to be restricting or limiting. With a lack of findings supporting restrictions or limitations, one would expect normal functionality.

**5. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?**

Yes, the treatment rendered is consistent with the standard of care.

**6. Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

No such evidence is seen.

**7. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

None noted in the file.

**8. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Name: Dr. Wickersham**

Attending physician contact has been attempted with no return call at the time of submitting this report.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to

RE:  BRANDI MERRYMAN«@Claimant»                    NMR #: 232509
Page 5

referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

D. Dennis Payne, Jr., M.D.
Board Certified in Internal Medicine
Board Certified in Rheumatology
Licensed in State of NC # 35459

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Lincoln/Merryman 269

# Network Medical Review Company, LTD.

*An Examworks company*

**INVOICE**

LINCOLN FINANCIAL GROUP - LLAOB

Attn:  DEWEY J LEITCH
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number:  TBD
Invoice Date:  4/22/2019
Account Number:  519193
File Number:  232509-1

Service Date:  5/14/2019 12:19 PM
Claim Number:  8582115
Claimant Name:  BRANDI MERRYMAN

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$1680** |

**Physician Name/Specialty**

DAYTON D PAYNE JR / Rheumatology
JAMES W PEARCE / Neurology

**Comments**

**Please pay this amount:**          **$1680**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, CA 96049-2260
Tax ID 76-0711128

Lincoln/Merryman 270

# Network Medical Review Company, LTD.

*An Examworks company*

**INVOICE**

LINCOLN FINANCIAL GROUP - LLAOB

Attn:  DEWEY J LEITCH
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number:  TBD
Invoice Date:  4/22/2019
Account Number:  519193
File Number:  232509-1

Service Date:  5/14/2019 12:19 PM
Claim Number:  8582115
Claimant Name:  BRANDI MERRYMAN

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$1680** |

**Physician Name/Specialty**

DAYTON D PAYNE JR / Rheumatology
JAMES W PEARCE / Neurology

**Comments**

**Please pay this amount:**          **$1680**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, CA 96049-2260
Tax ID 76-0711128

Lincoln/Merryman 271



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  *Brandi Merryman*

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  *Brandi Merryman*

Date of Birth: _____  Claim Number: _8582115_  Date: _1-15-19_

**A copy of this authorization will be considered as valid as the original.**

Lincoln/Merryman 272

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MS. BRANDI MERRYMAN

Lincoln/Merryman 273



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 29, 2019

Ms. Brandi A. Merryman


RE:    Long Term Disability (LTD) Benefits
        USAA
        Claim #: 8582115

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Per your April 29, 2019 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jennifer Biber
Senior LTD Disability Claims Case Mgr
On Behalf Of: Dewey Leitch
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176


Attachments:   Direct Deposit Application


1  of  1

Lincoln/Merryman 274

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

EMPLOYEE/CLAIMANT NAME: Brandi Merryman
CLAIM NO: 8582115
EMPLOYER/SPONSOR: USAA                    DATE OF BIRTH:

**CHECK ONE:** ☐ New    ☐ Change
**YOUR TELEPHONE NUMBER:** (    )
**ADDRESS:**                    **CITY:**        **STATE:**    **ZIP:**

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking ☐ Savings    **BANK NAME:**

**9 DIGIT ABA ROUTING NUMBER:**    **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:**    **CITY:**    **STATE:**    **ZIP:**

**BANK PHONE:** (    )

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES   ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES   ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed:                    Date:

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln/Merryman 275

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Liberty Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds     will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 001 OF 022

# F A X  S H E E T

Date:                          Apr-29-2019 09:36:34
To:
Subject:                       Patient Document
Fax Number:                    1-603-334-4176
To Company:
From Name:                     Gutierrez, Andrew
From Company:                  Suzanne K Gazda MD PA
From Facility:                 Suzanne K Gazda MD PA
Support Contact:               210-692-1245
Number of Page(s):             22

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 277

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 002 OF 022

RIS-IC Fax Server      2/18/2019 8:29:54 AM  PAGE   1/001   Fax Server

**South Texas Radiology Imaging Centers**
**Medical Center Tower I Imaging Center**
**7950 Floyd Curl Drive, Suite 200**
**San Antonio TX, 78229**
**(210) 617-9800**

| | | | | |
|---|---|---|---|---|
| **Patient:** | **MERRYMAN, BRANDI, ALYSE** | | **MRN:** | 001293107 |
| **DOB:** | Age: 28 Years | | **Dept:** | D00420335 |
| **Sex:** | F | | **ACC:** | 18579981 |
| **Requester:** | Wickersham, Pendleton, M.D. | | **Exam Site:** | MC |
| **Copy To:** | Gazda, Suzanne Klaus, M.D. | | | |

**Exam:**  **US Doppler Upper Extremity Vein Bilateral**

**Date:**  **02/15/2019**    2:28 PM

**Reason:**  Swelling,dvt vs superficial phlebitis

## FINAL REPORT

BILATERAL UPPER EXTERMITY VENOUS DOPPLER ULTRASOUND:

FINDINGS:  Visualized portions of the right and left jugular, subclavian, axillary, and brachial veins are patent.  Visualized portions of the basilic and cephalic veins are patent as well.

**IMPRESSION:**

**Bilateral upper extremity venous Doppler, negative for deep venous thrombosis.**

**END OF IMPRESSION**

PVB/psk/tf

End of report

Interpreted By: PETER V BERARDO, M.D.  on 2/15/2019              Signed By: PETER V BERARDO, M.D.  on 02/18/2019@ 8:27 AM



The documents accompanying this transmission contain confidential privileged information. The information is the property of the sender and intended only for the use of the individual or entity named above. The recipient of this information is prohibited from disclosing the contents of the information to another party.  If you are neither the intended recipient or the employee or the agent responsible for delivery to the intended recipient, your are hereby notified that disclosure of these contents in any manner is strictly prohibited. PLEASE NOTIFY THE SENDER BY CALLING THE TELEPHONE NUMBER ABOVE IMMEDIATELY IF YOU RECEIVED THIS INFORMATION IN ERROR.

Wickersham, Pendleton, M.D.
4511 Horizon Hill
Suite 150
San Antonio, TX 78229

Acc: 18579981

Tracking Barcode

AFAX/NOGRAPH/NOORP                                                              Page 1 of 1

Lincoln/Merryman 278

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 003 OF 022

# ▓LabCorp ▐                                                    **Patient Report**

Specimen ID: 039-363-0685-0
Control ID: 53077709781

**MERRYMAN, BRANDI**

Acct #: 42115295          Phone: (210) 692-1245    Rte: 69

Neurology Institute of SA
3603 Paesanos Way, Suite 300
SAN ANTONIO TX 78231

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| DOB: | Date collected: 02/08/2019 0825 Local | Ordering: S GAZDA |
| Age(y/m/d): 028 | Date received: 02/08/2019 | Referring: |
| Gender: F    SSN: | Date entered: 02/08/2019 | ID: |
| Patient ID: | Date reported: 02/19/2019 0843 ET | NPI: 1740286764 |

**General Comments & Additional Information**
**Total Volume:** Not Provided                          **Fasting:** Yes

**Ordered Items**
T4+TSH+T3+T4F+T3Reverse; Vitamin A, E, Beta Carotene; Celiac Disease Panel; CMP12+LP+6AC; Lyme, Western Blot, Serum; ANA Comprehensive Panel; Lipid Cascade w Graph; IgG, Subclasses(1-4); EBV Acute Infection Antibodies; Chl. pneumoniae (IgG/IgM/IgA); DHEA S+Cort+Pregnenolone; Anticardiolip Ab, IgA/G/M, Qn; Candida Antibodies IgG,IgA,IgM; Vitamin B12 and Folate; Calcium+Calcium, Ionized; Parvovirus B19, Human, IgG/IgM; HSV 1 and 2-Spec Ab, IgG w/Rflx; MMP-9 (Matrix metalloprot.-9); Francisella tularensis Abs; Estradiol; Cytomegalovirus (CMV) Ab, IgG; Vitamin D, 25-Hydroxy; VEGF, Serum; GAD-65 Autoantibody; Leptin, Serum; HHV 6 IgG Antibodies; Antigliadin Abs, IgA; Antigliadin Abs, IgG; Thyroglobulin Antibody; Vitamin C; Ceruloplasmin; Osmolality; Insulin; Estrogens, Total; Estrone, Serum; Triiodothyronine (T3), Free; Venipuncture; Non LCA Req

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **T4+TSH+T3+T4F+T3Reverse** | | | | | |
| TSH | 0.733 | | uIU/mL | 0.450 - 4.500 | 01 |
| Thyroxine (T4) | 9.2 | | ug/dL | 4.5 - 12.0 | 01 |
| Triiodothyronine (T3) | 107 | | ng/dL | 71 - 180 | 01 |
| T4,Free(Direct) | 1.20 | | ng/dL | 0.82 - 1.77 | 01 |
| **Reverse T3, Serum ^** | **32.0** | **High** | ng/dL | 9.2 - 24.1 | 02 |
| | | | | | |
| **Vitamin A, E, Beta Carotene** | | | | | |
| Carotene, Beta | 3 | | ug/dL | 3 - 91 | 02 |
| Vitamin A | 33.3 | | ug/dL | 18.9 - 57.3 | 02 |

    Reference intervals for vitamin A determined from LabCorp internal
    studies. Individuals with vitamin A less than 20 ug/dL are considered
    vitamin A deficient and those with serum concentrations less than
    10 ug/dL are considered severely deficient.
    This test was developed and its performance characteristics
    determined by LabCorp. It has not been cleared or approved
    by the Food and Drug Administration.

| | | | | | |
|---|---|---|---|---|---|
| Vitamin E(Alpha Tocopherol) ^ | 8.6 | | mg/L | 5.9 - 19.4 | 02 |
| Vitamin E(Gamma Tocopherol) ^ | 1.6 | | mg/L | 0.7 - 4.9 | 02 |

    Reference intervals for alpha and gamma tocopherol determined from
    National Health and Nutrition Examination Survey, 2005-2006.
    Individuals with alpha-tocopherol levels less than 5.0 mg/L are
    considered vitamin E deficient.

| **Celiac Disease Panel** | | | | | |
|---|---|---|---|---|---|
| Endomysial Antibody IgA | Negative | | | Negative | 02 |
| t-Transglutaminase (tTG) IgA | <2 | | U/mL | 0 - 3 | 02 |
| | | | Negative | 0 - 3 | |
| | | | Weak Positive | 4 - 10 | |
| | | | Positive | >10 | |

Date Issued: 02/19/19 0850 ET                    **FINAL REPORT**                         Page 1 of 11

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

® 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 279

4/29/2019 10:11 AM  FROM: Suzanne K Gazda MD PA  TO: 16033344176  PAGE: 004 OF 022

# LabCorp
**Patient Report**

Patient: MERRYMAN, BRANDI
DOB
Patient ID:
Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Tissue Transglutaminase (tTG) has been identified as the endomysial antigen. Studies have demonstrated that endomysial IgA antibodies have over 99% specificity for gluten sensitive enteropathy. | | | | | |
| Immunoglobulin A, Qn, Serum | 306 | | mg/dL | 87 - 352 | 01 |
| **CMP12+LP+6AC** | | | | | |
| Chemistries | | | | | 01 |
| Glucose | 110 | High | mg/dL | 65 - 99 | 01 |
| Uric Acid | 3.5 | | mg/dL | 2.5 - 7.1 | 01 |
| Please Note: | | | | | 01 |
| Therapeutic target for gout patients: <6.0 | | | | | |
| BUN | 6 | | mg/dL | 6 - 20 | 01 |
| Creatinine | 0.62 | | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 123 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 142 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 10 | | | 9 - 23 | |
| Sodium | 142 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.3 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 105 | | mmol/L | 96 - 106 | 01 |
| Calcium | 9.2 | | mg/dL | 8.7 - 10.2 | 01 |
| Phosphorus | 4.3 | | mg/dL | 2.5 - 4.5 | 01 |
| Protein, Total | 6.8 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.3 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 53 | | IU/L | 39 - 117 | 01 |
| LDH | 177 | | IU/L | 119 - 226 | 01 |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | 01 |
| **ALT (SGPT)** | 39 | High | IU/L | 0 - 32 | 01 |
| GGT | 15 | | IU/L | 0 - 60 | 01 |
| Iron | 65 | | ug/dL | 27 - 159 | 01 |
| Lipids | | | | | 01 |
| Cholesterol, Total | 231 | High | mg/dL | 100 - 199 | 01 |
| Triglycerides | 87 | | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 44 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 17 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 170 | High | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 5.3 | High | ratio | 0.0 - 4.4 | |
| Please Note: | | | | | 01 |

T. Chol/HDL Ratio
Men    Women
1/2 Avg.Risk  3.4    3.3

Date issued: 02/19/19 0850 ET          **FINAL REPORT**          Page 2 of 11

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 713-856-8288.

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 280

4/29/2019 10:11 AM  FROM: Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 005 OF 022

## LabCorp                                    Patient Report

Patient: MERRYMAN, BRANDI
DOB:              Patient ID:              Control ID: 53077709781          Specimen ID: 039-363-0685-0
                                                                           Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
|       |        |      | Avg.Risk    5.0 | 4.4 | |
|       |        |      | 2X Avg.Risk  9.6 | 7.1 | |
|       |        |      | 3X Avg.Risk 23.4 | 11.0 | |
| Estimated CHD Risk | 1.4 | High | times avg.   0.0 - 1.0 | | |

T. Chol/HDL Ratio

|  | Men | Women |
|--|-----|-------|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

**Lyme, Western Blot, Serum**

| TESTS | RESULT | | | | LAB |
|-------|--------|--|--|--|-----|
| Lyme Ab IgG by WB: | | | | | 02 |
| IgG P93 Ab. | Absent | | | | 02 |
| IgG P66 Ab. | Absent | | | | 02 |
| IgG P58 Ab. | Absent | | | | 02 |
| IgG P45 Ab. | Absent | | | | 02 |
| IgG P41 Ab. | Absent | | | | .02 |
| IgG P39 Ab. | Absent | | | | 02 |
| IgG P30 Ab. | Absent | | | | 02 |
| IgG P28 Ab. | Absent | | | | 02 |
| IgG P23 Ab. | Absent | | | | 02 |
| IgG P18 Ab. | Absent | | | | 02 |
| Lyme IgG WB Interp. | Negative | | | | 02 |

Positive: 5 of the following
          Borrelia specific bands:
          18,23,28,30,39,41,45,58,
          66, and 93.
Negative: No bands or banding
          patterns which do not
          meet positive criteria.

| TESTS | RESULT | | | | LAB |
|-------|--------|--|--|--|-----|
| Lyme Ab IgM by WB: | | | | | 02 |
| IgM P41 Ab. | Absent | | | | 02 |
| IgM P39 Ab. | Absent | | | | 02 |
| IgM P23 Ab. | Absent | | | | 02 |
| Lyme IgM WB Interp. | Negative | | | | 02 |

Note: An equivocal or positive EIA result followed by a negative
Western Blot result is considered NEGATIVE. An equivocal or positive
EIA result followed by a positive Western Blot is considered POSITIVE
by the CDC.
Positive: 2 of the following bands: 23,39 or 41
Negative: No bands or banding patterns which do not meet positive
criteria.
Criteria for positivity are those recommended by CDC/ASTPHLD.

This document contains private and confidential health information protected by state and federal law.          © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288                                          All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 281

# LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:          Patient ID:                    Control ID: 53077709787

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|

p23=Osp C, p41=flagellin
Note:
Sera from individuals with the following may cross react in the
Lyme Western Blot assays: other spirochetal diseases (periodontal
disease, leptospirosis, relapsing fever, yaws, and pinta);
connective autoimmune (Rheumatoid Arthritis and Systemic Lupus
Erythematosus and also individuals with Antinuclear Antibody);
other infections (Rocky Mountain Spotted Fever; Epstein-Barr Virus,
and Cytomegalovirus).

**ANA Comprehensive Panel**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Anti-DNA (DS) Ab Qn | 1 | | IU/mL | 0 - 9 | 01 |
| | | | | Negative   <5 | |
| | | | | Equivocal  5 - 9 | |
| | | | | Positive     >9 | |
| RNP Antibodies | 0.2 | | AI | 0.0 - 0.9 | 01 |
| Smith Antibodies | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Antiscleroderma-70 Antibodies | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Sjogren's Anti-SS-A | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Sjogren's Anti-SS-B | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Antichromatin Antibodies | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Anti-Jo-1 | <0.2 | | AI | 0.0 - 0.9 | 01 |
| Anti-Centromere B Antibodies | <0.2 | | AI | 0.0 - 0.9 | 01 |
| See below: | | | | | 01 |

```
Autoantibody                      Disease Association
------------------------------    --------------------------------
                                  Condition              Frequency
------------------------------    ------------------------    ---------
Antinuclear Antibody,             SLE, mixed connective
Direct (ANA-D)                    tissue diseases
------------------------------    ------------------------
dsDNA                             SLE                      40 - 60%
------------------------------    ------------------------    ---------
Chromatin                         Drug induced SLE              90%
                                  SLE                      48 - 97%
------------------------------    ------------------------    ---------
SSA (Ro)                          SLE                      25 - 35%
                                  Sjogren's Syndrome       40 - 70%
                                  Neonatal Lupus              100%
------------------------------    ------------------------    ---------
SSB (La)                          SLE                          10%
                                  Sjogren's Syndrome           30%
------------------------------    ------------------------    ---------
Sm (anti-Smith)                   SLE                      15 - 30%
------------------------------    ------------------------    ---------
RNP                               Mixed Connective Tissue
                                  Disease                      95%
(U1 nRNP,                         SLE                      30 - 50%
anti-ribonucleoprotein)           Polymyositis and/or
```

Date Issued: 02/19/19 0850 ET                    **FINAL REPORT**                    Page 4 of 11

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 282

## LabCorp                                                    Patient Report

Patient: MERRYMAN, BRANDI
DOB:          Patient ID:                     Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | Dermatomyositis | | | 20% | |
| Scl-70 (antiDNA topoisomerase) | Scleroderma (diffuse) Crest | | | 20 - 35% 13% | |
| Jo-1 | Polymyositis and/or Dermatomyositis | | | 20 - 40% | |
| Centromere B | Scleroderma - Crest variant | | | 80% | |

**Lipid Cascade w Graph**

| | | | | | |
|---|---|---|---|---|---|
| LDL/HDL Ratio | 3.9 | High | ratio | 0.0 - 3.2 | |
| Please Note: | | | | | 01 |

```
                                    LDL/HDL Ratio
                                          Men    Women
                          1/2 Avg.Risk   1.0      1.5
                              Avg.Risk   3.6      3.2
                           2X Avg.Risk   6.2      5.0
                           3X Avg.Risk   8.0      6.1
```

| | | | | | |
|---|---|---|---|---|---|
| Non-HDL Cholesterol | 187 | High | mg/dL | 0 - 129 | |

**IgG, Subclasses(1-4)**

| | | | | | |
|---|---|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 902 | | mg/dL | 700 - 1600 | 01 |
| IgG, Subclass 1 | 474 | | mg/dL | 248 - 810 | 02 |
| IgG, Subclass 2 | 374 | | mg/dL | 130 - 555 | 02 |
| IgG, Subclass 3 | 56 | | mg/dL | 15 - 102 | 02 |
| IgG, Subclass 4 | 27 | | mg/dL | 2 - 96 | 02 |

**EBV Acute Infection Antibodies**

| | | | | | |
|---|---|---|---|---|---|
| EBV Ab VCA, IgM | <36.0 | | U/mL | 0.0 - 35.9 | 01 |
| | | | Negative | <36.0 | |
| | | | Equivocal | 36.0 - 43.9 | |
| | | | Positive | >43.9 | |
| EBV Early Antigen Ab, IgG | <9.0 | | U/mL | 0.0 - 8.9 | 01 |
| | | | Negative | < 9.0 | |
| | | | Equivocal | 9.0 - 10.9 | |
| | | | Positive | >10.9 | |
| **EBV Ab VCA, IgG** | **467.0** | **High** | U/mL | 0.0 - 17.9 | 01 |
| | | | **Negative** | **<18.0** | |
| | | | **Equivocal** | **18.0 - 21.9** | |
| | | | **Positive** | **>21.9** | |
| **EBV Nuclear Antigen Ab, IgG** | **335.0** | **High** | U/mL | 0.0 - 17.9 | 01 |
| | | | **Negative** | **<18.0** | |
| | | | **Equivocal** | **18.0 - 21.9** | |
| | | | **Positive** | **>21.9** | |
| Interpretation: | | | | | 01 |

```
                         EBV Interpretation Chart
         Interpretation    EBV-IgM  EA(D)-IgG  VCA-IgG  EBNA-IgG
         EBV Seronegative     -        -         -        -
```

Date Issued: 02/19/19 0850 ET                **FINAL REPORT**                Page 5 of 11

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 283

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 008 OF 022

## LabCorp                                                          Patient Report

Patient: MERRYMAN, BRANDI
DOB:          Patient ID:              Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Early Phase | + | - | - | - | |
| Acute Primary Infection | + | +or- | + | - | |
| Convalescence/Past Infection | - | +or- | + | + | |
| Reactivated Infection | +or- | + | + | + | |

+ Antibody Present            - Antibody Absent

**Chl. pneumoniae (IgG/IgM/IgA)**

| | | | | | |
|---|---|---|---|---|---|
| Chlamydia pneumoniae IgG | 1:128 | High | | Neg:<1:16 | 02 |
| Chlamydia pneumoniae IgM | <1:10 | | | Neg:<1:10 | 02 |
| Chlamydia pneumoniae IgA | <1:16 | | | Neg:<1:16 | 02 |

Test Information:                                                      02
    This test was developed and its performance characteristics determined
by LabCorp. It has not been cleared or approved by the Food and Drug
Administration. The FDA has determined that such clearance or approval
is not necessary. Results of this test are for investigational
purposes only.  The result should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

**DHEA S+Cort+Pregnenolone**

| | | | | | |
|---|---|---|---|---|---|
| Cortisol, Serum LCMS | <2.0 | Low | ug/dL | | 03 |

    Please interpret with caution. There is an extra peak in the
chromatogram that is not fully resolved from the analyte
after HPLC and mass spectrometry detection. Therefore, the
result may not meet our usual criteria for precision and
accuracy.
**Reference Range:**
**Adults**
**8:00 AM  8.0 - 19**
**4:00 PM  4.0 - 11**

| | | | | | |
|---|---|---|---|---|---|
| DHEA-Sulfate, LCMS | <10 | Low | ug/dL | | 03 |

    **Reference Range:**
**Adult Females (21 - 30y): 22 - 372**

| | | | | | |
|---|---|---|---|---|---|
| Pregnenolone, MS | <10 | | ng/dL | | 03 |

    Reference Range:
    Adults: <151

**Anticardiolip Ab, IgA/G/M, Qn**

| | | | | | |
|---|---|---|---|---|---|
| Anticardiolipin Ab,IgG,Qn | <9 | | GPL U/mL | 0 - 14 | 02 |
| | | | Negative: | <15 | |
| | | | Indeterminate: | 15 - 20 | |
| | | | Low-Med Positive: | >20 - 80 | |
| | | | High Positive: | >80 | |
| Anticardiolipin Ab,IgM,Qn | <9 | | MPL U/mL | 0 - 12 | 02 |
| | | | Negative: | <13 | |
| | | | Indeterminate: | 13 - 20 | |
| | | | Low-Med Positive: | >20 - 80 | |
| | | | High Positive: | >80 | |

This document contains private and confidential health information protected by state and federal law.        © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288        All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 284

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 009 OF 022

# ▓LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:            Patient ID:                    Control ID: 53077709781

Specimen ID: 039-363-0585-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Anticardiolipin Ab,IgA,Qn | <9 | | APL U/mL | 0 - 11 | 02 |
| | | | Negative: | <12 | |
| | | | Indeterminate: | 12 - 20 | |
| | | | Low-Med Positive: | >20 - 80 | |
| | | | High Positive: | >80 | |

**Candida Antibodies IgG,IgA,IgM**

| | | | | | |
|---|---|---|---|---|---|
| Candida Antibodies IgG | <30 | | U/mL | 0 - 29 | 02 |

Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

| Candida Antibodies IgM | 15 | High | U/mL | 0 - 9 | 02 |
|---|---|---|---|---|---|

Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

| Candida Antibodies IgA | 11 | High | U/mL | 0 - 9 | 02 |
|---|---|---|---|---|---|

Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

**Vitamin B12 and Folate**

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 | 451 | | pg/mL | 232 - 1245 | 01 |
| Folate (Folic Acid), Serum | 7.7 | | ng/mL | >3.0 | 01 |
| Note: | | | | | 01 |

A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency.

**Calcium+Calcium, Ionized**

| Calcium, Ionized, Serum | 5.1 | | mg/dL | 4.5 - 5.6 | 01 |
|---|---|---|---|---|---|

**Parvovirus B19, Human, IgG/IgM**

| Parvovirus B19, IgG | 6.4 | High | index | 0.0 - 0.8 | 02 |
|---|---|---|---|---|---|
| | | | Negative | <0.9 | |
| | | | Equivocal | 0.9 - 1.1 | |
| | | | Positive | >1.1 | |
| Parvovirus B19, IgM | 0.8 | | index | 0.0 - 0.8 | 02 |
| | | | Negative | <0.9 | |
| | | | Equivocal | 0.9 - 1.1 | |
| | | | Positive | >1.1 | |

**HSV 1 and 2-Spec Ab, IgG w/Rfx**

| HSV 1 IgG, Type Spec | 42.70 | High | index | 0.00 - 0.90 | 02 |
|---|---|---|---|---|---|
| | | | Negative | <0.91 | |
| | | | Equivocal | 0.91 - 1.09 | |

Date Issued: 02/19/19 0850 ET                **FINAL REPORT**                Page 7 of 11

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 285

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 010 OF 022

# ▓LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:            Patient ID:                    Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | Positive | >1.09 | |

Note: Negative indicates no antibodies detected to
HSV-1. Equivocal may suggest early infection.  If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-1.

| | | | | | |
|---|---|---|---|---|---|
| HSV 2 IgG, Type Spec | <0.91 | | index | 0.00 - 0.90 | 02 |
| | | | Negative | <0.91 | |
| | | | Equivocal | 0.91 - 1.09 | |
| | | | Positive | >1.09 | |

Note: Negative indicates no antibodies detected to
HSV-2. Equivocal may suggest early infection.  If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-2.

**MMP-9 (Matrix metalloprot.-9)**

| | | | | | |
|---|---|---|---|---|---|
| MMP9 | 1140 | High | ng/mL | | 04 |

Reference Range:
<984
**Results of this test are for research purposes only per
the assay manufacturer. The performance characteristics of
this assay have not been established. The result should not
be used as a diagnostic procedure without confirmation of
the diagnosis by another medically established diagnostic
product or procedure.

**Francisella tularensis Abs**
 Francisella tularensis IgG

| | | | | | |
|---|---|---|---|---|---|
| | Negative | | | Negative | 05 |

 Francisella tularensis IgM

| | | | | | |
|---|---|---|---|---|---|
| | Negative | | | Negative | 05 |

   The performance characteristics of the listed assays were
   validated by Cambridge Biomedical Inc. The US FDA has not
   approved or cleared these test. The results of these assays
   can be used for clinical diagnosis without FDA approval.
   Cambridge Biomedical Inc.  is a CLIA certified, CAP
   accredited laboratory for performing high complexity assays
   such as these.

   Testing Performed at: Cambridge Biomedical 1320 Soldiers
   Field Road, Boston, MA 02135

| | | | | | |
|---|---|---|---|---|---|
| Estradiol | 99.8 | | pg/mL | | 01 |

| | | |
|---|---|---|
| Adult Female: | | |
| Follicular phase | 12.5 - | 166.0 |
| Ovulation phase | 85.8 - | 498.0 |
| Luteal phase | 43.8 - | 211.0 |
| Postmenopausal | <6.0 - | 54.7 |
| Pregnancy | | |
| 1st trimester | 215.0 - | >4300.0 |
| Girls (1-10 years) | 6.0 - | 27.0 |

      Roche ECLIA methodology

Date issued: 02/19/19 0850 ET        **FINAL REPORT**                    Page 8 of 11

This document contains private and confidential health information protected by state and federal law.      © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288                     All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 286

## LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:          Patient ID:              Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Cytomegalovirus (CMV) Ab, IgG | | | | | |
| | 5.30 | High | U/mL | 0.00 - 0.59 | 02 |
| | | | Negative | <0.60 | |
| | | | Equivocal | 0.60 - 0.69 | |
| | | | Positive | >0.69 | |
| Vitamin D, 25-Hydroxy | 27.5 | Low | ng/mL | 30.0 - 100.0 | 01 |

Vitamin D deficiency has been defined by the Institute of
Medicine and an Endocrine Society practice guideline as a
level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D
insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference
   intakes for calcium and D. Washington DC: The
   National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
   Evaluation, treatment, and prevention of vitamin D
   deficiency: an Endocrine Society clinical practice
   guideline. JCEM. 2011 Jul; 96(7):1911-30.

| | | | | | |
|---|---|---|---|---|---|
| VEGF, Serum | 242 | | pg/mL | 62 - 707 | 02 |

R and D Systems Quantikine Enzyme Immunoassay (EIA)
Results of this test are labeled for research purposes only by the
assay's manufacturer. The performance characteristics of this assay
have not been established by the manufacturer. The result should not
be used for treatment or for diagnostic purposes without confirmation
of the diagnosis by another medically established diagnostic product
or procedure. The performance characteristics were determined by
LabCorp.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| | | | | | |
|---|---|---|---|---|---|
| GAD-65 Autoantibody | | | | | |
| GAD-65 | 26.8 | High | U/mL | 0.0 - 5.0 | 02 |
| Leptin, Serum | | | | | |
| Leptin, Serum | 70.4 | | ng/mL | | 02 |

Female Ranges by Body Mass Index (BMI)

| BMI | Range | BMI | Range |
|---|---|---|---|
| 11 | 0.7 - 3.6 | 24 | 4.4 - 24.2 |
| 12 | 0.8 - 4.2 | 25 | 5.1 - 28.0 |
| 13 | 0.9 - 4.8 | 26 | 5.9 - 32.4 |
| 14 | 1.0 - 5.6 | 27 | 6.8 - 37.5 |
| 15 | 1.2 - 6.5 | 28 | 7.9 - 43.5 |
| 16 | 1.4 - 7.5 | 29 | 9.1 - 50.4 |
| 17 | 1.6 - 8.7 | 30 | 10.6 - 58.3 |
| 18 | 1.8 - 10.0 | 31 | 12.2 - 67.5 |
| 19 | 2.1 - 11.6 | 32 | 14.1 - 78.2 |
| 20 | 2.4 - 13.4 | 33 | 16.4 - 90.5 |
| 21 | 2.8 - 15.6 | 34 | 19.0 - 105.0 |

Date Issued: 02/19/19 0850 ET     **FINAL REPORT**     Page 9 of 11

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 287

## LabCorp                                      Patient Report

Patient: MERRYMAN, BRANDI                                    Specimen ID: 039-363-0685-0
DOB:           Patient ID:              Control ID: 53077709781        Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | 22 | 3.3 - 18.0 | 35 | 22.0 - 121.0 | |
| | 23 | 3.8 - 20.9 | 36 | 25.4 - 141.0 | |

Blum WF, Juul A, "Reference Ranges of Leptin Levels
According to Body Mass Index, Gender and Development
Stage" in Leptin: The Voice of Adipose Tissue, Blumm
WF, Kiess WF, and Rascher W, eds, 1997, 319-326.

Comment:                                                                          02
Results of this test are labeled for research purposes only by the
assay's manufacturer. The performance characteristics of this assay
have not been established by the manufacturer. The result should not
be used for treatment or for diagnostic purposes without confirmation
of the diagnosis by another medically established diagnostic product
or procedure. The performance characteristics were determined by
LabCorp.

| HHV 6 IgG Antibodies | 4.36 | High | index | | 02 |
|---|---|---|---|---|---|
| | | | Negative | <0.90 | |
| | | | Equivocal | 0.90 - 1.10 | |
| | | | Positive | >1.10 | |

Results of this test are labeled for research purposes
only by the assay's manufacturer. The performance
characteristics of this assay have not been
established by the manufacturer. The result should not
be used for treatment or for diagnostic purposes
without confirmation of the diagnosis by another
medically established diagnostic product or procedure.
The performance characteristics were determined by
LabCorp.
                    **Please note reference interval change**

**Antigliadin Abs, IgA**
| Deamidated Gliadin Abs, IgA | 5 | | units | 0 - 19 | 02 |
|---|---|---|---|---|---|
| | | Negative | | 0 - 19 | |
| | | Weak Positive | | 20 - 30 | |
| | | Moderate to Strong Positive | | >30 | |

**Antigliadin Abs, IgG**
| Deamidated Gliadin Abs, IgG | 4 | | units | 0 - 19 | 02 |
|---|---|---|---|---|---|
| | | Negative | | 0 - 19 | |
| | | Weak Positive | | 20 - 30 | |
| | | Moderate to Strong Positive | | >30 | |

| Thyroglobulin Antibody | <1.0 | | IU/mL | 0.0 - 0.9 | 01 |
|---|---|---|---|---|---|

Thyroglobulin Antibody measured by Beckman Coulter Methodology

| Vitamin C | 0.4 | | mg/dL | 0.2 - 2.0 | 02 |
|---|---|---|---|---|---|
| Ceruloplasmin | 25.5 | | mg/dL | 19.0 - 39.0 | 06 |
| Osmolality | 302 | High | mOsmol/kg | 275 - 295 | 01 |

Date Issued: 02/19/19 0850 ET                **FINAL REPORT**                Page 10 of 11

This document contains private and confidential health information protected by state and federal law.     © 1995-2019 Laboratory Corporation of America® Holdings
if you have received this document in error, please call 713-856-8288      All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 288

## LabCorp                                          **Patient Report**

Patient: MERRYMAN, BRANDI
DOB:            Patient ID:            Control ID: 53077709781

Specimen ID: 039-363-0685-0
Date collected: 02/08/2019 0825 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| **Insulin** | 33.0 | High | uIU/mL | 2.6 - 24.9 | 01 |
| **Estrogens, Total** | 165 | | pg/mL | | 02 |
| | | | Prepubertal | <40 | |
| | | | Female Cycle: | | |
| | | | 1-10 Days | 61 - 394 | |
| | | | 11-20 Days | 122 - 437 | |
| | | | 21-30 Days | 156 - 350 | |
| | | | Post-Menopausal | <40 | |
| | | | HMG Treatment for Ovulation | | |
| | | | Induction: | 400 - 800 | |
| **Estrone, Serum** | 92 | | pg/mL | | 02 |
| | | | Adult: | | |
| | | | Follicular phase | 39 - 132 | |
| | | | Periovulatory | 58 - 256 | |
| | | | Luteal phase | 54 - 179 | |
| | | | Pregnancy: | | |
| | | | 1st trimester | 247 - 2774 | |
| | | | 2nd trimester | 569 - 5781 | |
| | | | Postmenopausal: | | |
| | | | with ERT | 51 - 488 | |
| | | | without ERT | 31 - 100 | |
| **Triiodothyronine (T3), Free** | 3.3 | | pg/mL | 2.0 - 4.4 | 01 |

Comments:
A  This test was developed and its performance characteristics determined by
   LabCorp. It has not been cleared or approved by the Food and Drug
   Administration.

| 01 | HD | LabCorp Houston | Dir: Kyle Eskue, MD |
|----|----|----------------|---------------------|
| | | 7207 North Gessner, Houston, TX 77040-3143 | |
| 02 | BN | LabCorp Burlington | Dir: Sanjai Nagendra, MD |
| | | 1447 York Court, Burlington, NC 27215-3361 | |
| 03 | ES | Esoterix Inc | Dir: Samuel Pepkowitz, MD |
| | | 4301 Lost Hills Road, Calabasas Hills, CA 91301-5358 | |
| 04 | UY | Esoterix Inc | Dir: Brian F. Poirier, MD |
| | | 8490 Upland Drive Ste 100, Englewood, CO 80112-7116 | |
| 05 | E= | Cambridge Biomedical Inc | Dir: Thomas Tinghitella, PhD |
| | | 1320 Soldiers Field Road, Brighton, MA 02135-1020 | |
| 06 | DA | LabCorp Dallas | Dir: CN Etufugh, MD |
| | | 7777 Forest Ln Bldg C350, Dallas, TX 75230-2544 | |

For inquiries, the physician may contact Branch: 713-856-8288 Lab: 713-856-8288

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 289

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 014 OF 022

# ⬛LabCorp | Patient Report

**Specimen ID:** 039-363-0777-0
**Control ID:** 53077709782

**Acct #:** 42115295     **Phone:** (210) 692-1245     **Rte:** 69

**MERRYMAN, BRANDI**

Neurology Institute of SA
3603 Paesanos Way, Suite 300
SAN ANTONIO TX 78231

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** | **Date collected:** 02/08/2019 0832 Local | **Ordering:** S GAZDA |
| **Age(y/m/d):** 028 | **Date received:** 02/08/2019 | **Referring:** |
| **Gender:** F     **SSN:** | **Date entered:** 02/08/2019 | **ID:** |
| **Patient ID:** | **Date reported:** 02/20/2019 1624 ET | **NPI:** 1740286764 |

**General Comments & Additional Information**
**Total Volume:** Not Provided

**Fasting:** Yes

**Ordered Items**
HNK1 (CD57) Panel; HLA DRB1,3,4,5,DQB1 (IR); Cadmium Std Profile, Blood/Ur; APOE Alzheimer@ Risk; Heavy Metals Profile I, Blood; Trans. Growth Fact. beta 1*; Hemoglobin A1c; Total Glutathione; VIP, Plasma; ADH; Interleukin-6, Plasma; Brucella Antibody IgG, EIA; Brucella Antibody IgM, EIA; MTHFR; Homocyst(e)ine; Copper, Serum; Zinc, Plasma or Serum; Glucose, Plasma; Melanocyte Stimulating Hormone; Magnesium, RBC; Selenium, Serum/Plasma; Non LCA Req

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HNK1 (CD57) Panel** | | | | | |
| % CD8-/CD57+ Lymphs | 5.1 | | % | 2.0 - 17.0 | 01 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Abs.CD8-CD57+ Lymphs | 117 | | /uL | 60 - 360 | |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| **WBC** | **11.5** | **High** | x10E3/uL | 3.4 - 10.8 | 02 |
| RBC | 4.84 | | x10E6/uL | 3.77 - 5.28 | 02 |
| Hemoglobin | 14.9 | | g/dL | 11.1 - 15.9 | 02 |
| Hematocrit | 44.7 | | % | 34.0 - 46.6 | 02 |
| MCV | 92 | | fL | 79 - 97 | 02 |
| MCH | 30.8 | | pg | 26.6 - 33.0 | 02 |
| MCHC | 33.3 | | g/dL | 31.5 - 35.7 | 02 |
| RDW | 13.1 | | % | 12.3 - 15.4 | 02 |
| Platelets | 263 | | x10E3/uL | 150 - 379 | 02 |
| Neutrophils | 77 | | % | Not Estab. | 02 |
| Lymphs | 20 | | % | Not Estab. | 02 |
| Monocytes | 3 | | % | Not Estab. | 02 |
| Eos | 0 | | % | Not Estab. | 02 |
| Basos | 0 | | % | Not Estab. | 02 |
| **Neutrophils (Absolute)** | **8.7** | **High** | x10E3/uL | 1.4 - 7.0 | 02 |
| Lymphs (Absolute) | 2.3 | | x10E3/uL | 0.7 - 3.1 | 02 |
| Monocytes(Absolute) | 0.3 | | x10E3/uL | 0.1 - 0.9 | 02 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 02 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 02 |
| Immature Granulocytes | 0 | | % | Not Estab. | 02 |

**Date Issued:** 02/20/19 1630 ET      **FINAL REPORT**      Page 1 of 9

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

*Dr 2/25/19.*

Lincoln/Merryman 290

4/29/2019 10:11 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 015 OF 022

## ▧LabCorp     Patient Report

**Patient: MERRYMAN, BRANDI**
**DOB:**        **Patient ID:**        **Control ID: 53077709782**        **Specimen ID: 039-363-0777-0**
        **Date collected: 02/08/2019 0832 Local**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 02 |

**HLA DRB1,3,4,5,DQB1 (IR)**

| | | | | | |
|---|---|---|---|---|---|
| DRB1 | | | | | 03 |
| | DRB1*01:01:01G | | | | |
| DRB1 | | | | | 03 |
| | DRB1*13:03:01G | | | | |

The following alleles could not be ruled out:
DRB1*  13:03:01/13:03:07/13:227/13:253
DRB1*  01:01:01/01:50/01:67/01:77/01:82

| | | | | | |
|---|---|---|---|---|---|
| DRB3 | | | | | 03 |
| | DRB3*01:01:02G | | | | |
| DRB3 | | | | | 03 |
| | DRB3*- | | | | |

The following alleles could not be ruled out:
DRB3*  01:01:02:01/01:01:02:02/01:16/01:43

| | | | | | |
|---|---|---|---|---|---|
| DRB4 | | | | | 03 |
| | DRB4*- | | | | |
| DRB4 | | | | | 03 |
| | DRB4*- | | | | |
| DRB5 | | | | | 03 |
| | DRB5*- | | | | |
| DRB5 | | | | | 03 |
| | DRB5*- | | | | |

HLA allele interpretation for all loci based on IMGT/HLA
database version 3.33.0
This test was developed and its performance characteristics
determined by LabCorp.  It has not been cleared or approved
by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530

| | | | | | |
|---|---|---|---|---|---|
| DQB1 Allele 1 | | | | | 03 |
| | DQB1*03:01:01G | | | | |
| DQB1 Allele 2 | | | | | 03 |
| | DQB1*05:01:01G | | | | |

The following alleles could not be ruled out:
DQB1*  05:01:01:01/05:01:01:02/05:01:01:03/05:01:01:04
       /05:01:01:05/05:01:21/05:01:22/05:01:23/05:01:24:01
       /05:01:24:02/05:18/05:27/05:31/05:32/05:45/05:84
       /05:103/05:104/05:107/05:133/05:137/05:139/05:144
       /05:148/05:150/05:152/05:155/05:159/05:160
DQB1*  03:01:01:01/03:01:01:02/03:01:01:03/03:01:01:04
       /03:01:01:05/03:01:01:06/03:01:01:07/03:01:01:08
       /03:01:01:09/03:01:01:10/03:01:01:11/03:01:01:12
       /03:01:01:14/03:01:01:15/03:01:01:16/03:01:01:17
       /03:01:01:18/03:01:01:19/03:01:01:20/03:01:04
       /03:01:05/03:01:09/03:01:10/03:01:11/03:01:12
       /03:01:20/03:01:26/03:01:31/03:01:35/03:01:36
       /03:01:39/03:01:40/03:01:41/03:09/03:19:01/03:21
       /03:22/03:24/03:29/03:35/03:42/03:49/03:50/03:51
       /03:84N/03:94/03:115/03:116/03:164/03:165/03:169

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8286

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 291

**☒LabCorp**                                                      **Patient Report**

Patient: MERRYMAN, BRANDI                                        Specimen ID: 039-363-0777-0
DOB: 0        Patient ID:              Control ID: 53077709782    Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| /03:182/03:191/03:196/03:198/03:206/03:241/03:243 | | | | | |
| /03:246/03:253/03:264/03:266/03:276N/03:281 | | | | | |

HLA Methodology                                                                     03
    HLA results were obtained using sequence based typing (SBT),
    sequence specific oligonucleotide probes (SSOP), and/or sequence
    specific primers (SSP) as needed to obtain the required resolution.
    Please contact HLA Customer Service at 1-800-533-1037 if you have any
    questions.
    Director of HLA Laboratory
    Dr George C Maha, PhD

**Cadmium Std Profile, Blood/Ur**

Cadmium, Blood [A]        0.7                    ug/L        0.0 - 1.2        01
                                        Environmental Exposure:
                                        Nonsmokers        0.3 - 1.2
                                        Smokers           0.6 - 3.9
                                        Occupational Exposure:
                                        OSHA Cadmium Std        5.0
                                        BEI                     5.0
                                        Detection Limit = 0.5

Cadmium, Urine [A]     None Detected             ug/L     None detected      01
                                        Detection Limit = 1.0

Creatinine(Crt),U         0.87                   g/L        0.30 - 3.00       01
                                        Detection Limit = 0.10

Beta-2 Microglob.,U        45                    ug/L        0 - 300          01
Beta-2/Crt Ratio, U        52                    ug/g creat  0 - 300
                                        (OSHA Cadmium Standard)

**APOE Alzheimer's Risk**

Methodology:                                                                         04
    Patient DNA is assayed for the APOE genotype by PCR
    amplification of a specific region in exon 4 of the APOE
    gene followed by digestion with restriction enzyme Hha I
    and separation of fragments by polyacrylamide gel
    electrophoresis. This approach allows the APOE E2, E3, and
    E4 alleles to be distinguished. Analytical sensitivity and
    specificity are >99.5%. Individuals are interpreted as
    having one of the following genotypes: E2/E2, E3/E3, E4/E4,
    E2/E3, E2/E4, E3/E4.

APO E Genotyping Result:        E3/E3                                                04
Interpretation:                                                                      04
    Negative for the APOE4 variant that is associated with
    increased risk for late onset Alzheimer's disease (AD).
    E3/E3 is the most common APOE genotype and is not
    associated with increased risk for AD.

    RECOMMENDATIONS
    Genetic counseling is recommended.
    Due to the lack of measures to prevent the development of
    AD, the ACMG/NSGC guidelines do not recommend
    presymptomatic testing, but if it is performed, guidelines

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                Page 3 of 9

This document contains private and confidential health information protected by state and federal law.    © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288    All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 292

## ▓LabCorp                                                              Patient Report

Patient: MERRYMAN, BRANDI
DOB:               Patient ID:               Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019  0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

are provided (Goldman JS et al. 2011). The APOE Genotyping:
Alzheimer's Risk test is not recommended for children.

NOTE: This is not a diagnostic test. Results should be
interpreted along with clinical findings and other data.
This test evaluates only for the APOE genotype and cannot
detect genetic abnormalities elsewhere in the genome. It
should be realized that there are possible sources of error
including sample misidentification, rare technical errors,
trace contamination of PCR reactions, and rare genetic
variants that may interfere with analysis.

For inquiries or genetic consultation, please call Esoterix
at 1-800-444-9111.

Comment:                                                                    04
    INFORMATION ABOUT THE APOE GENOTYPE AND ALZHEIMER'S DISEASE

Alzheimer's disease (AD) is the most common form of
dementia in the elderly and currently affects more than 5
million Americans. It is a progressive neurodegenerative
disorder with brain findings of plaques and neurofibrillary
tangles containing beta-amyloid and tau protein
respectively.

The predominant form of AD is late onset (age > 60-65),
which can be familial (15-20%) or sporadic. The APOE4
variant increases the risk for late onset AD and may
contribute to the pathology of the disease. This risk is
increased by approximately 2 to 3-fold for individuals with
one copy of the APOE4 variant and by approximately 10
to15-fold for individuals with two copies of this variant
(E4/E4 genotype). The APOE2 variant has some protective
effect against development of late onset AD. The lifetime
risk for late onset AD is approximately 10-12% in the
general population, though it is higher in women than men
and doubles when there is a first degree relative with this
disorder. The lifetime risk is approximately 9% for
individuals negative for APOE4, and for individuals with
E4/E4 may be as high as 25% for males and 45% for females.
Among patients with late onset AD, the presence of APOE4
may lead to earlier development of symptoms.

However, APOE4 is neither necessary nor sufficient for the
development of AD. Approximately 30-50% of patients with
late onset AD do not have an APOE4 allele.

APOE4 is common, with 25% of the general population having
one copy and 1% having two copies of this variant. Among
patients with late onset AD, 50-70% are positive for APOE4.

The development of late onset AD is influenced by many
factors other than APOE4 including age, gender, family
history, level of education and history of head trauma.

Date Issued: 02/20/19 1630 ET                **FINAL REPORT**                          Page 4 of 9

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 293

## ▓LabCorp                                                        Patient Report

Patient: MERRYMAN, BRANDI
DOB:            Patient ID:              Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

Midlife cardiovascular risk factors in individuals with
APOE4 also increase risk for cognitive decline. A number of
genetic influences in addition to APOE4 have also been
reported and are under investigation.

This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration. The FDA has determined
that such clearance or approval is not necessary.

REFERENCES

Altmann A et al. Sex modifies the APOE-related risk of
developing Alzheimer disease. Annal Neurol
2014;75(4):563-573

Bird TD. Alzheimer Disease Overview. GeneReviews
(internet). Pagon RA et al., editors. Seattle WA:
University of Washington, Seattle, WA. Last revised 2014.

Goldman JS et al. Genetic counseling and testing for
Alzheimer disease: Joint practice guidelines of the
American College of Medical Genetics and the National
Society of Genetic Counselors. Genet in Med
2011;13(6)597-605.

Schipper HM. Apolipoprotein E: Implications for AD
neurobiology, epidemiology and risk assessment.
Neurobiology of Aging 2011;32:778-790

**Heavy Metals Profile I, Blood**

| | | | | | |
|---|---|---|---|---|---|
| Lead, Blood | None Detected | | ug/dL | 0 - 4 | 01 |

Blood Lead Collection Method: Venous
Testing performed by Inductively coupled plasma/Mass Spectrometry.
Environmental Exposure:
WHO Recommendation    <20
Occupational Exposure:
OSHA Lead Std        40
BEI                30
Detection Limit = 1
This test was developed and its performance
characteristics determined by LabCorp. It has not been
cleared or approved by the Food and Drug Administration.

| | | | | | |
|---|---|---|---|---|---|
| Arsenic, Blood [A] | 8 | | ug/L | 2 - 23 | 01 |

Detection Limit = 1

| | | | | | |
|---|---|---|---|---|---|
| Mercury, Blood [A] | None Detected | | ug/L | 0.0 - 14.9 | 01 |

Environmental Exposure:  <15.0
Occupational Exposure:
BEI - Inorganic Mercury: 15.0
Detection Limit = 1.0

| | | | | | |
|---|---|---|---|---|---|
| **Trans. Growth Fact. beta 1*** | 2640 | | pg/mL | 867 - 6662 | 05 |

Date Issued: 02/20/19 1630 ET               **FINAL REPORT**               Page 5 of 9

This document contains private and confidential health information protected by state and federal law.     © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288     All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 294

## LabCorp                                                      Patient Report

Patient: MERRYMAN, BRANDI
DOB:                Patient ID:              Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|

The result is reported in pg/mL. The assay range is approximately 98 to 400,000. The reference range for a healthy population is 867-6662. However it should be noted that these ranges are obtained from a limited population of apparently healthy adults and are not diagnostic thresholds.
*This test was developed and its performance characteristics determined by Viracor Eurofins. It has not been cleared or approved by the U.S. Food and Drug Administration.

**Hemoglobin A1c**

| Hemoglobin A1c | 4.7 | Low | % | 4.8 - 5.6 | 02 |
|---|---|---|---|---|---|

Please Note:                                                          02
        Prediabetes: 5.7 - 6.4
        Diabetes: >6.4
        Glycemic control for adults with diabetes: <7.0

| Total Glutathione | 283 | | ug/mL | 176 - 323 | 01 |
|---|---|---|---|---|---|

Results of this test are for Investigational Purposes Only. The performance characteristics of this assay have been determined by LabCorp. The result should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

| VIP, Plasma | 34.2 | | pg/mL | 0.0 - 58.8 | 01 |
|---|---|---|---|---|---|

Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

**ADH**

| ADH | 1.2 | | pg/mL | 0.0 - 4.7 | 01 |
|---|---|---|---|---|---|

Comment:                                                             01
    Results of this test are labeled for research purposes only by the assay's manufacturer. The performance characteristics of this assay have not been established by the manufacturer. The result should not be used for treatment or for diagnostic purposes without confirmation of the diagnosis by another medically established diagnostic product or procedure. The performance characteristics were determined by LabCorp.

| Interleukin-6, Plasma | 1.4 | | pg/mL | 0.0 - 12.2 | 01 |
|---|---|---|---|---|---|

Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

**Brucella Antibody IgG, EIA**

This document contains private and confidential health information protected by state and federal law.          © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288          All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 295

## ≝LabCorp

**Patient Report**

Patient: MERRYMAN, BRANDI
DOB:              Patient ID:              Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Brucella Antibody IgG, EIA | | | | | |
| | Negative | | | Negative | 01 |
| Please Note: | | | | | 01 |

This assay detects Brucella abortus, melitensis, and suis.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

**Brucella Antibody IgM, EIA**
Brucella Antibody IgM, EIA

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Negative | | | Negative | 01 |
| Please Note: | | | | | 01 |

This assay detects Brucella abortus, melitensis, and suis.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

**MTHFR**

MTHFR, DNA Analysis                                                04
    Result: A1298C/A1298C

    Two copies of the same mutation (A1298C/A1298C) identified

    Interpretation:
    This patient's sample was analyzed for the MTHFR mutations
    C677T and A1298C. Two copies of the A1298C mutation were
    identified. Results for the C677T mutation were negative.
    Elevated homocysteine levels have not been reported when
    two copies of the A1298C mutation have been found. The
    diagnosis of hyperhomocysteinemia can not rely on DNA
    testing alone but should take into consideration clinical
    findings and other studies, such as serum homocysteine
    levels. Because MTHFR mutations and their associated risks
    are inherited, genetic counseling and testing of at-risk
    family members should be considered.

Please Note:                                                       06
    Methylenetetrahydrofolate reductase (MTHFR) is a key enzyme in the
    folate pathway and is responsible for the metabolism of homocysteine.
    There are two common variants in the MTHFR gene, c.655c>T
    (p.Ala222Vall), referred to as C677T, and c.1286A>C (p.Glu429Ala),
    referred to as A1298C. Individuals homozygous for C677T (two copies
    of the variant), have decreased activity of the MTHFR enzyme and a
    predisposition to hyperhomocysteinemia, particularly when deficient in
    folate. Hyperhomocysteinemia is a risk factor for venous thrombosis
    and coronary artery disease and is associated with an increased risk
    of fetal open neural tube defects. The C677T variant does not
    independently increase risk of these conditions in the absence of
    hyperhomocysteinemia. The A1298C variant is not associated with
    elevated homocysteine levels unless a C677T variant is also present;
    however, the clinical significance of heterozygosity for both C677T
    and A1298C is controversial. Population data suggest that these two

Date issued: 02/20/19 1630 ET                **FINAL REPORT**                Page 7 of 9

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 296

4/29/2019 10:11 AM  FROM: Suzanne K Gazda MD PA  TO: 16033344176  PAGE: 021 OF 022

## LabCorp                                                          Patient Report

Patient: MERRYMAN, BRANDI
DOB:          Patient ID:          Control ID: 53077709782

Specimen ID: 039-363-0777-0
Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|

variants are not present on the same chromosome, but rare exceptions
have been reported of triple variant MTHFR genotypes (ie. homozygous
for one variant and heterozygous for the other). Homozygosity for
C677T has an estimated frequency of 10% to 15% in Caucasians and 25%
in Hispanics.
Additional information:
Dietary folic acid, B6 and B12 supplementation has been suggested to
lower homocysteine levels in some people. Folic acid supplementation
has been shown to reduce the occurrence of neural tube defects.
Genetic counselors are available for health care providers to discuss
results at 1-800-345-GENE.
Methodology:
DNA analysis of the MTHFR gene was performed by PCR
amplification followed by restriction analysis.  The
diagnostic sensitivity is >99% for both. Molecular-based
testing is highly accurate, but as in any laboratory test,
rare diagnostic errors may occur.  All test results must be
combined with clinical information for the most accurate
interpretation.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved by
the Food and Drug Administration.
References:
Botto LD, Yang Q. Am J Epidemiol 2000; 151(9):862-877.
Eldibany MM, Caprini JA. Arch Pathol Lab Med 2007; 131(6):872-884.
Frosst P et al. Nat Genet 1995; 10(1):111-113.
Hickey SE et al. Genet Med 2013; 15(2):153-156.
Lockwood C et al. Obstet Gynecol 2011; 118(3):730-740.
Simone B et al. Eur J Epidemiol 2013; 28(8):621-647.
Chevonne Eversley, PhD, FACMG
Melissa A Hayden, PhD, FACMG
Annette K Taylor, M.S., PhD, FACMG
Alecia Willis, PhD, FACMG
Hongli Zhan, PhD, FACMG
Joseph B Kearney, PhD, FACMG

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Homocyst(e)ine | 6.6 | | umol/L | 0.0 - 15.0 | 02 |
| Copper, Serum ^ | 113 | | ug/dL | 72 - 166 Detection Limit = 5 | 01 |
| Zinc, Plasma or Serum ^ | 64 | | ug/dL | 56 - 134 Detection Limit = 5 | 01 |
| Glucose, Plasma | 105 | High | mg/dL | 65 - 99 | 02 |

Please Note:
Prediabetes       100 - 125
Diabetes              >125

Melanocyte Stimulating Hormone

| | 38 | | pg/mL | 0 - 40 | 01 |
|---|----|--|-------|--------|----|

Results for this test are for research purposes only by the assay's

Date Issued: 02/20/19 1630 ET                    **FINAL REPORT**                    Page 8 of 9

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 297

# LabCorp                                                                           Patient Report

Patient: MERRYMAN, BRANDI                                                Specimen ID: 039-363-0777-0
DOB:          Patient ID:                    Control ID: 53077709782      Date collected: 02/08/2019 0832 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

manufacturer. The performance characteristics of this product have
not been established. Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Magnesium, RBC [A] | 4.6 | | mg/dL | 4.2 - 6.8 | 01 |
| Selenium, Serum/Plasma [A] | 231 | High | ug/L | 91 - 198 | 01 |

Comments:
[A] This test was developed and its performance characteristics determined by
LabCorp. It has not been cleared or approved by the Food and Drug
Administration.

| 01 | BN | LabCorp Burlington | Dir: Sanjai Nagendra, MD |
|---|---|---|---|
| | | 1447 York Court, Burlington, NC 27215-3361 | |
| 02 | HD | LabCorp Houston | Dir: Kyle Eskue, MD |
| | | 7207 North Gessner, Houston, TX 77040-3143 | |
| 03 | 2Q | LabCorp Burlington DNA | Dir: George Maha, PhD |
| | | 1440 York Court, Burlington, NC 27215-3361 | |
| 04 | UY | Esoterix Inc | Dir: Brian F. Poirier, MD |
| | | 8490 Upland Drive Ste 100, Englewood, CO 80112-7116 | |
| 05 | NEWXW | Viracor Eurofins | Dir: Michelle Altrich, PhD |
| | | 1001 NW Technology Drive, Lees Summit, MO 64086-5603 | |
| 06 | TG | LabCorp RTP | Dir: Arundhati Chatterjee, MD |
| | | 1912 TW Alexander Drive, RTP, NC 27709-0150 | |

For inquiries, the physician may contact Branch: 713-856-8288 Lab: 800-762-4344

---

This document contains private and confidential health information protected by state and federal law.      © 1995-2019 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 713-856-8288      All Rights Reserved - Enterprise Report Version: 1.00

Lincoln/Merryman 298

# F   A   X   S   H   E   E   T

| | |
|---|---|
| Date: | Apr-29-2019 09:36:04 |
| To: | |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 1-603-334-4176 |
| To Company: | |
| From Name: | Gutierrez,Andrew |
| From Company: | |
| From Facility: | Suzanne K Gazda MD PA |
| Support Contact: | |
| Number of Page(s): | 5 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 299

Patient Name: Merryman, Brandi,  DOB:        ,  Account No: 34111

**Progress Notes**

**Patient:** Merryman, Brandi A
**Account Number:** ecw34111
**DOB:**           **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**

**Provider:** Suzanne K Gazda M.D.

**Date:** 02/28/2019

---

## Subjective:

**Chief Complaints:**

1. Follow-up Visit .

**HPI:**

GENERAL:

Brandi returns; she feels like she is slowly getting worse. I reviewed all of her lab. He has restarted on her IVIG, it had been put on hold in early December because of thrombus. She is on anticoagulation therapy. Primary symptoms are listed below:

1). Severe generalized myofascial pain, joint pain.

2). Excessive GI issues, bloating, abdominal discomfort, nausea, irregular bowel movements, extensive GI work-up negative, recurrent kidney stones.

3). Diagnosed in February of 2015 with mixed connective tissue disease, Dr. Wickersham, now being followed for lupus. Onset of MS symptoms were in 2015 with left lower extremity numbness and tingling in the left hand. She was started on Copaxone.

4). Spasms

5). Intermittent difficulty swallowing.

6). Chronic nausea

7). Depression / anxiety, difficulty with sleep.

8). Excessive weight gain.

**ROS:**

An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency, Pulmonary Embolus, followed by Dr. Kazhdan, started on Eliquis in December of 2018 .

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**

Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:**

General: no Smoking  Are you a:  never smoker.

She lives in an apartment near her parents. Patient is single. Was working at USAA, is now on long-term disability. For the last two years she worked from home. She has been with USAA for four years, prior to that she was at Wells Fargo, both were moldy areas. She grew up in Victoria. After she left Victoria she went through a bad breakup with her boyfriend, moved to San Antonio, and did have some unusual symptoms that lasted for a few months, and then resolved. After that she was back to her normal healthy self.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 2.5 MG Tablet 3 tablets (7.5mg) Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Taking IVIG , Medication List reviewed and reconciled with the patient

**Allergies:** Latex

---

## Objective:

**Vitals:** Ht 5'3", Wt 197, BMI 34.89, Blood pressure (BP) 123/76, Heart rate 94, Respiratory rate (RR) 16.

**Examination:**

STUDIES:

REVIEW OF RECORDS 9/04/18: EMG - Tarsal tunnel bilaterally. Cervical MRI per Dr. Neiman showed multiple lesions, consistent with MS. Please note at the time of this dictation all records were not available to me.

DIAGNOSTIC STUDIES:

1). MRI brain performed 8/27/18: Showing focal areas of increased signal in the subcortical white matter in the left parietal lobe, multiple additional lesions in the subcortical and periventricular white matter, including the right temporal, frontal, and parietal lobes. Cervical cord showed a lesion at C2, lumbar spine was unremarkable, thoracic MRI showed no cord pathology.

2). Lab 2/08/19: Reverse T3-32, T4-1.2, TSH 0.733, chemistry panel/glucose 110 (on steroids), ALT 39, cholesterol 231, Lyme Western Blot negative, ANA comprehensive panel negative, EB Virus 467 / 335, Chlamydia 1:128, cortisol < 2, DHE < 10, candida antibodies elevated, Vitamin B12 451, MMP9 -1140, hormone levels unrevealing, Vitamin D 27.5, anti-Gad 26.8 (normal less than 5), leptin 70, antigliadin antibodies negative, Vitamin C 0.4, osmolality 302, insulin 33, free T3-3.3, CD57-117, WBC 11.5 (on steroids), E3/E3, transgrowth factor beta 2640, hemoglobin A1C 4.7, VIP and total glutathione normal, ADH 1.2, MTHFR A1298C - homozygous, copper 113, homocysteine 6.6, MSH 38, magnesium 4.6.

---

Lincoln/Merryman 300

4/29/2019 10:07 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 003 OF 005
Patient Name: Merryman, Brandi,  DOB:          Account No: 34111

## Physical Examination:

GENERAL: Mild obesity.

HEENT: Pupils are 3 mm. and reactive. Sclera and conjunctiva are clear. Fundi show normal disc margins with normal AV ratio.

NECK: Supple with no meningeal signs or bruits.

BACK AND EXTREMITIES: Shows full range of motion in all joints.

NEUROLOGICAL:

MENTAL STATUS: The patient is alert and cooperative with fluent speech. There is no aphasia, agnosia, or apraxia. Affect is appropriate with normal mood and no mood lability. Thought processes are goal directed. The patient relates a clear history. Thought content is devoid of delusions or hallucinations. Intelligence is normal for age and educational level. Sensorium is clear. The patient is oriented to time, place, and person. Concentration span and memory skills are intact for both visual and verbal tasks. Judgment and insight are good.

CRANIAL NERVES: Cranial nerves II; visual fields are full to confrontation. III, IV, and VI; extraocular movements are full with no nystagmus. V, VII; facial sensation and symmetry are normal. VIII; hearing is normal in both ears. IX, and X; palate and gag are symmetric. XI and XII; SEMs and tongue are symmetric in strength, no atrophy.

MOTOR: Shows normal strength and tone in all extremities. There is no atrophy, fasciculations, or tremor.

CEREBELLAR: Mild tremor with extension.

STATION AND GAIT: She has trouble tandem walking, but otherwise gait is intact, ambulates without assistance.

REFLEXES: Reflexes are absent in the upper and lower extremities.

SENSATION: Decreased sensation in the lateral aspect of the left thigh.

## Assessment:

### Assessment:

1. Multiple sclerosis - G35 (Primary)

1). Relapsing-remitting MS; Brandi is a 28-year-old female who started to get severely ill in college. She developed generalized myofascial pain, a lot of gut issues, recurrent kidney stones, and in February of 2015 was diagnosed with MCTD and eventually lupus. MS symptoms started in 2017. She was diagnosed with RRMS by Dr. Neiman. MRI of the brain and cervical spine were consistent. No lumbar puncture was performed. She was started on Copaxone. IVIG was added in October of 2017 due to aggressive lupus and lack of MS control. She received 2 doses of IVIG and then developed a pulmonary embolus, which hospitalized her December 24, 2018. She was started on Eliquis and is now being monitored by hematology.

2). Subclinical hypothyroidism

3). Stiff Person's syndrome, positive anti-Gad

4). Elevated chlamydia and viral titers

5). Elevated candida

6). Adrenal deficiency

7). B12 deficiency

8). Elevated glucose / insulin, high leptin

9). Vitamin C deficiency, Vitamin D deficiency Zinc and magnesium.

10). Homozygous for MTHFR A1298C

11). Questionable positive CIRS markers.

## Plan:

### 1. Multiple sclerosis

Notes: 1). Supplements: Vitamin D3 10,000 IU q. day, Vitamin B12 5,000 mcg. day sublingual, Drenamax 3 per day, Vitamin C 1 gm twice a day, Mag-Citrate 300 mg. day, Zinc 30 mg. a day, Oregano Oil 2 PO b.i.d., MegaSpore probiotic, Great Plains Lab urine, Mycotoxins, we have given her 3 sessions with Michelle.

2). Continue IVIG

3). I have asked her to do a bone broth diet for the next three days to initiate her gut reset.

4). I have also recommended CBD 2500 1 dropperful, increasing to 3 dropperfuls if needed.

5). Follow-up with me in three to four weeks or sooner if necessary. I have also asked her to begin the practice of meditation. .

**Procedure Codes:** 99355 PROLONGED SERVICE, OFFICE

**Follow Up:** 6 Weeks

**Provider:** Suzanne K Gazda MD.

**Patient:** Merryman, Brandi A **DOB:**          **Date:** 02/28/2019

**Electronically signed by Suzanne Gazda , MD on 04/29/2019 at 09:35 AM CDT**

**Sign off status: Pending**

Lincoln/Merryman 301

**Progress Notes**

**Patient:** Merryman, Brandi A
**Account Number:** ecw34111
**DOB:**             **Age:** 28 Y   **Sex:** Female
**Phone:**
**Address:**

**Provider:** Suzanne K Gazda M.D.

**Date:** 01/30/2019

## Subjective:

### Chief Complaints:
1. New Patient Consult .

### HPI:
GENERAL:
    Brandi is a very complicated patient. She has been followed by Dr. Neiman for multiple sclerosis. They are seeking a second opinion. Brandi is 28 years old. She was sick from almost day 1 as a child. She was born in San Antonio, a vaginal birth, and breastfed, but got frequent infections as a child. When she was in junior high she had a bunionectomy that was a very complicated surgery. She had a lot of difficulty healing afterward, was on antibiotics for almost a year. She then started to have a lot of gut issues. She was still active in high school, she was a cheerleader, went to college, but that is when she really started to decline. She developed the following:
    1). Severe generalized myofascial pain, joint pain.
    2). Excessive GI issues, bloating, abdominal discomfort, nausea, irregular bowel movements, extensive GI work-up negative, recurrent kidney stones.
    3). Diagnosed in February of 2015 with mixed connective tissue disease, Dr. Wickersham, now being followed for lupus. Onset of MS symptoms were in 2015 with left lower extremity numbness and tingling in the left hand. She was started on Copaxone.

### ROS:
    An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems. Review is significant for the above. She did have 2 courses of IVIG, and apparently there was some difficulty with access, apparently she developed superficial phlebitis, no infusion notes are available.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency, Pulmonary Embolus, followed by Dr. Kazhdan, started on Eliquis in December of 2018 .

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

### Family History:
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

### Social History:
General: no Smoking  Are you a:  never smoker.
She lives in an apartment near her parents. Patient is single.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 2.5 MG Tablet 3 tablets (7.5mg) Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Taking IVIG

**Allergies:** Latex

## Objective:

**Vitals:** Ht 5'3", Wt 206, BMI 36.49, Blood pressure (BP) 128/68.

### Examination:
STUDIES:
    REVIEW OF RECORDS 9/04/18: EMG - Tarsal tunnel bilaterally. Cervical MRI per Dr. Neiman showed multiple lesions, consistent with MS. Please note at the time of this dictation all records were not available to me.
    DIAGNOSTIC STUDIES:
    1). MRI brain performed 8/27/18: Showing focal areas of increased signal in the subcortical white matter in the left parietal lobe, multiple additional lesions in the subcortical and periventricular white matter, including the right temporal, frontal, and parietal lobes. Cervical cord showed a lesion at C2, lumbar spine was unremarkable, thoracic MRI showed no cord pathology.

Lincoln/Merryman 302

4/29/2019 10:07 AM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 005 OF 005
Patient Name: Merryman, Brandi,  DOB:       ,  Account No: 34111

**Physical Examination:**

GENERAL: Mild obesity.

HEENT: Pupils are 3 mm. and reactive. Sclera and conjunctiva are clear. Fundi show normal disc margins with normal AV ratio.

NECK: Supple with no meningeal signs or bruits.

BACK AND EXTREMITIES: Shows full range of motion in all joints.

NEUROLOGICAL:

MENTAL STATUS: The patient is alert and cooperative with fluent speech. There is no aphasia, agnosia, or apraxia. Affect is appropriate with normal mood and no mood lability. Thought processes are goal directed. The patient relates a clear history. Thought content is devoid of delusions or hallucinations. Intelligence is normal for age and educational level. Sensorium is clear. The patient is oriented to time, place, and person. Concentration span and memory skills are intact for both visual and verbal tasks. Judgment and insight are good.

CRANIAL NERVES: Cranial nerves II; visual fields are full to confrontation. III, IV, and VI; extraocular movements are full with no nystagmus. V, VII; facial sensation and symmetry are normal. VIII; hearing is normal in both ears. IX, and X; palate and gag are symmetric. XI and XII; SEMs and tongue are symmetric in strength, no atrophy.

MOTOR: Shows normal strength and tone in all extremities. There is no atrophy, fasciculations, or tremor.

CEREBELLAR: Mild tremor with extension.

STATION AND GAIT: She has trouble tandem walking, but otherwise gait is intact, ambulates without assistance.

REFLEXES: Reflexes are absent in the upper and lower extremities.

SENSATION: Decreased sensation in the lateral aspect of the left thigh.

**Assessment:**

**Assessment:**

1. Multiple sclerosis - G35 (Primary)

1). Relapsing-remitting MS; Brandi is a 28-year-old female who started to get severely ill in college. She developed generalized myofascial pain, a lot of gut issues, recurrent kidney stones, and in February of 2015 was diagnosed with MCTD and eventually lupus. MS symptoms started in 2017. She was diagnosed with RRMS by Dr. Neiman. MRI of the brain and cervical spine were consistent. No lumbar puncture was performed. She was started on Copaxone. IVIG was added in October of 2017 due to aggressive lupus and lack of MS control. She received 2 doses of IVIG and then developed a pulmonary embolus, which hospitalized her December 24, 2018. She was started on Eliquis and is now being monitored by hematology.

**Plan:**

**1. Multiple sclerosis**

Notes:

1). I would like to review all of her records from hematology.

2). Records from Dr. Wickersham.

3). Current set of lab including integrative lab, also GI map and Great Plains Lab, organic acid.

4). Appt. with Michelle or Wendy for autoimmune paleo diet.

5). Follow-up with me after the above has been completed.

6). Continue IVIG with close clinical follow-up and monitoring.

.

**Procedure Codes:** 99354 PROLONGED SERVICE, OFFICE ADDITIONAL 30-74 MIN.

**Follow Up:** prn

**Provider:** Suzanne K Gazda MD.

**Patient:** Merryman, Brandi A **DOB:**           **Date:** 01/30/2019

**Electronically signed by Suzanne Gazda , MD on 04/29/2019 at 09:35 AM CDT**

**Sign off status:** Pending

Lincoln/Merryman 303

# F  A  X  S  H  E  E  T

Date:                        Apr-23-2019 01:12:55
To:                          LINCOLN FINANCIAL
Subject:                     Cumulative eReport
Fax Number:                  603-334-4176
To Company:
From Name:                   GUNN,LINDSEY
From Company:                Arthritis Associates
From Facility:               Arthritis Associates
Support Contact:
Number of Page(s):           7

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 304

Patient Name: Merryman, Brandi,  DOB:        I,  Account No: 63481

Apr 23, 2019 13:12 PM

# Merryman, Brandi, F,

## CUMULATIVE REPORT

### URINE DRUG SCREEN

| COLLECTION DATE | 04/08/2019 | 03/05/2019 | 02/05/2019 | 01/04/2019 | 11/05/2018 | | |
|---|---|---|---|---|---|---|---|
| Order Date | | 04/08/2019 | 03/05/2019 | | 02/05/2019 | 01/04/2019 | 11/05/2018 |
| Result Date | | 04/10/2019 | 03/08/2019 | | 02/06/2019 | 01/04/2019 | 11/09/2018 |
| Ordering Physician | | Wickersham, Pendleton | Wickersham, Pendleton | | Wickersham, Pendleton | Wickersham, Pendleton | Wickersham, Pendleton |
| AMPH | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| BARB | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| BNZ | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| COC | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| MTD | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| OPI | | **Positive A (Negative )** | **Positive A (Negative )** | | **Positive A (Negative )** | **Positive A (Negative )** | **Positive A (Negative )** |
| OXY | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| PCP | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| THC | | **Positive A (Negative )** | **Positive A (Negative )** | | Negative (Negative ) | **Positive A (Negative )** | **Positive A (Negative )** |
| XTC | | Negative (Negative ) | Negative (Negative ) | | Negative (Negative ) | Negative (Negative ) | Negative (Negative ) |
| Creat_U | | 190.3 (20.0-320.0 mg/dL) | 86.7 (20.0-320.0 mg/dL) | | **430.8 H (20.0-320.0 mg/dL)** | 83.6 (20.0-320.0 mg/dL) | 218.0 (20.0-320.0 mg/dL) |

### LUPUS ANTICOAGULANT EVALUATION WITH REFLEX

Lincoln/Merryman 305

4/23/2019 1:13 PM  FROM: Fax Arthritis Associates  TO: 6033344176  PAGE: 003 OF 007
Patient Name: Merryman, Brandi,  DOB:          Account No: 63481

## COLLECTION DATE    12/04/2018

| | |
|---|---|
| Order Date | 12/04/2018 |
| Result Date | 12/07/2018 |
| Ordering Physician | Wickersham, Pendleton |
| DRVVT SCREEN | **72 H** |
| | **(< OR = 45 seconds)** |
| LUPUS ANTICOAGULANT | SEE NOTE |
| | (NOT DETECTED ) |
| PTT-LA SCREEN | 33 |
| | (< OR = 40 seconds) |

### DRVVT CONFIRM

## COLLECTION DATE    12/04/2018

| | |
|---|---|
| Order Date | 12/04/2018 |
| Result Date | 12/07/2018 |
| Ordering Physician | Wickersham, Pendleton |
| DRVVT CONFIRM | NEGATIVE |
| | (NEGATIVE ) |

### aCL Abs

## COLLECTION DATE    12/04/2018

| | |
|---|---|
| Order Date | 12/04/2018 |
| Result Date | 12/12/2018 |
| Ordering Physician | Wickersham, Pendleton |
| aCL IgM | 6 |
| | (0-9 MPL U/mL) |
| aCL IgG | **10 H** |
| | **(0-9 GPL U/mL)** |
| aCL IgA | 1 |
| | (0-9 APL U/mL) |

### B2GP1 Abs

## COLLECTION DATE    12/04/2018

| | |
|---|---|
| Order Date | 12/04/2018 |
| Result Date | 12/12/2018 |
| Ordering Physician | Wickersham, Pendleton |
| B2GP1 IgM | 1 |
| | (0-9 U/mL) |
| B2GP1 IgG | 0 |
| | (0-19 U/mL) |
| B2GP1 IgA | 0 |
| | (0-9 U/mL) |

To: LINCOLN FINANCIAL,  Subject: Cumulative eReport,  Fax#: 603-334-4176,   Pt :Merryman, Brandi, F,        SendDate: Apr-23-2019 01:12:55,   page  2/6 [-t

Lincoln/Merryman 306

4/23/2019 1:13 PM   FROM: Fax Arthritis Associates   TO: 6033344176    PAGE: 004 OF 007
Patient Name: Merryman, Brandi,  DOB:            Account No: 63481

**ESR**

COLLECTION DATE   11/05/2018

| | |
|---|---|
| Order Date | 11/05/2018 |
| Result Date | 11/05/2018 |
| Ordering Physician | Wickersham, Pendleton |
| ESR | 12 |
| | (0-20 mm/hr) |

**Urinalysis**

Lincoln/Merryman 307

## COLLECTION DATE    11/05/2018

| | |
|---|---|
| Order Date | 11/05/2018 |
| Result Date | 11/06/2018 |
| Ordering Physician | Wickersham, Pendleton |
| Nitrite | Negative (Negative ) |
| Protein | Negative (Negative ) |
| Blood | Negative (Negative ) |
| WBC | **1-2 A** **(Negative )** |
| Urine RBC | Negative (Negative ) |
| Leukocyte Esterase | Negative (Negative ) |
| Casts | Negative (Negative ) |
| Epithelial | **4-8 A** **(Negative )** |
| Clarity | **Hazy A** **(Clear )** |
| Color | Yellow (Yellow ) |
| Sp. Gr. | 1.030 (1.0020-1.0300 ) |
| pH | 6.0 (5.00-8.50 ) |
| Glucose | Negative (Negative ) |
| Ketones | Negative (Negative ) |
| Bilirubin | Negative (Negative ) |
| Urobilinogen | 0.20 (0.20-1.00 ) |
| Bacteria | **Trace A** **(Negative )** |
| Crystals | Negative (Negative ) |
| Mucous | **Trace A** **(Negative )** |
| Yeast | Negative (Negative ) |
| Other | **RTE 0-1 A** **(Negative )** |

**CBC**

Lincoln/Merryman 308

4/23/2019 1:13 PM  FROM: Fax Arthritis Associates  TO: 6033344176   PAGE: 006 OF 007
Patient Name: Merryman, Brandi,  DOB:          Account No: 63481

COLLECTION DATE   11/05/2018

| | |
|---|---|
| Order Date | 11/05/2018 |
| Result Date | 11/05/2018 |
| Ordering Physician | Wickersham, Pendleton |
| WBC | 10.8 |
| | (4.5-11.0 mm3) |
| HCT | 42.7 |
| | (34.0-46.0 %) |
| HGB | 14.4 |
| | (11.5-15.0 g/dL) |
| PLT | 237 |
| | (150-500 X10 3) |
| LYMPHS | 31.1 |
| | (20.0-51.0 %) |
| MCV | 91 |
| | (80-98 uu3) |
| SEGS | 60.5 |
| | (42.0-75.0 %) |
| MCH | 30.5 |
| | (27.0-34.0 uug) |
| EOS | 2.0 |
| | (0.0-5.0 %) |
| MCHC | 33.6 |
| | (32.0-36.0 %) |
| MONOS | 5.6 |
| | (2.0-9.0 %) |
| MPV | 8.3 |
| | (6.7-9.7 u3) |
| RBC | 4.71 |
| | (3.80-5.10 mm3) |
| RDW | 10.9 |
| | (9.0-15.0 %) |
| BASOS | 0.8 |
| | (0.0-2.0 %) |

**CMP**

To: LINCOLN FINANCIAL,  Subject: Cumulative eReport,  Fax#: 603-334-4176,   Pt :Merryman, Brandi, F,          SendDate: Apr-23-2019 01:12:55,   page  5/6 [-t.

Lincoln/Merryman 309

4/23/2019 1:13 PM  FROM: Fax Arthritis Associates  TO: 6033344176   PAGE: 007 OF 007
Patient Name: Merryman, Brandi,  DOB:        ,  Account No: 63481

## COLLECTION DATE    11/05/2018

| | |
|---|---|
| Order Date | 11/05/2018 |
| Result Date | 11/05/2018 |
| Ordering Physician | Wickersham, Pendleton |
| Creatinine | 0.6 |
| | (0.6-1.4 mg/dL) |
| SGPT/ALT | 12 |
| | (4-36 U/L) |
| SGOT/AST | 12 |
| | (8-36 U/L) |
| Alk Phos | 59 |
| | (53-128 U/L) |
| Glucose | 89 |
| | (64-112 mg/dL) |
| Potassium | 4.1 |
| | (3.5-5.3 mmol/L) |
| Sodium | 136 |
| | (135-149 mmol/L) |
| Chloride | **110 H** |
| | **(94-108 mmol/L)** |
| Calcium | 9.6 |
| | (8.4-10.4 mg/dL) |
| A/G Ratio | 1.6 |
| | (0.8-2.5 g/dL) |
| Albumin | 4.0 |
| | (3.6-5.2 g/dL) |
| B/C Ratio | 11.7 |
| | (6.0-25.0 Ratio) |
| BUN | 7 |
| | (7-26 mg/dL) |
| Total Bilirubin | 0.2 |
| | (0.0-1.2 mg/dL) |
| Total Protein | 6.5 |
| | (6.0-8.3 g/dL) |

**CRP\***

## COLLECTION DATE    11/05/2018

| | |
|---|---|
| Order Date | 11/05/2018 |
| Result Date | 11/05/2018 |
| Ordering Physician | Wickersham, Pendleton |
| CRP | **2.00 H** |
| | **(0.00-0.60 mg/dL)** |

Merryman, Brandi, F,

Lincoln/Merryman 310

# F    A    X    S    H    E    E    T

| | |
|---|---|
| Date: | Apr-23-2019 01:12:55 |
| To: | LINCOLN FINANCIAL |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 603-334-4176 |
| To Company: | |
| From Name: | GUNN,LINDSEY |
| From Company: | |
| From Facility: | Arthritis Associates |
| Support Contact: | |
| Number of Page(s): | 15 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 311

**Progress Notes**

**Patient:** Merryman, Brandi
**Account Number:** 63481
**DOB:**          **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Branden Neiman

**Provider:** Pendleton Wickersham, MD

**Date:** 04/08/2019

## Subjective:

**Chief Complaints:**
  1. F/U.

**HPI:**
  Current symptom(s):
    Pain Management:
      Pain follow up plan documented:  *Yes*

  - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Currently she reports moderate to severe pain in her joints and spine that is a daily process. Medications help somewhat (Mg has helped in particular) and she has noted associated stiffness. Recent symptoms have included numbness, trigeminal neuralgia, and joint pain/swelling.

  Since her last visit she developed another clot and is likely to need Xarelto permanently.

  Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman. Copaxone did not help but Mg has helped. Benlysta and arava have been stopped.

  Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

**Medical History:** Anemia, Nephrolithiasis, recurrent, gastritis/PUD/hiatal hernia.

**Surgical History:** bunionectomy 2005, removal cyst inner thigh 2011.

**Family History:**
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

**Social History:**
  Tobacco Use:
    Tobacco Use/Smoking
      Smoking Status: *nonsmoker*

**Medications:** Taking Allopurinol 100 Tablet 2 tablets Orally Once a day, Taking Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal EVERY 7 DAYS, Taking Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day, Taking Mg , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day, Taking Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day, Not-Taking Fluconazole 150 MG Tablet 1 tablet Orally once, Not-Taking Leflunomide 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs, Not-Taking Medrol 4 MG Tablet Therapy Pack as directed Orally , Medication List reviewed and reconciled with the patient

**Allergies:** LATEX.

## Objective:

**Vitals:** HR 85 /min, BP 114/86 mm Hg, Ht 5 ft 3 in, Wt 196.0 lbs, BMI 34.72 Index, Pain scale 4 1-10.

**Examination:**
  General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM.
    SKIN: malar erythema is present as well as livedo reticularis.

## Assessment:

Lincoln/Merryman 312

Patient Name: Merryman, Brandi,  DOB:          Account No: 63481

## Assessment:
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Multiple sclerosis - G35
3. Calculus of kidney - N20.0
4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Long term (current) use of opiate analgesic - Z79.891
9. Other long term (current) drug therapy - Z79.899

## Plan:

### 1. Systemic lupus erythematosus, unspecified
Refill Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day ;  Continue Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2 ;  Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK ;  Continue PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5 ;  Start Methotrexate Sodium Solution, 250 MG/10ML, 0.4ml, Injection, once a week, 28 days, 10 Milliliter, Refills 2 ;  Start Folic Acid Tablet, 1 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 5 .
Notes: Pt has active SLE/MS overlap although Mg has helped. Restart MTX SQ which did help in the past. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). PMP reviewed today. Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Her prednisone dose is 5mg daily..

### 2. Multiple sclerosis
Notes: Continue to follow with Dr. Neimann and Dr. Gazda as above..

### 3. Calculus of kidney
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day .
Notes: Continue allopurinol and hydration..

### 4. Embolism and thrombosis of arteries of the upper extremities
Notes: Patient is currently on xarelto. Continue to follow with hematology, I do suspect she will need lifelong anticoagulation.

### 5. Personal history of peptic ulcer disease
Notes: Continue to avoid NSAIDs.

### 6. Vitamin D deficiency, unspecified
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day .
Notes: Continue replacement and follow vitamin D level..

### 7. Other long term (current) drug therapy
   LAB: URINE DRUG SCREEN

### 8. Others
Notes: Add ginger capsules 1100mg daily for nausea., ~~Fall risk was discussed with patient. Counseled about ways to prevent falls such as having areas well-illuminated and avoiding loose carpets or objects on the floor.

**Procedure Codes:** 80307 DRUG TEST PRSMV CHEM ANLYZR

**Follow Up:** 4 Weeks, 3 Months

**Provider:** Pendleton Wickersham, MD
**Patient:** Merryman, Brandi  **DOB:**          **Date:** 04/08/2019

**Electronically signed by Pendleton Wickersham , MD on 04/23/2019 at 01:11 PM CDT**
**Sign off status: Pending**

Lincoln/Merryman 313

Patient Name: Merryman, Brandi,  DOB:          ,  Account No: 63481

---

**Progress Notes**

**Patient:** Merryman, Brandi
**Account Number:** 63481
**DOB:**          **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Branden Neiman

**Provider:** Elsa M Barto, NP

**Date:** 02/05/2019

---

**Subjective:**

**Chief Complaints:**
1. Follow up.

**HPI:**

Current symptom(s):

Pain Management: Pain follow up plan documented: Yes. - The patient presents for refill of pain medication in the setting of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Currently she reports severe 7/10 pain in her joints and spine that is a daily process. Medications help somewhat (IMg has helped greatly) and she has noted associated stiffness. She reports that despite having a prescription for IMG from Dr. PW, she is unable to get an infusion of IMG. The infusion center is requiring clearance from her hematologist and she is out of town. She is in significant pain over the past few months and is frustrated this visit. Pain management helps keep her mobile and able to self care. Her current MME dose is 22.5 daily.

Since her last visit she developed a small PE (off Xarelto which she is now taking). She is now due for IMg.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman. Copaxone did not help but IMg has helped. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

**ROS:**
Constitutional:
Fatigue **Yes.**
ENMT:
Ringing in the ears **Yes.**
Musculoskeletal:
Neck Pain **Yes.** Joint pain **Yes.** Back Pain **Yes.**
Psychiatric:
Anxiety **Yes.** Difficulty sleeping **Yes.**

**Medical History:** Anemia, Nephrolithiasis, recurrent, gastritis/PUD/hiatal hernia.

**Surgical History:** bunionectomy 2005, removal cyst inner thigh 2011.

**Family History:**
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

**Social History:**
Tobacco Use: Tobacco Use/Smoking  Smoking Status: nonsmoker.
Drugs/Alcohol: Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

**Medications:** Taking Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY, Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous , Taking IMg , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Taking Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal EVERY 7 DAYS, Taking Allopurinol 100 Tablet 2 tablets Orally Once a day, Taking Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day, Taking Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day, Taking Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK, Taking Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK , Taking PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day, Not-Taking Fluconazole 150 MG Tablet 1 tablet Orally once, Not-Taking Leflunomide 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs, Not-Taking Medrol 4 MG Tablet Therapy Pack as directed Orally , Not-Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** LATEX.

**Objective:**

**Vitals:** HR 83 /min, BP 127/92 mm Hg, Ht 5 ft 3 in, Wt 201 lbs, BMI 35.60 Index, Pain scale 7 1-10.

---

Lincoln/Merryman 314

Patient Name: Merryman, Brandi,  DOB:        ,  Account No: 63481

## Examination:

### General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM SKIN: malar erythema is present as well as livedo reticularis. LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

### CQM Exceptions:

Pneumococcal vaccine not administered  Reason:  No reason specified.

## Assessment:

### Assessment:

1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0
4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Multiple sclerosis - G35
9. Long term (current) use of opiate analgesic - Z79.891

## Plan:

### 1. Systemic lupus erythematosus, unspecified

Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day ;  Continue Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2 ;  Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK ;  Continue PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5 .

Notes: Pt has active SLE/MS overlap although IMg has helped. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). PMP reviewed today. Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Increase prednisone dose to 15 mg daily and taper once current joint pain improves. Patient will continue to work on having IMG restarted.

### 2. Other long term (current) drug therapy

LAB: URINE DRUG SCREEN

### 3. Calculus of kidney

Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day .
Notes: Continue allopurinol and hydration.

### 4. Embolism and thrombosis of arteries of the upper extremities

Notes: Patient is currently on xarelto. Continue to follow with hematology.

### 5. Personal history of peptic ulcer disease

Notes: Continue to avoid NSAIDs.

### 6. Vitamin D deficiency, unspecified

Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day .
Notes: Continue replacement and follow vitamin D level.

### 7. Multiple sclerosis

Notes: Continue to follow with Dr. Neimann and Dr. Gazda.

**Procedure Codes:** 80307 DRUG TEST PRSMV CHEM ANLYZR

### Preventive:

Counseling:  Fall Risk Screening:  Screening:  No falls in the past year. BP Management:  REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER:  Referral to general medical service, PHYSICAL ACTIVITY RECOMMENDATION:  Exercise promotion: stretching. Weight Counseling:  Above Normal BMI Follow-up  Exercise promotion: stretching, BMI management provided  Yes.

**Follow Up:** as scheduled

**Provider:** Elsa M Barto, NP
**Patient:** Merryman, Brandi  **DOB**            **Date:** 02/05/2019

**Electronically signed by Elsa Barto , NP on 03/11/2019 at 09:41 AM CDT**
**Sign off status: Completed**

Lincoln/Merryman 315

4/23/2019 1:16 PM FROM: Fax Arthritis Associates TO: 6033344176 PAGE: 006 OF 015

Patient Name: Merryman, Brandi, DOB:     Account No: 63481



# Merryman, Brandi

28 Y old Female, DOB:

Account Number: 63481

Home:

Guarantor: Merryman, Brandi   Insurance: AETNA PPO Payer ID: 60054

PCP: Branden Neiman

Appointment Facility: Arthritis Associates

---

**01/04/2019**           **Progress Notes: Pendleton Wickersham, MD**

## Current Medications

**Taking**
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous
- Mg
- Lexapro 10 MG Tablet 1 tablet Orally Once a day
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal EVERY 7 DAYS

**Not-Taking**
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
    Anemia.
    Nephrolithiasis, recurrent.
    gastritis/PUD/hiatal hernia.

## Surgical History
bunionectomy 2005
removal cyst inner thigh 2011

## Family History
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

## Social History
Tobacco Use:
Tobacco Use/Smoking
    Smoking Status: *nonsmoker*
Drugs/Alcohol:
Alcohol Screen
    Did you have a drink containing alcohol in the past year? *No*
    Points *0*
    Interpretation *Negative*

## Allergies
LATEX

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Constitutional:
    Unexplained weight loss No. Unexplained weight gain No. Fever No. Chills No. Fatigue **Yes**.

## Reason for Appointment
1. OK'D PER DR.PW

## History of Present Illness
Current symptom(s):
    Pain Management:
       Pain follow up plan documented: Yes
- The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Currently she reports severe pain in her joints and spine that is a daily process. Medications help somewhat (IVIg has helped greatly) and she has noted associated stiffness.

Since her last visit she developed a small PE (off Xarelto which she is now taking). She is now due for IVIg.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman. Copaxone did not help but IVIg has helped. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 82 /min, BP 106/85 mm Hg, Ht 5 ft 3 in, Wt 200 lbs, BMI 35.42 index, Pain scale 6 1-10.

## Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM.
    SKIN: malar erythema is present as well as livedo reticularis.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
CQM Exceptions:
    Pneumococcal vaccine not administered
      Reason: *No reason specified*

## Assessments
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0
4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Multiple sclerosis - G35
9. Long term (current) use of opiate analgesic - Z79.891

## Treatment
**1. Systemic lupus erythematosus, unspecified**
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day
Continue Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
Continue PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5
Notes: Pt has active SLE/MS overlap although IVIg has helped. Current MME dose is

---

Lincoln/Merryman 316

4/23/2019 1:16 PM  FROM: Fax Arthritis Associates  TO: 6033344176  PAGE: 007 OF 015
Patient Name: Merryman, Brandi,  DOB:          , Account No: 63481

Allergy/Immunology:
    Denies Blistering of skin. Denies Congestion. Denies Cough. Denies Hives. Denies Itching. Denies Rash. Denies Sneezing. Denies Watery eyes. Denies Wheezing.
Eyes:
    Cataract No. Change in vision No. Dry eye Yes. Red eye No. Glasses No.
ENMT:
    Bleeding from gums No. Problems hearing No. Change in your voice No. Denture No. Nosebleed No. Hoarse voice No. Sinus problems No. Ringing in the ears Yes. Mouth or nose ulcers Yes. Dry mouth No.
Cardiovascular:
    Angina No. Heart problems No. Chest pain Yes. Leg pain with walking No. Swelling in the legs No.
Skin:
    Skin changes No. Itching No. Rashes No. Dry skin No. Sun sensitivity No.
Gastrointestinal:
    Blood in stool No. Change in bowel habits No. Constipation Yes. Diarrhea No. Difficulty swallowing No. Heartburn No. Nausea or vomiting Yes. Black tarry stool No. Stomach ulcers No.
Genitourinary:
    Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.
Breast:
    Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.
Hematology/Oncology:
    Anemia or low blood No. Easy bruising Yes. Swollen lymph nodes No. Cancers No.
Respiratory:
    Bronchitis No. Cough No. Hemoptysis No. Shortness of breath Yes. Wheezing No. Heavy snoring No. Fatigue after sleeping No.
Endocrine:
    Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair Yes.
Women Only:
    Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses. Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.
Musculoskeletal:
    Neck Pain Yes. Gout No. Injury to limbs No. Joint pain Yes. Joint stiffness No. Locking joints No. Back Pain Yes. Swollen joints Yes. Change in finger color with exposure to cold No.
Men Only:
    Denies Difficulty initiating stream. Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.
Psychiatric:
    Depression or sadness Yes. Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating Yes. Anxiety Yes. Difficulty sleeping No. Problems staying asleep No.
Neurologic:
    Change in memory Yes. Dizziness Yes. Headache Yes. Imbalance Yes. Tingling/Numbness No. Weakness Yes. Tremor No. Seizures No.
Other:
    Comments _____.
Peripheral Vascular:
    Denies Absent pulses in hands. Denies Absent

22.5 per day (excluding Butrans 20mcg dosing). PMP reviewed. Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Current prednisone dose is 7.5mg daily. Consider adding another agent to IVIg in the next 2-3 months only if active disease persists..

**2. Other long term (current) drug therapy**
    LAB: URINE DRUG SCREEN

**3. Calculus of kidney**
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration..

**4. Embolism and thrombosis of arteries of the upper extremities**
Notes: Patient is currently on xarelto. With her recent PE (on Xarelto), I called her hematologist Dr. Kazhdan.

**5. Personal history of peptic ulcer disease**
Notes: Continue to avoid NSAIDs..

**6. Vitamin D deficiency, unspecified**
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow vitamin D level..

**7. Multiple sclerosis**
Notes: Continue to follow with Dr. Neimann and Dr. Gazda. IVIg has seemed to help..

**8. Others**
Notes: ~~Patient has a BMI above normal limits: I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP.

**Preventive Medicine**
Counseling:
    Fall Risk Screening:
        Screening:  *Two or more falls without injury in the past year*
        Assessment:  *Performed*
        Plan of Care:  *Documented*
    BP Management:
        REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER:  *Referral to doctor*
        PHYSICAL ACTIVITY RECOMMENDATION:  *Exercise education*
    Weight Counseling:
        Above Normal BMI Follow-up  *Dietary management education, guidance, and counseling*
        BMI management provided  Yes

**Procedure Codes**
80307 DRUG TEST PRSMV CHEM ANLYZR
**Follow Up**
6 Weeks, 3 Months

**Electronically signed by Pendleton Wickersham , MD on 03/15/2019 at 09:53 AM CDT**
**Sign off status: Completed**

Arthritis Associates
4511 HORIZON HILL BLVD

Lincoln/Merryman 317

Patient Name: Merryman, Brandi,  DOB:        ,  Account No: 63481

pulses in feet. Denies Blanching of skin. Denies Cold extremities. Denies Decreased sensation in extremities. Denies Pain/cramping in legs after exertion. Denies Painful extremities. Denies Ulceration of feet.
Podiatric:
    Denies Achilles pain. Denies Achilles swelling. Denies Ankle pain. Denies Ankle swelling. Denies Ball of foot pain. Denies Big toe pain. Denies Big toe swelling. Denies Burning. Denies Difficulty walking. Denies Fever. Denies Foot numbness. Denies Foot pain. Denies Joint dislocation. Denies Redness over the achilles. Denies Sole pain. Denies Wound oozing.
Health Education:
    Denies Blood pressure screening. Denies Diabetes screening. Denies Family planning/safe sex teaching. Denies Healthy weight education. Denies Hepatitis vaccination. Denies Influenza vaccination. Denies Lipid screening. Denies Pneumovax vaccination. Denies Smoking cessation.
Cancer Self-Management:
    Denies Breast self-exam. Denies Colonoscopy. Denies Mammogram. Denies PAP testing. Denies PSA testing. Denies Skin exam. Denies Smoking cessation. Denies Use of sunscreen.

Suite 150
SAN ANTONIO, TX 782292263
Tel: 210-477-2626
Fax: 210-477-2650

---

Patient: Merryman, Brandi   DOB:              Progress Note: Pendleton Wickersham, MD   01/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 318

Patient Name: Merryman, Brandi,  DOB:          Account No: 63481

**Progress Notes**

**Patient:** Merryman, Brandi
**Account Number:** 63481
**DOB:**          **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Branden Neiman

**Provider:** Elsa M Barto, NP

**Date:** 12/04/2018

**Subjective:**

**Chief Complaints:**
1. Follow up.

**HPI:**
Current symptom(s):

Pain Management: Pain follow up plan documented: Yes. - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Currently she reports severe 8.5/10 pain in her joints ands spine that is a daily process. Medications help somewhat and she has noted associated stiffness lasting up to 1 hour. Patient reports that she has started xarelto since being diagnosed with a blood clot in her R arm. She is following up with PCP to manage this. IMG infusions are on hold until the clot has been cleared.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman and she is now on copaxone which she has tolerated well other than local reactions. She begins IMg on Nov.6. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

Lincoln/Merryman 319

4/23/2019 1:16 PM  FROM: Fax Arthritis Associates  TO: 6033344176  PAGE: 010 OF 015
Patient Name: Merryman, Brandi,  DOB:          Account No: 63481

**ROS:**

Constitutional:

Unexplained weight loss No. Unexplained weight gain No. Fever No. Chills No. Fatigue **Yes.**

Allergy/Immunology:

Denies Blistering of skin. Denies Congestion. Denies Cough. Denies Hives. Denies Itching. Denies Rash. Denies Sneezing. Denies Watery eyes. Denies Wheezing.

Eyes:

Cataract No. Change in vision No. Dry eye **Yes.** Red eye No. Glasses No.

ENMT:

Bleeding from gums No. Problems hearing No. Change in your voice No. Denture No. Nosebleed No. Hoarse voice No. Sinus problems No. Ringing in the ears No. Mouth or nose ulcers No. Dry mouth No.

Cardiovascular:

Angina No. Heart problems No. Chest pain **Yes.** Leg pain with walking No. Swelling in the legs No.

Skin:

Skin changes No. Itching No. Rashes No. Dry skin No. Sun sensitivity No.

Gastrointestinal:

Blood in stool No. Change in bowel habits No. Constipation No. Diarrhea No. Difficulty swallowing No. Heartburn No. Nausea or vomiting **Yes.** Black tarry stool No. Stomach ulcers No.

Genitourinary:

Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.

Breast:

Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.

Hematology/Oncology:

Anemia or low blood No. Easy bruising No. Swollen lymph nodes No. Cancers No.

Respiratory:

Bronchitis No. Cough No. Hemoptysis No. Shortness of breath No. Wheezing No. Heavy snoring No. Fatigue after sleeping No.

Endocrine:

Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair No.

Women Only:

Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses. Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.

Musculoskeletal:

Neck Pain **Yes.** Gout No. Injury to limbs No. Joint pain **Yes.** Joint stiffness No. Locking joints No. Back Pain **Yes.** Swollen joints No. Change in finger color with exposure to cold No.

Men Only:

Denies Difficulty initiating stream. Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.

Psychiatric:

Depression or sadness **Yes.** Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating **Yes.** Anxiety **Yes.** Difficulty sleeping No. Problems staying asleep No.

Neurologic:

Change in memory **Yes.** Dizziness **Yes.** Headache **Yes.** Imbalance **Yes.** Tingling/Numbness **Yes.** Weakness **Yes.** Tremor No. Seizures No.

Other:

Comments _____.

Peripheral Vascular:

Denies Absent pulses in hands. Denies Absent pulses in feet. Denies Blanching of skin. Denies Cold extremities. Denies Decreased sensation in extremities. Denies Pain/cramping in legs after exertion. Denies Painful extremities. Denies Ulceration of feet.

Podiatric:

Denies Achilles pain. Denies Achilles swelling. Denies Ankle pain. Denies Ankle swelling. Denies Ball of foot pain. Denies Big toe pain. Denies Big toe swelling. Denies Burning. Denies Difficulty walking. Denies Fever. Denies Foot numbness. Denies Foot pain. Denies Joint dislocation. Denies Redness over the achilles. Denies Sole pain. Denies Wound oozing.

Health Education:

Denies Blood pressure screening. Denies Diabetes screening. Denies Family planning/safe sex teaching. Denies Healthy weight education. Denies Hepatitis vaccination. Denies Influenza vaccination. Denies Lipid screening. Denies Pneumovax vaccination. Denies Smoking cessation.

Cancer Self-Management:

Denies Breast self-exam. Denies Colonoscopy. Denies Mammogram. Denies PAP testing. Denies PSA testing. Denies Skin exam. Denies Smoking cessation. Denies Use of sunscreen.

**Medical History:**

Lincoln/Merryman 320

4/23/2019 1:16 PM  FROM: Fax Arthritis Associates  TO: 6033344176  PAGE: 011 OF 015
Patient Name: Merryman, Brandi,  DOB:      Account No: 63481

---

**Medications:** Taking Allopurinol 100 Tablet 2 tablets Orally Once a day, Taking Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day, Taking Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day, Taking Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK, Taking Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK , Taking PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day, Taking Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY , Taking Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous , Taking IMg , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Fluconazole 150 MG Tablet 1 tablet Orally once, Not-Taking Leflunomide 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs, Not-Taking Medrol 4 MG Tablet Therapy Pack as directed Orally , Not-Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day

## Objective:

**Vitals:** HR 92 /min, BP 137/109 mm Hg, Ht 5 ft 3 in, Wt 200 lbs, BMI 35.42 Index, Pain scale 7 1-10.

### Examination:
General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis; however she has swelling of hands bilaterally. There is no evidence of FM. SKIN: malar erythema is present as well as livedo reticularis. LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

## Assessment:

### Assessment:
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0
4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Multiple sclerosis - G35
9. Long term (current) use of opiate analgesic - Z79.891

## Plan:

### 1. Systemic lupus erythematosus, unspecified
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day ;  Increase Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2 ;  Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK ;  Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5 .
Notes: Pt has active SLE/MS overlap. She has stopped taking copaxone d/t lack of response. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Current prednisone dose is 7.5mg daily. Will order antiphospholipid antibody labs d/t recent clotting. Will request imaging from urgent care to ascertain if she had a superficial blood clot. Note has been provided to re-start IMG. .

### 2. Other long term (current) drug therapy
LAB: aCL Abs
LAB: B2GP1 Abs

### 3. Calculus of kidney
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day .
Notes: Continue allopurinol and hydration..

### 4. Embolism and thrombosis of arteries of the upper extremities
Notes: Patient is currently on xarelto and is being managed by PCP.

### 5. Personal history of peptic ulcer disease
Notes: Continue to avoid NSAIDs..

### 6. Vitamin D deficiency, unspecified
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day .
Notes: Continue replacement and follow vitamin D level..

### 7. Multiple sclerosis
Notes: Continue to follow with Dr. Neimann. .

### 8. Others
Notes: ~~Patient has elevated BP this visit. She is advised to follow up with PCP for further assessment and management. ADDENDUM- PW: I personally interviewed and examined the patient and I agree with the plan as per Ms. Barto. I suspect her RUE clot was superficial and thus she is at low risk for thromboembolism or recurrence. Get ultrasound report for review. OK to restart IMg now.

**Procedure Codes:** 86146 B2GPI PANEL, 86147 ANTI CARDIOLIPIN AB/IGA/IGG/IGM, 36415 VENIPUNCT, ROUTINE*

**Follow Up:** as scheduled

---

Lincoln/Merryman 321

**Provider:** Elsa M Barto, NP
**Patient:** Merryman, Brandi  **DOB:**                    **Date:** 12/04/2018

**Electronically signed by Elsa Barto , NP on 03/11/2019 at 09:17 AM CDT**
**Sign off status: Completed**

Lincoln/Merryman 322

4/23/2019 1:16 PM  FROM: Fax Arthritis Associates  TO: 6033344176   PAGE: 013 OF 015
Patient Name: Merryman, Brandi,  DOB:          Account No: 63481



# Merryman, Brandi

28 Y old Female, DOB:

Account Number: 63481

Home:

Guarantor: Merryman, Brandi   Insurance: AETNA PPO Payer ID: 60054

PCP: Branden Neiman

Appointment Facility: Arthritis Associates

---

**11/05/2018**                                         Progress Notes: Jennifer Cude, NP

## Current Medications

**Taking**

- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous
- Mg

**Not-Taking**

- Fluconazole 150 MG Tablet 1 tablet Orally once
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Anemia.

Nephrolithiasis, recurrent.

gastritis/PUD/hiatal hernia.

## Surgical History

bunionectomy 2005

removal cyst inner thigh 2011

## Family History

cancer,heart disease,diabetes,high blood pressure,cholestrol,.

## Social History

Tobacco Use:

Tobacco Use/Smoking

Smoking Status: *nonsmoker*

Drugs/Alcohol:

Alcohol Screen

Did you have a drink containing alcohol in the past year? *No*

Points *0*

Interpretation *Negative*

## Allergies

LATEX

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

Constitutional:

Fatigue **Yes**.

Eyes:

Dry eye **Yes**.

ENMT:

## Reason for Appointment

1. F/u

## History of Present Illness

Current symptom(s):

Pain Management:

Pain follow up plan documented: Yes

- The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash. This is in the context of a FH of SLE. Currently she reports severe 8.5/10 pain in her joints ands spine that is a daily process. Medications help somewhat and she has noted associated stiffness lasting up to 1 hour.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman and she is now on copaxone which she has tolerated well other than local reactions. She begins IVIg on Nov.6. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs

HR 81 /min, BP 117/80 mm Hg, Ht 5 ft 3 in, Wt 200 lbs, BMI 35.42 Index, Pain scale 7 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.

musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis; however she has swelling of hands bilaterally. There is no evidence of FM.

SKIN: malar erythema is present as well as livedo reticularis.

LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

CQM Exceptions:

Influenza Vaccine not administered

Reason: *No reason specified*

Examination:

CQW Exceptions:

Screening for Osteoporosis not performed: *No reason specified*

## Assessments

1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0
4. Personal history of peptic ulcer disease - Z87.11
5. Anxiety disorder, unspecified - F41.9
6. Vitamin D deficiency, unspecified - E55.9
7. Multiple sclerosis - G35
8. Long term (current) use of opiate analgesic - Z79.891

## Treatment

**1. Systemic lupus erythematosus, unspecified**

Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day

Increase Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2

Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK

Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5

Notes: Pt has active SLE/MS overlap. Await copaxone response. Dr. Nieman estimated

Lincoln/Merryman 323

Ringing in the ears **Yes**.
Cardiovascular:
Chest pain **Yes**.
Gastrointestinal:
Heartburn **Yes**.
Musculoskeletal:
Neck Pain **Yes**.  Joint pain **Yes**.  Back Pain **Yes**.
Swollen joints **Yes**.
Psychiatric:
Problems concentrating **Yes**.  Anxiety **Yes**.  Difficulty sleeping **Yes**.
Neurologic:
Dizziness **Yes**.  Headache **Yes**.  Imbalance **Yes**.
Tingling/Numbness **Yes**.  Weakness **Yes**.
feeling sickly, other eye problems, lump in your throat, muscle pain, aches, or cramps,.

approximately 6 months for response. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Current prednisone dose is 7.5mg daily..

**2. Other long term (current) drug therapy**
LAB: ESR
LAB: Urinalysis
LAB: CBC
LAB: CMP
LAB: CRP*
LAB: URINE DRUG SCREEN

**3. Calculus of kidney**
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration..

**4. Personal history of peptic ulcer disease**
Notes: Continue to avoid NSAIDs..

**5. Vitamin D deficiency, unspecified**
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow vitamin D level..

**6. Multiple sclerosis**
Notes: Continue to follow with Dr. Neimann. Pt starts IVIg tomorrow at VISTA. Continue copaxone as above..

**7. Others**
Notes: ~~Patient has a BMI above normal limits: I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP..
**Preventive Medicine**
Counseling:
Fall Risk Screening:
Screening:  *No falls in the past year*
Weight Counseling:
Above Normal BMI Follow-up  *Lifestyle education regarding diet*
**Procedure Codes**
85025 CBC
85651 ESR (SEDRATE)
81000 URINALYSIS
80307 DRUG TEST PRSMV CHEM ANLYZR
80053 METABOLIC PANEL
86140 CRP
36415 VENIPUNCT, ROUTINE*
**Follow Up**
4 Weeks

**Electronically signed by Jennifer Cude , NP on 01/03/2019 at 12:38 PM CST
Sign off status: Completed**

**Arthritis Associates
4511 HORIZON HILL BLVD
Suite 150**

Lincoln/Merryman 324

4/23/2019 1:16 PM   FROM: Fax Arthritis Associates   TO: 6033344176   PAGE: 015 OF 015
Patient Name: Merryman, Brandi,  DOB:          ,  Account No: 63481

SAN ANTONIO, TX 782292263
Tel: 210-477-2626
Fax: 210-477-2650

_____

Patient: Merryman, Brandi   DOB:              Progress Note: Jennifer Cude, NP   11/05/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

To: LINCOLN FINANCIAL,  Subject: Faxing Multiple Encounters ,  Fax#: 603-334-4176,   SendDate: Apr-23-2019 01:12:55,   page  14/14 [-ufg2.0.0in]

Lincoln/Merryman 325

 **Lincoln** Financial Group*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: April 18, 2019 | |
| To:    DR KEITH BECK<br>7579 N LOOP 1604 W STE 100<br>SAN ANTONIO TX 78249 | |
| Attn:   medical records | |
| Fax:    (210) 695-1901 | |
| From:   Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 326

Apr 18 2019 16:54:18 EDT Liberty Mutual Insur        MSG# 1522888625-886-1        Page 882 Of 883



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 18, 2019

Dr. Keith Beck
7579 N LOOP 1604 W STE 100
SAN ANTONIO, TX 78249

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Keith Beck:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2018 through present

We ask that you provide this information by May 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1 of 2

Lincoln/Merryman 327

Apr 18 2019 16:54:33 EDT Liberty Mutual Insur            MSG# 1522888625-006-1     Page 003 Of 003

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2 of 2

Apr.19. 2019 11:53AM     Bandera Family Medical                           No. 7688    P.

Lincoln/Merryman 328

Apr. 19. 2019 11:53AM    Bandera Family Medical                                No. 7688    P. 4

# Health Summary
1 of 2

BFHC 1604
7579 NORTH LOOP 1604 WEST, STE. 100
SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900    Fax: (210)695-1901

**Patient:**  MERRYMAN, BRANDI A  (              )

**Date:**  4/19/2019

## Current Problems

Arm pain
Asthma
Body Mass Index 36.0-36.9, adult
Central obesity
Chronic pain syndrome
HOSPITAL TRANSITION
Lupus
Multiple sclerosis

## Current Medications

NuvaRing 0.015mg/0.12mg Vaginal Ring Insert 1 vaginal ring in vagina for 21 days then remove the ring for 1 week.
Copaxone 40mg/1ml Injection Inject 40 mg subcutaneously 3 times a week at least 48 hours apart.
Allopurinol 300mg Tablet 1 pill qd
Butrans 20mcg/1hr Transdermal Patch apply patch once a week
IVIG infusion monthly
Lexapro 5mg Tablet Take 1 tablet(s) by mouth bid
otc tumeric
Plaquenil Sulfate 200mg Tablet 1 1/2 tablets daily
Prednisone 5mg Tablet 7.5 mg daily
Vitamin D3 2,000IU Capsules Take 1 capsule(s) by mouth daily
Norco 7.5mg/325mg Tablet 1 every 4-6 hours if needed for pain

## ⚠ Allergies / Adverse Reactions

## Past Medical History

**Past Medical History:**

lupus 2015
MS 2018
brain lesions noticed 08/2018

**Surgical History:**

Positive for
**cyst removal from legs; and
bunionectomy;;**

**Family History:**

Maternal Grandfather:
Positive for **Hypertension**;
; Positive for **Type 2 Diabetes**;

**Tobacco/Alcohol/Supplements:**
Non-drinker Tobacco: Current Smoker: Currently smokes cigarettes some days.

**Substance Abuse History:**

**Mental Health History:**

Lincoln/Merryman 329

Apr. 19. 2019 11:54AM    Bandera Family Medical                No. 7688    P. 5

# Health Summary
2 of 2

BFHC 1604
7579 NORTH LOOP 1604 WEST, STE. 100
SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900    Fax: (210)695-1901

**Patient:**    MERRYMAN, BRANDI A                    |)

**Date:**    4/19/2019

## *Upcoming Tests/Health Maintenance Items*

| Date Last | Due Date | Status | Description |
|---|---|---|---|
| N/A | 12/22/2015 | Not Addressed | Health Maintenance (based on CPT lookup) |
| N/A | 12/22/2015 | Not Addressed | DEPRESSION SCREEN annually as part of Review of Systems |
| N/A | 12/22/2015 | Not Addressed | eCQM147 Influenza immunization for patients 6 months and older |
| N/A | 12/22/2015 | Not Addressed | INFLUENZA VACCINE yearly for all patients age 18 and older |
| N/A | 12/22/2015 | Not Addressed | Pap |
| N/A | 12/22/2015 | Not Addressed | TETANUS / DIPHTHERIA required every 10 years for all adult patients |
| N/A | 12/23/2015 | Not Addressed | INFLUENZA VACCINE yearly for patients with Asthma |

## *Tests and Procedures*

Apr. 19. 2019 11:54AM    Bandera Family Medical                No. 7688    P. 5

Lincoln/Merryman 330

Apr. 19. 2019 11:54AM   Bandera Family Medical                          No. 7688   P. 6

## MERRYMAN, BRANDI A.                                                  1 of 5
Office/Outpatient Visit
**Visit Date:** Mon, Nov 26, 2018 04:04 pm
**Provider:** KEITH BECK, MD (Supervisor: KEITH BECK, MD;  Assistant: MARYTZA MARTINEZ, MA)
**Location:** BFHC 1604

Electronically signed by KEITH BECK, MD on  11/26/2018 04:50:17 PM
 Printed on 04/19/2019 at 11:47 am.

## SUBJECTIVE:

### CC:
Ms. MERRYMAN is a 28 year old White female.  Perform Quality Care Matrixes

BFHC : not research participant
Quality Care Matrix:
 BMI 36.0-36.9, adult Returning to , medical problems to be addressed today include blood clot right arm.

### HPI:

Cephalic vein thrombophlebitis is also noted.  Associated symptoms include **pain in right arm**.  pt was told had a clot but
no medication was given

Dx with lupus; affected organ systems include renal involvement.  This was diagnosed approximately 3 years ago.
Compliance with treatment has been good; Ms. MERRYMAN takes her medication as directed and follows up as directed.
Current medications include prednisone.

Multiple sclerosis is also noted.  It began 3 months ago.

Ms. MERRYMAN presents with a diagnosis of body Mass Index 36.0-36.9, adult.
### ROS:
CONSTITUTIONAL:  Negative for chills, fatigue, fever, and weight change.
EYES:  Negative for blurred vision, eye pain, and photophobia.
E/N/T:  Negative for hearing problems, E/N/T pain, congestion, rhinorrhea, epistaxis, hoarseness, and dental problems.
CARDIOVASCULAR:  Negative for chest pain, palpitations, tachycardia, orthopnea, and edema.
RESPIRATORY:  Negative for cough, dyspnea, and hemoptysis.
GASTROINTESTINAL:  Negative for abdominal pain, clay-colored stools, heartburn, melena, nausea, vomiting and
change in stool caliber.
GENITOURINARY:  Negative for dysuria, hematuria, frequent UTI's, menorrhagia, nocturia, polyuria, urinary incontinence,
vaginal discharge and vaginal itching.
MUSCULOSKELETAL:  Positive for **right upper arm pain, went to Gonzaba Clinic and got Ultrasound which
showed a blood clot in right cephalic vein in upper arm.**
INTEGUMENTARY/BREAST:  Negative for atypical moles, dry skin, pruritis, rashes, breast masses, and nipple
discharge.
NEUROLOGICAL:  Negative for dizziness, headaches, paresthesias, and weakness.
HEMATOLOGIC/LYMPHATIC:  Negative for easy bruising, bleeding, and lymphadenopathy.
ENDOCRINE:  Negative for hair loss, heat/cold intolerance, polydipsia, and polyphagia.
ALLERGIC/IMMUNOLOGIC:  Negative for allergies, frequent illnesses, HIV exposure, and urticaria.
PSYCHIATRIC:  Negative for anxiety, depression, and sleep disturbances.

### PMH/FMH/SH:
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA
**Past Medical History:**

lupus 2015
MS 2018
brain lesions noticed 08/2018

**Surgical History:**

Positive for
**cyst removal from legs; and**

CPT ® is a registered trademark of the American Medical Association

Lincoln/Merryman 331

# MERRYMAN, BRANDI A.

Office/Outpatient Visit
Visit Date: Mon, Nov 26, 2018 04:04 pm
Provider: KEITH BECK, MD (Supervisor: KEITH BECK, MD;  Assistant: MARYTZA MARTINEZ, MA)
Location: BFHC 1604

Electronically signed by KEITH BECK, MD on  11/26/2018 04:50:17 PM
 Printed on 04/19/2019 at 11:47 am.

**bunionectomy;;**

**Family History:**

Maternal Grandfather:
Positive for **Hypertension**;
; Positive for **Type 2 Diabetes**;

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA
Non-drinker Tobacco: Current Smoker: Currently smokes cigarettes some days.

**Substance Abuse History:**
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA
None

**Mental Health History:**
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA

anxiety

**Communicable Diseases (eg STDs):**
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA

**Current Problems:**
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA
Multiple sclerosis
Lupus
Central obesity
Chronic pain syndrome
Asthma
Body Mass Index 36.0-36.9, adult
Arm pain
Anxiety, generalized
Cephalic vein thrombophlebitis

**Immunizations:**
None

**Allergies:**
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA

**Current Medications:**
Last Reviewed on 11/26/2018 04:17 PM by MARTINEZ, MARYTZA
Norco 7.5mg/325mg Tablet 1 every 4-6 hours if needed for pain
Copaxone 40mg/1ml Injection Inject 40 mg subcutaneously 3 times a week at least 48 hours apart.
Allopurinol 300mg Tablet 1 pill qd
Butrans 20mcg/1hr Transdermal Patch apply patch once a week
IVIG infusion monthly
Lexapro 5mg Tablet Take 1 tablet(s) by mouth bid
otc tumeric
Plaquenil Sulfate 200mg Tablet 1 1/2 tablets daily
Prednisone 5mg Tablet 7.5 mg daily

CPT ® is a registered trademark of the American Medical Association

Lincoln/Merryman 332

# MERRYMAN, BRANDI A.                                                    3 of 5
Office/Outpatient Visit
**Visit Date:** Mon, Nov 26, 2018 04:04 pm
**Provider:** KEITH BECK, MD (Supervisor: KEITH BECK, MD;  Assistant: MARYTZA MARTINEZ, MA)
**Location:** BFHC 1604

Electronically signed by KEITH BECK, MD on  11/26/2018 04:50:17 PM
 Printed on 04/19/2019 at 11:47 am.
Vitamin D3 2,000IU Capsules Take 1 capsule(s) by mouth daily
NuvaRing 0.015mg/0.12mg Vaginal Ring Insert 1 vaginal ring in vagina for 21 days then remove the ring for 1 week.

## OBJECTIVE:

### Vitals:

Current: 11/26/2018 4:16:12 PM
Ht: **5 ft, 2 in**;  Wt: 199.8 lbs;  BMI: **36.5**T: 97.5 F (temporal);  BP: **122/86 mm Hg** (right arm, sitting);  P: 81 bpm (finger clip, sitting);  sCr: 0.87 mg/dL;  GFR: 104.66O2 Sat: **99 % (room air)**

### Exams:

GENERAL:  well developed and nourished; adult male; appropriately groomed; in no apparent distress; oriented, altert, and cooperative;
E/N/T:  normal EACs, TMs, nasal/oral mucosa, teeth, gingiva, and oropharynx;
NECK: carotid pulses are good bilaterally without bruits; jugular venous pressure is normal; thyroid gland is not palpably enlarged or nodular;
RESPIRATORY: examination of the chest reveals lungs clear to auscultation without rales, ronchi, or wheezes; symmetric expansion; no dyspnea; no chest wall deformity
CARDIOVASCULAR: regular rate and rhythm; normal S1, S2; no murmur, rub, click or gallop; normal PMI;
GASTROINTESTINAL: nontender, nondistended; no hepatosplenomegaly or masses; no bruits;
EXTREMETIES: no clubbing, cyanosis, edema, or deformity noted;  peripheral pulses are intact

### Lab/Test Results:

**BMI:** 36.5 (11/26/2018),
**Diastolic BP: 86** (11/26/2018),
**Systolic BP: 122** (11/26/2018),
**Tobacco Screening:** non-smoker (11/26/2018),


### Procedures:
Superficial upper extremity vein thrombophlebitis

LABORATORY RESULTS: Quality Care Matrix Quality Care Matrix:
Blood Pressure Check - Systolic: < 130 mm Hg Diastolic: 80 - 89 mm Hg


## ASSESSMENT

461.82    I80.8    Superficial upper extremity vein thrombophlebitis
710.0    M32.9    Lupus
340    G35    Multiple sclerosis
V85.36    Z68.36    Body Mass Index 36.0-36.9, adult

## ORDERS:

### Meds Prescribed:
 Xarelto (Rivaroxaban) 15mg Tablet one PO bid for 21 days  #42 (Forty Two) tablet(s) Refills: 0

### Radiology/Test Orders:

CPT ® is a registered trademark of the American Medical Association

Lincoln/Merryman 333

## MERRYMAN, BRANDI A.                                                    4 of 5
Office/Outpatient Visit
**Visit Date:** Mon, Nov 26, 2018 04:04 pm
**Provider:** KEITH BECK, MD (Supervisor: KEITH BECK, MD;  Assistant: MARYTZA MARTINEZ, MA)
**Location:** BFHC 1604

Electronically signed by KEITH BECK, MD on  11/26/2018 04:50:17 PM
Printed on 04/19/2019 at 11:47 am.
>   Most recent systolic blood pressure < 130 mm Hg (DM) (HTN)   (In-House)
>   Most recent diastolic blood pressure 80-89 mm Hg (HTN)1 (DM)4   (In-House)

### Other Orders:
>   TOBACCO CESSATION   (Send-Out)
>   Queried Patient for Tobacco Use   (Send-Out)
>   At least one Rx created at encounter was generated/sent electronically w/ a qualified eRx system   (Send-Out)
>   Medication list documented in medical record (COA)   (In-House)
>   Rev of all meds by prescribing practitioner (Rxs. OTC, herbal therapies, and supps) doc'd in record   (In-House)
>   Pain severity quantified; no pain present   (In-House)


## PLAN:

**Superficial upper extremity vein thrombophlebitis**
Quality Care Matrix
RECOMMENDATIONS given include: will start Xarelto 15mg BID for 21 days, and re-evaluate.
Smoking Status:  Nonsmoker
FOLLOW-UP: Schedule a follow-up appointment in 2 weeks.. .
FOLLOW-UP TESTING #1:
RADIOLOGY:  I have ordered right arm venous doppler in 2 weeks.
Smoking Status:  Nonsmoker At least one Rx was generated and transmitted electronically using SureScripts Quality Care
Matrix:
Medication List in progress note Medication Review Pain Screening Pain Not Present (Severity Quantified)

 Prescriptions:
 Xarelto (Rivaroxaban) 15mg Tablet one PO bid for 21 days  #42 (Forty Two) tablet(s) Refills: 0

 Orders:
>   Most recent systolic blood pressure < 130 mm Hg (DM) (HTN)   (In-House)
>   Most recent diastolic blood pressure 80-89 mm Hg (HTN)1 (DM)4   (In-House)
>   TOBACCO CESSATION   (Send-Out)
>   Queried Patient for Tobacco Use   (Send-Out)
>   At least one Rx created at encounter was generated/sent electronically w/ a qualified eRx system   (Send-Out)
>   Medication list documented in medical record (COA)   (In-House)
>   Rev of all meds by prescribing practitioner (Rxs. OTC, herbal therapies, and supps) doc'd in record   (In-House)
>   Pain severity quantified; no pain present   (In-House)

**Lupus**

MEDICATIONS: (no change to current medication regimen)
RECOMMENDATIONS given include: passive ROM and increase oral fluids- ASK RHEUMATOLOGIST TO FOREWARD
CURRENT PROGRESS NOTE.
FOLLOW-UP: Schedule a follow-up appointment in 2 weeks.

**Multiple sclerosis**
Quality Care Matrix
RECOMMENDATIONS given include: increase fluid intake and begin oral fluid replacement with a glucose and electrolyte
containing solution. ASK NEUROLOGIST TO FORWARD CURRENT PROGRESS NOTE
MEDICATIONS: (no change to current medication regimen)
FOLLOW-UP: Schedule a follow-up appointment in 2 weeks.. .

**Body Mass Index 36.0-36.9, adult**

CPT ® is a registered trademark of the American Medical Association

Lincoln/Merryman 334

## MERRYMAN, BRANDI A.

5 of 5

Office/Outpatient Visit
**Visit Date:** Mon, Nov 26, 2018 04:04 pm
**Provider:** KEITH BECK, MD (Supervisor: KEITH BECK, MD; Assistant: MARYTZA MARTINEZ, MA)
**Location:** BFHC 1604

Electronically signed by KEITH BECK, MD on 11/26/2018 04:50:17 PM
Printed on 04/19/2019 at 11:47 am.

CARE PLAN: This plan was designed by your provider to assist in improving your health and well being.
GOALS for better health: achieve healthy weight, be more active, lower blood pressure, lower cholesterol, modify eating habits, stop smoking, improve mobility
WEIGHT recommendation to improve your health: lose 20 pounds
EXERCISE Your provider has outlined the following exercise regiment:
CARDIO at low intensity (examples of low intensity exercise include: walking, swimming, and stretching)
RESISTANCE exercises can be done with dumbells, rubber exercise tubbing, your body weight, bottles of water or anything that makes the muscles contract or tighten at low intensity
NUTRITION Your provider advises lowering salt levels in your diet: limit packaged foods like pretzels, and chips, pickled foods, cured meats like bacon and salami, canned soups, cheeses, and soy sauce, limiting foods that taste sweet including: soda, candy, cake, pie, jam, canned fruit in syrup and cookies, limiting foods high in fat like processed meats (sausage), nuts, cheeses, butter, and packaged foods with hydrogenated oils, limiting foods high in carbs like baked goods, low fat packaged foods, potatoes, pizza, and sugary cereals, Target blood sugars, and staying hydrated: the Institute of Medicine determined men need roughly 3 liters (about 13 cups) of total beverages a day. Women need about 2.2 liters (about 9 cups) of total beverages a day.
BLOOD PRESSURE your provider recommends <130/80 as your goal BP.

## Diagnosis and Procedure Summary

### Primary Diagnosis:

451.82  Superficial upper extremity vein thrombophlebitis
   I80.8 Phlebitis and thrombophlebitis of other sites

Orders:
   3074F    Most recent systolic blood pressure < 130 mm Hg (DM) (HTN)   (In-House)
   3079F    Most recent diastolic blood pressure 80-89 mm Hg (HTN)1 (DM)4   (In-House)
   1159F    Medication list documented in medical record (COA)   (In-House)
   1160F    Rev of all meds by prescribing practitioner (Rxs. OTC, herbal therapies, and supps) doc'd in record   (In-House)
   1126F    Pain severity quantified; no pain present   (In-House)

710.0  Lupus
   M32.9          Systemic lupus erythematosus, unspecified
340  Multiple sclerosis
   G35  Multiple sclerosis
V85.36  Body Mass Index 36.0-36.9, adult
   Z68.36          Body mass index (BMI) 36.0-36.9, adult

CPT ® is a registered trademark of the American Medical Association

**BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782**
Phone: (210)695-1900 | Fax: (210)695-1901

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | Lab Order #: | H.MR |
|---|---|---|---|
| DOB: | | Clinical Order #: | |
| Sex: | Female-F | Report Date: | |
| MRN: | W01037332 | Observation Date: | Fri 12/21/2018 11:02:00 |
| Ordering Provider: | Beck, Keith | Received Date: | Mon 01/07/2019 17:08:00 |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|

**IHP HISTORY AND PHYSICAL**                                                                 F

Blank

```
                    METHODIST HOSPITAL
        METHODIST CHILDREN'S HOSPITAL OF SOUTH TEXAS
                    7700 FLOYD CURL DRIVE
                    SAN ANTONIO, TX 78229


PATIENT'S NAME: MERRYMAN,BRANDI ALYSE        UNIT NO: W01037332
DOB:        AGE: 28        SEX:  F     ACCOUNT NO: W155273596
ATTENDING PHYS: Dr. Leah L Awan, MD      PT TYPE: DIS IN
REPORT TYPE: HISTORY AND PHYSICAL        ROOM NO: H.690

DATE OF ADMISSION: 12/21/18
DATE OF DISCHARGE: 12/22/18
```

HISTORY OF PRESENT ILLNESS:
This is a 28-year-old female patient with past medical history significant for lupus, multiple sclerosis, on chronic steroids at home for the past 3 years, who presented to Emergency Department this morning with complaint of severe midsternal chest pain associated with cough and shortness of breath. The patient reports that she started having chest discomfort last night. It got progressively worse this morning. She denies hemoptysis. She was seen in the Emergency Department where CT chest PE protocol was done, demonstrated presence of PE in the lateral basal segment right lower lobe pulmonary artery. The patient reports that she started receiving IVIG treatments in November. It was done by Dr. Wickersham. Approximately 1 month ago, she was diagnosed with superficial blood clots in her right upper extremity. She was initiated on Xarelto; however, because of the fact that she was getting IVIG and after discussion with Dr. Wickersham, Xarelto was discontinued. The patient has not been on Xarelto in the past several weeks. She also reports that several days ago, she noticed some discomfort in her left calf. She denies any recent travel, surgery, or injury. She is on birth control as well as on chronic steroids at home.

FAMILY HISTORY:
Significant for family members on mother's side with autoimmune diseases.

ALLERGY HISTORY:
NKDA.

SOCIAL HISTORY:
She denies any smoking, alcohol, or recreational drugs.

---

**BRANDI A MERRYMAN**   DOB:          Printed On: 04/19/2019 - 11:49 AM

Lincoln/Merryman 336

Apr. 19. 2019 11:56AM    Bandera Family Medical                No. 7688    P. 12

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

PAST MEDICAL HISTORY:
1.  Systemic lupus.
2.  Multiple sclerosis.
3.  Chronic steroid therapy.
4.  Recently diagnosed right upper extremity blood clot.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Blood pressure is 116/83, temperature 98.7, heart rate 71,
respiratory rate 18.
GENERAL:  The patient is a pleasant 28-year-old female who does not appear to be
in any acute general distress.  She is alert and oriented.
SKIN:  Normal turgor and color.  No rashes.
HEENT:  Head is normocephalic and nontraumatic.  Pupils are equal, react to

PATIENT NAME: MERRYMAN,BRANDI ALYSE          ACCOUNT #: W155273596


light.  Oral mucosa is moist.
NECK:  Supple.
LUNGS:  Bilateral breath sounds throughout.
HEART:  Regular rate and rhythm.  No murmurs.
ABDOMEN:  Obese, soft, and nondistended.  No pain with palpation.
EXTREMITIES:  Both upper and lower extremities without focal swelling or
erythema.  She does have some mild swelling in her right upper extremity, in the
elbow area, and posterior wrist.
NEUROLOGIC:  She is alert and oriented x3.
PSYCH:  Appropriate affect.

LABORATORY WORK:
Review showed white blood cell count 8.0, hemoglobin 14.2, hematocrit 41.3,
platelets 175.  BUN 6, creatinine 0.8, sodium 136, potassium 3.6, troponin 0.04.

DIAGNOSTIC STUDIES:
CT chest PE protocol with single subsegmental pulmonary embolism in the lateral
basal segment right lower lobe pulmonary artery.

ASSESSMENT:
A 28-year-old female patient with;
1.  Acute pulmonary embolism.
2.  Systemic lupus erythematosus.
3.  Multiple sclerosis.
4.  Chronic steroid therapy.

PLAN:
1.  The patient is admitted to telemetry floor.
2.  She was given Xarelto this morning in the Emergency Department.
3.  She will be consulted by Dr. Kazhdan from hematology/oncology.
4.  We are going to request echocardiogram, ultrasound of upper and lower
extremities.
5.  The patient will be restarted on her home medications.
6.  Plan of care was discussed with the patient and her family at bedside.

Sviltlana N Antonova, MD

IN:  IHP/H.MR/ANTSVN

BRANDI A MERRYMAN   DOB:          Printed On: 04/19/2019 - 11:49 AM

Apr. 19. 2019 11:56AM    Bandera Family Medical                              No. 7688   P. 13

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

DD:  12/21/2018 1102
DT:  12/21/2018 1146
Job #:  5096234
Cc:

Authenticated by Sviltlana Antonova, M.D. On 01/07/2019 03:39:28 PM


cpcs rpt#: 1221-0242




PATIENT NAME: MERRYMAN,BRANDI ALYSE        ACCOUNT #: W155273596


Electronically Signed by Svitlana N Antonova, MD on 01/07/19 at 1707

Lincoln/Merryman 338

Apr. 19. 2019 11:56AM    Bandera Family Medical                        No. 7688    P. 14

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

PATIENT NAME: MERRYMAN,BRANDI ALYSE          ACCOUNT #: W155273596

.

**BRANDI A MERRYMAN**   DOB:              Printed On: 04/19/2019 - 11:49 AM

Apr. 19. 2019 11:56AM    Bandera Family Medical                        No. 7688    P. 14

Lincoln/Merryman 339

Apr. 19. 2019 11:56AM    Bandera Family Medical                    No. 7688    P. 15

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | | Lab Order #: | H.MR |
|---|---|---|---|---|
| DOB: | | | Clinical Order #: | |
| Sex: | Female-F | | Report Date: | |
| MRN: | W01037332 | | Observation Date: | Fri 12/21/2018 11:02:00 |
| Ordering Provider: | Beck, Keith | | Received Date: | Mon 01/07/2019 17:08:00 |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|

**IHP HISTORY AND PHYSICAL**                                                                F
   Blank

```
                        METHODIST HOSPITAL
             METHODIST CHILDREN'S HOSPITAL OF SOUTH TEXAS
                        7700 FLOYD CURL DRIVE
                        SAN ANTONIO, TX 78229


     PATIENT'S NAME: MERRYMAN,BRANDI ALYSE         UNIT NO: W01037332
     DOB:          AGE: 28         SEX:  F    ACCOUNT NO: W155273596
     ATTENDING PHYS: Dr. Leah L Awan, MD           PT TYPE: DIS IN
     REPORT TYPE: HISTORY AND PHYSICAL             ROOM NO: H.690

     DATE OF ADMISSION: 12/21/18
     DATE OF DISCHARGE: 12/22/18
```

HISTORY OF PRESENT ILLNESS:
This is a 28-year-old female patient with past medical history significant for lupus, multiple sclerosis, on chronic steroids at home for the past 3 years, who presented to Emergency Department this morning with complaint of severe midsternal chest pain associated with cough and shortness of breath. The patient reports that she started having chest discomfort last night. It got progressively worse this morning. She denies hemoptysis. She was seen in the Emergency Department where CT chest PE protocol was done, demonstrated presence of PE in the lateral basal segment right lower lobe pulmonary artery. The patient reports that she started receiving IVIG treatments in November. It was done by Dr. Wickersham. Approximately 1 month ago, she was diagnosed with superficial blood clots in her right upper extremity. She was initiated on Xarelto; however, because of the fact that she was getting IVIG and after discussion with Dr. Wickersham, Xarelto was discontinued. The patient has not been on Xarelto in the past several weeks. She also reports that several days ago, she noticed some discomfort in her left calf. She denies any recent travel, surgery, or injury. She is on birth control as well as on chronic steroids at home.

FAMILY HISTORY:
Significant for family members on mother's side with autoimmune diseases.

ALLERGY HISTORY:
NKDA.

SOCIAL HISTORY:
She denies any smoking, alcohol, or recreational drugs.

---

**BRANDI A MERRYMAN**   DOB:              Printed On: 04/19/2019 - 11:49 AM

Lincoln/Merryman 340

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

PAST MEDICAL HISTORY:
1.  Systemic lupus.
2.  Multiple sclerosis.
3.  Chronic steroid therapy.
4.  Recently diagnosed right upper extremity blood clot.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Blood pressure is 116/83, temperature 98.7, heart rate 71,
respiratory rate 18.
GENERAL:  The patient is a pleasant 28-year-old female who does not appear to be
in any acute general distress.  She is alert and oriented.
SKIN:  Normal turgor and color.  No rashes.
HEENT:  Head is normocephalic and nontraumatic.  Pupils are equal, react to

PATIENT NAME: MERRYMAN,BRANDI ALYSE            ACCOUNT #: W155273596


light.  Oral mucosa is moist.
NECK:  Supple.
LUNGS:  Bilateral breath sounds throughout.
HEART:  Regular rate and rhythm.  No murmurs.
ABDOMEN:  Obese, soft, and nondistended.  No pain with palpation.
EXTREMITIES:  Both upper and lower extremities without focal swelling or
erythema.  She does have some mild swelling in her right upper extremity, in the
elbow area, and posterior wrist.
NEUROLOGIC:  She is alert and oriented x3.
PSYCH:  Appropriate affect.

LABORATORY WORK:
Review showed white blood cell count 8.0, hemoglobin 14.2, hematocrit 41.3,
platelets 175.  BUN 6, creatinine 0.8, sodium 136, potassium 3.6, troponin 0.04.

DIAGNOSTIC STUDIES:
CT chest PE protocol with single subsegmental pulmonary embolism in the lateral
basal segment right lower lobe pulmonary artery.

ASSESSMENT:
A 28-year-old female patient with;
1.  Acute pulmonary embolism.
2.  Systemic lupus erythematosus.
3.  Multiple sclerosis.
4.  Chronic steroid therapy.

PLAN:
1.  The patient is admitted to telemetry floor.
2.  She was given Xarelto this morning in the Emergency Department.
3.  She will be consulted by Dr. Kazhdan from hematology/oncology.
4.  We are going to request echocardiogram, ultrasound of upper and lower
extremities.
5.  The patient will be restarted on her home medications.
6.  Plan of care was discussed with the patient and her family at bedside.

Sviltlana N Antonova, MD

IN:  IHP/H.MR/ANTSVN

BRANDI A MERRYMAN   DOB:            Printed On: 04/19/2019 - 11:49 AM

Apr. 19. 2019 11:56AM    Bandera Family Medical                                No. 7688    P. 17

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

DD:   12/21/2018 1102
DT:   12/21/2018 1146
Job #:  5096234
Cc:

Authenticated by Sviltlana Antonova, M.D. On 01/07/2019 03:39:28 PM

cpcs rpt#: 1221-0242

PATIENT NAME: MERRYMAN,BRANDI ALYSE        ACCOUNT #: W155273596

Electronically Signed by Svitlana N Antonova, MD on 01/07/19 at 1707

**BRANDI A MERRYMAN**   DOB:          Printed On: 04/19/2019 - 11:49 AM

Apr. 19. 2019 11:56AM    Bandera Family Medical                                No. 7688    P. 17

Lincoln/Merryman 342

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

PATIENT NAME: MERRYMAN,BRANDI ALYSE          ACCOUNT #: W155273596

.

**BRANDI A MERRYMAN**   DOB:              Printed On: 04/19/2019 - 11:49 AM

Lincoln/Merryman 343

Apr. 19. 2019 11:57AM    Bandera Family Medical                    No. 7688    P. 19

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100, SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | | Lab Order #: | H.PHYDOC |
|---|---|---|---|---|
| DOB: | | | Clinical Order #: | |
| Sex: | Female-F | | Report Date: | |
| MRN: | W01037332 | | Observation Date: | Sat 12/22/2018 8:04:00 |
| Ordering Provider: | Beck, Keith | | Received Date: | Sat 12/22/2018 18:16:00 |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|

**EPN PROGRESS NOTE**                                                                                           F
   Blank


METHODIST AND CHILDREN HOSPITALS (COCWM)
PROGRESS NOTE
REPORT#:1222-0041  REPORT STATUS: Signed
DATE:12/22/18 TIME: 0804

PATIENT: MERRYMAN,BRANDI ALYSE        UNIT #: W01037332
ACCOUNT#: W155273596              ROOM/BED: H.690-A
DOB:        AGE: 28    SEX: F      ATTEND: Antonova,Svitlana N  MD
ADM DT: 12/21/18                   AUTHOR: Antonova,Svitlana N  MD
RPT SRV DT: 12/22/18        RPT SRV TM: 0804
* ALL edits or amendments must be made on the electronic/computer document *


HOSPITALIST PROGRESS NOTE

SUBJECTIVE
CHIEF COMPLAINT:
Patient reports feeling OK, no chest pain, no shortness of breath. On room air,
no hemoptysis.

OBJECTIVE
Weight kg: 88.50
MEDICATION Reviewed Medications
EAR/NOSE/THROAT Normal, Anicteric, Mucosa Moist
CARDIOVASCULAR S1S2 w/Normal Limits
LUNGS Clear to Auscultation, Symetrical
ABDOMEN Soft, Non-tender
GENTINOURINARY Normal Renal Function
EXTREMITIES Normal, Pulses Present
NEUROLOGICAL Alert and Oriented, Follows Commands
DIAGNOSTIC DATA

### Vital Signs

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/22 | 1637 | 36.6 | 75 | 16 | 125/88 | 100.0 | 97 | | | |
| 12/22 | 1314 | | | | | | 98 | Room air | | |
| 12/22 | 1124 | 36.6 | 83 | 16 | 122/78 | 93.0 | 95 | | | |
| 12/22 | 0734 | | | | | | 98 | Room air | | |
| 12/22 | 0718 | 36.7 | 75 | 16 | 113/78 | 89.4 | 98 | | | |
| 12/22 | 0403 | 36.8 | 89 | 16 | 112/73 | 85.8 | 98 | Room air | | |
| 12/22 | 0224 | | | | | | 97 | Room air | 0.000000 | |
| 12/21 | 2327 | 36.7 | 81 | 16 | 107/69 | 81.4 | 97 | Room air | | |

**BRANDI A MERRYMAN**    DOB:        Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 344

Apr. 19. 2019 11:57AM   Bandera Family Medical                    No. 7688   P. 20

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

```
12/21 2054                              97  Room air  0.000000
12/21 1940  36.8          16  114/79  90.5
```

### VITAL SIGNS

| Date | Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|------|------|------|-------|------|-----|----------|----------|-------------|--------------|------|
| 12/22 | 1637 | 36.6 | 75 | 16 | 125/88 | 100.0 | 97 | | | |
| 12/22 | 1314 | | | | | | 98 | Room air | | |
| 12/22 | 1124 | 36.6 | 83 | 16 | 122/78 | 93.0 | 95 | | | |

### INTAKE AND OUTPUT

| | 12/22 0700 | 12/21 0700 | 12/20 0700 |
|------|------|------|------|
| Intake Total | 600 | | |
| Output Total | | | |
| Balance | 600 | | |
| | | | |
| Intake, Oral | 400 | | |
| Intake, Oral Supplement | 200 | | |
| Number Voids | 2 | | |
| Patient Weight | 88.5 kg | 90 kg | |
| Weight Measurement Method | Standing scale | Stated/Reported | |

### Laboratory Tests

| Test | Result | Date Time |
|------|--------|-----------|
| Chemistry | | |
| Sodium (135 - 145 mmol/L) | 139 | 12/22 0408 |
| Potassium (3.5 - 5.2 mmol/L) | 3.6 | 12/22 0408 |
| Chloride (98 - 109 mmol/L) | 108 | 12/22 0408 |
| BUN (7 - 20 mg/dL) | 5 | 12/22 0408 |
| Creatinine (0.40 - 1.20 mg/dL) | 0.74 | 12/22 0408 |
| Calcium (8.5 - 10.2 mg/dL) | 8.4 | 12/22 0408 |
| Albumin (3.4 - 5.0 g/dL) | 3.1 | 12/21 0420 |

### Laboratory Tests

| Test | Result | Date Time |
|------|--------|-----------|
| Hematology | | |
| WBC (4.5 - 10.5 K/uL) | 6.4 | 12/22 0408 |
| Hgb (12.0 - 16.0 g/dL) | 13.6 | 12/22 0408 |
| Hct (36.0 - 46.0 %) | 41.4 | 12/22 0408 |
| Plt Count (150 - 400 K/uL) | 183 | 12/22 0408 |

### Laboratory Tests

| Test | Result | Date Time |
|------|--------|-----------|
| Coagulation | | |
| PT (12.0 - 15.0 SECONDS) | 20.5 | 12/22 0408 |
| APTT (21.0 - 35.0 SECONDS) | 30.5 | 12/22 0408 |

ASSESSMENT/PLAN
IMPRESSION:

**BRANDI A MERRYMAN**   DOB:        |   Printed On: 04/19/2019 - 11:50 AM

Apr. 19. 2019 11:57AM   Bandera Family Medical                                No. 7688   P. 20

Lincoln/Merryman 345

Apr. 19. 2019 11:57AM    Bandera Family Medical                           No. 7688   P. 21

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

---

ASSESSMENT:
A 28-year-old female patient with;
1. Acute pulmonary embolism.
2. Systemic lupus erythematosus.
3. Multiple sclerosis.
4. Chronic steroid therapy.

Plan:
- patient was consulted by Dr. Kazdan
- continues on Xarelto 15 mg BID
- US arms and legs with basilic vein clot in RUE
- ECHO is done, no right heart strain
- will be discharged home with follow up in Dr. Kazdan office.

Electronically Signed by Antonova,Svitlana N  MD on 12/22/18 at 1815
RPT #: 1222-0041
***END OF REPORT***

---

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 346

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | Lab Order #: | H.ECHO |
|---|---|---|---|
| DOB: | | Clinical Order #: | |
| Sex: | Female-F | Report Date: | |
| MRN: | W01037332 | Observation Date: | Sat 12/22/2018 16:09:00 |
| Ordering Provider: | Beck, Keith | Received Date: | Sat 12/22/2018 17:17:00 |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|

**ECHO ECHOCARDIOGRAM REPORT**                                                                F

Blank

```
           SOUTHWEST TEXAS METHODIST HOSPITAL
                 CARDIOLOGY SERVICES
                 7700 FLOYD CURL DRIVE
                 SAN ANTONIO, TEXAS 78229


PATIENT'S NAME: MERRYMAN,BRANDI ALYSE      UNIT NO: W01037332
DOB:         AGE: 28        SEX: F     ACCOUNT NO: W155273596
ATTENDING PHYS: Antonova,Svitlana N  MD     PT TYPE: ADM IN
                                            ROOM NO: H.690-A

DATE OF ADMISSION: 12/21/18
DATE OF DISCHARGE:



Methodist Heart Hospital
7700 Floyd Curl Drive

San Antonio, Texas 78229
210-575-4000


Transthoracic Echocardiogram

Name:            MERRYMAN, BRANDI        MPI#:
D3164
Facility MR#:    W01037332               Admission Number:
W155273596
Study Date:      12/22/2018              Study Time:
04:09 PM
Date Of Birth:                           Age:              28
year(s)
Height:          62 in. (157.5 cm)       Weight:           196
lbs. (88.91 kg)
BSA:             1.9 m2                   Gender:
Female
Rhythm:          Normal sinus rhythm     Infection:

Procedure Staff
Sonographer:          Gary Alcoser RDCS, RVT
Reading Physician:    Mauro Ortiz MD
Ordering Physician:   Svitlana N Antonova, MD
AUC:                  Symptoms:  chest pain, shortness of breath,
palpitations, TIA, stroke, peripheral embolic
```

**BRANDI A MERRYMAN**   DOB:          Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 347

Apr. 19. 2019 11:57AM    Bandera Family Medical                    No. 7688    P. 23

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

event (A)
Indication/Diagnosis:       Shortness of Breath

Conclusions

Overall Conclusions   Recommendations
- This is a normal transthoracic echocardiogram.
- There is no previous echocardiogram for comparison.

Findings

Left Atrium:

ECHOCARDIOGRAM REPORT


PATIENT NAME: MERRYMAN,BRANDI ALYSE            ACCOUNT #: W1SS273596


The left atrial chamber size is normal. The left atrial volume is normal.
IAS:
The atrial septum appears normal.
Left Ventricle:
The left ventricular chamber size is normal. There is normal left ventricular
systolic function. No regional wall motion
abnormality is observed. All scored left ventricular wall segments are with no
wall motion abnormalities (1). Left
ventricular wall motion score index is 1.0
No left ventricular hypertrophy is observed.
Right Atrium:
The right atrial cavity size is normal.
Right Ventricle:
The right ventricular cavity size is normal. The right ventricular global
systolic function is normal. Pulmonary artery
pressure is normal.
Mitral Valve:

Patient: BRANDI  MERRYMAN        MRN: D3164        Study Date: 12/22/2018
04:09 PM      Page 1 of 3




The mitral valve is normal in appearance. There is no evidence of mitral
regurgitation. There is no evidence of mitral
stenosis.
Diastolic Function
Normal diastolic LV function. Left atrial filling pressure is normal to low.
Aortic Valve:
The aortic valve is normal in appearance. The aortic valve is tri-leaflet. There
is no evidence of aortic regurgitation.
There is no evidence of aortic stenosis.
Tricuspid Valve:
The tricuspid valve is normal in appearance and function. There is no
significant tricuspid valve regurgitation.
Pulmonic Valve:
The pulmonic valve is normal in appearance and function. No pulmonic valve

**BRANDI A MERRYMAN**   DOB:              Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 348

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

regurgitation is noted.
Aorta:
The aorta appears normal without significant plaque.
Great Vessels:

IVC:
The IVC is normal in size. The IVC is less than 21mm and collapses more than 50%
with inspiration (RAP 1-5 mmHg).
Pericardium:
No pericardial effusion is observed.

Exam Details
Procedure Ordered:         ECHO
Image Quality:             Poor
Exam Room:                 Methodist Hospital

Left Atrium Measurements

ECHOCARDIOGRAM REPORT

PATIENT NAME: MERRYMAN,BRANDI ALYSE         ACCOUNT #: W155273596

| Label | Value | Normal Value |
|---|---|---|
| LADs, 2D | 29 mm | (27 mm - 38 mm) |
| LAESV index, MOD2 | 16.3 ml/m2 | (16 ml/m2 - 28.4 ml/m2) |

Left Ventricle Measurements

| Label | Value | Normal Value |
|---|---|---|
| LVEDV, MOD4 | 50 ml | (56 ml - 104 ml) |
| LVEF, BP | 62 % | (55 % - 75 %) |
| LVOT PGmax | 3 mmHg | |
| LVOT PGmean | 2 mmHg | |
| LVOT Vmax | 0.84 m/s | (0.7 m/s - 1.1 m/s) |
| LVOT VTI | 17.9 cm | (18 cm - 22 cm) |
| MV E' lateral | 0.13 m/s | (0.1 m/s - 999 m/s) |
| MV E' septal | 0.11 m/s | (0.07 m/s - 999 m/s) |
| MV E Vmax | 0.8 m/s | |
| MV E/A | 1.67 | |
| MV E/E' lateral | 6.2 | |
| MV E/E' septal | 7.5 | |

Right Ventricle Measurements

| Label | Value | Normal Value |
|---|---|---|
| TAPSE | 16.9 mm | (16 mm - 20 mm) |

Mitral Valve Measurements

| Label | Value | Normal Value |
|---|---|---|
| MV PGmax | 4 mmHg | |
| MV PGmean | 2 mmHg | (1 mmHg - 2 mmHg) |
| MV PHT | 0.07 s | |
| MV PHT | 69 ms | |

Patient: BRANDI  MERRYMAN      MRN: D3164      Study Date: 12/22/2018
04:09 PM      Page 2 of 3

**BRANDI A MERRYMAN**  DOB:              Printed On: 04/19/2019 - 11:50 AM

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

```
MV VTI 19.9 cm
MVA D (continuity eq.)        4.1 cm2           (4 cm2 - 6 cm2)
MVA PHT                       3.2 cm2           (4 cm2 - 6 cm2)
```

Aortic Valve Measurements

| Label | Value | Normal Value |
|---|---|---|
| AV PGmax | 6 mmHg | |
| AV PGmean | 4 mmHg | |
| AV VTI | 25.2 cm | |
| AVA D (continuity eq. Vmax) | 3.2 cm2 | |
| AVA Index (continuity eq. VTI) | 1.68 cm2/m2 | |
| AVA Index (continuity eq. Vmax) | 1.68 cm2/m2 | |
| LVOTd | 24 mm | (18 mm - 20 mm) |

Tricuspid Valve Measurements

| Label | Value | Normal Value |
|---|---|---|
| TV PGmax | 2 mmHg | |

ECHOCARDIOGRAM REPORT

PATIENT NAME: MERRYMAN,BRANDI ALYSE          ACCOUNT #: W155273596

Pulmonic Valve Measurements

| Label | Value | Normal Value |
|---|---|---|
| PV PGmax | 3 mmHg | |

Electronically signed by Mauro Ortiz MD on 12/22/2018 at 05:16 PM

Wall Motion Scores

Patient: BRANDI  MERRYMAN        MRN: D3164        Study Date: 12/22/2018
04:09 PM      Page 3 of 3

BRANDI A MERRYMAN   DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 350

Apr. 19. 2019 11:58AM    Bandera Family Medical                    No. 7688    P. 26

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

ECHOCARDIOGRAM REPORT

PATIENT NAME: MERRYMAN,BRANDI ALYSE            ACCOUNT #: W155273596

Electronically Signed by Mauro Ortiz, MD on 12/22/18 at 1717

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 - 11:50 AM

Apr. 19. 2019 11:58AM    Bandera Family Medical                    No. 7688    P. 26

Lincoln/Merryman 351

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

ECHOCARDIOGRAM REPORT

PATIENT NAME: MERRYMAN,BRANDI ALYSE             ACCOUNT #: W155273596

**BRANDI A MERRYMAN**    DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 352

Apr. 19. 2019 11:58AM    Bandera Family Medical                    No. 7688    P. 28

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | | Lab Order #: | H.PDOC |
|---|---|---|---|---|
| DOB: | | | Clinical Order #: | |
| Sex: | Female-F | | Report Date: | |
| MRN: | W01037332 | | Observation Date: | Fri 12/21/2018 18:05:00 |
| Ordering Provider: | Beck, Keith | | Received Date: | Fri 12/21/2018 18:54:00 |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|
| PDCRCCONN Consultation Note - Brief | | | | | | F |
| Blank | | | | | | |

```
METHODIST AND CHILDRENS HOSPITALS (COCWM)
Consultation Note - Brief
REPORT#:1221-1103   REPORT STATUS: Signed
DATE:12/21/18   TIME: 1805


PATIENT: MERRYMAN,BRANDI ALYSE          UNIT #: W01037332
ACCOUNT#: W155273596                    ROOM/BED: H.690-A
DOB:         AGE: 28    SEX: F          ATTEND: Antonova,Svitlana N  MD
ADM DT: 12/21/18                        AUTHOR: Kazhdan,Irene  MD
RPT SRV DT: 12/21/18          RPT SRV TM: 1805
* ALL edits or amendments must be made on the electronic/computer document *



History - Adult longitudinal
Additional medical history:
lupus, MS
Alcohol use: Denies EtOH use
Drug use: Denies recreational drugs
Smoking status for patients 13 years old or older: Never Smoker
Allergies:
Coded Allergies:
No Known Allergies (12/21/18)



Brief Consult Note
Reason for consult:
PE
History of present illness:
28 yo lady with h/o SLE and MS had superficial thrombophlebitis several weeks
ago. She received a brief course of Xarelto.
Last night she developed L-sided chest pain and SOB. CT chest PE protocol
demonstrated a single segmental RLL pulmonary arthery defect
Dopplers of LE and UE were negative
She received one dose of Xarelto in ER
By now her pain resolved

Physical Exam
Vitals:
Last Documented:

                       Result   Date Time
            Pulse Ox       98   12/21 1600
            B/P        114/78   12/21 1600
```

**BRANDI A MERRYMAN**    DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 353

Apr. 19. 2019 11:58AM    Bandera Family Medical                     No. 7688    P. 29

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

```
                    B/P Mean          89.9  12/21 1600
                    O2 Delivery  Room air  12/21 1600
                    Temp              36.5  12/21 1600
                    Pulse               80  12/21 1600
                    Resp                14  12/21 1600
```

General appearance: alert, awake, no acute distress
Cardiovascular: regular rate   rhythm
Neuro/CNS: alert, oriented X 3
Findings/Data:
Recent Impressions:
CAT SCAN - CT Pulmonary Embolis w/Contrst 12/21 0710
*** Report Impression - Status: DRAFT (not yet signed)  Entered: 12/21/2018 0711

IMPRESSION:

Single subsegmental pulmonary embolism in the lateral basal segment right lower
lobe pulmonary artery.

END OF IMPRESSION

DD:  12/21/2018  0537

trans: wmg
Impression By: LEPMI - Michael J. Lepeska, M.D.
ULTRASOUND - US Doppler Upper Ext Vein Bil 12/21 1205
*** Report Impression - Status: SIGNED  Entered: 12/21/2018 1206

IMPRESSION:

1. Positive for thrombus in the right basilic vein.

2. No evidence of deep venous thrombosis in the left upper extremity.

END OF IMPRESSION

DD: 12/21/2018 1201

trans: cs
Impression By: DALNEA - Neal Dalrymple, M.D.
ULTRASOUND - US Doppler Lower Ext Vein Bil 12/21 1627
*** Report Impression - Status: DRAFT (not yet signed)  Entered: 12/21/2018 1627

IMPRESSION:

No evidence of DVT in the lower extremities.

END OF IMPRESSION

DD:  12/21/2018 1201

trans: lt
Impression By: DALNEA - Neal Dalrymple, M.D.

Laboratory Tests

**BRANDI A MERRYMAN**   DOB:          Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 354

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100. SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

12/21/18 0420:
[Embedded Image Not Available]


Free Text A P:
28 yo lady with h/o lupus, recent superficial phlebitis admitted with PE
* Dopplers are negative x superficial phlebitis w/o extention into deep system.
Unclear where this PE is coming from. The only explanation is that there was an
extention which all went into the pulmonary artery, but this will be very
unusual
* All her Sx by now resolved. To begin with her CP was on the L and PE was on
the R, so her pain is unlikely to be due to PE
* She does have lupus, but her antophospholipid antibodies and lupus
anticoagulant were negative in her rheumatologist's office
* Will check DDimers. If they are negative, will re-discuss CT with radiology
* I think it is reasonable to continue on Xarelto till we figure everything out.

* From my standpoint she could go home on Xarelto, we will meet in the office
inext week to decide on further management

Electronically Signed by Kazhdan,Irene  MD on 12/21/18 at 1854
RPT #: 1221-1103
***END OF REPORT***

**BRANDI A MERRYMAN**  DOB:          Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 355

Apr. 19. 2019 11:59AM    Bandera Family Medical                     No. 7688    P. 31

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | | Lab Order #: | | H.EKG | | |
|---|---|---|---|---|---|---|---|
| DOB: | | | Clinical Order #: | | | | |
| Sex: | Female-F | | Report Date: | | | | |
| MRN: | W01037332 | | Observation Date: | | Fri 12/21/2018 4:10:00 | | |
| Ordering Provider: | Beck, Keith | | Received Date: | | Fri 12/21/2018 13:04:00 | | |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|
| EKG ELECTROCARDIOGRAM REPORT | | | | | | F |

Blank

```
           SOUTHWEST TEXAS METHODIST HOSPITAL
      METHODIST CHILDREN'S HOSPITAL OF SOUTH TEXAS
                  CARDIOLOGY SERVICES
                 7700 FLOYD CURL DRIVE
                 SAN ANTONIO, TEXAS 78229



PATIENT'S NAME: MERRYMAN,BRANDI ALYSE       UNIT NO:W01037332
DOB:        AGE: 28      SEX: F       ACCOUNT NO: W155273596
ATTENDING PHYS: Antonova,Svitlana N. MD      PT TYPE: ADM IN
                                         ROOM NO: H.690-A

DATE OF ADMISSION: 12/21/18
DATE OF DISCHARGE:
DATE OF PROCEDURE: 12/21/18


Test Reason : W155273596
Blood Pressure : ***/*** mmHG
Vent. Rate : 095 BPM      Atrial Rate : 095 BPM
   P-R Int : 140 ms         QRS Dur : 084 ms
    QT Int : 342 ms      P-R-T Axes : 049 089 065 degrees
   QTc Int : 429 ms


Normal sinus rhythm
Normal ECG

Confirmed by Madan, M.D., Pankaj (9662) on 12/21/2018 1:04:13 PM

Referred By:          Confirmed By:Pankaj Madan, M.D.
PID=001037332 S1AcqFri+Dec+21+4%3A10%3A58+2018C1


  cpcs rpt#: 1221-0105




  Electronically Signed by Pankaj Madan, MD on 12/21/18 at 1304
```

**BRANDI A MERRYMAN**   DOB:              Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 356

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

ELECTROCARDIOGRAM REPORT

PATIENT NAME: MERRYMAN, BRANDI ALYSE            ACCOUNT #: W155273596

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 357

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | | Lab Order #: | H.PHYDOC |
| DOB: | | | Clinical Order #: | |
| Sex: | Female-F | | Report Date: | |
| MRN: | W01037332 | | Observation Date: | Fri 12/21/2018 7:58:00 |
| Ordering Provider: | Beck, Keith | | Received Date: | Fri 12/21/2018 7:58:00 |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|

**EPN PROGRESS NOTE**                                                                                     F
  Blank

```
METHODIST AND CHILDREN HOSPITALS (COCwM)
PROGRESS NOTE
REPORT#:1221-0056  REPORT STATUS: Signed
DATE:12/21/18 TIME: 0758

PATIENT: MERRYMAN,BRANDI ALYSE        UNIT #: W01037332
ACCOUNT#: W155273596                  ROOM/BED: H.690-A
DOB:        AGE: 28     SEX: F        ATTEND: Antonova,Svitlana N  MD
ADM DT: 12/21/18                      AUTHOR: Antonova,Svitlana N  MD
RPT SRV DT: 12/21/18         RPT SRV TM: 0758
* ALL edits or amendments must be made on the electronic/computer document *


HOSPITALIST PROGRESS NOTE

SUBJECTIVE
CHIEF COMPLAINT:
Patient is seen and examined, full H P is dictated.

OBJECTIVE
Weight kg: 89.300


Electronically Signed by Antonova,Svitlana N  MD on 12/21/18 at 0758
RPT #: 1221-0056
***END OF REPORT***
```

**BRANDI A MERRYMAN**    DOB:              Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 358

Apr. 19. 2019 11:59AM    Bandera Family Medical                    No. 7688   P. 34

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

---

## Order Results

| Patient: | MERRYMAN, BRANDI ALYSE | Lab Order #: | H.PDOC |
|---|---|---|---|
| DOB: |  | Clinical Order #: |  |
| Sex: | Female-F | Report Date: |  |
| MRN: | W01037332 | Observation Date: | Fri 12/21/2018 4:07:00 |
| Ordering Provider: | Beck, Keith | Received Date: | Fri 12/21/2018 6:47:00 |

| Description | Out-of-Range | In-Range | Units | Expected | Flag | Status |
|---|---|---|---|---|---|---|

**PDEDPRCER2 ED Provider Report**                                                    F
  Blank

```
METHODIST AND CHILDRENS HOSPITALS (COCWM)
EMERGENCY PROVIDER REPORT
REPORT#: 1221-0068  REPORT STATUS: Signed
DATE:12/21/18  TIME: 0407

PATIENT: MERRYMAN,BRANDI ALYSE        UNIT #: W01037332
ACCOUNT#: W155273596                  ROOM/BED: H.ERTEL-01
DOB:        AGE: 28    SEX: F         PCP PHYS: Beck,Keith D  MD
SERVICE DT: 12/21/18                  AUTHOR: Mehta,Sumeru G  MD
RPT SRV DT: 12/21/18          RPT SRV TM: 0407
* ALL edits or amendments must be made on the electronic/computer document *


HPI-Dyspnea/Wheezing

General
Confirmed Patient Yes
Patient Type New patient
Initial Greet Date/Time 12/21/18 0407
Assumed Care at
    Time 0407
    Date 12/21/18
PCP
Dr. Keith Beck-PCP
Dr. Pendleton Wickersham-rheumatology

Presentation
Chief Complaint Shortness of breath
Hx Obtained From Patient
)( Sudden in Onset? Yes
Onset Occurred Today, Just prior to arrival
Symptom Duration Since onset, Constant
Progression since Onset Gradually improving
Location Substernal
Quality Heaviness, Pressure
Radiation
Back, Chest L.
Severity: Onset Moderate
Severity: Current Moderate
Associated with
Reports: Chest pain.  Denies: Cough, Fever, Leg swelling.
Associated Other abdominal pain, back pain
```

---

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 - 11:50 AM

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

Exacerbated by Deep breath
Relieved by Nothing

Free Text HPI Notes
Free Text HPI Notes
28 y/o female with hx of MS and lupus presents via EMS with dyspnea PTA. Pt
states she was sleeping when she suddenly became SOB. Pt states she is having
difficulty inhaling. She reports hx of multiple clots in her arms, with the 1st
dx about a month ago. She was previously on Xarelto for 2 wks and then taken off
because she is on IVIG for her MS and lupus. Pt is c/o chest pain that is
radiating to her back and LUQ. She denies any N/V/D, no cough or congestion, no
fever or chills.

Portions of this section were scribed by GONZALES,CORINTHIA on 12/21/18 at 0642

Review of Systems

ROS Statements
Complete sys rev   neg except as marked.

Focused Review of Systems
Constitutional
Denies: Chills, Fever, Weakness - generalized.
Ears/Nose/Throat
Denies: Nasal congestion, Sore throat.
Respiratory
Reports: Shortness of breath.   Denies: Cough, non-productive, Wheezing.
Cardiovascular
Reports: Chest pain, Dyspnea on exertion.
Musculoskeletal
Reports: Back pain.   Denies: Extremity pain, Neck pain.
Skin
Denies: Rash, Swelling.

Additional Review of Systems
Eyes
Denies: Blurred bilat, Eye pain bilat.
GI
Reports: Abdominal pain.   Denies: Constipation, Diarrhea, Nausea, Vomiting.
GU Female
Denies: Dysuria, Flank pain, Hematuria.
Neurologic
Denies: Confusion, Dizziness, Generalized weakness, Lightheaded.

Portions of this section were scribed by GONZALES,CORINTHIA on 12/21/18 at 0422

Past Medical History - Adult
Stated Complaint POSSIBLE BLOOD CLOT
Allergies
Coded Allergies:
No Known Drug Allergies (Mild, NONE 10/23/10)
Uncoded Allergies:
No Known Drug Allergies (08/24/09)

Home Medications
Reported Medications

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 360

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

---

ALLOPURINOL (ZYLOPRIM) 100 MG PO BID
HYDROXYCHLOROQUINE SULFATE (PLAQUENIL) 200 MG PO DAILY
[PREDNISONE] 5 MG PO DAILY
ESCITALOPRAM (LEXAPRO) 10 MG PO DAILY
HYDROcodone BIT/APAP (Norco 10-325 MG)
BUPRENORPHINE 5 MCG/HR (BUTRANS) 20 MCG
[IVIG]


Review of Nursing Notes Rev avail, and agree
Additional Medical History
lupus, MS
Alcohol Use Denies EtOH use
Drug Use Denies recreational drugs
Smoking status for patients 13 years old or older: Never Smoker

Portions of this section were scribed by GONZALES,CORINTHIA on 12/21/18 at 0635


Physical Exam

Vital Signs
Vital Signs
First Documented:

|              | Result   | Date Time   |
|--------------|----------|-------------|
| Pulse Ox     | 95       | 12/21 0406  |
| B/P          | 133/80   | 12/21 0406  |
| B/P Mean     | 97       | 12/21 0406  |
| O2 Delivery  | Room air | 12/21 0406  |
| Temp         | 98.7     | 12/21 0406  |
| Pulse        | 93       | 12/21 0406  |
| Resp         | 18       | 12/21 0406  |

Last Documented:

|              | Result   | Date Time   |
|--------------|----------|-------------|
| Pulse Ox     | 96       | 12/21 0544  |
| B/P          | 126/70   | 12/21 0544  |
| B/P Mean     | 88       | 12/21 0544  |
| O2 Delivery  | Room air | 12/21 0544  |
| Pulse        | 93       | 12/21 0544  |
| Resp         | 16       | 12/21 0544  |
| Temp         | 98.7     | 12/21 0406  |


Review of Vital Signs Reviewed, Vital signs normal

Focused PE
General/Const       ""
   General/Const Awake, Alert, Not toxic appearing
   Distress/Hydration
   Distress mild.
   Behavior
   Anxious.
Ears/Nose/Throat
   Ears/Nose/Throat Airway patent, Mucous membranes moist, No facial swelling
MS Neck             ""
   Neck Supple, No meningismus, No swelling

---

**BRANDI A MERRYMAN**   DOB:          Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 361

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

---

Resp/Chest         ""
   Respiratory/Chest Breath sounds NL, Breath sounds = bilat, No respiratory
distress
Cardiovascular     ""
   Cardiovascular Regular rhythm, Heart sounds NL
   Heart Rate/Rhythm
   Tachycardia.
Abdomen/GI
   Abdomen/GI Soft, Non-tender, No distention
MS Back
   Back Full range of motion, Painless range of motion
   Text/Dict Notes
L upper back tenderness
Skin
   Skin Color NL, No rash, Warm, Intact
Neurologic
   Neurologic Oriented X3, Speech NL, No motor deficits


Additional PE
MS Head
   Head Atraumatic, Normocephalic
Eyes
   Eyes PERRL, No periorbital redness, No periorbital swelling


Portions of this section were scribed by GONZALES,CORINTHIA on 12/21/18 at 0553


Interpretation   Diagnostics

Lab Results Interpretation
Considerations Independ review imaging, Reviewed prior records
Results
Laboratory Tests



12/21/18 0420:
[Embedded Image Not Available]
Laboratory Tests:

|  |  | 12/21 0420 |
|---|---|---|
| Chemistry |  |  |
| Sodium (135 - 145 mmol/L) |  | 136 |
| Potassium (3.5 - 5.2 mmol/L) |  | 3.6 |
| Chloride (98 - 109 mmol/L) |  | 104 |
| Carbon Dioxide (21 - 32 mmol/L) |  | 25 |
| Anion Gap (5 - 18 mmol/L) |  | 10.6 |
| BUN (7 - 20 mg/dL) |  | 6  L |
| Creatinine (0.40 - 1.20 mg/dL) |  | 0.80 |
| Estimated GFR (MDRD) (>60) | >60 |  |
| BUN/Creatinine Ratio |  | 8 |
| Glucose (70 - 99 mg/dL) |  | 91 |
| Calcium (8.5 - 10.2 mg/dL) |  | 8.7 |
| Total Bilirubin (0.0 - 1.0 mg/dL) |  | 0.3 |
| AST (15 - 37 Units/L) |  | 21 |
| ALT (13 - 61 Units/L) |  | 23 |
| Total Alk Phosphatase (50 - 136 Units/L) |  | 47  L |

---

**BRANDI A MERRYMAN   DOB**            Printed On: 04/19/2019 - 11:50 AM

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900 | Fax: (210)695-1901

```
                    Troponin I (0.00 - 0.04 ng/mL)          <0.04
                    Total Protein (6.4 - 8.3 g/dL)           8.8  H
                    Albumin (3.4 - 5.0 g/dL)                 3.1  L
                    Serum Pregnancy, Qual                  NEGATIVE
                  Hematology
                    WBC (4.5 - 10.5 K/uL)                    8.0
                    RBC (3.80 - 5.20 M/uL)                   4.53
                    Hgb (12.0 - 16.0 g/dL)                   14.2
                    Hct (36.0 - 46.0 %)                      41.3
                    MCV (81.0 - 98.0 fL)                     91.2
                    MCH (28.0 - 34.0 pg)                     31.3
                    MCHC (32.0 - 36.0 g/dL)                  34.4
                    RDW Coeff of Var (11.0 - 14.5 %)         16.2  H
                    Plt Count (150 - 400 K/uL)               175
                    MPV (8.5 - 12.0 fL)                      10.4
                    Nucleated RBC % (%)                      0
                    Nucleated RBCs # (0 K/uL)                0
```

Lab    Imaging Statement
Laboratory    radiographic studies reviewed and considered in the medical
decision-making.


Point of Care Testing
Pulse Oximetry
    Pulse Ox % 95
    On: Room air
    Interpretation Interpreted by me, Pulse oximetry normal
    Time 0406

ECG #1 Interpretation
ECG Documented in MUSE Yes
Date 12/21/18
Time 0410
Interpreted by ED physician
NL ECG Interpretation Normal rate, Normal sinus rhythm, No STEMI, Normal axis,
Normal intervals
Rate 95

Portions of this section were scribed by GONZALES,CORINTHIA on 12/21/18 at 0636

Re-Evaluation    MDM

Free Text MDM Notes
Additional Text
0407: Pt care initiated. Will order EKG, Troponin, HCG, CMP, CBC, and CT PE. Pt
is in agreement with plan of care, all questions and concerns have been
addressed at this time.

0411: EKG reviewed, NSR with rate of 95, normal axis and intervals, no STEMI.

0423: Labs reviewed, unremarkable at this time. Pt pending CT PE.

0543: radiology call, CT PE c/w R lower subsegmental PE.

**BRANDI A MERRYMAN**    DOB:              Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 363

Apr. 19. 2019 12:00PM    Bandera Family Medical                      No. 7688    P. 39

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

0547: Pt reexamined, pt is resting comfortably with no new complaints. I discussed imaging and need for admission. Will start on Xarelto 15 mg which the patient was on previously. Pt is in agreement with plans.

0608: Consult with hospitalist Dr. Leah Awan who agrees with plans and accepts pt for admission.

)( Re-Evaluation/Progress #1
)( Re-Eval Status Improved

ED Course
Medication(s) Ordered
Medication(s) Ordered:
Blood Formation,Coagulation

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Rivaroxaban | 15 MG | NOW ONE PO | 12/21 0550 12/21 0551 | DC | 12/21 0629 |

Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Hydrocodone Bitart/ Acetaminophen | 2 TAB | X1ED STA PO | 12/21 0514 12/21 0515 | DC | 12/21 0540 |
| Ketorolac Tromethamine | 30 MG | X1ED STA IV | 12/21 0514 12/21 0515 | DC | 12/21 0540 |

Consultation
Consultation
  Referral/Consult Name
Awan,Leah L  MD
  Consultant Called Hospitalist
  Call Returned Call returned
  Call Returned Time 0608
  Call Returned Date 12/21/18
  Consultant Will see patient

Portions of this section were scribed by GONZALES,CORINTHIA on 12/21/18 at 0636

Patient Discharge   Departure

Vital Signs/Condition
Vital Signs
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 95 | 12/21 0406 |
| B/P | 133/80 | 12/21 0406 |
| B/P Mean | 97 | 12/21 0406 |
| O2 Delivery | Room air | 12/21 0406 |
| Temp | 98.7 | 12/21 0406 |
| Pulse | 93 | 12/21 0406 |
| Resp | 18 | 12/21 0406 |

Last Documented:

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 – 11:50 AM

BFHC 1604 7579 NORTH LOOP 1604 WEST, STE. 100, SAN ANTONIO, TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

```
                        Result   Date Time
        Pulse Ox            96   12/21 0544
        B/P             126/70   12/21 0544
        B/P Mean            88   12/21 0544
        O2 Delivery   Room air   12/21 0544
        Pulse              93   12/21 0544
        Resp               16   12/21 0544
        Temp             98.7   12/21 0406
```

All vital signs available at the time of this entry have been reviewed.

Condition Guarded, Improved

Clinical Impression
Clinical Impression
Primary Impression: Pulmonary embolism

Disposition Decision
Admit
   Admit Physician Name
 Awan,Leah L  MD
   Admit Physician Hospitalist
   )( Admission Accepts Yes
   )( Accepted Time 0607
   )( Accepted Date 12/21/18

Discharge/Care Plan
Counseled Regarding Diagnosis, Lab results, Imaging studies, Need for admission
 Admit Note
I have spoken with the patient and/or caregivers. I have explained the patient's
condition, diagnoses and treatment plan based on the information available to me
at this time. I have answered the patient's and/or caregiver's questions and
addressed any concerns. The patient and/or caregivers have as good an
understanding of the patient's diagnosis, condition and treatment plan as can be
expected at this point. The patient has been stabilized within the capability of
the emergency department. The patient will be transported for further care and
management or will be moved to an observation or inpatient service. I have
communicated with the staff or medical practitioner taking over this patient's
care.

Supervising Physician Note
 Scribe Statement
I personally scribed for Dr. Sumeru Mehta on 12/21/18 at 0423.  Electronically
signed by GONZALES,CORINTHIA.

 Provider Scribed Statement
I personally performed the services described in this documentation and reviewed
the documentation that was dictated to the scribe(s) in my presence, and it
accurately records my words and actions. Mehta,Sumeru G. , 12/21/18

Portions of this section were scribed by GONZALES,CORINTHIA on 12/21/18 at 0635

Electronically Signed by Mehta,Sumeru G  MD on 12/21/18 at 0646

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 365

BFHC 1604 7579 NORTH LOOP 1604 WEST. STE. 100. SAN ANTONIO. TX 78249-2782
Phone: (210)695-1900  |  Fax: (210)695-1901

RPT #: 1221-0068
***END OF REPORT***

**BRANDI A MERRYMAN**   DOB:            Printed On: 04/19/2019 - 11:50 AM

Lincoln/Merryman 366



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | April 18, 2019 |
| To: | DR SUZANNE GAZDA<br>3603 PAESANOS PARKWAY<br>SUITE 300<br>SAN ANTONIO TX 78231 |
| Attn: | medical records |
| Fax: | (210) 692-9311 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: | 8582115 |

Claimant: Brandi Merryman

USAA

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 18, 2019

Dr. Suzanne Gazda
3603 PAESANOS PARKWAY
SUITE 300
SAN ANTONIO, TX 78231

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Suzanne Gazda:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2018 through present

We ask that you provide this information by May 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of  2

Lincoln/Merryman 368

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2

Lincoln/Merryman 369



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: April 18, 2019 | |
| To:   DR IRENE KAZHDAN HEMATOLOGY<br>4411 MEDICAL DRIVE STE 100<br>SAN ANTONIO TX 78229 | |
| Attn:   medical records | |
| Fax:   (210) 595-5301 | |
| From: Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 | |
| Total Pages<br>(Including Cover):   3 | |
| RE:<br><br>Claim #:   8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 18, 2019

Dr. Irene Kazhdan, Hematology
4411 MEDICAL DRIVE STE 100
SAN ANTONIO, TX 78229

RE:     Long Term Disability (LTD) Benefits
        USAA
        Claim #: 8582115
        Claimant: Brandi Merryman
        Claimant D.O.B.:

Dear Dr. Irene Kazhdan:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

*   Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2018 through present

We ask that you provide this information by May 1, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of  2

Lincoln/Merryman 371

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2

Lincoln/Merryman 372



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: April 18, 2019 | |
| To: | DR KEITH BECK<br>7579 N LOOP 1604 W STE 100<br>SAN ANTONIO TX 78249 |
| Attn: | medical records |
| Fax: | (210) 695-1901 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #:    8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 18, 2019

Dr. Keith Beck
7579 N LOOP 1604 W STE 100
SAN ANTONIO, TX 78249

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Keith Beck:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2018 through present

We ask that you provide this information by May 1, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of  2

Lincoln/Merryman 374

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2

Lincoln/Merryman 375



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: April 18, 2019 | |
| To: | DR PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 |
| Attn: | medical records |
| Fax: | (210) 477-2650 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover):   3 | |
| RE:<br><br>Claim #:   8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 18, 2019

Dr. Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:     Long Term Disability (LTD) Benefits
        USAA
        Claim #: 8582115
        Claimant: Brandi Merryman
        Claimant D.O.B.:

Dear Dr. Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2018 through present

We ask that you provide this information by May 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of 2

Lincoln/Merryman 377

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2

Lincoln/Merryman 378



CONFIDENTIAL INVESTIGATIVE REPORT
April 18, 2019

| Attn: Dewey Leitch<br>Liberty Mutual Group Disability<br>100 Liberty Way<br>Dover, NH 03820 | YOUR FILE NO. | 8582115 |
| | OTHER FILE NO. | Moore, C |
| | OUR FILE NO. | 201904-3051.1 |
| | INSURED/EMPLOYER | USAA |
| | ASSIGNMENT OPEN | 4/15/2019 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Not Provided | |
| DATE OF LOSS | 8/3/2018 | |
| INVESTIGATOR | Gina Palacios | |
| DATES OF INVESTIGATION | 4/18/2019 | |

| CLAIMANT | |
| --- | --- |
| NAME: | **Brandi Merryman** |
| ADDRESS: | |
| DOB: | |

| PHOTO IDENTIFICATION |
| --- |



9485 Regency Square Blvd, Suite 200 | Jacksonville, FL 32225 | 888-932-7364 | http://coventbridge.com

Lincoln/Merryman 379

Name: Brandi Merryman                                                          Page: 2
Claim Number: 8582115

## SUMMARY

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter and YouTube. **Matches were located on the following sites:**

**Facebook**
**LinkedIn**
**Pinterest**
**Instagram**
**Twitter**

We conducted an investigation on Ms. Merryman using reported and provided information such as name, location, telephone number and reported relatives. The claimant's Facebook profiles a post regarding her being diagnosed with Lupus and MS and she was raising money for the MS foundation. Her Instagram is private, and her two Twitter profiles have no current content. Her LinkedIn profile reports that she works for USAA. We searched the TX professional license databases and no licenses were located for the claimant.

## ANALYSIS

| MAPPING |
|---|

- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence.

| DIRECTORY ASSISTANCE |
|---|

- Directory assistance lists the provided phone number for the claimant                as a mobile number in Victoria, TX.

| SOCIAL NETWORKING |
|---|

- Positive matches were located on the claimant through Facebook, LinkedIn, Instagram, Pinterest and Twitter.

Lincoln/Merryman 380

Name: Brandi Merryman                                                                    Page: 3
Claim Number: 8582115

<div style="text-align:center;background:#888;color:#fff;">SOURCES</div>

## Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of                                    .



## Directory Assistance

An online directory assistance search revealed the claimant's phone number of           as a mobile number in Victoria, TX.



Lincoln/Merryman 381

Name: Brandi Merryman                                                           Page: 4
Claim Number: 8582115

## Social Networking

### Facebook

We located the claimant's Facebook profile under the provided name and location. She is an insurance senior specialist at USAA. On October 25, 2018 she posted about having Lupus and MS and was raising money for a foundation.

URL: https://www.facebook.com/brandimerryman



Name: Brandi Merryman                                                                Page: 5
Claim Number: 8582115



## Intro

- 💼 Insurance Senior Specialist at USAA
- 🎓 Studied Marine biology at Texas A&M University at Galveston
- 🎓 Went to Memorial High School Victoria Tx
- 🎓 Went to Winston Churchill High School, San Antonio, TX
- 🏠 Lives in San Antonio, Texas
- 📍 From Victoria, Texas
- 💟 In a relationship with Eric Moore

## Fundraisers

Biking for a world free of MS
Fundraiser for National Multiple Sclerosis
Society ● by Brandi Merryman

$380 raised of $1,000                    261 days left

## Photos

## Friends 512

Stephen J. Kramer    Justin Sheffield    Melody Greene

---

**Brandi Merryman** created a fundraiser for National Multiple Sclerosis Society.

February 19 · Facebook Fundraisers · 🌐

Howdy ya'll!

I am riding my new recumbent tricycle to the finish line. The finish line, that is, to cure my MS and a lot of others just like me. I am 28 years old. I know what you're thinking, "That is awfully young to have alot of issues. I bet she is fine." I'm here to tell you it SUCKS! I have met others just like me and we want change. We like to call ourselves UNICORNS because we are unlike most MS patients since we also have lupus. Having two diseases is awful but the good news is that your donations to help cure MS could also indirectly cure lupus! I personally have never been in remission. After many hospital stays, pulmonary embolismds, blood clots in extremeties, painful injections and infusions, and now most of my indepedence being taken away from me. I am making sure to keep myself accountable and do something about it. You might be wondering, "If she has never been into remission than how is she going to be riding so many miles?" That's a great question. I am going to be riding my trike as far as I can. I am commited to kicking my MS in the ass along with evertone else's. I hope you will be just as dedicated as I am. I know I can count on your support.

With each pedal stroke and each dollar raised, you're helping us

**Biking for a world free of MS**

Fundraiser for National Multiple Sclerosis Society ● by Brandi Merryman

Howdy ya'll!
I am riding my new recumbent tricycle to the finish line. The finish line, that is, to cure m... Continue Reading

$380 raised of $1,000

9 people donated.                                         Donate

👍❤ 8

👍 Like                          ↪ Share



Brandi Merryman posted an item for sale.
January 30

**Brandi's Boutique Homemade Ballet Slippers**

$45

San Antonio

These double yarned ballet slippers are one of my favorite things to make. They are cozy and warm and so good for snuggling in your favorite chair with some coffee and a good book. I can make any size and color you want. We can discuss in messages what you would like.

My name is Brandi. I am a crocheting fool. I recently started crocheting a lot more and I am in love with making new patterns and going crazy with wild colors. I was diagnosed with Lupus and MS and I wanted to be productive with my time and make money to help cure MS. So if any of you are in San Antonio and you love to crochet let me know. It is always good to have a crafty Cate by your side.





Ilene Belinsky Kramer My Bubby used to knit slippers for all of us grandkids. They looked a lot like yours!
Like  Reply  11w

Brandi Merryman Ilene Belinsky Kramer that's so awesome. I love to crochet.
Like  Reply  11w

Lincoln/Merryman 384

Name: Brandi Merryman                                              Page: 7
Claim Number: 8582115



Brandi Merryman created a fundraiser for Multiple Sclerosis Foundation.

October 26, 2018 · Facebook Fundraisers

Hello. My name is Brandi. I am 28 years old and I live in          TX. At the beginning of my journey I was diagnosed with Lupus. Lupus is a disease where your body thinks you are an invader such as a cold and it attacks. I hadn't found anything that was helping so we kept digging. I later was diagnosed with Multiple Sclerosis or MS when they found lesions on my brain and spinal cord. I didn't know how I was going to handle two diseases. MS is basically the same sort of attacking disease except it attacks your brain spinal cord and neck. Every patient with MS is different. Different symptoms, different pain, and different medications for attack. My MS can effect my concentration, its hard to walk sometimes, over stimulation makes it worse, the sun, the cold, lots of pain... this list goes on. If you know someone with MS then you have probably heard them say how ODD their symptoms are. That's because it is the brain. I have joined a team that rides bikes and trikes through the San Antonio area. I have a trike. (It's pretty cool). The goal is to get MS patients moving around and trying to stay healthy. We are raising money for the MS foundation to find a cure for MS. Having a cure for MS would change my life and MANY other MS patients' lives in so many ways. If you would like to donate I would appreciate it. I will also be selling craft items like wreathes, crochet hats and scarves, etc. on my main facebook page and those will also go to the MS foundation. My goal is to raise $500 by January 1, 2019 and rais $5,325 by November 1st, 2019

Want to join me in supporting a good cause? Your contribution will make an impact, whether you donate $5 or $500. Every little bill helps. Thank you for your support. I've included information about Multiple Sclerosis Foundation below

All MS Focus services, as well as information, literature and subscriptions to our publications are provided free of charge. MS Focus neither sells memberships nor requires participation in fund-raising activities by individuals or support groups.

Lincoln/Merryman 385

Name: Brandi Merryman                                                    Page: 8
Claim Number: 8582115



Lincoln/Merryman 386

Name: Brandi Merryman

Page: 9

Claim Number: 8582115



## Twitter

We located two Twitter profiles for the claimant and neither profile provides any current content.

URL: https://twitter.com/BrandiAlyse2013



Lincoln/Merryman 387

Name: Brandi Merryman                                                                     Page: 10
Claim Number: 8582115

URL: https://twitter.com/brandimerryman



**LinkedIn**
We located the claimant's LinkedIn profile under the provided name. She is a financial foundations specialist at USAA.

URL: https://www.linkedin.com/in/brandi-merryman-a772a287/



Name: Brandi Merryman                                                       Page: 11
Claim Number: 8582115



## Experience

**Personal banker**
Wells Fargo

**Financial Foundation Specialist**
USAA
Sep 2014 – Present · 4 yrs 6 mos
San Antonio, Texas

I am currently assisting our members in our auto Insurance department. I will be going to homeowners training in July where I will handle all auto homeowners renters and valuable personal property insurance.

## Skills & Endorsements

**Banking · 3**
Brenda Grasse, CMCA and 2 connections have given endorsements for this skill

**Sales · 2**
Lorna Thomas and 1 connection have given endorsements for this skill

**Insurance · 1**
Brenda Grasse, CMCA has given an endorsement for this skill

Industry Knowledge

Finance · 1                          Retail Banking

Credit                               Consumer Lending

Interpersonal Skills

Management · 1

Show less ∧

## Interests

USAA
185,375 followers

Wells Fargo
763,195 followers

## YouTube
No profiles associated with the claimant were located.

Lincoln/Merryman 389

Name: Brandi Merryman                                                          Page: 12
Claim Number: 8582115

## Instagram
Her Instagram profile currently is private with 30 posts.

URL: https://www.instagram.com/brandimerryman/



## Pinterest
https://www.pinterest.com/brandimerryman/



## Flickr
No profiles associated with the claimant were located.

## Tumblr
No profiles associated with the claimant were located.

## Myspace
No profiles associated with the claimant were located.

Lincoln/Merryman 390

Name: Brandi Merryman                                                      Page: 13
Claim Number: 8582115

### (Other Online Sources)

We located a Zoominfo profile for the claimant which provides her employment.

URL: https://www.zoominfo.com/p/Brandi-Merryman/-1867507557



Name: Brandi Merryman                                                    Page: 14
Claim Number: 8582115

We searched the Texas professional license databases and no licenses were located matching the claimant's name.

URL: https://www.tdlr.texas.gov/LicenseSearch/



## News Articles
None located

## Email Addresses

lorna.davidsmeyer@yahoo.com

Name: Brandi Merryman                                                          Page: 15
Claim Number: 8582115

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

| Enclosures |
|:---:|

1.  None

**END OF REPORT**

Lincoln/Merryman 393



**CONFIDENTIAL INVESTIGATIVE REPORT**
**April 18, 2019**

| Attn: Dewey Leitch<br>Liberty Mutual Group Disability<br>100 Liberty Way<br>Dover, NH 03820 | YOUR FILE NO. | 8582115 |
| --- | --- | --- |
| | OTHER FILE NO. | Moore, C |
| | OUR FILE NO. | 201904-3051.1 |
| | INSURED/EMPLOYER | USAA |
| | ASSIGNMENT OPEN | 4/15/2019 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Not Provided | |
| DATE OF LOSS | 8/3/2018 | |
| INVESTIGATOR | Gina Palacios | |
| DATES OF INVESTIGATION | 4/18/2019 | |

| CLAIMANT | |
| --- | --- |
| NAME: | **Brandi Merryman** |
| ADDRESS: | |
| DOB: | |

| PHOTO IDENTIFICATION |
| --- |



Lincoln/Merryman 394

Name: Brandi Merryman                                                                    Page: 2
Claim Number: 8582115

| SUMMARY |
| --- |

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter and YouTube. **Matches were located on the following sites:**

**Facebook**
**LinkedIn**
**Pinterest**
**Instagram**
**Twitter**

We conducted an investigation on Ms. Merryman using reported and provided information such as name, location, telephone number and reported relatives. The claimant's Facebook profiles a post regarding her being diagnosed with Lupus and MS and she was raising money for the MS foundation. Her Instagram is private, and her two Twitter profiles have no current content. Her LinkedIn profile reports that she works for USAA. We searched the TX professional license databases and no licenses were located for the claimant.

| ANALYSIS |
| --- |

| MAPPING | • A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence . |
| DIRECTORY ASSISTANCE | • Directory assistance lists the provided phone number for the claimant                     as a mobile number in Victoria, TX. |
| SOCIAL NETWORKING | • Positive matches were located on the claimant through Facebook, LinkedIn, Instagram, Pinterest and Twitter. |

Lincoln/Merryman 395

Name: Brandi Merryman                                                                    Page: 3
Claim Number: 8582115

## Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of



## Directory Assistance

An online directory assistance search revealed the claimant's phone number of as a mobile number in Victoria, TX.



Name: Brandi Merryman                                                    Page: 4
Claim Number: 8582115

### Social Networking

### Facebook

We located the claimant's Facebook profile under the provided name and location. She is an insurance senior specialist at USAA. On October 25, 2018 she posted about having Lupus and MS and was raising money for a foundation.

URL: https://www.facebook.com/brandimerryman



Name: Brandi Merryman                                                                                          Page: 5
Claim Number: 8582115



## Intro

🖥 Insurance Senior Specialist at USAA

🎓 Studied Marine biology at Texas A&M University at Galveston

🎓 Went to Memorial High School Victoria Tx

🎓 Went to Winston Churchill High School, San Antonio, TX

🏠 Lives in San Antonio, Texas

📍 From Victoria, Texas

♡ In a relationship with Eric Moore

## Fundraisers

Biking for a world free of MS
Fundraiser for National Multiple Sclerosis Society 🌐 by Brandi Merryman

$380 raised of $1,000                    261 days left

## Photos

## Friends 512

Stephen J. Kramer    Justin Sheffield    Melody Greene

---

Brandi Merryman created a fundraiser for National Multiple Sclerosis Society.
February 19 · Facebook Fundraisers · 🌐                                     •••

Howdy ya'll!
I am riding my new recumbent tricycle to the finish line. The finish line, that is, to cure my MS and a lot of others just like me. I am 28 years old. I know what you're thinking. "That is awfully young to have alot of issues. I bet she is fine." I'm here to tell you it SUCKS! I have met others just like me and we want change. We like to call ourselves UNICORNS because we are unlike most MS patients since we also have lupus. Having two diseases is awful but the good news is that your donations to help cure MS could also indirectly cure lupus! I personally have never been in remission. After many hospital stays, pulmonary embolismds, blood clots in extremeties, painful injections and infusions, and now most of my indepedence being taken away from me. I am making sure to keep myself accountable and do something about it. You might be wondering , "If she has never been into remission than how is she going to be riding so many miles?". That's a great question. I am going to be riding my trike as far as I can. I am commited to kicking my MS in the ass along with evertone else's. I hope you will be just as dedicated as I am. I know I can count on your support.

bike
With each pedal stroke and each dollar raised, you're helping us

**Biking for a world free of MS**
Fundraiser for National Multiple Sclerosis Society 🌐 by Brandi Merryman

Howdy ya'll!
I am riding my new recumbent tricycle to the finish line. The finish line, that is, to cure m... Continue Reading

$380 raised of $1,000

9 people donated.                                                          Donate

👍❤ 8

🖒 Like                                    ↪ Share

Name: Brandi Merryman                                                          Page: 6
Claim Number: 8582115



Brandi Merryman posted an item for sale
January 28

**Brandi's Boutique Homemade Ballet Slippers**

$45

San Antonio

These double yarned ballet slippers are one of my favorite things to make. They are cozy and warm and so good for snuggling in your favorite chair with some coffee and a good book. I can make any size and color you want. We can discuss in messages what you would like.

My name is Brandi. I am a crocheting fool. I recently started crocheting a lot more and I am in love with making new patterns and going crazy with wild colors. I was diagnosed with Lupus and MS and I wanted to be productive with my time and make money to help cure MS. So if any of you are in San Antonio and you love to crochet let me know. It is always good to have a crafty Cate by your side.





Ilene Belinsky Kramer My Bubby used to knit slippers for all of us grandkids. They looked a lot like yours! 🖤

Like  Reply  11w

Brandi Merryman Ilene Belinsky Kramer that's so awesome. I love to crochet.

Like  Reply  11w

Name: Brandi Merryman

Page: 7

Claim Number: 8582115



Brandi Merryman created a fundraiser for Multiple Sclerosis Foundation.

October 26, 2018 · Facebook Fundraisers

Hello. My name is Brandi. I am 28 years old and I live in            TX. At the beginning of my journey I was diagnosed with Lupus. Lupus is a disease where your body thinks you are an invader such as a cold and it attacks. I hadn't found anything that was helping so we kept digging. I later was diagnosed with Multiple Sclerosis or MS when they found lesions on my brain and spinal cord. I didn't know how I was going to handle two diseases. MS is basically the same sort of attacking disease except it attacks your brain spinal cord and neck. Every patient with MS is different. Different symptoms, different pain, and different medications for attack. My MS can effect my concentration, its hard to walk sometimes, over stimulation makes it worse, the sun, the cold, lots of pain... this list goes on. If you know someone with MS then you have probably heard them say how ODD their symptoms are. That's because it is the brain. I have joined a team that rides bikes and trikes through the San Antonio area. I have a trike. (It's pretty cool). The goal is to get MS patients moving around and trying to stay healthy. We are raising money for the MS foundation to find a cure for MS. Having a cure for MS would change my life and MANY other MS patients' lives in so many ways. If you would like to donate I would appreciate it. I will also be selling craft items like wreathes, crochet hats and scarves, etc. on my main facebook page and those will also go to the MS foundation. My goal is to raise $500 by January 1, 2019 and rais $5,325 by November 1st, 2019

Want to join me in supporting a good cause? Your contribution will make an impact, whether you donate $5 or $500. Every little bill helps. Thank you for your support. I've included information about Multiple Sclerosis Foundation below

All MS Focus services, as well as information, literature and subscriptions to our publications are provided free of charge. MS Focus neither sells memberships nor requires participation in fund-raising activities by individuals or support groups.

Lincoln/Merryman 400

Name: Brandi Merryman                                                                          Page: 8
Claim Number: 8582115



**Brandi's fundraiser for Multiple Sclerosis Foundation**
Fundraiser for Multiple Sclerosis Foundation ● by Brandi Merryman

Hello. My name is Brandi. I am 28 years old and I live in          At
the beginning of my journey I was ... Continue Reading

$219 raised of $500                                               Ended

6 people donated.

◯ 3                                              5 Comments  3 Shares

            🖒 Like                                    ↪ Share

Kim Merryman Oh Brandi I had no idea. I will love to help you in anyway that I can. I was thinking about you yesterday. Thinking about the Halloween ◯ carving contests you used to do.
I love you sweet girl.
Like · 24w                                                          ◯

    Brandi Merryman I am thinking about still doing my pumpkin carving this week with Eric. Thank you. Love you too. I hadn't told anyone yet don't worry you aren't behind. You're very sweet.
    Like  24w

Donna Nolen Fox Keep on pushin' through girl. You got this!
Like  24w                                                           ◯ 2

Dawn Rene' Miller Cummings I hate that for you Brandi Merryman. Your in my prayers. Love you sweet girl.
Like · 24w                                                          ◯

    Brandi Merryman Dawn Rene' Miller Cummings love you too. Thank you.
    Like · 24w

Lincoln/Merryman 401

Name: Brandi Merryman

Claim Number: 8582115

Page: 9



## Twitter

We located two Twitter profiles for the claimant and neither profile provides any current content.

URL: https://twitter.com/BrandiAlyse2013



Name: Brandi Merryman                                                      Page: 10
Claim Number: 8582115

URL: https://twitter.com/brandimerryman



## **LinkedIn**
We located the claimant's LinkedIn profile under the provided name. She is a financial foundations specialist at USAA.

URL: https://www.linkedin.com/in/brandi-merryman-a772a287/



Lincoln/Merryman 403

Name: Brandi Merryman                                                        Page: 11
Claim Number: 8582115



Experience

Personal banker
Wells Fargo

Financial Foundation Specialist
USAA
Sep 2014 – Present · 4 yrs 6 mos
San Antonio, Texas

I am currently assisting our members in our auto insurance department. I will be going to homeowners training in July where I will handle all auto homeowners renters and valuable personal property insurance.

Skills & Endorsements

Banking · 3
Brenda Grasse, CMCA and 2 connections have given endorsements for this skill

Sales · 2
Lorna Thomas and 1 connection have given endorsements for this skill

Insurance · 1
Brenda Grasse, CMCA has given an endorsement for this skill

Industry Knowledge

Finance · 1                                   Retail Banking

Credit                                        Consumer Lending

Interpersonal Skills

Management · 1

Show less ∧

Interests

USAA
185,375 followers

Wells Fargo
763,195 followers

## YouTube
No profiles associated with the claimant were located.

Lincoln/Merryman 404

Name: Brandi Merryman                                                            Page: 12
Claim Number: 8582115

## Instagram
Her Instagram profile currently is private with 30 posts.

URL: https://www.instagram.com/brandimerryman/



## Pinterest
https://www.pinterest.com/brandimerryman/



## Flickr
No profiles associated with the claimant were located.

## Tumblr
No profiles associated with the claimant were located.

## Myspace
No profiles associated with the claimant were located.

Lincoln/Merryman 405

Name: Brandi Merryman                                                    Page: 13
Claim Number: 8582115

### (Other Online Sources)

We located a Zoominfo profile for the claimant which provides her employment.

URL: https://www.zoominfo.com/p/Brandi-Merryman/-1867507557



Name: Brandi Merryman                                                    Page: 14
Claim Number: 8582115

We searched the Texas professional license databases and no licenses were located matching the claimant's name.

URL: https://www.tdlr.texas.gov/LicenseSearch/



## News Articles
None located

## Email Addresses

lorna.davidsmeyer@yahoo.com

Name: Brandi Merryman                                                            Page: 15
Claim Number: 8582115

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

| Enclosures |
|---|

   1.  None

**END OF REPORT**

Lincoln/Merryman 408



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | April 12, 2019 |
| To: | DR KEITH BECK<br>7579 N LOOP 1604 W STE 100<br>SAN ANTONIO TX 78249 |
| Attn: | medical records |
| Fax: | (210) 695-1901 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #:    8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.

Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.

Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 12, 2019

Dr. Keith Beck
7579 N LOOP 1604 W STE 100
SAN ANTONIO, TX 78249

RE:   Long Term Disability (LTD) Benefits
      USAA
      Claim #: 8582115
      Claimant: Brandi Merryman
      Claimant D.O.B.:

Dear Dr. Keith Beck:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 20, 2019 through present

We ask that you provide this information by April 24, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of 2

Lincoln/Merryman 410

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: April 12, 2019 | |
| To: | DR PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 |
| Attn: | medical records |
| Fax: | (210) 477-2650 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 8582115<br>Claimant: Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 412



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 12, 2019

Dr. Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 20, 2019 through present

We ask that you provide this information by April 24, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of  2

Lincoln/Merryman 413

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of 2

Lincoln/Merryman 414



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: April 12, 2019 | |
| To: | DR IRENE KAZHDAN HEMATOLOGY<br>4411 MEDICAL DRIVE STE 100<br>SAN ANTONIO TX 78229 |
| Attn: | medical records |
| Fax: | (210) 595-5301 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #:   8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 12, 2019

Dr. Irene Kazhdan, Hematology
4411 MEDICAL DRIVE STE 100
SAN ANTONIO, TX 78229

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Irene Kazhdan:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 20, 2019 through present

We ask that you provide this information by April 24, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of  2

Lincoln/Merryman 416

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | April 12, 2019 |
| To: | DR SUZANNE GAZDA<br>3603 PAESANOS PARKWAY<br>SUITE 300<br>SAN ANTONIO TX 78231 |
| Attn: | medical records |
| Fax: | (210) 692-9311 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8582115<br>Claimant: Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

April 12, 2019

Dr. Suzanne Gazda
3603 PAESANOS PARKWAY
SUITE 300
SAN ANTONIO, TX 78231

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Suzanne Gazda:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 20, 2019 through present

We ask that you provide this information by April 24, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

1  of  2

Lincoln/Merryman 419

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2

Lincoln/Merryman 420

## Database Services Referral Report

| Referred By: | Dewey J Leitch | Phone # and Ext: | (800) 320-7585 x41482 |
| --- | --- | --- | --- |

Claim Number: 8582115

Claimant Name: BRANDI MERRYMAN

Customer: USAA

SSN:

DOB:

Job Desc: 103572 MEMBER SOLUTIONS SENIOR

Email:

Date of disability: 8/3/2018

Phone:                     Type

Additional Phone:             Type

Claimant Address:

City:

State:             Zip:

**Document Location**

☑ Document List  ☐ Correspondence  ☐ Paper File

**Search Criteria:**

☑ Accurint/Lexis Nexis
    Specific Type of Records to be Researched: Any activity

☐ SSN Searches

☐ Change of Address

☐ Medical Provider

☑ Occupation and Professional Licensing.

☐ Death Index by individual.

☑ Social Media Searches (Facebook, Twitter, etc.)

01/16/2019 WED 9:14  FAX 2970507 Regional Staff Dev                    ☑001/005



# TEXAS ONCOLOGY

## *More breakthroughs. More victories.*®

**Patient:** BRANDI MERRYMAN                    **MRN:** 10026005
**Location:** TxO Medical Center SA              **Date:** 01/14/2019
**DOB:**
**Attending Physician:** Irene Kazhdan MD

**CHIEF COMPLAINT:** Mrs. Merryman is a very pleasant 28 year old lady diagnosed with a pulmonary embolism who presents today for follow up after discharge from the hospital.

**HISTORY OF PRESENT ILLNESS:** Mrs. Merryman presented to the emergency room on 12/21/18 with complaint of severe mid-sternal chest pain associated with cough and shortness of breath. The patient reports that she started having chest pain chest discomfort last night. It got progressively worse this morning. She denies hemoptysis. She was seen in the ER where CT chest PE protocol was done, which demonstrated presence of PE in the lateral basal segment right lower lobe pulmonary artery. The patient reports that she started receiving IVIG treatments in November. It was done by Dr. Wickersham. Approximately 1 month ago, she was diagnosed with superficial blood clots in her right upper extremity. She was initiated on Xarelto; however, because of the fact that she was getting IVIG and after discussion with Dr. Wickersham, Xarelto was discontinued. The patient has not been on Xarelto in the past several weeks. She also reports that several days ago, she noticed some discomfort in her left calf. She denies any recent travel, surgeries or injury. She is on birth control as well as on chronic steroids at home.

**INTERIM HISTORY:** Mrs. Merryman continued on Xarelto. I discussed her imaging with radiology who told me the defect in pulmonary artery although small seemed to have been real.
Her D-dimers in the hospital were elevated at 1.88.
She did have very heavy menstrual period with multiple blood clots. Per patient's mother she had same situation in 7th grade. At that time she had severe periods and was told she was anemic and her red blood cells were 'not maturing appropriately'.

**PAST MEDICAL HISTORY:**
1. Systemic Lupus
2. Multiple sclerosis
3. Chronic steroid therapy

**PAST SURGICAL HISTORY:**
1. Bunionectomy

**CANCER SCREENING HISTORY:** Patient has never had a mammogram or colonoscopy performed.

**FAMILY HISTORY:** Significant for patient's maternal grandmother diagnosed with breast cancer as well as blood clots.

**SOCIAL HISTORY:** Patient is not a smoker.

**CURRENT MEDICATIONS:** Medications reviewed, as per chart

**ALLERGIES:**
- NKDA

**REVIEW OF SYSTEMS:**
12 system review is negative except for the following:

5206 Research Dr., San Antonio, Texas, 78240-5251, PH (210) 595-5300 Fax (210) 595-5686

Lincoln/Merryman 422

*Page 2 of 4*
*01/14/2019*
*Irene Kazhdan MD*
*RE:BRANDI MERRYMAN, DOB:(*

•

## PHYSICAL EXAM
**General:** Patient is awake, alert, oriented times three in no acute distress
**HEENT:** PERRLA, EOMI, mucous membranes moist without erythema, ulceration or discolorations, sclerae unicteric
**Skin:** No rashes, petechiae, ecchymoses, spider angiomas or ulcerations
**Neck:** Supple without JVD or masses
**Lymphatics:** No lymphadenopathy in the neck, clavicular, axillary or inguinal areas
**Lungs:** Clear to auscultation bilaterally with no rhonchi, wheezing or rubs.
**Heart:** Regular rate and rhythm with no murmurs or gallops
**Breasts:** No dominant masses, skin changes, nipple inversion or discharge
**Abdomen:** Soft, non-tender, non-distended, with positive bowel sounds and no palpable organomegaly or masses
**Musculoskeletal:** No point vertebral tenderness
**Extremitie:** No clubbing, cyanosis or edema
**Neurologic:** No gross motor or sensory deficits

**LABORATORY DATA:** Reviewed, as per chart

**PATHOLOGY:**

**IMAGING IMPRESSIONS:**

### ASSESSMENT and PROBLEM LIST:
1. Unprovoked superficial thrombophlebitis
2. PE with negative bilateral Doppler
3. Lupus and MS with minimally elevated antiphospholipid antibodies per rheumatology
4. History of menorrhagia
5. History of abnormalities of RBC

### DISCUSSION and PLAN:
**PE**
1. Mrs. Merryman did have PE which was small but her D-dimers were elevated at that time.
2. She didn't have any provoking events except for starting IVIG in the recent months and being on birth control.
3. Considering fairly unprovoked nature of PE I will obtain hypercoagulability work up, especially considering her rheumatologic problems.
4. We discussed pros and cons of Xarelto and Eliquis and decided to switch to Eliquis 5mg BID because of availability of antidote.
5. It seems her IVIG was the only medication which made any difference in both lupus and MS.
6. I think is she requires IVIG she needs to proceed with that. Hopefully Eliquis will take care of potential hypercoagulability.
7. This also means she will continue on anticoagulation for at least as long as she is receiving it.
8. I am concerned for severe menorrhagia . She will discuss situation with her OBGyn
9. She is seeing Dr. Wickersham , rheumatology in nearly monthly basis. With this I don't necessarily need to bring her back q3 months but I will this time to review results. In the future I will see her q6 months as long as she is closely monitored by rheumatology
10. We did discuss possibility that she might require continuing anticoagulation for life but we will not address it at this time until we get results of hypercoagulability work up.

### ORDERS
1. Labs as above
2. RTC in 3 months

Lincoln/Merryman 423

01/16/2019 WED 9:15  FAX 2970507 Regional Staff Dev                    ☑003/005

Page 3 of 4
01/14/2019
Irene Kazhdan MD
RE:BRANDI MERRYMAN, DOB

*Irene Kazhdan, M.D., Ph.D.*

**Pulmonary embolism**
**Date of Diagnosis: 12/2018**
**Type: unprovoked.**

**Past Medical History**
Lupus,
MS.
> Previous surgery: bunionectomy 2000
> cyst removal 2010.
> Prior blood transfusions: no.

**Health Maintenance**
> Preventive care & screening.
>> Tobacco history: never smoker.
>> Pneumonia vaccine status: None.
>> Colon cancer screening: None.
>> Last mammogram: None.
>> Last pap smear: 2018.
>> Last pelvic exam: 2018.

**Ob/Gyn History**
> Menopausal status: premenopausal.
> Currently pregnant: no.
> Ob/Gyn History.
>> Pregnancy history: currently pregnant: no, desire for children: no, gravida: 1, para: 0, SAB: 0, TAB: 1, no. of term births: 0.

**Family History**
> Number of children: 1.
> Mother: Alive and well, no past illness.
> Father: Alive and well, no past illness.

**Social History**
> Single, working, alcohol use: none, drugs of abuse: none, social support network: local family members available for support.

**Vital signs**
height: 62 in (157 cm), weight: 201.2 lbs (91.3 kg), blood pressure: 115/85, Cuff size: large, pulse: 79 bpm, respiration: 18 rpm, temperature: 97 deg F (36.1 deg C), tiredness (fatigue): 0, nausea: 0, depression: 0, anxiety: 0, drowsiness: 0, appetite: 0, shortness of breath: 0, well-being: 0, pain scale (0-10), Current: 5, all over body pain,body mass index (BMI): 36.8 kg/m2, Obesity - Class 2, Karnofsky performance status: 80% - Normal activity with efforts; some signs or symptoms of disease.

**Current Medications**
> Allopurinol, po solid: Outside Rx: 300 mg Tablet Take 1 PO daily.
> Butrans, top (buprenorphine): Outside Rx: 20 mcg/hr Patch, transdermal weekly Take 1 Patch(es) Topical as directed.
> Lexapro, po solid (escitalopram oxalate): Outside Rx: 10 mg Tablet Take 1 PO daily.

Lincoln/Merryman 424

*Page 4 of 4*
*01/14/2019*
*Irene Kazhdan MD*
*RE:BRANDI MERRYMAN, DOB*

Norco, po solid (hydrocodone/acetaminophen): Outside Rx: 7.5-325mg Tablet(s) Take 1 PO Q4H PRN pain.
Plaquenll, po solid (hydroxychloroquine sulfate): Outside Rx: 200 mg Tablet Take 1 PO as directed.
Prednisone, po solid: Outside Rx: 5 mg Tablet Take 1.5 PO as directed.
Turmeric (curcumin), po solid: Outside Rx: Capsule(s) Take 1 PO daily.
Vitamin d3 complete, po solid (mv-mn/iron/fa/herbal cmplx#190): Outside Rx: 18-800-150 Tablet Take 1 PO daily.

## Allergies & Adverse Reactions
NKA.

## Directives
Code status: full code.
Advance directives: medical power of attorney: no, financial power of attorney: no.

## Special Considerations
Varicella status: chicken pox: yes, varicella vaccine: yes.

## Problem List
Pulmonary embolism

## New Orders
- Eliquis, po solld (apixaban): 5 mg Tablet Take 1 PO BID Dispense: 60, Refills: 5, CVS/pharmacy #7831 07831, 6539 DE ZAVALA ROAD , SAN ANTONIO, TX 78249, Ph:2105611325, eRx ID: e1a8696b-cc9d-4312-b0ce-93abffc25b46, Pending, on behalf of Irene Kazhdan MD.
- RTC MD: 3 months, Print on Rx.
- D-dimer: Today, Print on Rx.
- Factor VIII activity: Today, Print on Rx.
- Protein S activity: Today, Print on Rx.
- Protein S antigen, %: Today, Print on Rx.
- Protein C activity: Today, Print on Rx.
- Protein C antigen, %: Today, Print on Rx.
- Homocysteine: Today, Print on Rx.
- Vitamin B12: Today, Print on Rx.
- Phosphatidylserine ab IgA measurement: Today, Print on Rx.
- PAI-1 polymorphism: Today, Print on Rx.
- HR2 haplotype (Factor V HR2), A4070G polymorphism: Today, Print on Rx.
- Factor II gene mutation: Today, Print on Rx.
- Antithrombin deficiency profile: Today, Print on Rx.
- Beta 2 glycoprotein (IgG, IgA, IgM), Anticardiolipin (IgG, IgA, IgM), Lupus Anticoagulant Panel: Today, Print on Rx.
- CBC w/ auto diff, CMP, LDH: Today, Print on Rx.
- Cardiolipin ab panel: Today, Print on Rx.
- Factor V Leiden mutation analysis panel: Today, Print on Rx.
- PT/INR panel: Today, Print on Rx.

Irene Kazhdan MD

Lincoln/Merryman 425

01/16/2019 WED 9:16 FAX 2970507 Regional Staff Dev                                    ☒005/005

1/14/2019                                              Centricity™ Business

Centricity™ Business  powered by GE Healthcare

| PT Svc Coord ∨ | Tools ∨ | ▲ nixons ∨ |

New Appointment    Appointment List    Appt Manager ∨    Lists ∨    Daily Forms ∨    Provider Schedules    Referral List    Patient Tracking

Facesheets

Select Patient ∨

# MERRYMAN,BRANDI

MRN: 10026005    Phone:                    Pt Status:        FSC1: AETNA POS    txlwpwvwb003:
DOB                Language: ENGLISH        Pt Needs:         FSC2:
Age: 28 Years      Gender:  F

## Add to Wait List

Select the following appointments to add to the Wait List

| Date | Day | Time | Patient | Prov | Dept | Loc | Type | Dur | Status | Appt |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2019 | MON | 01:30PM | MERRYMAN,BRANDI | SA MED CTR LAB | SD1081 | SA6 | LB1 | 15 | PEN | 169261: |
| 04/15/2019 | MON | 02:00PM | MERRYMAN,BRANDI | KAZHDAN MD,IRENE | SD1081 | SA6 | ES1 | 15 | PEN | 169261; |

Wait List Comment:

Select All    Unselect All                                                        OK

Lincoln/Merryman 426

To:        Lincoln Financial Group

Attn:      Dewey Leitch

From:      Brandi Merryman

Date:      1/16/2019

Subject:   Long Term Disability Forms

The following forms are included in this packet:

- Agreement Concerning Benefits
- Authorization for Release of Information Including Protected Health Information
- Claimant Information Form
- Claimant Supplementary Statement
- Family Information Questionnaire
- Training-Education-Experience Form (TEE)
- Activities Questionnaire
- Agreement Concerning Benefits
- Survivor/Estate Information Form
- Social Security/Reimbursement Agreement

I have contacted all my doctors to request that my entire medical record be sent to you.  Please call me if there is any other information I need to send.

Thank you,

Brandi Merryman

Lincoln/Merryman 427

01/16/2019 WED 9:04 FAX 2970507 Regional Staff Dev                    ☑002/015

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AGREEMENT CONCERNING BENEFITS

Return To:    Dewey Leitch

| | |
|---|---|
| Policy No: 09 - 419734 | Claim Number: 8582115 |
| Employer: USAA | Address |
| Claimant: Brandi Merryman | |
| Date of Disability: 08/03/2018 | |

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 419734 I, for myself, my heirs, executors, administrators and assigns agree:

1)      That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)      If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)      If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)      I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

*Brandi Merryman*
Claimant Name (please print)

Address

*Brandi Merryman*
Signature

1-15-19
Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

Lincoln/Merryman 428



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  *Brandi Merryman*

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  *Brandi Merryman*

Date of Birth: ___    _____  Claim Number: __8582115__  Date: __1-15-19__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Lincoln/Merryman 429

01/16/2019 WED 9:05 FAX 2970507 Regional Staff Dev                                    ⌀004/015

lll


**Liberty Mutual.**
· INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

| |
|---|
| **EMPLOYEE/CLAIMANT NAME:** Brandi Merryman |
| **CLAIM NO:** 8582115 |
| **EMPLOYER/SPONSOR:** USAA                    **DATE OF BIRTH:** |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from **08/03/2018** to **present**.  *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Pendelton Wickersham
Specialty: Rheumatology / Internist
Address: 4511 Horizon Hill blvd #150
San Antonio TX 78229
Telephone No. : 210 477-2026   Fax No. :(  )

Name: Irene Kazhdan
Specialty: Hemotology
Address: 5206 Research dr
San Antonio TX 78240
Telephone No. : 210 595-5300   Fax No. :(  )

Name: Suzanne Gazda
Specialty: Neurology /
Address: 3603 Paesanos pkwy
San Antonio, TX 78231
Telephone No. : 210 692-1245   Fax No. :(  )

Name: Keith Beck
Specialty: Primary Care doctor
Address: 1519 N loop 1604 E
San Antonio, TX 78258
Telephone No. : 210 695-1900   Fax No. :(  )

## MEDICAL INSURANCE CARRIER(S):

Name: Aetna life Insurance Company
Specialty: Insurance
Address: P.O. box 981106

Telephone No. : 888 632-3862   Fax No. :(  )

Name: _____
Specialty: _____
Address: _____

Telephone No. :(  )   Fax No. :(  )

## PHARMACY(S):

Name: CVS Pharmacy
Specialty: _____
Address: 6539 Dezavala rd
San Antonio, TX 78249
Telephone No. : 210 561-1325   Fax No. :(  )

Name: _____
Specialty: _____
Address: _____

Telephone No. :(  )   Fax No. :(  )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Bradi Merryman     **DATE:** 1-15-16

Lincoln/Merryman 430

01/16/2019 WED 9:06 FAX 2970507 Regional Staff Dev                    ☑005/015

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:** Dewey Leitch

| EMPLOYEE/CLAIMANT NAME: Brandi Merryman | CLAIM #: 8582115 |
|---|---|
| EMPLOYER: USAA | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) Merryman, Brandi, Alyse | Social Security # | Email Address |
|---|---|---|
| Street Address | City | State | Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) N/A | Marital Status Single |
|---|---|---|

| Spouse's Full Name and Date of Birth N/A | Number of Children 0 | Dates of Birth of Children N/A |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Lorna Thomas          Relationship to you? Mother          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.    NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.    NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
Only for USAA

Do you hold a professional license? If yes, for what purpose? I have an Insurance license

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.    NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.    NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.    Only USAA

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability | $ 1660 | 5/9/18 | Still Receiving | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME: Brandi Merryman

DATE: 1-15-19          EMPLOYEE'S SIGNATURE: Brandi Merryman

DP 409

Lincoln/Merryman 431

01/16/2019 WED 9:06 FAX 2970507 Regional Staff Dev    ☑006/015

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:** Dewey Leitch

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                                DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?    Single ✓    Married _____    Divorced _____

If married, please indicate your spouse's name and date of birth.  Name: N/A    DOB: N/A

Do you have children or dependents*?    Yes _____    No ✓

If yes, please provide additional details below, using additional space as needed.

\* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household

- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22

- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?    Yes: _____    No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: Brandi Merryman    Date: 1-15-19

Lincoln/Merryman 432

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                                              DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                              (If you have a resume, please attach)

Highest Grade Completed: Some College          Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: No                    Certificate Program completed: No

Associates Degree: No                     College: number of years: 3

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): Personal Insurance license

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work Crocheting /Crafting, Mailroom work

Did you serve in the Armed Forces? ☐ Y ☑ N Prom: _____ To: _____

Branch of Service: _____ Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: USAA          Department: P&C          From: 9/2014 To: Now
   Job Title(s): Insurance Agent
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): assisted ~~State~~ members with insurance via phone

2. Company: Wells Fargo          Department: Bank          From: 4/2013 To: 9/2014
   Job Title(s): Personal banker /Teller / CSSR
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): helping customers in an office with products and
   services, cash handing on teller line; selling products.

A Liberty Mutual Company

Lincoln/Merryman 433

3. Company: _Thomas Petroleum_ Department: _____ From: _5/2008_ To: _8/11_
   Job Title(s): _Mailroom Manager_
   Supervisory Experience ☐ Y  ☑ N
   Tasks/Duties (please be specific): _distribute all company mail, use company truck to deliver mail and pick up blueprints etc. scanned and filed paperwork_

4. Company: _Chili's_ Department: _____ From: _6/2007_ To: _8/2008_
   Job Title(s): _Server/host_
   Supervisory Experience ☐ Y  ☑ N
   Tasks/Duties (please be specific): _deliver food to tables, sit customers and greet, help around the store with daily tasks_

5. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|:---:|:---:|---|:---:|:---:|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☑ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☑ | ☑ | Project Management | ☐ | ☐ |
| Database | ☑ | ☑ |  |  |  |
| Photo Software | ☐ | ☐ | Other: _____ |  |  |

How much time is spent daily on your work computer? ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☑ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No  If yes, WPM (words per minute) _80_
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____  _yhoo.com_  Work: _N/A_

SIGNATURE _[signature]_ PHONE NO _____

Lincoln/Merryman 434

01/16/2019 WED 9:07  FAX 2970507 Regional Staff Dev                              ⧖009/015

## ACTIVITIES QUESTIONNAIRE

 **Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch _____

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Brandi Merryman _____

CLAIM NO: 8582115 _____    DATE OF BIRTH: _____

EMPLOYER/SPONSOR: USAA _____

---

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit __2 hours__    stand __15 min.__    walk __none__

How many hours a day do you:

sit __Varies__    stand __Varies__    walk __don't walk often, get dizzy__

Do you take a nap during the day?

Yes __✓__    No _____

If Yes, for how long? __4-5 hours__    At what time of the day? __8am-1pm__

How many hours a day do you spend in bed? __Varies__

Do you require any assistive devices such as a: __don't have but do need to get something soon__

cane _____    walker _____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car? __don't ride in a car often (get dizzy)__

Do you hold a valid driver's license?

Yes __✓__    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? __don't drive right now__

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
__occasional visiters come to see me__

Do you have children?

Yes _____    No __✓__    If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____    No __✓__

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____    No __✓__    If Yes, please explain _____

How many times a day do you leave the house during the week? __0 unless doctors appointment__

On the weekends? __0__

How often do you run errands? __0__

Please describe what errands you most commonly run: __N/A__

---

Lincoln/Merryman 435

01/16/2019 WED  9:08  FAX 2970507 Regional Staff Dev                    ☑010/015



**Liberty Mutual. INSURANCE**

| ACTIVITIES QUESTIONNAIRE |
| page 2 of 3 |

How often do you get outdoors? _rarely_

Are you left or right hand dominant?         Left _____  Right ✓

Are you able to work in your garden?         Yes _____  No ✓

Are you able to work on your house?          Yes _____  No ✓

Are you able to wash your car?               Yes _____  No ✓

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours ✓ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
✓ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos  Other: _Watch dvds_

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming  Other: _None at this time_

Do you have a working home copy machine/fax machine? _____ Yes ✓ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | family assists | yes |
| Carrying groceries into the house | family assists | Yes |
| Cooking meals | family assists | No |
| Cleaning after meals | myself | No |
| Cleaning bathrooms | family assists | yes |
| Vacuuming | family assists | yes |
| Doing the laundry | family assits | yes |
| Opening and responding to mail | myself | No |
| Managing your finances | myself | No |
| Balancing your checkbook | myself | No |
| Bathing yourself | myself | No (did have a fall though) |
| Styling your own hair | myself | No |
| Getting dressed | myself | No |
| Going up and down stairs | don't use stairs | yes - fell on stairs |

Have you been confined to a hospital within the last 12 months? Yes ✓ No _____

If Yes, please provide reason and hospital contact Information: _pulmonary embolism in right lung at Methodist hospital in December 2018 bro and the 21st. Methodist → 7700 Floyd Curl dr San Antonio, TX 78229_

Lincoln/Merryman 436

01/16/2019 WED 9:08 FAX 2970507 Regional Staff Dev    ☒011/015



**Liberty Mutual.**
**INSURANCE**

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? **0 - I cant right now**

Where do you go? How do you get there (transportation method)? ~~I go to places at home~~

Are you able to pursue your hobbies?     Yes ✓    No ____

If Yes, please describe **I Crochet at home and love it**

Do you participate in an exercise program?   Yes ____   No ✓

If Yes, please describe _____

Do you do any Volunteer work?    Yes ____   No ✓

If Yes:

how many hours per day? _____

how many hours per week? _____

for whom? _____

Are you working for wages?    Yes ____   No ✓

If Yes, please provide employer's name _____

Describe in your own words, what prevents you from engaging in **any gainful employment.**
I have multiple sclerosis. I feel that my MS symptoms are worsening because I have a very hard time remembering thing, concentrating, and it takes a long time for me to process what I hear. When there is overstimulation, or Im tired, I have anxiety attacks. Shake, and cry. When I stand I become dizzy and loose my balance. (Fell twice this past month). Sometimes my left eye hurts, and looks *See back →*

Please describe your daily routine: (if more space is needed, please use the back of this form)
When I wake up In the morning I take my medication around 8 then sleep til about 1 or 2 and then I wake up and lay in bed and watch movies or crochet and I take breakthrough pain meds if needed. I take another nap and wake up around 6 or 7 and I usually can't sleep at night. I eat sporatically *with a lot of nausea*

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
**Lorna Thomas - Mother -**

**\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.**

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: **Brandi Merryman**    Date: **1-15-19**

Signature: **Brandi Merryman**

Lincoln/Merryman 437

Regional Staff Dev

☒012/015

like it is glowing. I cannot turn my head to the right without becoming dizzy and sick to my stomach. I cannot look down because I have terrible pain down my back. My left leg is weak/numb.

I also have Systemic lupus which makes me extremely tired and my joints and muscles ache terribly. I cannot sit for a long period of time because my hips and back start to ache. I cannot sleep at night because I am in pain, and I am usually up all night. I am exhausted and most of the time sleep in the morning and early afternoon. after my body is completly exhausted.

I am having trouble getting my lupus/MS infusions. I developed a blood clot in my right arm and also one in my right lung. I am now on a blood thinner and can't walk often because Im afraid I will fall again and now I will bleed too easily. Im now seeing a Hemotologist for clotting issues.

Lincoln/Merryman 438

01/16/2019 WED 9:09  FAX 2970507 Regional Staff Dev                                    ☑013/015

 **Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AGREEMENT CONCERNING BENEFITS

Return To:    Dewey Leitch

| | |
|---|---|
| Policy No: 09 - 419734 | Claim Number: 8582115 |
| Employer: USAA | Address |
| Claimant: Brandi Merryman | |
| Date of Disability: 08/03/2018 | |

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 419734  I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)    I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

*Brandi Alyse Merryman*
                                        Claimant Name (please print)

                                        Address

*Brandi Merryman*
                                        Signature
1-15-19
                                        Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

Lincoln/Merryman 439

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** ∅                          **YOUR DOMESTIC PARTNER:** ∅

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| Name: |
|---|
| Address: |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?** YES____ NO ✓          **DO YOU HAVE A TRUST?** YES____ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 1-15-19          EMPLOYEE'S PRINTED NAME: Brandi Merryman

EMPLOYEE'S SIGNATURE: Brandi Merry

Lincoln/Merryman 440



### LIBERTY MUTUAL GROUP
### LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

### SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Brandi Merryman** _____ Date of Birth: _____

Employer: **USAA** _____ Policy/Plan Sponsor No. **09 - 419734** _____

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with **no reduction** for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits **will be estimated** if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) *Brandi Merryman* _____

(Address) _____

(Date) __1-15-19__ _____

*Please retain a copy for your records or one can be provided upon request.*

Lincoln/Merryman 441

# ARTHRITIS ASSOCIATES

4511 Horizon Hill, Ste. 150
San Antonio, Texas 78229
Ph: 210.477.2626
Fax: 210.477.2650

**Rodolfo Molina, M.D.**
**Gerald Rosenberg, M.D.**
**Matthew Mosbacker, M.D.**
**Pendleton Wickersham, M.D.**
**Jose Roldan, M.D.**
**Luis Ricardo Zuniga-Montes, M.D.**

# Fax

(Discharge)

To: Liberty Mutual    From: Medical Records

Fax: 603-334-4176    Pages:

Phone:    Date: 1/15/19

Re: Brandi Merryman-

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Please note: The information contained in this facsimile message may be privileged an confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with this transmission, please notify us immediately at the above number. Thank you.

Lincoln/Merryman 442



# Merryman, Brandi
28 Y old Female, DOB:
Account Number: 63481

Home:
Guarantor: Merryman, Brandi   Insurance: AETNA PPO
Payer ID: 60054
PCP: Branden Neiman
Appointment Facility: Arthritis Associates

01/04/2019                    Progress Notes:  Pendleton Wickersham, MD

## Current Medications
**Taking**
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous
- IVIg
- Lexapro 10 MG Tablet 1 tablet Orally Once a day
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal EVERY 7 DAYS

**Not-Taking**
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Anemia.
Nephrolithiasis, recurrent.
gastritis/PUD/hiatal hernia.

## Reason for Appointment
1. OK'D PER DR.PW

## History of Present Illness
Current symptom(s):
    Pain Management:
     Pain follow up plan documented:  *Yes*
- The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Currently she reports severe pain in her joints and spine that is a daily process. Medications help somewhat (IVIg has helped greatly) and she has noted associated stiffness.

Since her last visit she developed a small PE (off Xarelto which she is now taking). She is now due for IVIg.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman. Copaxone did not help but IVIg has helped. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 82 /min, BP 106/85 mm Hg, Ht 5 ft 3 in, Wt 200 lbs, BMI 35.42 Index, Pain scale 6 1-10.

## Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM.
    SKIN: malar erythema is present as well as livedo reticularis.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
CQM Exceptions:
    Pneumococcal vaccine not administered
     Reason: *No reason specified*

Lincoln/Merryman 443

## Surgical History
bunionectomy 2005
removal cyst inner thigh 2011

## Family History
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

## Social History
Tobacco Use:
Tobacco Use/Smoking
    Smoking Status: *nonsmoker*
Drugs/Alcohol:
Alcohol Screen
    Did you have a drink containing alcohol in the past year? *No*
        Points *0*
        Interpretation *Negative*

## Allergies
LATEX

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems

Constitutional:
    Unexplained weight loss No.
Unexplained weight gain No.  Fever No.
Chills No.  Fatigue **Yes**.
Allergy/Immunology:
    Denies Blistering of skin.
Denies Congestion.  Denies Cough.
Denies Hives.  Denies Itching.  Denies Rash.
Denies Sneezing.  Denies Watery eyes.
Denies Wheezing.
Eyes:
    Cataract No.  Change in vision No.  Dry eye **Yes**.  Red eye No.  Glasses No.
ENMT:
    Bleeding from gums No.  Problems hearing No.  Change in your voice No.
Denture No.  Nosebleed No.  Hoarse voice No.  Sinus problems No.  Ringing in the ears **Yes**.  Mouth or nose ulcers **Yes**.
Dry mouth No.
Cardiovascular:
    Angina No.  Heart problems No.  Chest pain **Yes**.  Leg pain with walking No.
Swelling in the legs No.
Skin:
    Skin changes No.  Itching No.
Rashes No.  Dry skin No.  Sun sensitivity No.
Gastrointestinal:
    Blood in stool No.  Change in bowel habits No.  Constipation **Yes**.
Diarrhea No.  Difficulty swallowing No.

## Assessments
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0
4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Multiple sclerosis - G35
9. Long term (current) use of opiate analgesic - Z79.891

## Treatment
### 1. Systemic lupus erythematosus, unspecified
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day
Continue Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
Continue PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5
Notes: Pt has active SLE/MS overlap although IVIg has helped. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). PMP reviewed. Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Current prednisone dose is 7.5mg daily. Consider adding another agent to IVIg in the next 2-3 months only if active disease persists..

### 2. Other long term (current) drug therapy
    LAB: URINE DRUG SCREEN

### 3. Calculus of kidney
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration..

### 4. Embolism and thrombosis of arteries of the upper extremities
Notes: Patient is currently on xarelto. With her recent PE (on Xarelto), I called her hematologist Dr. Kazhdan.

### 5. Personal history of peptic ulcer disease
Notes: Continue to avoid NSAIDs..

### 6. Vitamin D deficiency, unspecified
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow vitamin D level..

### 7. Multiple sclerosis
Notes: Continue to follow with Dr. Neimann and Dr. Gazda. IVIg has seemed

Patient: Merryman, Brandi   DOB:        Progress Note: Pendleton Wickersham, MD   01/04/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://hcaaasapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions....   1/15/2019
Lincoln/Merryman 444

Heartburn No. Nausea or vomiting **Yes**. Black tarry stool No. Stomach ulcers No.
Genitourinary:
Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.
Breast:
Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.
Hematology/Oncology:
Anemia or low blood No. Easy bruising **Yes**. Swollen lymph nodes No. Cancers No.
Respiratory:
Bronchitis No. Cough No. Hemoptysis No. Shortness of breath **Yes**. Wheezing No. Heavy snoring No. Fatigue after sleeping No.
Endocrine:
Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair **Yes**.
Women Only:
Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses. Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.

Musculoskeletal:
Neck Pain **Yes**. Gout No. Injury to limbs No. Joint pain **Yes**. Joint stiffness No. Locking joints No. Back Pain **Yes**. Swollen joints **Yes**. Change in finger color with exposure to cold No.
Men Only:
Denies Difficulty initiating stream. Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.
Psychiatric:
Depression or sadness **Yes**. Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating **Yes**. Anxiety **Yes**. Difficulty sleeping No. Problems staying asleep No.
Neurologic:
Change in memory **Yes**.

to help..

## 8. Others
Notes: ~~Patient has a BMI above normal limits; I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP.

### Preventive Medicine
Counseling:
   Fall Risk Screening:
      Screening: *Two or more falls without injury in the past year*
      Assessment: *Performed*
      Plan of Care: *Documented*
   BP Management:
      REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to doctor*
      PHYSICAL ACTIVITY RECOMMENDATION: *Exercise education*

   Weight Counseling:
      Above Normal BMI Follow-up *Dietary management education, guidance, and counseling*
      BMI management provided *Yes*

### Procedure Codes
80307 DRUG TEST PRSMV CHEM ANLYZR

### Follow Up
6 Weeks, 3 Months



Electronically signed by Pendleton Wickersham , MD on 01/15/2019 at 03:06 PM CST

**Sign off status: Pending**

Arthritis Associates
4511 HORIZON HILL BLVD
Suite 150
SAN ANTONIO, TX 782292263

Patient: Merryman, Brandi   DOB:          Progress Note: Pendleton Wickersham, MD   01/04/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 445

Dizziness **Yes**. Headache **Yes**.
Imbalance **Yes**. Tingling/Numbness No.
Weakness **Yes**. Tremor No. Seizures No.

Other:
  Comments _____.
Peripheral Vascular:
  Denies Absent pulses in hands.
Denies Absent pulses in feet.
Denies Blanching of skin. Denies Cold
extremities. Denies Decreased sensation in
extremities. Denies Pain/cramping in legs
after exertion. Denies Painful extremities.
Denies Ulceration of feet.
Podiatric:
  Denies Achilles pain. Denies Achilles
swelling. Denies Ankle pain. Denies Ankle
swelling. Denies Ball of foot pain.
Denies Big toe pain. Denies Big toe swelling.
Denies Burning. Denies Difficulty walking.
Denies Fever. Denies Foot numbness.
Denies Foot pain. Denies Joint dislocation.
Denies Redness over the achilles.
Denies Sole pain. Denies Wound oozing.
Health Education:
  Denies Blood pressure screening.
Denies Diabetes screening. Denies Family
planning/safe sex teaching. Denies Healthy
weight education. Denies Hepatitis
vaccination. Denies Influenza vaccination.
Denies Lipid screening. Denies Pneumovax
vaccination. Denies Smoking cessation.
Cancer Self-Management:
  Denies Breast self-exam.
Denies Colonoscopy. Denies Mammogram.
Denies PAP testing. Denies PSA testing.
Denies Skin exam. Denies Smoking
cessation. Denies Use of sunscreen.

Tel: 210-477-2626
Fax: 210-477-2650

Patient: Merryman, Brandi   DOB:                     Progress Note: Pendleton Wickersham, MD   01/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 446



## Merryman, Brandi
28 Y old Female, DOB:
Account Number: 63481

Guarantor: Merryman, Brandi

Home:
Insurance: AETNA PPO
Payer ID: 60054
PCP: Branden Neiman
Appointment Facility: Arthritis Associates

12/04/2018

Progress Notes: Elsa M Barto, NP

### Current Medications
**Taking**
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous
- IVIg
- Lexapro 10 MG Tablet 1 tablet Orally Once a day

**Not-Taking**
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day

### Review of Systems
Constitutional:
Unexplained weight loss No.
Unexplained weight gain No. Fever No.
Chills No. Fatigue Yes.
Allergy/Immunology:

### Reason for Appointment
1. Follow up

### History of Present Illness
Current symptom(s):
Pain Management: Pain follow up plan documented: Yes. - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Currently she reports severe 8.5/10 pain in her joints ands spine that is a daily process. Medications help somewhat and she has noted associated stiffness lasting up to 1 hour. Patient reports that she has started xarelto since being diagnosed with a blood clot in her R arm. She is following up with PCP to manage this. IVIG infusions are on hold until the clot has been cleared.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman and she is now on copaxone which she has tolerated well other than local reactions. She begins IVIg on Nov.6. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

### Vital Signs
HR 92 /min, BP 137/109 mm Hg, Ht 5 ft 3 in, Wt 200 lbs, BMI 35.42 Index, Pain scale 7 1-10.

### Examination
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis; however she has swelling of hands bilaterally. There is no evidence of FM. SKIN: malar erythema is present as well as livedo reticularis. LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

### Assessments
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0

Patient: Merryman, Brandi   DOB:        Progress Note: Elsa M Barto, NP   12/04/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://hcaaasapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions....   1/15/2019
Lincoln/Merryman 447

Denies Blistering of skin. Denies Congestion. Denies Cough. Denies Hives. Denies Itching. Denies Rash. Denies Sneezing. Denies Watery eyes. Denies Wheezing.

Eyes:
Cataract No. Change in vision No. Dry eye **Yes**. Red eye No. Glasses No.

ENMT:
Bleeding from gums No. Problems hearing No. Change in your voice No. Denture No. Nosebleed No. Hoarse voice No. Sinus problems No. Ringing in the ears No. Mouth or nose ulcers No. Dry mouth No.

Cardiovascular:
Angina No. Heart problems No. Chest pain **Yes**. Leg pain with walking No. Swelling in the legs No.

Skin:
Skin changes No. Itching No. Rashes No. Dry skin No. Sun sensitivity No.

Gastrointestinal:
Blood in stool No. Change in bowel habits No. Constipation No. Diarrhea No. Difficulty swallowing No. Heartburn No. Nausea or vomiting **Yes**. Black tarry stool No. Stomach ulcers No.

Genitourinary:
Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.

Breast:
Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.

Hematology/Oncology:
Anemia or low blood No. Easy bruising No. Swollen lymph nodes No. Cancers No.

Respiratory:
Bronchitis No. Cough No. Hemoptysis No. Shortness of breath No. Wheezing No. Heavy snoring No. Fatigue after sleeping No.

Endocrine:
Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair No.

Women Only:
Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses.

4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Multiple sclerosis - G35
9. Long term (current) use of opiate analgesic - Z79.891

**Treatment**

**1. Systemic lupus erythematosus, unspecified**
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day
Increase Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5
Notes: Pt has active SLE/MS overlap. She has stopped taking copaxone d/t lack of response. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Current prednisone dose is 7.5mg daily. Will order antiphospholipid antibody labs d/t recent clotting. Will request imaging from urgent care to ascertain if she had a superficial blood clot. Note has been provided to re-start IVIG. .

**2. Other long term (current) drug therapy**
LAB: aCL Abs
LAB: B2GP1 Abs

**3. Calculus of kidney**
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration..

**4. Embolism and thrombosis of arteries of the upper extremities**
Notes: Patient is currently on xarelto and is being managed by PCP.

**5. Personal history of peptic ulcer disease**
Notes: Continue to avoid NSAIDs..

**6. Vitamin D deficiency, unspecified**
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow vitamin D level..

**7. Multiple sclerosis**
Notes: Continue to follow with Dr. Neimann. .

**8. Others**
Notes: ~~Patient has elevated BP this visit. She is advised to follow up with PCP for further assessment and management. ADDENDUM- PW:

Patient: Merryman, Brandi   DOB:          Progress Note: Elsa M Barto, NP   12/04/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://hcaaasapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions....   1/15/2019

Lincoln/Merryman 448

Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.

Musculoskeletal:
Neck Pain **Yes**. Gout No. Injury to limbs No. Joint pain **Yes**. Joint stiffness No. Locking joints No. Back Pain **Yes**. Swollen joints No. Change in finger color with exposure to cold No.
Men Only:
Denies Difficulty initiating stream. Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.
Psychiatric:
Depression or sadness **Yes**. Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating **Yes**. Anxiety **Yes**. Difficulty sleeping No. Problems staying asleep No.
Neurologic:
Change in memory **Yes**. Dizziness **Yes**. Headache **Yes**. Imbalance **Yes**. Tingling/Numbness **Yes**. Weakness **Yes**. Tremor No. Seizures No.

Other:
Comments _____.
Peripheral Vascular:
Denies Absent pulses in hands. Denies Absent pulses in feet. Denies Blanching of skin. Denies Cold extremities. Denies Decreased sensation in extremities. Denies Pain/cramping in legs after exertion. Denies Painful extremities. Denies Ulceration of feet.
Podiatric:
Denies Achilles pain. Denies Achilles swelling. Denies Ankle pain. Denies Ankle swelling. Denies Ball of foot pain. Denies Big toe pain. Denies Big toe swelling. Denies Burning. Denies Difficulty walking. Denies Fever. Denies Foot numbness. Denies Foot pain. Denies Joint dislocation. Denies Redness over the achilles. Denies Sole pain. Denies Wound oozing.
Health Education:
Denies Blood pressure screening. Denies Diabetes screening. Denies Family planning/safe sex teaching. Denies Healthy weight education. Denies Hepatitis vaccination. Denies Influenza vaccination. Denies Lipid screening. Denies Pneumovax vaccination. Denies Smoking cessation.
Cancer Self-Management:
Denies Breast self-exam.

I personally interviewed and examined the patient and I agree with the plan as per Ms. Barto. I suspect her RUE clot was superficial and thus she is at low risk for thromboembolism or recurrence. Get ultrasound report for review. OK to restart IVIg now.

**Procedure Codes**
86146 B2GPI PANEL
86147 ANTI CARDIOLIPIN AB/IGA/IGG/IGM
36415 VENIPUNCT, ROUTINE*

**Follow Up**
as scheduled



**Electronically signed by Elsa Barto , NP on 01/15/2019 at 03:06 PM CST**

**Sign off status: Pending**

**Arthritis Associates**
**4511 HORIZON HILL BLVD**
**Suite 150**
**SAN ANTONIO, TX 782292263**
**Tel: 210-477-2626**
**Fax: 210-477-2650**

Lincoln/Merryman 449

Denies Colonoscopy.  Denies Mammogram.
Denies PAP testing.  Denies PSA testing.
Denies Skin exam.  Denies Smoking
cessation.  Denies Use of sunscreen.

---

**Patient: Merryman, Brandi   DOB:**                    **Progress Note: Elsa M Barto, NP   12/04/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 450



# Merryman, Brandi

28 Y old Female, DOB:

Account Number: 63481

Home:

Guarantor: Merryman, Brandi    Insurance: AETNA PPO

Payer ID: 60054

PCP: Branden Neiman

Appointment Facility: Arthritis Associates

11/05/2018    Progress Notes: Jennifer Cude, NP

## Current Medications

**Taking**
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous
- IVIg

**Not-Taking**
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Anemia.
Nephrolithiasis, recurrent.
gastritis/PUD/hiatal hernia.

## Surgical History
bunionectomy 2005

## Reason for Appointment
1. F/u

## History of Present Illness
Current symptom(s):
    Pain Management:
      Pain follow up plan documented: *Yes*
- The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash. This is in the context of a FH of SLE. Currently she reports severe 8.5/10 pain in her joints ands spine that is a daily process. Medications help somewhat and she has noted associated stiffness lasting up to 1 hour.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman and she is now on copaxone which she has tolerated well other than local reactions. She begins IVIg on Nov.6. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 81 /min, BP 117/80 mm Hg, Ht 5 ft 3 in, Wt 200 lbs, BMI 35.42 Index, Pain scale 7 1-10.

## Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis; however she has swelling of hands bilaterally. There is no evidence of FM.
    SKIN: malar erythema is present as well as livedo reticularis.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
CQM Exceptions:
    Influenza Vaccine not administered
      Reason: *No reason specified*
Examination:
    CQW Exceptions:

---

Patient: Merryman, Brandi    DOB:    Progress Note: Jennifer Cude, NP    11/05/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://hcaaasapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions....    1/15/2019

Lincoln/Merryman 451

removal cyst inner thigh 2011

**Family History**
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
    Smoking Status: *nonsmoker*
Drugs/Alcohol:
Alcohol Screen
    Did you have a drink containing alcohol in the past year? *No*
        Points *0*
        Interpretation *Negative*

**Allergies**
LATEX

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Constitutional:
    Fatigue **Yes**.
Eyes:
    Dry eye **Yes**.
ENMT:
    Ringing in the ears **Yes**.
Cardiovascular:
    Chest pain **Yes**.
Gastrointestinal:
    Heartburn **Yes**.
Musculoskeletal:
    Neck Pain **Yes**. Joint pain **Yes**. Back Pain **Yes**. Swollen joints **Yes**.
Psychiatric:
    Problems concentrating **Yes**.
Anxiety **Yes**. Difficulty sleeping **Yes**.
Neurologic:
    Dizziness **Yes**. Headache **Yes**. Imbalance **Yes**. Tingling/Numbness **Yes**. Weakness **Yes**.
feeling sickly, other eye problems, lump in your throat, muscle pain, aches, or cramps,.

Screening for Osteoporosis not performed: *No reason specified*

**Assessments**
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0
4. Personal history of peptic ulcer disease - Z87.11
5. Anxiety disorder, unspecified - F41.9
6. Vitamin D deficiency, unspecified - E55.9
7. Multiple sclerosis - G35
8. Long term (current) use of opiate analgesic - Z79.891

**Treatment**
**1. Systemic lupus erythematosus, unspecified**
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day
Increase Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5
Notes: Pt has active SLE/MS overlap. Await copaxone response. Dr. Nieman estimated approximately 6 months for response. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Current prednisone dose is 7.5mg daily..

**2. Other long term (current) drug therapy**
    LAB: ESR
    LAB: Urinalysis
    LAB: CBC
    LAB: CMP
    LAB: CRP*
    LAB: URINE DRUG SCREEN

**3. Calculus of kidney**
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration..

**4. Personal history of peptic ulcer disease**
Notes: Continue to avoid NSAIDs..

**5. Vitamin D deficiency, unspecified**
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow vitamin D level..

**6. Multiple sclerosis**
Notes: Continue to follow with Dr. Neimann. Pt starts IVIg tomorrow at VISTA. Continue copaxone as above..

---

Patient: Merryman, Brandi    DOB:        Progress Note: Jennifer Cude, NP    11/05/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 452

### 7. Others

Notes: ~~Patient has a BMI above normal limits: I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP..

### Preventive Medicine

Counseling:
 Fall Risk Screening:
  Screening: *No falls in the past year*
 Weight Counseling:
  Above Normal BMI Follow-up *Lifestyle education regarding diet*

### Procedure Codes

85025 CBC
85651 ESR (SEDRATE)
81000 URINALYSIS
80307 DRUG TEST PRSMV CHEM ANLYZR
80053 METABOLIC PANEL
86140 CRP
36415 VENIPUNCT, ROUTINE*

### Follow Up

4 Weeks



Electronically signed by Jennifer Cude , NP on 01/03/2019 at 12:38 PM CST

Sign off status: Completed

Arthritis Associates
4511 HORIZON HILL BLVD
Suite 150
SAN ANTONIO, TX 782292263
Tel: 210-477-2626
Fax: 210-477-2650

Patient: Merryman, Brandi   DOB:         Progress Note: Jennifer Cude, NP   11/05/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 453



# Merryman, Brandi
28 Y old Female, DOB:

Account Number: 63481

Home:

Guarantor: Merryman, Brandi    Insurance: AETNA PPO
Payer ID: 60054
PCP: Branden Neiman
Appointment Facility: Arthritis Associates

10/05/2018                               Progress Notes: Pendleton Wickersham, MD

## Current Medications
**Taking**
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Butrans 15 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Anemia.
Nephrolithiasis, recurrent.
gastritis/PUD/hiatal hernia.

## Surgical History
bunionectomy 2005
removal cyst inner thigh 2011

## Family History
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

## Social History

## Reason for Appointment
1. 3 month f/u

## History of Present Illness
Current symptom(s):
    Pain Management:
     Pain follow up plan documented: *Yes*
    - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash. This is in the context of a FH of SLE. Currently she reports severe 8/10 pain in her joints ands spine that is a daily process. Medications help somewhat and she has noted associated stiffness.

    Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman and she is now on copaxone which she has tolerated well other than local reactions.

    Benlysta has not helped much. She had benefit (but mild intolerance) from MTX in the past.

    Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 89 /min, BP 110/89 mm Hg, Ht 5 ft 3 in, Wt 200.4 lbs, BMI 35.50 Index, Pain scale 7 1-10.

## Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM.
    SKIN: malar erythema is present as well as livedo reticularis.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

## Assessments
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Calculus of kidney - N20.0

Patient: Merryman, Brandi   DOB:            Progress Note: Pendleton Wickersham, MD   10/05/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Tobacco Use:
Tobacco Use/Smoking
   Smoking Status: *nonsmoker*
Drugs/Alcohol:
Alcohol Screen
   Did you have a drink containing alcohol in
the past year? *No*
      Points *0*
      Interpretation *Negative*

## Allergies
LATEX

## Hospitalization/Major

## Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Constitutional:
   Fatigue **Yes.**
Eyes:
   Dry eye **Yes.**
ENMT:
   Ringing in the ears **Yes.**
Cardiovascular:
   Chest pain **Yes.**
Skin:
   Rashes **Yes.**
Gastrointestinal:
   Constipation **Yes.** Diarrhea **Yes.**
Nausea or vomiting **Yes.**
Musculoskeletal:
   Neck Pain **Yes.** Joint pain **Yes.** Back
Pain **Yes.** Swollen joints **Yes.**
Psychiatric:
   Problems concentrating **Yes.**
Anxiety **Yes.** Difficulty sleeping **Yes.**
Neurologic:
   Change in memory **Yes.**
Dizziness **Yes.** Headache **Yes.**
Imbalance **Yes.** Tingling/Numbness **Yes.**
Weakness **Yes.**

3. Personal history of peptic ulcer disease - Z87.11
4. Anxiety disorder, unspecified - F41.9
5. Vitamin D deficiency, unspecified - E55.9
6. Other long term (current) drug therapy - Z79.899
7. Multiple sclerosis - G35

**Treatment**
**1. Systemic lupus erythematosus, unspecified**
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet
as needed, Orally, three times a day
Increase Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin
every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY
MOUTH EVERY DAY WITH FOOD OR MILK
Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30
days, 60, Refills 5
Notes: Pt has active SLE/MS overlap. Await copaxone response. Current MME
dose is 22.5 per day (excluding Butrans- which she will increase to 20mcg
dosing). Continue pain regimen to manage chronic pain that requires
treatment. The patient has used this regimen appropriately to be able to
function and provide self-care. There has been no evidence of abuse or
misuse. UDS per protocol. Get plaquenil checks annually with
ophthalmology.Increase prednisone from 5mg daily to 7.5mg daily..

**2. Calculus of kidney**
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration..

**3. Personal history of peptic ulcer disease**
Notes: Continue to avoid NSAIDs..

**4. Vitamin D deficiency, unspecified**
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a
day
Notes: Continue replacement and follow vitamin D level..

**5. Multiple sclerosis**
Notes: Continue to follow with Dr. Neimann..

**6. Others**
Notes: Flu vaccine declined.
10/5/18: 1 rx printed & 1 norco rx written for pt to hand carry. CV ~~Patient
has a BMI above normal limits: I advised patient to lose WT with healthy diet
and exercising. Patient will also discuss this with PCP..

**Preventive Medicine**
Counseling:
   Fall Risk Screening:
      Screening: *No falls in the past year*
   Weight Counseling:
      Above Normal BMI Follow-up *Dietary management education,
guidance, and counseling*
      BMI management provided *Yes*

Lincoln/Merryman 455

**Follow Up**
4 Weeks, 2 Months, 3 Months



Electronically signed by Pendleton Wickersham , MD on 12/28/2018 at 03:39 PM CST

Sign off status: Completed

**Arthritis Associates**
4511 HORIZON HILL BLVD
Suite 150
SAN ANTONIO, TX 782292263
Tel: 210-477-2626
Fax: 210-477-2650

Patient: Merryman, Brandi   DOB:          Progress Note: Pendleton Wickersham, MD   10/05/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 456



# Merryman, Brandi
27 Y old Female, DOB:

Account Number: 63481

Home:

Guarantor: Merryman, Brandi    Insurance: AETNA PPO

Payer ID: 60054

PCP: Branden Neiman

Appointment Facility: Arthritis Associates

09/06/2018                                    Progress Notes: Jennifer Cude, NP

## Current Medications
Taking
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Butrans 15 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS Transdermal ONCE A WEEK
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Medication List reviewed and reconciled with the patient

## Social History
Tobacco Use:
Tobacco Use/Smoking
  Smoking Status: *nonsmoker*
Drugs/Alcohol:
Alcohol Screen
  Did you have a drink containing alcohol in the past year? *No*
  Points *0*
  Interpretation *Negative*

## Review of Systems

Constitutional:

## Reason for Appointment
1. 2 month f/u

## History of Present Illness
Current symptom(s):
  Pain Management:
    Pain follow up plan documented: *Yes*
  - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash. This is in the context of a FH of SLE. Currently she reports severe 7/10 pain in her joints esp neck and back that is a daily process. Medications help somewhat and she has noted associated stiffness lasting up to two hours. Since her last visit she has really been struggling. Her mood is very depressed.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman who wants to start copaxone. She has noted dizziness and neuropathic pain (sticky sensation on feet).

Benlysta has not helped much. She had benefit (but mild intolerance) from MTX in the past. She has not started the arava yet as she did not get the Rx.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 79 /min, BP 133/92 mm Hg, Ht 5 ft 3 in, Wt 194 lbs, BMI 34.36 Index, Pain scale 7 1-10.

## Examination
General Examination:
  GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
  musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM.
  SKIN: malar erythema is present.
  LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
CQM Exceptions:

Patient: Merryman, Brandi   DOB:          Progress Note: Jennifer Cude, NP   09/06/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://hcaaasapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions....   1/15/2019

Lincoln/Merryman 457

Unexplained weight loss No. Unexplained weight gain No. Fever No. Chills No. Fatigue **Yes**.

Allergy/Immunology:
Denies Blistering of skin. Denies Congestion. Denies Cough. Denies Hives. Denies Itching. Denies Rash. Denies Sneezing. Denies Watery eyes. Denies Wheezing.

Eyes:
Cataract No. Change in vision No. Dry eye No. Red eye No. Glasses No.

ENMT:
Bleeding from gums No. Problems hearing No. Change in your voice No. Denture No. Nosebleed No. Hoarse voice No. Sinus problems No. Ringing in the ears **Yes**. Mouth or nose ulcers No. Dry mouth No.

Cardiovascular:
Angina No. Heart problems No. Chest pain **Yes**. Leg pain with walking No. Swelling in the legs No.

Skin:
Skin changes No. Itching No. Rashes No. Dry skin No. Sun sensitivity No.

Gastrointestinal:
Blood in stool No. Change in bowel habits No. Constipation No. Diarrhea **Yes**. Difficulty swallowing No. Heartburn No. Nausea or vomiting **Yes**. Black tarry stool No. Stomach ulcers No.

Genitourinary:
Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.

Breast:
Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.

Hematology/Oncology:
Anemia or low blood No. Easy bruising **Yes**. Swollen lymph nodes No. Cancers No.

Respiratory:
Bronchitis No. Cough No. Hemoptysis No. Shortness of breath No. Wheezing No. Heavy snoring No. Fatigue after sleeping No.

Endocrine:
Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair No.

Influenza Vaccine not administered
Reason: *No reason specified*

Pneumococcal vaccine not administered
Reason: *No reason specified*

## Assessments

1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Calculus of kidney - N20.0
3. Personal history of peptic ulcer disease - Z87.11
4. Anxiety disorder, unspecified - F41.9
5. Vitamin D deficiency, unspecified - E55.9
6. Other long term (current) drug therapy - Z79.899
7. Multiple sclerosis - G35

## Treatment

### 1. Systemic lupus erythematosus, unspecified
Stop Benlysta Solution Auto-injector, 200 MG/ML, 1 ml, Subcutaneous, ONCE A WEEK
Start Leflunomide Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day (s), 30, Refills 5
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day
Increase Butrans Patch Weekly, 15 MCG/HR, APPLY 1 PATCH TO SKIN EVERY 7 DAYS, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5
Notes: Pt has active disease. She started arava 10 mg daily at previous visit, but has since been diagnosed with MS (lesions identified on brain) by Dr. Neiman. Stop arava at this time as Dr. Neiman recommends. She is to start copaxone soon. Continue prednisone to 7.5mg daily. Continue MME dose is 22.5 per day (excluding Butrans- which she will increase to 15mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology.Pt is not able to work at this time because of active disease as well as severe depression related to medication as above and coping with recent MS diagnosis. Extended work release through her next office visit on October 5..

### 2. Calculus of kidney
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration..

### 3. Personal history of peptic ulcer disease
Notes: Continue to avoid NSAIDs..

### 4. Vitamin D deficiency, unspecified
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow level..

Patient: Merryman, Brandi    DOB:    Progress Note: Jennifer Cude, NP    09/06/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://hcaaasapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions....    1/15/2019

Lincoln/Merryman 458

Women Only:

Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses. Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.

Musculoskeletal:

Neck Pain **Yes**. Gout No. Injury to limbs No. Joint pain **Yes**. Joint stiffness No. Locking joints No. Back Pain **Yes**. Swollen joints No. Change in finger color with exposure to cold No.
Psychiatric:

Depression or sadness **Yes**. Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating **Yes**. Anxiety **Yes**. Difficulty sleeping **Yes**. Problems staying asleep No.
Men Only:

Denies Difficulty initiating stream. Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.
Neurologic:

Change in memory **Yes**. Dizziness **Yes**. Headache **Yes**. Imbalance **Yes**. Tingling/Numbness **Yes**. Weakness **Yes**. Tremor No. Seizures No.

Other:

Comments _____.
Peripheral Vascular:

Denies Absent pulses in hands. Denies Absent pulses in feet. Denies Blanching of skin. Denies Cold extremities. Denies Decreased sensation in extremities. Denies Pain/cramping in legs after exertion. Denies Painful extremities. Denies Ulceration of feet.
Podiatric:

Denies Achilles pain. Denies Achilles swelling. Denies Ankle pain. Denies Ankle swelling. Denies Ball of foot pain. Denies Big toe pain. Denies Big toe swelling. Denies Burning. Denies Difficulty walking. Denies Fever. Denies Foot numbness. Denies Foot pain. Denies Joint dislocation. Denies Redness over the achilles. Denies Sole pain. Denies Wound oozing.
Health Education:

Denies Blood pressure screening. Denies Diabetes screening. Denies Family planning/safe sex teaching. Denies Healthy weight education. Denies Hepatitis vaccination. Denies Influenza vaccination.

### 5. Multiple sclerosis

Notes: This is a new diagnosis. As above, Dr. Neiman plans to start copaxone soon. Follow..

### 6. Others

Notes: ADDENDUM- PW: I personally interviewed and examined the patient and I agree with the plan as per Ms. Cude. Pt has a new diagnosis of MS; get records including imaging. Stop arava. Consider another trial of benlysta (along with copaxone per neurology). Perhaps IVIg could be considered. ~~Patient has a BMI above normal limits: I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP. ~~Patient was found with elevated blood pressure. Patient was advised to discuss treatment with PCP..

### Preventive Medicine

Counseling:
    Fall Risk Screening:
        Screening: *No falls in the past year*
    BP Management:
        WEIGHT REDUCTION RECOMMENDATION: *Weight control education*
        LIFESTYLE RECOMMENDATION: *Hypertension education*
    Weight Counseling:
        Above Normal BMI Follow-up *Giving encouragement to exercise*
        BMI management provided *Yes*

### Follow Up

4 Weeks



Electronically signed by Jennifer Cude , NP on 01/03/2019 at 12:13 PM CST

**Sign off status: Completed**

Arthritis Associates
4511 HORIZON HILL BLVD
Suite 150

Patient: Merryman, Brandi   DOB:           Progress Note: Jennifer Cude, NP   09/06/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://hcaaasapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions....   1/15/2019

Lincoln/Merryman 459

Denies Lipid screening. Denies Pneumovax vaccination. Denies Smoking cessation.
<u>Cancer Self-Management</u>:
    Denies Breast self-exam.
Denies Colonoscopy. Denies Mammogram.
Denies PAP testing. Denies PSA testing.
Denies Skin exam. Denies Smoking cessation. Denies Use of sunscreen.

**SAN ANTONIO, TX 782292263**
**Tel: 210-477-2626**
**Fax: 210-477-2650**

---

Patient: Merryman, Brandi    DOB:            Progress Note: Jennifer Cude, NP    09/06/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 460

Merryman, Brandi, F,



Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
210-477-2626

## FINAL RESULT

| Accession ID: 845203 | Lab Ref ID: 845203 |
| --- | --- |
| Order Date: 11/05/2018 | Result Recd: 11/05/2018 14:55:03 |
| Coll. Date: 11/05/2018 11:35:23 | Report: 11/05/2018 14:44:00 |
| Requesting Physician: Cude, Jennifer | Ordering Physician: Wickersham, Pendleton |

# CRP*

| | NAME | VALUE | REFERENCE RANGE |
| --- | --- | --- | --- |
| F | CRP* | 2.00  H | 0.00-0.60 (mg/dL) |

Merryman, Brandi , F,

Accession ID: 845203

Lincoln/Merryman 461

Merryman, Brandi, F,

Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
210-477-2626

FINAL RESULT

| | |
|---|---|
| Accession ID: 845203 | Lab Ref ID: 845203 |
| Order Date: 11/05/2018 | Result Recd: 11/05/2018 14:55:03 |
| Coll. Date: 11/05/2018 11:35:23 | Report: 11/05/2018  14:31:00 |
| Requesting Physician: Cude, Jennifer | Ordering Physician: Wickersham, Pendleton |

## CMP

| | NAME | VALUE | REFERENCE RANGE |
|---|---|---|---|
| F | TP* | 6.5 | 6.0-8.3 (g/dL) |
| F | ALB* | 4.0 | 3.6-5.2 (g/dL) |
| F | A/G* | 1.6 | 0.8-2.5 (g/dL) |
| F | BUN* | 7 | 7-26 (mg/dL) |
| F | B/C* | 11.7 | 6.0-25.0 (Ratio) |
| F | CA* | 9.6 | 8.4-10.4 (mg/dL) |
| F | GLU* | 89 | 64-112 (mg/dL) |
| F | K* | 4.1 | 3.5-5.3 (mmol/L) |
| F | NA* | 136 | 135-149 (mmol/L) |
| F | CL* | 110  H | 94-108 (mmol/L) |
| F | SGOT* | 12 | 8-36 (U/L) |
| F | SGPT* | 12 | 4-36 (U/L) |
| F | ALK* | 59 | 53-128 (U/L) |
| F | CREA* | 0.6 | 0.6-1.4 (mg/dL) |
| F | T BILI* | 0.2 | 0.0-1.2 (mg/dL) |

Merryman, Brandi , F,

Accession ID: 845203

Lincoln/Merryman 462

Merryman, Brandi, F,



Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
210-477-2626

## FINAL RESULT

| Accession ID: 845203 | Lab Ref ID: 845203 |
|---|---|
| Order Date: 11/05/2018 | Result Recd: 11/05/2018 11:58:02 |
| Coll. Date: 11/05/2018 11:35:23 | Report: 11/05/2018 11:54:00 |
| Requesting Physician: Cude, Jennifer | Ordering Physician: Wickersham, Pendleton |

## CBC

| | NAME | VALUE | REFERENCE RANGE |
|---|---|---|---|
| F | WBC | 10.8 | 4.5-11.0 (mm3) |
| F | RBC | 4.71 | 3.80-5.10 (mm3) |
| F | HGB | 14.4 | 11.5-15.0 (g/dL) |
| F | HCT | 42.7 | 34.0-46.0 (%) |
| F | MCV | 91 | 80-98 (uu3) |
| F | MCH | 30.5 | 27.0-34.0 (uug) |
| F | MCHC | 33.6 | 32.0-36.0 (%) |
| F | RDW | 10.9 | 9.0-15.0 (%) |
| F | PLT | 237 | 150-500 (X10 3) |
| F | MPV | 8.3 | 6.7-9.7 (u3) |
| F | LYMPHS | 31.1 | 20.0-51.0 (%) |
| F | MONOS | 5.6 | 2.0-9.0 (%) |
| F | NEUTROPHIL | 60.5 | 42.0-75.0 (%) |
| F | BASOS | 0.8 | 0.0-2.0 (%) |
| F | EOS | 2.0 | 0.0-5.0 (%) |

Merryman, Brandi , F.

Accession ID: 845203

Lincoln/Merryman 463

Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
210-477-2626

Merryman, Brandi, F,



**FINAL RESULT**

| Accession ID: 845203 | Lab Ref ID: 845203 |
| --- | --- |
| Order Date: 11/05/2018 | Result Recd: 11/06/2018 07:43:00 |
| Coll. Date: 11/05/2018 11:35:23 | Report: 11/05/2018 17:23:00 |
| Requesting Physician: Cude, Jennifer | Ordering Physician: Wickersham, Pendleton |

# Urinalysis

| | NAME | VALUE | REFERENCE RANGE |
| --- | --- | --- | --- |
| F | Color | Yellow | Yellow |
| F | **Clarity** | **Hazy  A** | **Clear** |
| F | Sp. Gr. | 1.030 | 1.0020-1.0300 |
| F | pH | 6.0 | 5.00-8.50 |
| F | Protein | Negative | Negative |
| F | Glucose | Negative | Negative |
| F | Ketones | Negative | Negative |
| F | Bilirubin | Negative | Negative |
| F | Blood | Negative | Negative |
| F | Leukocytes | Negative | Negative |
| F | Nitrite | Negative | Negative |
| F | Urobili | 0.20 | 0.20-1.00 |
| **F** | **WBC** | **1-2  A** | **Negative** |
| F | RBC | Negative | Negative |
| F | Casts | Negative | Negative |
| **F** | **Epithelial** | **4-8  A** | **Negative** |
| F | **Bacteria** | **Trace  A** | **Negative** |
| F | Crystals | Negative | Negative |
| **F** | **Mucous** | **Trace  A** | **Negative** |
| F | Yeast | Negative | Negative |
| **F** | **Other** | **RTE 0-1  A** | **Negative** |

Merryman, Brandi , F,                                                                                         Accession ID: 845203

Lincoln/Merryman 464

**Merryman, Brandi, F,**

Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
210-477-2626

## FINAL RESULT

| | |
|---|---|
| Accession ID: 845203 | Lab Ref ID: 845203 |
| Order Date: 11/05/2018 | Result Recd: 11/05/2018 14:55:03 |
| Coll. Date: 11/05/2018 11:35:23 | Report: 11/05/2018 13:57:00 |
| Requesting Physician: Cude, Jennifer | Ordering Physician: Wickersham, Pendleton |

## ESR

| NAME | VALUE | REFERENCE RANGE |
|---|---|---|
| F   ESR | 12 | 0-20 (mm/hr) |

Merryman, Brandi , F,                                          Accession ID: 845203

Lincoln/Merryman 465

Merryman, Brandi, F,

Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
📞 210-477-2626

## FINAL RESULT

| Accession ID: 867250 | Lab Ref ID: 867250 |
|---|---|
| Order Date: 12/04/2018 | Result Recd: 12/12/2018 14:29:02 |
| Coll. Date: 12/04/2018 11:08:00 | Report: 12/12/2018 14:12:00 |
| Requesting Physician: Barto, Elsa | Ordering Physician: Wickersham, Pendleton |

# B2GP1 Abs

| | NAME | VALUE | REFERENCE RANGE |
|---|---|---|---|
| F | B2GP1 IgM | 1 | 0-9 (U/mL) |
| F | B2GP1 IgG | 0 | 0-19 (U/mL) |
| F | B2GP1 IgA | 0 | 0-9 (U/mL) |

Merryman, Brandi , F,    Accession ID: 867250

Lincoln/Merryman 466

Merryman, Brandi, F,

Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
☎ 210-477-2626

## FINAL RESULT

| Accession ID: 867250 | Lab Ref ID: 867250 |
| --- | --- |
| Order Date: 12/04/2018 | Result Recd: 12/12/2018 16:22:00 |
| Coll. Date: 12/04/2018 11:06:00 | Report: 12/12/2018 16:24:00 |
| Requesting Physician: Barto, Elsa | Ordering Physician: Wickersham, Pendleton |

# aCL Abs

| | NAME | VALUE | REFERENCE RANGE |
| --- | --- | --- | --- |
| F | aCL IgM | 6 | 0-9 (MPL U/mL) |
| **F** | **aCL IgG** | **10  H** | **0-9 (GPL U/mL)** |
| F | aCL IgA | 1 | 0-9 (APL U/mL) |

Merryman, Brandi , F,                                                                 Accession ID: 867250

Lincoln/Merryman 467

Merryman, Brandi, F,

Arthritis Associates
4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
210-477-2626

**FINAL RESULT**

| | |
|---|---|
| Accession ID: DL011014G | Lab Ref ID: DL011014G |
| Order Date: 12/04/2018 | Result Recd: 12/07/2018 17:45:09 |
| Coll. Date: 12/04/2018 11:38:00 | Report: 12/07/2018 17:36:00 |

Requesting Physician: Wickersham, Pendleton Ordering Physician: Wickersham, Pendleton

# DRVVT CONFIRM

| NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|
| F  DRVVT CONFIRM | NEGATIVE | NEGATIVE | EZ |

Received Date: 201812050331
PERFORMING LAB: EZ, Quest Diagnostics/Nichols SJC-San Juan Capistrano,, 33608 Ortega Hwy, San Juan Capistrano, CA, 92675-2042 Irina Maramica MD,PhD,MBA

Merryman, Brandi , F,                                                                                 Accession ID: DL011014G

Lincoln/Merryman 468

Page 1 of 1

Arthritis Associates

Merryman, Brandi, F,

4511 HORIZON HILL BLVD Suite 150, SAN ANTONIO, TX 782292263
210-477-2626

**FINAL RESULT**

| Accession ID: DL011014G | Lab Ref ID: DL011014G |
| --- | --- |
| Order Date: 12/04/2018 | Result Recd: 12/07/2018 17:45:09 |
| Coll. Date: 12/04/2018 11:38:00 | Report: 12/07/2018 17:36:00 |

Requesting Physician: Wickersham, Pendleton Ordering Physician: Wickersham, Pendleton

# LUPUS ANTICOAGULANT EVALUATION WITH REFLEX

| NAME | VALUE | REFERENCE RANGE | LAB |
| --- | --- | --- | --- |
| F  LUPUS ANTICOAGULANT | SEE NOTE | NOT DETECTED | EZ |

- A Lupus Anticoagulant is not detected.

- Common causes for a prolonged screen and negative
- confirmatory test include factor deficiencies or
- anticoagulant therapy.

- This interpretation is based
- on the following test results:

| F  PTT-LA SCREEN | 33 | < OR = 40 (seconds) | EZ |
| --- | --- | --- | --- |

- http://education.questdiagnostics.com/faq/LupusAnticoag

| F  DRVVT SCREEN | 72  H | < OR = 45 (seconds) | EZ |
| --- | --- | --- | --- |

Received Date: 201812050331

PERFORMING LAB: EZ, Quest Diagnostics/Nichols SJC-San Juan Capistrano,, 33608 Ortega Hwy, San Juan Capistrano, CA, 92675-2042 Irina Maramica MD,PhD,MBA

Merryman, Brandi , F,                                                                 Accession ID: DL011014G

Lincoln/Merryman 469

# F  A  X  S  H  E  E  T

Date:                        Jan-15-2019 03:40:15
To:
Subject:                     Faxing Multiple Encounters
Fax Number:                  1-603-334-4176
To Company:
From Name:                   Gutierrez,Andrew
From Company:
From Facility:
Support Contact:
Number of Page(s):           5

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 470

1/15/2019 3:40 PM FROM: Suzanne K Gazda MD PA TO: 16033344176    PAGE: 002 OF 005
Patient Name: Merryman, Brandi,  DOB: null,  Account No: 34111



# Merryman, Brandi A

28 Y old  Female, DOB:
Account Number: ecw34111

Home:
Guarantor: Merryman, Brandi A   Insurance: AETNA Payer ID: 60054
Referring: Pendleton Wickersham
Appointment Facility: Suzanne K Gazda MD PA

12/10/2018                                                                                                    Progress Notes:  Megan Vargas, PA-C

## Current Medications
**Taking**
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Tumeric
- Vitamin D8 1000 UNIT Capsule 1 capsule Orally Once a day
- Allopurinol 100 MG Tablet 2 tablets Orally Once a day
- PredniSONE 2.5 MG Tablet 3 tablets (7.5mg) Orally Once a day
- Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal
- Lexapro 10 MG Tablet 1 tablet Orally Once a day
- IVIG

**Discontinued**
- Copaxone 40 MG/ML Solution Prefilled Syringe 1 ml Subcutaneous Three times a Week
- Medication List reviewed and reconciled with the patient

## Past Medical History
Irregular pulse
Depression/Anxiety
Kidney stones
Lupus
Headaches
Vitamin D deficiency

## Surgical History
Bunionectomy 2003
Cyst removal 2010

## Family History
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

## Social History
General:
no Smoking  Are you a:  never smoker.
Patient is single.

## Allergies
Latex

## Review of Systems
Neurological:
Numbness yes.  Tingling yes.

## History of Present Illness
GENERAL:
Chart is reviewed. The patient comes in for follow-up. She has had two IVIG treatments and has had some issues with blood clots afterwards so inquires about a port. Dr. Wickersham recently did clotting factor testing on her and she has a follow-up in a few weeks (one value was high). She has had some difficulties tolerating the Copaxone due to pain with injections so stopped this past week. She inquires about other MS therapies.

## Vital Signs
Ht 5'2", Wt 198, BMI 36.21, Blood pressure (BP) 124/78.

## Physical Examination
Neurologically the patient is alert and oriented x's 3. Cranial nerves II through XII are intact. Motor exam is 5-/5. She has diminished reflexes.

## Assessments
1. Multiple sclerosis - G35 (Primary)

## Treatment
**1. Multiple sclerosis**
Notes: Brandi has a hisotyr of aggressive Lupus and relapsing-remitting MS. We will continue her on IVIG 2 gm/kg, and we talked about giving the Copaxone another try since she has not had any significant side effects, and there aren't other therapies that she could continue with the IVIG. We will wait on port orders until she sees Dr. Wickersham and possibly sees hematology as well. We will see her back in follow-up as scheduled or sooner if needed.
Thank you for allowing me to see your patient. We look forward to working with you in the future.

## Follow Up
pm

**Electronically signed by Megan Vargas , PA-C on 01/15/2019 at 04:39 PM EST**
**Sign off status: Pending**

Suzanne K Gazda MD PA
3603 Paesanos Pkwy
San Antonio , TX 782311270
Tel: 210-692-1245
Fax 210-692-9311

Patient: Merryman, Brandi A   DOB:              Progress Note: Megan Vargas, PA-C   12/10/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 471

## Progress Notes

**Patient:** Merryman, Brandi
**Account Number:** ecw34111
**DOB:**                   **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**

**Provider:** Richard B. Neiman, M.D.

**Date:** 10/16/2018

### Subjective:

**Chief Complaints:**
1. Follow-up Visit .

**HPI:**
GENERAL:
   Chart is reviewed. The patient comes in for follow-up. She has had increasing symptoms, especially with her lupus since starting Copaxone. She had to modify her medications. Dr. Wickersham talked with her regarding IVIG. She is having fatigue, numbness, stomach spasms, excessive urination, chest pain, aching, and ataxia.

**ROS:**
   An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency.

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:**
   General: no Smoking  Are you a:  never smoker.
   Patient is single.

**Medications:** Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 5 MG Tablet 1.5 tablets Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking NuvaRing 0.12-0.015 MG/24HR Ring 1 ring Vaginal , Taking Copaxone 40 MG/ML Solution Prefilled Syringe 1 ml Subcutaneous Three times a Week, Discontinued Arava 10 MG Tablet 1 tablet Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Latex.

### Objective:

**Vitals:** Ht 5'2", Wt 197, BMI 36.03, Blood pressure (BP) 112/78, Heart rate 64.

**Physical Examination:**
   Neurologically the patient is alert and oriented Xs 3. Cranial nerves II through XII are intact. Motor exam is 5-/5. She has diminished reflexes.

### Assessment:

**Assessment:**
1. Multiple sclerosis - G35 (Primary)
2. Lupus erythematosus, unspecified form - L93.0

### Plan:

**1. Multiple sclerosis**
Notes: We will start her on IVIG 2 gm/kg for her lupus, as well as have the side effect of helping her MS, as she has both aggressive lupus and MS. We will see her back in follow-up and make further changes in her medical management depending on how she is doing clinically.
Thank you for allowing me to see your patient. We look forward to working with you in the future.
**Follow Up:** 3 Months

**Provider:** Richard B. Neiman, M.D.
**Patient:** Merryman, Brandi  **DOB:**              **Date:** 10/16/2018

**Electronically signed by Richard Neiman , MD on 10/17/2018 at 01:48 PM EDT**
**Sign off status: Completed**

Lincoln/Merryman 472

1/15/2019 3:40 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 004 OF 005
Patient Name: Merryman, Brandi,  DOB: null,  Account No: 34111

**Progress Notes**

Patient: Merryman, Brandi
Account Number: ecw34111
DOB:                Age: 27 Y   Sex: Female
Phone:
Address:

Provider: Richard B. Neiman, M.D.

Date: 08/20/2018

---

**Subjective:**

**Chief Complaints:**
1. New Patient Consult / Numbness.

**HPI:**
GENERAL:
    Thank you for allowing me to see your patient, Brandi Merryman. As you recall, she is a 27-year-old right handed female who has had difficulties with lupus and has intermittent paresthesias on the left side of her body, which she states can go numb for hours. She also reported an episode that occurred approximately 2 to 3 years ago when she was unable to decipher words or sentences. This lasted for approximately a week and this eventually went away. She has had intermittent ataxia as well. She describes numbness on the left side of her thigh. She had a MRI of the brain, non-contrast, over five years ago, and is concerned about MS. She has not had neuropathic dysfunction evaluated.

**ROS:**
    An extensive review of systems was completed on this visit including systemic, or general/constitutional, eyes, ears, nose, throat, mouth, cardiovascular, psychiatric, endocrine, respiratory, gastrointestinal, genitourinary, allergic/immunologic, hematologic musculoskeletal, integumentary, and neurologic systems. Review is remarkable for excessive fatigue, mouth sores, irregular pulse, leg pain while walking, depression/anxiety, sleeping difficulty, breast pain, back/neck pain, arm/leg pain, joint pain/swelling, rash (malar rash), memory problems, disorientation/confusion, concentration problems, headaches, muscle weakness, and numbness/tingling.

**Medical History:** Irregular pulse, Depression/Anxiety, Kidney stones, Lupus, Headaches, Vitamin D deficiency.

**Surgical History:** Bunionectomy 2003, Cyst removal 2010.

**Family History:**
Family history significant for diabetes, heart disease, asthma, cancer, arthritis, and hypertension.

**Social History:** no Smoking  Are you a:  never smoker.
Patient is single.

**Medications:** Taking Plaquenil 200 MG Tablet 1 tablet with food or milk Orally Once a day, Taking Tumeric , Taking Vitamin D3 1000 UNIT Capsule 1 capsule Orally Once a day, Taking Allopurinol 100 MG Tablet 2 tablets Orally Once a day, Taking PredniSONE 10 MG Tablet 1 tablet Orally Once a day, Taking Arava 10 MG Tablet 1 tablet Orally Once a day, Taking Butrans 15 MCG/HR Patch Weekly 1 patch to skin Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Medication List reviewed and reconciled with the patient

**Allergies:** Latex

**Objective:**

**Vitals:** Ht 5'2", Wt 197.6, BMI 36.14, Blood pressure (BP) 130/90, Heart rate 62.

**Physical Examination:**
    HEENT: Pupils are 3 mm. and reactive. Sclera and conjunctiva are clear. Fundi show normal disc margins with normal AV ratio.
    NECK: Supple with no meningeal signs or bruits.
    BACK AND EXTREMITIES: Shows full range of motion in all joints.
    NEUROLOGICAL:
    MENTAL STATUS: The patient is alert and cooperative with fluent speech. There is no aphasia, agnosia, or apraxia. Affect is appropriate with normal mood and no mood lability. Thought processes are goal directed. The patient relates a clear history. Thought content is devoid of delusions or hallucinations. Intelligence is normal for age and educational level. Sensorium is clear. The patient is oriented to time, place, and person. Concentration span and memory skills are intact for both visual and verbal tasks. Judgment and insight are good.
    CRANIAL NERVES: Cranial nerves II; visual fields are full to confrontation. III, IV, and VI; extraocular movements are full with no nystagmus. V, VII; facial sensation and symmetry are normal. VIII; hearing is normal in both ears. IX, and X; palate and gag are symmetric. XI and XII; SEMs and tongue are symmetric in strength, no atrophy.
    MOTOR: Shows normal strength and tone in all extremities. There is no atrophy, fasciculations, or tremor.
    CEREBELLAR: Normal finger-to-nose, heel-to-shin, and rapid alternating movements bilaterally.
    STATION AND GAIT: She has trouble tandem walking, but otherwise gait is intact.
    REFLEXES: Reflexes are absent in the upper and lower extremities.
    SENSATION: Decreased sensation in the lateral aspect of the left thigh.

**Assessment:**

**Assessment:**
1. Vertigo - H81.49 (Primary)
2. Systemic lupus erythematosus - M32.9
3. Numbness - R20.0
4. Ataxic gait - R26.0

**Plan:**

Lincoln/Merryman 473

**1. Vertigo**
Notes: This woman has intermittent waxing and waning symptoms. We will do a MRI of the brain, cervical, and thoracic spine as she is extremely concerned about MS and due to her autoimmune history we will evaluate for this. Additionally, she seems to have peripheral neuropathic dysfunction and we will do an EMG/NCV study to evaluate this more thoroughly.
Thank you again for allowing me to participate in her care. I look forward to working with you in the future.

**Follow Up**: 2 Weeks

**Provider**: Richard B. Neiman, M.D.
**Patient**: Merryman, Brandi  **DOB**:              **Date**: 08/20/2018

**Electronically signed by Richard Neiman , MD on 08/22/2018 at 12:31 PM EDT**
**Sign off status: Completed**

Lincoln/Merryman 474

1/15/2019 3:43 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176  PAGE: 001 OF 013

# F  A  X  S  H  E  E  T

Date:                         Jan-15-2019 03:40:45
To:
Subject:                      Patient Document
Fax Number:                   1-603-334-4176
To Company:
From Name:                    Gutierrez,Andrew
From Company:                 Suzanne K Gazda MD PA
From Facility:                Suzanne K Gazda MD PA
Support Contact:              210-692-1245
Number of Page(s):            13

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 475

1/15/2019 3:43 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 002 OF 013

# R. Braden Neiman, M.D.
## Diplomate American Board of Psychiatry and Neurology

# NISA

Neurology Institute of San Antonio
3603 Paesanos Pky, Suite 300
San Antonio, Texas 78231
Office: 210. 692. 1245
Fax: 210. 692. 9311

**Test Date:** 9/4/2018

| | | | |
|---|---|---|---|
| **Patient:** | Brandi Merryman | **Physician:** | R. Braden Neiman, M.D. |
| **Sex:** | Female | **Ref Phys:** | Dr. Pendlton Wickersham |
| **DOB:** | | **Technician:** | Art Hahn |

**Chief Complaint:**
Bilateral numbness and tingling to the feet.

**History of Present Illness:**
Ms. Merryman is a pleasant 27 y/o right handed female who is here for a NCV/EMG study. Patient presents with primary complaints of bilateral numbness and tingling to the feet. Patient suffers with numbness, tingling, back pain, headaches, dizziness, foggy brain, pain to the body, and has a vision problem of a glowing sensation to the outside of the left eye. Patient states that she also has a new symptom of sticky sensations to the bottom of the feet. Patient has had complaints for 6 months.

**Medical/Surgical History:**
1.    Medical history is significant for excessive fatigue, wears glasses, mouth sores, irregular pulse, leg pain while walking, depression, anxiety, sleeping difficulty, kidney stones, breast pain, birth control, back/neck pain, arm/leg pain, joint pain/swelling, arthritis, memory problems, disorientation/confused, concentration problems, headaches, muscle weakness, and numbness/tingling.
2.    Surgical history is significant for: See list.

**Family History:**
Family medical history is significant for diabetes, cardiovascular disease, asthma, cancer, arthritis, and high blood pressure.

**Social History:**
1. Patient is single.
2. Patient has no children.
3. Patient admits to occasional tobacco use.
4. Patient denies alcohol use.

**Medications & Allergies:**
1. Patient has no known drug allergies.

Lincoln/Merryman 476

**Patient:** Merryman, Brandi                    **Test Date:** 9/4/2018                    **Page 2**

2.  Patient is currently taking: See list.

**Review of Systems:**
See HPI.  Patient admits to wearing glasses, mouth sores, irregular pulse, sleeping difficulty, back pain, leg pain, MS, lupus, memory loss, vision problems, muscle aches, fatigue, headaches, weakness, difficulty walking, numbness, tingling, breast pain, arthritis, anxiety, and depression. Negative otherwise.

**Impression:**
There is electrodiagnostic evidence suggestive of a tarsal tunnel syndrome bilaterally. Otherwise no other abnormalities were seen.  I reviewed her MRI's of the brain and cervical spine, which showed multiple demyelinating plaques and lesions consistent with multiple sclerosis. Her previous MRI's do not reveal these changes.

At this time we will start her on Copaxone and have her follow-up with Dr. Wickersham as well.

Thank you for this consultation and allowing our participation in this patient's care!


**R. Braden Neiman, M.D.**

Lincoln/Merryman 477

Patient: Merryman, Brandi                    Test Date: 9/4/2018                    Page 3

## Nerve Conduction Studies
### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|-----------------|--------------|--------------|-------|-------|--------------|-----------|-----------|----------------|
| Left Peroneal Motor (Ext Dig Brev) 22.7°C | | | | | | | | | | | |
| Ankle | | 4.5 | <6.6 | 4.0 | >2.0 | B-Fib head | Ankle | 6.3 | 31.0 | 49 | >42 |
| B-Fib head | | 10.8 | | 3.2 | | A-Fib head | B-Fib head | 0.9 | 7.0 | 78 | >42 |
| A-Fib head | | 11.7 | | 3.9 | | | | | | | |
| Right Peroneal Motor (Ext Dig Brev) 22.4°C | | | | | | | | | | | |
| Ankle | | 4.1 | <6.6 | 4.1 | >2.0 | B-Fib head | Ankle | 6.5 | 31.0 | 48 | >42 |
| B-Fib head | | 10.6 | | 3.3 | | A-Fib head | B-Fib head | 1.0 | 7.0 | 70 | >42 |
| A-Fib head | | 11.6 | | 3.8 | | | | | | | |
| Left Tibial Motor (Abd Hall Brev) 22.2°C | | | | | | | | | | | |
| Ankle | | 5.5 | <6.6 | 16.4 | >2.0 | Knee | Ankle | 5.8 | 38.0 | 66 | >42 |
| Knee | | 11.3 | | 20.3 | | | | | | | |
| Right Tibial Motor (Abd Hall Brev) 22.7°C | | | | | | | | | | | |
| Ankle | | 3.8 | <6.6 | 8.0 | >2.0 | Knee | Ankle | 8.0 | 38.0 | 48 | >42 |
| Knee | | 11.8 | | 15.4 | | | | | | | |

### Sensory Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|-----------------|--------------|--------------|-------|-------|--------------|-----------|-----------|----------------|
| Left Plantar Sensory (Med Malleolus) 21.4°C | | | | | | | | | | | |
| Med | | 1.0 | <3.6 | 3.5 | >10.0 | Med | Med Malleolus | 1.0 | 10.0 | 100 | |
| Lat | | 1.5 | <3.6 | 2.1 | >8.0 | Lat | Med Malleolus | 1.5 | 14.0 | 93 | |
| Right Plantar Sensory (Med Malleolus) 22.8°C | | | | | | | | | | | |
| Med | | 1.8 | <3.6 | 1.5 | >10.0 | Med | Med Malleolus | 1.8 | 10.0 | 56 | |
| Lat | | 2.7 | <3.6 | 4.0 | >8.0 | Lat | Med Malleolus | 2.7 | 14.0 | 52 | |
| Left Sup Peron Sensory (Ant Lat Mall) 21.6°C | | | | | | | | | | | |
| 14 cm | | 1.9 | <3.7 | 10.2 | >5.0 | 14 cm | Ant Lat Mall | 1.9 | 14.0 | 74 | >32 |
| Right Sup Peron Sensory (Ant Lat Mall) 22.8°C | | | | | | | | | | | |
| 14 cm | | 2.2 | <3.7 | 7.0 | >5.0 | 14 cm | Ant Lat Mall | 2.2 | 14.0 | 64 | >32 |
| Left Sural Sensory (Lat Mall) 21.8°C | | | | | | | | | | | |
| Calf | | 2.4 | <4.2 | 7.1 | >5.0 | Calf | Lat Mall | 2.4 | 14.0 | 58 | >35 |
| Right Sural Sensory (Lat Mall) 22.8°C | | | | | | | | | | | |
| Calf | | 2.2 | <4.2 | 18.3 | >5.0 | Calf | Lat Mall | 2.2 | 14.0 | 64 | >35 |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm | M-Lat (ms) | FLat-MLat (ms) |
|----|-----------|---------------|----------------|--------------|------------|----------------|
| Left Peroneal (Mrkrs) (EDB) 22.5°C | | | | | | |
| | 43.88 | <60 | 1.77 | <5.1 | 4.20 | 39.68 |
| Right Peroneal (Mrkrs) (EDB) 22.6°C | | | | | | |
| | 45.65 | <60 | 1.77 | <5.1 | 4.20 | 41.45 |
| Left Tibial (Mrkrs) (Abd Hallucis) 22.3°C | | | | | | |
| | 45.74 | <56 | 1.02 | <5.7 | 5.15 | 40.59 |
| Right Tibial (Mrkrs) (Abd Hallucis) 22.6°C | | | | | | |
| | 46.76 | <56 | 1.02 | <5.7 | 5.15 | 41.61 |

## H Reflex Studies

| NR | H-Lat (ms) | Lat Norm (ms) | L-R H-Lat (ms) | L-R Lat Norm | M-Lat (ms) | HLat-MLat (ms) |
|----|-----------|---------------|----------------|--------------|------------|----------------|
| Left Tibial (Gastroc) 21.9°C | | | | | | |
| | 27.10 | <35 | 0.00 | <2.0 | 4.85 | 22.25 |
| Right Tibial (Gastroc) 22.7°C | | | | | | |
| | 27.10 | <35 | 0.00 | <2.0 | 4.85 | 22.25 |

Lincoln/Merryman 478

**Patient:** Merryman, Brandi              **Test Date:** 9/4/2018                    **Page 4**

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|------|--------|-------|------|---------|------|-----|-----|-----|------|-------|---------|---------|
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Anatomy View



All Abnormalities

L Anterior    R Anterior

L Posterior    R Posterior    DanoDeoal



Normal        Abnormal

Lincoln/Merryman 479

1/15/2019 3:43 PM   FROM:   Suzanne K Gazda MD PA   TO: 16033344176   PAGE: 006 OF 013

**Patient:** Merryman, Brandi    **Test Date:** 9/4/2018    **Page 5**

## Waveforms:



Lincoln/Merryman 480

1/15/2019 3:43 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 007 OF 013

**Patient:** Merryman, Brandi                **Test Date:** 9/4/2018                **Page** 6



8/29/2018 3:33 PM  FROM: Fax   TO: +1 (210) 692-9311   PAGE: 001 OF 002

**Paesanos Parkway Imaging**

Paesanos Parkway Imaging
Your Family Friendly MRI Facility
(210) 479-1966
www.PaesanosParkwayImaging.com

3603 Paesanos Parkway  Suite 110
San Antonio, Texas 78231
Phone: (210) 479-1966
Fax: (210) 479-1560

Exam requested by:
RICHARD NEIMAN MD.
3603 PAESANOS PARKWAY, SUITE 300
SAN ANTONIO TX 78231
MRI BRAIN WITH AND WITHOUT CONTRAST [70553] - Head

**Patient:** MERRYMAN,BRANDI
**Date of Birth:**
**MRN:** PPI28609 **Acc:** 10046120
**Date of Exam:** 08-27-2018

TECHNIQUE:     A T2W followed by a FLAIR as well as T1W transaxial
sequence of the brain was performed.  This was followed by a T1W
sagittal sequence.  Diffusion weighted transaxial as well as ADC images
were performed, as was a FLAIR sagittal sequence.

Following an informed consent gadolinium was administered.  Post
gadolinium T1W axial and coronal images were performed.

FINDINGS:     The posterior fossa reveals a normal fourth ventricle
without mass effect.  The cerebellar hemispheres including middle
cerebellar peduncles and brainstem are normal.  No demyelinating plaque
is noted.  No enhancing posterior fossa mass is seen.

The sella and parasellar regions reveal no intra or suprasellar mass.
The pineal area is normal.

The supratentorial space reveals normal ventricles and overlying sulci.
No mass effect or midline shift is seen.  A focal area of T2W and FLAIR
hyperintensity in the subcortical white matter of the left posterior
parietal lobe is noted measuring 2.0 cm.  There are multiple additional
T2W hyperintensities seen in the subcortical and periventricular white
matter including the right temporal, frontal and parietal lobes.  No
enhancing plaque is noted.  There is no lacunar or cortical infarct.

The optic nerves bilaterally are normal without enhancement.  The
paranasal sinuses are clear.

IMPRESSION:

MR EVALUATION OF THE BRAIN REVEALS SUBCORTICAL WHITE MATTER AND
ABNORMALITIES CONSISTENT WITH DEMYELINATING DISEASE.  A DOMINANT 2.0 CM
SUBCORTICAL DEMYELINATING PLAQUE IN THE LEFT POSTERIOR PARIETAL LOBE IS
SEEN.  THERE ARE MULTIPLE FOCAL T2W AND FLAIR HYPERINTENSITIES IN THE
RIGHT TEMPORAL AS WELL AS FRONTAL AND PARIETAL LOBES.  NO DEMYELINATION
OF THE CORPUS CALLOSUM OR BRAINSTEM IS SEEN.  NO ENHANCEMENT IS
IDENTIFIED.

THE BRAIN REVEALS NO PARENCHYMAL INFARCT OR HEMORRHAGE.  NO INTRA OR
EXTRAAXIAL MASS IS NOTED.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient.  If
the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received
this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

Lincoln/Merryman 482

8/29/2018 3:33 PM  FROM: Fax   TO: +1 (210) 692-9311   PAGE: 002 OF 002

Paesanos Parkway Imaging
Your Family Friendly MRI Facility
(210) 479-1966
www.PaesanosParkwayImaging.com

**Paesanos Parkway Imaging**
3603 Paesanos Parkway  Suite 110
San Antonio, Texas 78231
Phone: (210) 479-1966
Fax: (210) 479-1560

THE OPTIC NERVES BILATERALLY ARE NORMAL.

Thank you for the opportunity to participate in the care of this patient.

James Remkus, MD

*Electronically Signed: 08-28-2018 2:06 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Lincoln/Merryman 483

8/31/2018

Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046119



# PAESANOS PARKWAY IMAGING
## 3603 PAESANOS PARKWAY, SUITE 110
## SAN ANTONIO, TX 78231
## T - 210-479-1966 F - 210-479-1560

**NAME:** *BRANDI A. MERRYMAN*
**DOB:**               00:00

**MRN:** PPI28609
**DOS:** Aug 27,2018 09:09

**Sex:** F

**REFERRING PHYSICIAN:**
RICHARD BRADEN. NEIMAN MD.

**PROCEDUE NAME:** CERVICAL^W/WO

# Final Report

## Main Report

**RADIOLOGIST:** James E. Remkus MD.

**APPROVED BY:** James E. Remkus MD.

**REPORT DATE:** Aug 28,2018 11:13

**APPROVAL DATE:** Aug 28,2018 15:06

**KEY IMAGES:** 1

## OBSERVATION

TECHNIQUE:   A T2W followed by a T1W sagittal sequence of the cervical spine was performed.  This was followed by T1W and T2W transaxial sequences.

Following an informed consent gadolinium was administered intravenously without complication.  Post-gadolinium a T1W sagittal and T1W transaxial sequence of the cervical spine was submitted.

FINDINGS:      The alignment of the cervical spine is anatomic.  No subluxation or retrolisthesis is seen.  The cervical vertebrae reveal no fracture or marrow replacement.  The posterior elements are intact.

On STIR images at the level of C2 a 3.0 mm focal intramedullary plaque is seen with enhancement.  No additional plaques or focal intramedullary enhancement is seen.

The C2-C3, C3-C4 and C4-C5 levels are unremarkable.

At C5-C6 an annular disc bulge flattens the thecal sac.

The C6-C7 and C7-T1 levels are unremarkable.

IMPRESSION:

1. THE ALIGNMENT OF THE CERVICAL SPINE IS ANATOMIC.
2. A FOCAL DEMYELINATING PLAQUE WITHOUT ENHANCEMENT IS SEEN AT THE LEVEL OF C2.  THIS PLAQUE IS SOLITARY.
3. AT C5-C6 AN ANNULAR DISC BULGE FLATTENS THE THECAL SAC.

Lincoln/Merryman 484

8/31/2018                                    Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046119

Electronically signed by

James E. Remkus MD.
Aug 28,2018 15:06



Lincoln/Merryman 485

8/31/2018

Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046118



# PAESANOS PARKWAY IMAGING
# 3603 PAESANOS PARKWAY, SUITE 110
# SAN ANTONIO, TX 78231
# T - 210-479-1966 F - 210-479-1560

**NAME:** *BRANDI A. MERRYMAN*
**DOB:**                00:00

**MRN:** PPI28609
**DOS:** Aug 27,2018 09:09        **Sex:** F

**REFERRING PHYSICIAN:**
RICHARD BRADEN.
NEIMAN MD.

**PROCEDUE NAME:** MRI THORACIC WITH AND WITHOUT CONTRAST

# Final Report

## Main Report

**RADIOLOGIST:** James E. Remkus MD.

**REPORT DATE:** Aug 28,2018 12:09

**APPROVED BY:** James E. Remkus MD.

**APPROVAL DATE:** Aug 28,2018 15:07

**KEY IMAGES:** 0

## OBSERVATION

TECHNIQUE:   A T2W following a T1W sagittal sequence of the thoracic spine has been performed.  Transaxial T1W and T2W images from the T1-T2 through T12-L1 levels were submitted.

Following an informed consent gadolinium was administered intravenously without complication.  Post-gadolinium a T1W sagittal and transaxial images were performed.

FINDINGS:   The alignment of the thoracic spine is anatomic.  No kyphoscoliosis is noted.  The thoracic vertebrae reveal no fracture or marrow replacement.  The posterior elements are intact.

The thoracic cord as well as conus reveal no enhancing intra or extramedullary mass.  No demyelinating plaque is noted.

Transaxial as well as sagittal images from the T1-T2 through T12-L1 levels reveal no focal thoracic disc herniation.

IMPRESSION:

1. ANATOMIC ALIGNMENT OF THE LUMBAR SPINE IS SEEN.
2. THE THORACIC CORD IS NORMAL.  NO DEMYELINATING PLAQUE IS SEEN.
3. FROM THE T1-T2 THROUGH T12-L1 LEVEL NO FOCAL DISC HERNIATION IS PRESENT.

https://ppipacs.net/cases/reportview.jsp?cGr=1.2.826.0.1.3680043.2.93.9.2.240941067450.10120&cPrintFriendly=true                                1/2

Lincoln/Merryman 486

1/15/2019 3:43 PM  FROM:  Suzanne K Gazda MD PA  TO: 16033344176   PAGE: 013 OF 013

8/31/2018                               Report - MERRYMAN, BRANDI A / PPI28609, Aug 27,2018, 10046118

Electronically signed by

James E. Remkus MD.
Aug 28,2018 15:07

Lincoln/Merryman 487

Lincoln/Merryman 488

# Lincoln Financial Group Consulting Physician Referral
## Attendance Only

**Consulting Physician:  Baldemor, Deborah**

Office:        0913                                                      Claim #:    8582115

Claimant Name:          BRANDI  A  MERRYMAN

Date of Birth:                                            Claim Status:    AP

Date of Disability:     8/3/2018                          Date Sent:    1/9/2019

Claimant SSN:                                        Date Benefits Began:    1/30/2019

Product Type:           LTD                              Paid Through:    1/28/2021

Disability Level:       Own Occupation

Policyholder/Self-Insured Plan Holder:          USAA

Referred By:          LEITCH, DEWEY  913  8*734-1482

Assigned Nurse Case Manager:

Diagnosis:          M32.9 Systemic lupus erythematosus, unspecified,

**Document Locations**

- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

N/A

**From:**        LibertyMutualLeaves@libertymutual.com
**To:**          CHRIS.MARTINEZ@USAA.COM
**Subject:**     LIBERTY MUTUAL NOTIFICATION: Approval of Long Term Disability for
Brandi Merryman L3627 Claim 8582115

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 1/30/2019 thru thru 1/28/2021

If you have further questions, please call Liberty Mutual at 800-989-7842 ext. 41482 or contact the assigned Case Manager at Dewey.Leitch@lfg.com. Please be sure to reference claim number 8582115.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln/Merryman 489

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN

Lincoln/Merryman 490



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

January 9, 2019

Ms. Brandi A. Merryman

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Integrated Disability Management Program. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"Disability"* or *"Disabled"* means:
>
> i.   *if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> ii.  *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 3, 2018 and your benefits begin on January 30, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

1  of 2

Lincoln/Merryman 491

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by February 7, 2019.

    X   Direct Deposit Application
    X   SS Reimbursement Agreement
    X   USAA Healthcare Supplemental
    X   Advantages of Social Security Disability Benefits Form
    X   Survivor / Estate Information Form
    X   W-4S 2018
    X   New Claim packet

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
Disability Claims Manager
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

Lincoln/Merryman 492



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

**Claimant:** Brandi Merryman                                          **Date of Birth:** _____

**Employer:** USAA                                          **Policy/Plan Sponsor No.** 09 - 419734

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

**(Insured/Employee signature)** _____

**(Address)** _____

**(Date)** _____

*Please retain a copy for your records or one can be provided upon request.*



9800 Fredericksburg Road
San Antonio, Texas 78288

# IMPORTANT INFORMATION FROM USAA

We would like to take this opportunity to provide you with some valuable USAA information.

If you were separated from USAA prior to being approved for LTD, are enrolled in COBRA benefits or do not currently have coverage, you will automatically be enrolled in benefits as an LTD participant as of your effective date of LTD eligibility.  For questions or to make changes, please call the USAA Benefits Center at 800-210-8722, within 31 days of your LTD eligibility effective date.

- You will be direct billed each month for the health insurance that you elected.  The bills are generated on the 10th of each month for the following month of coverage and are mailed to your home address.
- Your premiums will be due on the 1st of each month for that month of coverage.  It is extremely important that premiums are paid by the due date to maintain coverage.  Non-payment will result in loss of coverage.
- You will have an opportunity to set up "Auto Debit" from a checking account so the premium can automatically be paid each month for you.
- You can log on to Your Benefits Resources website to view your choices and billing information at www.mylife.usaa.com

Life Insurance Coverage

- USAA provides Basic Life Insurance coverage (two times your annual pay); Spouse Basic Life insurance ($10,000) & Child Life Insurance ($10,000) at no cost to you.
- You may convert the optional coverage for Employee or Spouse Life by contacting Prudential at 800-237-5513 within 31 days of your separation date of employment.

Annual Enrollment

- You can make benefit election changes during Annual Enrollment.

Please contact the USAA Benefits Center at 800-210-8722 if you have questions about your USAA Retirement Savings Account (401K) and/or Retirement Plus.

**Please note:** You are required to enroll in **both Medicare Part A & B** as soon as you qualify for Medicare. When you become eligible for Medicare the USAA Medical Care Plan will be secondary to Medicare, regardless of whether you enroll.  This means that you will be financially responsible for the amount Medicare would have paid if you fail to enroll.  Call the USAA Benefits Center at 800-210-8722 to provide your Medicare ID number immediately upon enrollment.

When LTD ends you will be sent a COBRA package.  You can continue benefits under COBRA for 18 months with the potential for an additional 11 months if you can provide proof of Social Security disability.

Version 2; Date: 03/07/10; Benefits Delivery

Lincoln/Merryman 494

# <u>Advantages of Social Security Disability Benefits</u>

- **Increased Disability Benefits**
  - ° **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not.  Therefore you would maximize your combined benefits because they would increase each year.**

- **Increased Retirement Benefits**
  - ° **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits.  As a result, the amount of your eventual Social Security Retirement Benefit could be <u>*substantially higher*</u>.**

- **Cost of Living Adjustment (COLA) Raises**
  - ° **SSA will provide you and any eligible dependents an increase annually.  These increases will not affect your Long Term Disability benefits.**

- **Tax Free Income**
  - ° **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**

- **Medicare Coverage**
  - ° **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits.  This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - ° **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - ° **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**

- **COBRA Extension**
  - ° **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**

- **Return To Work Incentives**
  - ° **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                        **YOUR DOMESTIC PARTNER:**

| **Name:** | **Name:** |
|---|---|
| **Address:** | **Address:** |
|  |  |
|  |  |
|  |  |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN:  List ALL children.  Use reverse side if necessary.**

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP:  For all children under age 18 listed above:**

| **Name:** |
|---|
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL?   YES ____ NO ____**          **DO YOU HAVE A TRUST?   YES ____ NO ____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| **Name of Executor or Administrator:** |
|---|
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor,  files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable  under law.  A photocopy of this form will be as valid as the original.**

**DATE:** _____          **EMPLOYEE'S PRINTED NAME:** _____

**EMPLOYEE'S SIGNATURE:** _____

Lincoln/Merryman 496

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ Give this form to the third-party payer of your sick pay.
▶ Go to www.irs.gov/FormW4S for the latest information.

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . .  | **$**

Employee's signature ▶                                                                                    Date ▶

- - - - - - - - - - - - - - - **Separate here and give the top part of this form to the payer. Keep the lower part for your records.** - - - - - - - - - - - - - - -

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | |
|---|---|---|
| 1. | Enter amount of adjusted gross income that you expect in 2018 | **1** |
| 2. | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** |
| 3. | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** |
| 4. | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** |
| 5. | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** |
| 6. | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** |
| 7. | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** |
| 8. | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** |
| 9. | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** |
| 10. | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount to be withheld below. If it does, enter this amount on Form W-4S above | **10** |

## General Instructions

**Purpose of form**. Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition**. Sick pay is a payment that you receive:

•Under a plan to which your employer is a party, and

•In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld**. Enter on this form the amount that you want withheld from each payment. The amount that you enter:

•Must be in whole dollars (for example, $35, not $34.50).

•Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form**. Form **W-4S** is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**          Cat. No. 10226E          Form **W-4S** (2018)

Lincoln/Merryman 497

Form W-4S (2018)                                                                                                    Page **2**

**Changing your withholding**. Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions**. Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2018, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . | $24,000* |
| Head of household . . . . . . . . . . . . . . | $18,000* |
| Single or Married filing separately . . . . . . . . | $12,000* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see Limited standard deduction for dependents, later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older and blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,600 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,200 if 65 or older and blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2018 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2018 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | $0 + 10% | $0 |
| 9,525 | 38,700 | 952.50 + 12% | 9,525 |
| 38,700 | 82,500 | 4,453.50 + 22% | 38,700 |
| 82,500 | 157,500 | 14,089.50 + 24% | 82,500 |
| 157,500 | 200,000 | 32,089.50 + 32% | 157,500 |
| 200,000 | 500,000 | 45,689.50 + 35% | 200,000 |
| 500,000 | and greater | 150,689.50 + 37% | 500,000 |

### Schedule Z—Head of household

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $13,600 | $0 + 10% | $0 |
| 13,600 | 51,800 | 1,360 + 12% | 13,600 |
| 51,800 | 82,500 | 5,944 + 22% | 51,800 |
| 82,500 | 157,500 | 12,698 + 24% | 82,500 |
| 157,500 | 200,000 | 30,698 + 32% | 157,500 |
| 200,000 | 500,000 | 44,298 + 35% | 200,000 |
| 500,000 | and greater | 149,298 + 37% | 500,000 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $19,050 | $0 + 10% | $0 |
| 19,050 | 77,400 | 1,905 + 12% | 19,050 |
| 77,400 | 165,000 | 8,907 + 22% | 77,400 |
| 165,000 | 315,000 | 28,179 + 24% | 165,000 |
| 315,000 | 400,000 | 64,179 + 32% | 315,000 |
| 400,000 | 600,000 | 91,379 + 35% | 400,000 |
| 600,000 | and greater | 161,379 + 37% | 600,000 |

### Schedule Y-2—Married filing separately

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | $0 + 10% | $0 |
| 9,525 | 38,700 | 952.50 + 12% | 9,525 |
| 38,700 | 82,500 | 4,453.50 + 22% | 38,700 |
| 82,500 | 157,500 | 14,089.50 + 24% | 82,500 |
| 157,500 | 200,000 | 32,089.50 + 32% | 157,500 |
| 200,000 | 300,000 | 45,689.50 + 35% | 200,000 |
| 300,000 | and greater | 80,689.50 + 37% | 300,000 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

December 7, 2018

Ms. Brandi A. Merryman

RE:    Long Term Disability (LTD) and Short Term Disability (STD) Benefits
       USAA
       Claim #: 8582115 and 6056243

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since August 10, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through January 29, 2019.

Dewey Leitch has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under USAA's LTD Policy.  Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved.  The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

USAA's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that  you provide proof of disability as follows:

*Notice and Proof of Claim*

    *1.   Notice*

        *a.   Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

        *b.   When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the*

1  of  3

Lincoln/Merryman 500

*Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. **Proof**

    a. *Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

    b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

    c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On December 7, 2018, we requested medical records from Dr. Wickersham. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from September 7, 2018 through present, from all treating providers.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

    X   Activities Questionnaire Form
    X   Agreement Concerning Benefits Form
    X   Authorization - Medical
    X   Claimant Information Form
    X   Claimant Supplementary Statement
    X   Family Information Questionnaire
    X   Training Education Experience
    X   USAA Healthcare Supplemental
    X   Copy of your drivers license

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

USAA's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 20, 2019.

2 of 3

Lincoln/Merryman 501

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
Disability Claims Manager
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: Activities Questionnaire Form
      Agreement Concerning Benefits Form
      Authorization - Medical
      Claimant Information Form
      Claimant Supplementary Statement
      Family Information Questionnaire
      Training Education Experience
      USAA Healthcare Supplimental

3  of  3

Lincoln/Merryman 502

## ACTIVITIES QUESTIONNAIRE



<div align="right">

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

</div>

**Return To:** Dewey Leitch

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115                                        DATE OF BIRTH:

EMPLOYER/SPONSOR: USAA

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

    sit _____   stand _____   walk _____

How many hours a day do you:

    sit _____   stand _____   walk _____

Do you take a nap during the day?

    Yes_____   No _____

    If Yes, for how long? _____   At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____   walker_____   crutches _____   wheelchair _____   other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____   No _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car? _____
    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

---

Do you have children?

    Yes_____   No _____   If Yes, what are their dates of birth _____

    Do you need help caring for your children?

    Yes _____   No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____   No _____   If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

---

<div align="right">Lincoln/Merryman 503</div>



How often do you get outdoors? _____

Are you left or right hand dominant?         Left _____      Right _____

Are you able to work in your garden?         Yes _____      No _____

Are you able to work on your house?          Yes _____      No _____

Are you able to wash your car?               Yes _____      No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine?  _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily
activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?  Yes _____      No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?            Yes _____      No _____

If Yes, please describe _____

Do you participate in an exercise program?       Yes _____      No _____

If Yes, please describe _____

Do you do any Volunteer work?                 Yes _____      No _____

If Yes:

    how many hours per day?  _____

    how many hours per week?_____

    for whom?  _____

Are you working for wages?                     Yes _____      No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Signature: _____



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AGREEMENT CONCERNING BENEFITS

Return To:    Dewey Leitch

Policy No: 09 - 419734                    Claim Number: 8582115

Employer: USAA                            Address

Claimant: Brandi Merryman

Date of Disability: 08/03/2018

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 419734  I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)    I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

_____
Claimant Name (please print)

_____
Address

_____
Signature

_____
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

Lincoln/Merryman 506



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

    \* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    \* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    \* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____


Signature of claimant or legal representative _____
Date of Birth: __ _____ Claim Number: __8582115___ Date: _____

## A copy of this authorization will be considered as valid as the original.

pg. 1  Authorization-Standard-2016

Lincoln/Merryman 507

# CLAIMANT INFORMATION FORM

 **Liberty Mutual®** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                    DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/03/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. : (___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. : (___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. : (___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____ DATE: _____

Lincoln/Merryman 508

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:** Dewey Leitch

| **EMPLOYEE/CLAIMANT NAME:** Brandi Merryman | | **CLAIM #:** 8582115 |
|---|---|---|
| **EMPLOYER:** USAA | | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                Relationship to you?                        Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

Lincoln/Merryman 509

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:** Dewey Leitch

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                         DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single_____          Married _____          Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?     Yes _____          No _____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:
- Biological child(ren)              - Custodial Grandchildren              - Adopted Children
- Stepchildren                       - A child 18 or older with a disability  - A child 18-19 and a full-time student
- Children not residing in your         that started before age 22             (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|------|-----|--------------------------------------------------------------|--------------------------------|---------------------------------------------------|
|      |     |                                                              |                                |                                                   |
|      |     |                                                              |                                |                                                   |
|      |     |                                                              |                                |                                                   |
|      |     |                                                              |                                |                                                   |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____ No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-----|-------------------------------------------|--------------------------------|---------------------------------|------------------------------------------|
|      |     |                                           |                                |                                 |                                          |
|      |     |                                           |                                |                                 |                                          |
|      |     |                                           |                                |                                 |                                          |
|      |     |                                           |                                |                                 |                                          |

Your Name: _____          Date: _____

Lincoln/Merryman 510

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                                    DATE OF BIRTH: _____

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED   ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From:_____ To: _____

Branch of Service: _____ Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

2. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Liberty Mutual Company

Lincoln/Merryman 511

3.  Company: _____ Department:_____ From: _____ To: _____

Job Title(s):   _____

Supervisory Experience   ☐ Y      ☐ N

Tasks/Duties (please be specific):  _____

_____

4.  Company: _____ Department:_____ From: _____ To: _____

Job Title(s):   _____

Supervisory Experience   ☐ Y      ☐ N

Tasks/Duties (please be specific):  _____

_____

5.  Company: _____ Department:_____ From: _____ To: _____

Job Title(s):   _____

Supervisory Experience   ☐ Y      ☐ N

Tasks/Duties (please be specific):  _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:_____ | | |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____  Work: _____

```
SIGNATURE:_____  PHONE NO: (      ) _____
```

2

Lincoln/Merryman 512



9800 Fredericksburg Road
San Antonio, Texas 78288

# IMPORTANT INFORMATION FROM USAA

We would like to take this opportunity to provide you with some valuable USAA information.

If you were separated from USAA prior to being approved for LTD, are enrolled in COBRA benefits or do not currently have coverage, you will automatically be enrolled in benefits as an LTD participant as of your effective date of LTD eligibility. For questions or to make changes, please call the USAA Benefits Center at 800-210-8722, within 31 days of your LTD eligibility effective date.

- You will be direct billed each month for the health insurance that you elected. The bills are generated on the 10th of each month for the following month of coverage and are mailed to your home address.
- Your premiums will be due on the 1st of each month for that month of coverage. It is extremely important that premiums are paid by the due date to maintain coverage. Non-payment will result in loss of coverage.
- You will have an opportunity to set up "Auto Debit" from a checking account so the premium can automatically be paid each month for you.
- You can log on to Your Benefits Resources website to view your choices and billing information at www.mylife.usaa.com

Life Insurance Coverage

- USAA provides Basic Life Insurance coverage (two times your annual pay); Spouse Basic Life insurance ($10,000) & Child Life Insurance ($10,000) at no cost to you.
- You may convert the optional coverage for Employee or Spouse Life by contacting Prudential at 800-237-5513 within 31 days of your separation date of employment.

Annual Enrollment

- You can make benefit election changes during Annual Enrollment.

Please contact the USAA Benefits Center at 800-210-8722 if you have questions about your USAA Retirement Savings Account (401K) and/or Retirement Plus.

**Please note:** You are required to enroll in **both Medicare Part A & B** as soon as you qualify for Medicare. When you become eligible for Medicare the USAA Medical Care Plan will be secondary to Medicare, regardless of whether you enroll. This means that you will be financially responsible for the amount Medicare would have paid if you fail to enroll. Call the USAA Benefits Center at 800-210-8722 to provide your Medicare ID number immediately upon enrollment.

When LTD ends you will be sent a COBRA package. You can continue benefits under COBRA for 18 months with the potential for an additional 11 months if you can provide proof of Social Security disability.

Version 2; Date: 03/07/10; Benefits Delivery

Lincoln/Merryman 513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

December 29, 2018

Ms. Brandi A. Merryman

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by January 20, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Daisy Ixehuatl
LTD Claim Assistant
On Behalf Of: Dewey Leitch
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments:   8582115-ACKNOWLEDGE-NEW CLAIM-12.07.2018

1  of  1

Lincoln/Merryman 515

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN

Lincoln/Merryman 516



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

December 7, 2018

Ms. Brandi A. Merryman

RE:     Long Term Disability (LTD) and Short Term Disability (STD) Benefits
        USAA
        Claim #: 8582115 and 6056243

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible
for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability
Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since August 10, 2018. Should your
disability continue through the maximum benefit date, STD benefits are payable through January 29,
2019.

Dewey Leitch has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under
USAA's LTD Policy. Please note that receipt of STD benefits does not automatically mean that
LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from
those of the STD Plan and may require that we request additional information prior to making a
claim determination.

USAA's LTD Policy requires that you provide proof of disability in order to receive benefits. The
Policy requires that you provide proof of disability as follows:

*Notice and Proof of Claim*

    *1.  Notice*

        *a.  Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based.
           If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of
           claim must be received in a form or format satisfactory to Liberty.*

        *b.  When written notice of claim is applicable and has been received by Liberty, the Covered Person will be
           sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the*

1  of  3

Lincoln/Merryman 517

*Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

    a. *Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

    b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

    c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On December 7, 2018, we requested medical records from Dr. Wickersham. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from September 7, 2018 through present, from all treating providers.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

    X   Activities Questionnaire Form
    X   Agreement Concerning Benefits Form
    X   Authorization - Medical
    X   Claimant Information Form
    X   Claimant Supplementary Statement
    X   Family Information Questionnaire
    X   Training Education Experience
    X   USAA Healthcare Supplemental
    X   Copy of your drivers license

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

USAA's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 20, 2019.

2  of 3

Lincoln/Merryman 518

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
Disability Claims Manager
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments:    Activities Questionnaire Form
                Agreement Concerning Benefits Form
                Authorization - Medical
                Claimant Information Form
                Claimant Supplementary Statement
                Family Information Questionnaire
                Training Education Experience
                USAA Healthcare Supplimental

Lincoln/Merryman 519

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: USAA

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

_____



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____    Right _____

Are you able to work in your garden?          Yes _____    No _____

Are you able to work on your house?          Yes _____    No _____

Are you able to wash your car?          Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily
activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____    No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____    No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____    No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                   Yes _____    No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____    Date: _____

Signature: _____

Lincoln/Merryman 522



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AGREEMENT CONCERNING BENEFITS

Return To:    Dewey Leitch

---

Policy No: 09 - 419734                    Claim Number: 8582115

Employer: USAA                            Address

Claimant: Brandi Merryman

Date of Disability: 08/03/2018

---

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 419734  I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)    I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

---

Claimant Name (please print)

---

Address

---

Signature

---

Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

Lincoln/Merryman 523



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____


Signature of claimant or legal representative _____
Date of Birth: __ _____ Claim Number: __8582115___ Date: _____

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

Lincoln/Merryman 524

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:**  Dewey Leitch _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME:  Brandi Merryman | |
| CLAIM NO:  8582115 | |
| EMPLOYER/SPONSOR:  USAA | DATE OF BIRTH: |

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/03/2018 to present.  *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____  Fax No. :(___) _____    Telephone No. :(___) _____  Fax No. :(___) _____

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____  Fax No. :(___) _____    Telephone No. :(___) _____  Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____  Fax No. :(___) _____    Telephone No. :(___) _____  Fax No. :(___) _____

## PHARMACY(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____  Fax No. :(___) _____    Telephone No. :(___) _____  Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____  DATE: _____

Lincoln/Merryman 525

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:** Dewey Leitch

---

**EMPLOYEE/CLAIMANT NAME:** Brandi Merryman     **CLAIM #:** 8582115

**EMPLOYER:** USAA     **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                          Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____     **EMPLOYEE'S SIGNATURE:** _____

DP 409

Lincoln/Merryman 526

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:** Dewey Leitch

---

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                    DATE OF BIRTH: _____

---

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single _____        Married _____        Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?    Yes _____            No _____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:
- Biological child(ren)          - Custodial Grandchildren          - Adopted Children
- Stepchildren                   - A child 18 or older with a disability   - A child 18-19 and a full-time student
- Children not residing in your     that started before age 22          (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|------|-----|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____ No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-----|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____        Date: _____

Lincoln/Merryman 527

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                              DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N  From:_____  To: _____

Branch of Service: _____  Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____
   _____

2. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Liberty Mutual Company

3.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y    ☐ N
    Tasks/Duties (please be specific): _____
    _____

4.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y    ☐ N
    Tasks/Duties (please be specific): _____
    _____

5.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y    ☐ N
    Tasks/Duties (please be specific): _____
    _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Photo Software | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ |  |  |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____   Work: _____

---

**SIGNATURE:** _____   **PHONE NO: (     )** _____

---

2

Lincoln/Merryman 529



9800 Fredericksburg Road
San Antonio, Texas 78288

# IMPORTANT INFORMATION FROM USAA

We would like to take this opportunity to provide you with some valuable USAA information.

If you were separated from USAA prior to being approved for LTD, are enrolled in COBRA benefits or do not currently have coverage, you will automatically be enrolled in benefits as an LTD participant as of your effective date of LTD eligibility. For questions or to make changes, please call the USAA Benefits Center at 800-210-8722, within 31 days of your LTD eligibility effective date.

- You will be direct billed each month for the health insurance that you elected. The bills are generated on the 10th of each month for the following month of coverage and are mailed to your home address.
- Your premiums will be due on the 1st of each month for that month of coverage. It is extremely important that premiums are paid by the due date to maintain coverage. Non-payment will result in loss of coverage.
- You will have an opportunity to set up "Auto Debit" from a checking account so the premium can automatically be paid each month for you.
- You can log on to Your Benefits Resources website to view your choices and billing information at www.mylife.usaa.com

Life Insurance Coverage

- USAA provides Basic Life Insurance coverage (two times your annual pay); Spouse Basic Life insurance ($10,000) & Child Life Insurance ($10,000) at no cost to you.
- You may convert the optional coverage for Employee or Spouse Life by contacting Prudential at 800-237-5513 within 31 days of your separation date of employment.

Annual Enrollment

- You can make benefit election changes during Annual Enrollment.

Please contact the USAA Benefits Center at 800-210-8722 if you have questions about your USAA Retirement Savings Account (401K) and/or Retirement Plus.

**Please note:** You are required to enroll in **both Medicare Part A & B** as soon as you qualify for Medicare. When you become eligible for Medicare the USAA Medical Care Plan will be secondary to Medicare, regardless of whether you enroll. This means that you will be financially responsible for the amount Medicare would have paid if you fail to enroll. Call the USAA Benefits Center at 800-210-8722 to provide your Medicare ID number immediately upon enrollment.

When LTD ends you will be sent a COBRA package. You can continue benefits under COBRA for 18 months with the potential for an additional 11 months if you can provide proof of Social Security disability.

Version 2; Date: 03/07/10; Benefits Delivery

Lincoln/Merryman 530



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: December 24, 2018 | |
| To: DR PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn: Medical records | |
| Fax: (210) 477-2650 | |
| From: Daisy Ixehuatl<br>LTD Claim Assistant<br>On Behalf Of: Dewey Leitch<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    8582115<br>Claimant:    Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

December 24, 2018

Dr. Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present.

We ask that you provide this information by January 7, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daisy Ixehuatl
LTD Claim Assistant

1  of  2

On Behalf Of: Dewey Leitch
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2

Lincoln/Merryman 533

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

December 13, 2018

Ms. Brandi A. Merryman

RE:     Long Term Disability (LTD) Benefits
        USAA
        Claim #: 8582115

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Integrated Disability Management Program. We are writing in reference to your claim for LTD benefits under the Policy.

On December 7, 2018, we attempted to contact you at                  .  However, you advised us that you were unable to speak with us and that you would call us back.  On December 13, 2018 we were unable to speak with you and left you a voice message requesting that you call us back..

We need to speak with you about your disability claim.  Please call us by January 21, 2019 at the number listed below so that we can discuss your claim.  If you do not contact us by this date, your disability benefits may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
Disability Claims Manager
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

1  of  1

Lincoln/Merryman 535

**From:**        LibertyMutualLeaves@libertymutual.com
**To:**          CHRIS.MARTINEZ@USAA.COM
**Subject:**     LIBERTY MUTUAL NOTIFICATION: Change in Status of Short Term
Disability/Leave Status for Brandi Merryman, L3627, 6056243

This is to notify you that there has been a change in the status of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Benefit Payments Period: 8/10/2018 thru 1/29/2019

Disability Claim Status: Closed - Maximum Duration/Switched To Ltd

**Leave Information:**

Approved Leave Period: 8/24/2018 thru 1/29/2019

Leave Status: Approved -

If you have further questions, please call Liberty Mutual at 800-989-7842 ext. 41482 or contact the assigned Case Manager at Dewey.Leitch@lfg.com. Please be sure to reference claim number 6056243.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln/Merryman 536



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date:  December 7, 2018 | |
| To:  DR PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn:  medical records | |
| Fax:  (210) 477-2650 | |
| From:  Dewey Leitch<br>Disability Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4176 | |
| Total Pages<br>(Including Cover):   3 | |
| RE:<br><br>Claim #:   8582115<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 537



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

December 7, 2018

Dr. Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 8582115
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Dr. Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

• Office treatment notes, test results, prescription histories, and treatment plans from September 7, 2018 through present

We ask that you provide this information by December 20, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
Disability Claims Manager

1  of  2

Lincoln/Merryman 538

Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

2  of  2

Lincoln/Merryman 539

# F   A   X   S   H   E   E   T

| | |
|---|---|
| Date: | Dec-07-2018 02:02:11 |
| To: | LIBERTY MUTUAL |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 603-334-4176 |
| To Company: | |
| From Name: | SALAZAR,DIAMOND |
| From Company: | |
| From Facility: | |
| Support Contact: | |
| Number of Page(s): | 5 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 540

**Progress Notes**

**Patient:** Merryman, Brandi
**Account Number:** 63481
**DOB:**        **Age:** 28 Y  **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Branden Neiman

**Provider:** Elsa M Barto, NP

**Date:** 12/04/2018

---

**Subjective:**

**Chief Complaints:**

1. Follow up.

**HPI:**

Current symptom(s):

Pain Management:  Pain follow up plan documented:  Yes. - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash, in the context of a FH of SLE. Currently she reports severe 8.5/10 pain in her joints ands spine that is a daily process. Medications help somewhat and she has noted associated stiffness lasting up to 1 hour. Patient reports that she has started xarelto since being diagnosed with a blood clot in her R arm. She is following up with PCP to manage this. IVIG infusions are on hold until the clot has been cleared.

Pt was recently diagnosed with MS (lesions identified on brain) by Dr. Neiman and she is now on copaxone which she has tolerated well other than local reactions. She begins IVIg on Nov.6. Benlysta and arava have been stopped.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

Lincoln/Merryman 541

## ROS:

Constitutional:

Unexplained weight loss No. Unexplained weight gain No. Fever No. Chills No. Fatigue **Yes**.

Allergy/Immunology:

Denies Blistering of skin. Denies Congestion. Denies Cough. Denies Hives. Denies Itching. Denies Rash. Denies Sneezing. Denies Watery eyes. Denies Wheezing.

Eyes:

Cataract No. Change in vision No. Dry eye **Yes**. Red eye No. Glasses No.

ENMT:

Bleeding from gums No. Problems hearing No. Change in your voice No. Denture No. Nosebleed No. Hoarse voice No. Sinus problems No. Ringing in the ears No. Mouth or nose ulcers No. Dry mouth No.

Cardiovascular:

Angina No. Heart problems No. Chest pain **Yes**. Leg pain with walking No. Swelling in the legs No.

Skin:

Skin changes No. Itching No. Rashes No. Dry skin No. Sun sensitivity No.

Gastrointestinal:

Blood in stool No. Change in bowel habits No. Constipation No. Diarrhea No. Difficulty swallowing No. Heartburn No. Nausea or vomiting **Yes**. Black tarry stool No. Stomach ulcers No.

Genitourinary:

Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.

Breast:

Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.

Hematology/Oncology:

Anemia or low blood No. Easy bruising No. Swollen lymph nodes No. Cancers No.

Respiratory:

Bronchitis No. Cough No. Hemoptysis No. Shortness of breath No. Wheezing No. Heavy snoring No. Fatigue after sleeping No.

Endocrine:

Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair No.

Women Only:

Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses. Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.

Musculoskeletal:

Neck Pain **Yes**. Gout No. Injury to limbs No. Joint pain **Yes**. Joint stiffness No. Locking joints No. Back Pain **Yes**. Swollen joints No. Change in finger color with exposure to cold No.

Psychiatric:

Depression or sadness **Yes**. Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating **Yes**. Anxiety **Yes**. Difficulty sleeping No. Problems staying asleep No.

Men Only:

Denies Difficulty initiating stream. Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.

Neurologic:

Change in memory **Yes**. Dizziness **Yes**. Headache **Yes**. Imbalance **Yes**. Tingling/Numbness **Yes**. Weakness **Yes**. Tremor No. Seizures No.

Other:

Comments _____.

Peripheral Vascular:

Denies Absent pulses in hands. Denies Absent pulses in feet. Denies Blanching of skin. Denies Cold extremities. Denies Decreased sensation in extremities. Denies Pain/cramping in legs after exertion. Denies Painful extremities. Denies Ulceration of feet.

Podiatric:

Lincoln/Merryman 542

Denies Achilles pain.  Denies Achilles swelling.  Denies Ankle pain.  Denies Ankle swelling.  Denies Ball of foot pain.  Denies Big toe pain.  Denies Big toe swelling.  Denies Burning.  Denies Difficulty walking.  Denies Fever. Denies Foot numbness.  Denies Foot pain.  Denies Joint dislocation.  Denies Redness over the achilles. Denies Sole pain.  Denies Wound oozing.

Health Education:

Denies Blood pressure screening.  Denies Diabetes screening.  Denies Family planning/safe sex teaching. Denies Healthy weight education.  Denies Hepatitis vaccination.  Denies Influenza vaccination.  Denies Lipid screening.  Denies Pneumovax vaccination.  Denies Smoking cessation.

Cancer Self-Management:

Denies Breast self-exam.  Denies Colonoscopy.  Denies Mammogram.  Denies PAP testing.  Denies PSA testing.  Denies Skin exam.  Denies Smoking cessation.  Denies Use of sunscreen.

## Medical History:

**Medications:** Taking Allopurinol 100 Tablet 2 tablets Orally Once a day, Taking Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day, Taking Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day, Taking Butrans 20 MCG/HR Patch Weekly apply 1 patch to skin every 7 days Transdermal ONCE A WEEK, Taking Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK , Taking PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day, Taking Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY , Taking Butrans 20 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS FOR 28 DAYS Transdermal , Taking Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Taking Copaxone 40 MG/ML Solution Prefilled Syringe Subcutaneous , Taking IVIg , Taking Lexapro 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Fluconazole 150 MG Tablet 1 tablet Orally once, Not-Taking Leflunomide 10 MG Tablet 1 tablet Orally Once a day, Not-Taking Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs, Not-Taking Medrol 4 MG Tablet Therapy Pack as directed Orally , Not-Taking Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day

## Objective:

**Vitals:** HR 92 /min, BP 137/109 mm Hg, Ht 5 ft 3 in, Wt 200 lbs, BMI 35.42 Index, Pain scale 7 1-10.

## Examination:

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis; however she has swelling of hands bilaterally. There is no evidence of FM. SKIN: malar erythema is present as well as livedo reticularis. LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

## Assessment:

### Assessment:

1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Other long term (current) drug therapy - Z79.899
3. Calculus of kidney - N20.0
4. Embolism and thrombosis of arteries of the upper extremities - I74.2
5. Personal history of peptic ulcer disease - Z87.11
6. Anxiety disorder, unspecified - F41.9
7. Vitamin D deficiency, unspecified - E55.9
8. Multiple sclerosis - G35
9. Long term (current) use of opiate analgesic - Z79.891

## Plan:

## 1. Systemic lupus erythematosus, unspecified

Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day ; Increase Butrans Patch Weekly, 20 MCG/HR, apply 1 patch to skin every 7 days, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2 ;  Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK ;  Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5 .
Notes: Pt has active SLE/MS overlap. She has stopped taking copaxone d/t lack of response. Current MME dose is 22.5 per day (excluding Butrans 20mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Current prednisone dose is 7.5mg daily. Will order antiphospholipid antibody labs d/t recent clotting. Will request imaging from urgent care to ascertain if she had a superficial blood clot. Note has been provided to re-start IVIG. .

## 2. Other long term (current) drug therapy

LAB: aCL Abs
LAB: B2GP1 Abs

## 3. Calculus of kidney

Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day .
Notes: Continue allopurinol and hydration..

## 4. Embolism and thrombosis of arteries of the upper extremities

Notes: Patient is currently on xarelto and is being managed by PCP.

## 5. Personal history of peptic ulcer disease

Notes: Continue to avoid NSAIDs..

## 6. Vitamin D deficiency, unspecified

Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day .
Notes: Continue replacement and follow vitamin D level..

## 7. Multiple sclerosis

Notes: Continue to follow with Dr. Neimann. .

## 8. Others

Notes: ~~Patient has elevated BP this visit. She is advised to follow up with PCP for further assessment and management. ADDENDUM- PW: I personally interviewed and examined the patient and I agree with the plan as per Ms. Barto. I suspect her RUE clot was superficial and thus she is at low risk for thromboembolism or recurrence. Get ultrasound report for review. OK to restart IVIg now.

**Procedure Codes:** 86146 B2GPI PANEL, 86147 ANTI CARDIOLIPIN AB/IGA/IGG/IGM, 36415 VENIPUNCT, ROUTINE*

**Follow Up:** as scheduled

**Provider:** Elsa M Barto, NP
**Patient:** Merryman, Brandi  **DOB:**                          **Date:** 12/04/2018

Electronically signed by Elsa Barto , NP on 12/07/2018 at 02:01 PM CST
Sign off status: Pending

Lincoln/Merryman 544

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN

Lincoln/Merryman 545



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

December 7, 2018

Ms. Brandi A. Merryman

RE:    Long Term Disability (LTD) and Short Term Disability (STD) Benefits
       USAA
       Claim #: 8582115 and 6056243

Dear Ms. Brandi Merryman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since August 10, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through January 29, 2019.

Dewey Leitch has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under USAA's LTD Policy.  Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved.  The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

USAA's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that  you provide proof of disability as follows:

*Notice and Proof of Claim*

    1.   *Notice*

        a.   *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

        b.   *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the*

1  of 3

Lincoln/Merryman 546

*Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2.  ***Proof***

   a.  *Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

   b.  *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

   c.  *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

   *Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On December 7, 2018, we requested medical records from Dr. Wickersham.  To date, we have not received all of the information necessary to complete our initial claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from September 7, 2018 through present, from all treating providers.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

   X   Activities Questionnaire Form
   X   Agreement Concerning Benefits Form
   X   Authorization - Medical
   X   Claimant Information Form
   X   Claimant Supplementary Statement
   X   Family Information Questionnaire
   X   Training Education Experience
   X   USAA Healthcare Supplemental
   X   Copy of your drivers license

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

USAA's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 20, 2019.

Lincoln/Merryman 547

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
Disability Claims Manager
Phone No.: (800) 320-7585 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments:   Activities Questionnaire Form
               Agreement Concerning Benefits Form
               Authorization - Medical
               Claimant Information Form
               Claimant Supplementary Statement
               Family Information Questionnaire
               Training Education Experience
               USAA Healthcare Supplimental

3  of 3

Lincoln/Merryman 548

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: USAA

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____



**Liberty Mutual** INSURANCE

<div style="border:1px solid black">

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

</div>

How often do you get outdoors? _____

Are you left or right hand dominant?     Left _____    Right _____

Are you able to work in your garden?     Yes _____    No _____

Are you able to work on your house?      Yes _____    No _____

Are you able to wash your car?           Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?  _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily
activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information: _____

Lincoln/Merryman 550



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?          Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?          Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____          Date: _____

Signature: _____

Lincoln/Merryman 551



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AGREEMENT CONCERNING BENEFITS

Return To:    Dewey Leitch

Policy No: 09 - 419734                          Claim Number: 8582115

Employer: USAA                                  Address

Claimant: Brandi Merryman

Date of Disability: 08/03/2018

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 419734  I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)    I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

_____
Claimant Name (please print)

_____
Address

_____
Signature

_____
Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

Lincoln/Merryman 552



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____    Claim Number: __8582115__    Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Lincoln/Merryman 553

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                              DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/03/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name:                                    Name:
Specialty:                               Specialty:
Address:                                 Address:

Telephone No. :(___)____ Fax No. :(___)____    Telephone No. :(___)____ Fax No. :(___)____

Name:                                    Name:
Specialty:                               Specialty:
Address:                                 Address:

Telephone No. :(___)____ Fax No. :(___)____    Telephone No. :(___)____ Fax No. :(___)____

## MEDICAL INSURANCE CARRIER(S):

Name:                                    Name:
Specialty:                               Specialty:
Address:                                 Address:

Telephone No. :(___)____ Fax No. :(___)____    Telephone No. :(___)____ Fax No. :(___)____

## PHARMACY(S):

Name:                                    Name:
Specialty:                               Specialty:
Address:                                 Address:

Telephone No. :(___)____ Fax No. :(___)____    Telephone No. :(___)____ Fax No. :(___)____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE:                              DATE:

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:**  Dewey Leitch

**EMPLOYEE/CLAIMANT NAME:**  Brandi Merryman    **CLAIM #:** 8582115

**EMPLOYER:** USAA    **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                          Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation  Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or  State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit  (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**    **EMPLOYEE'S SIGNATURE:**

DP 409

Lincoln/Merryman 555

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

**Return to:**  Dewey Leitch

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO:  8582115

EMPLOYER/SPONSOR: USAA                                    DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?         Single _____      Married _____      Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?    Yes _____             No _____

If yes, please provide additional details below, using additional space as needed.

\* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?    Yes: _____   No: _____
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____                    Date: _____

Lincoln/Merryman 556

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

EMPLOYEE/CLAIMANT NAME: Brandi Merryman

CLAIM NO: 8582115

EMPLOYER/SPONSOR: USAA                                   DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                 **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____    Certificate Program completed: _____

Associates Degree: _____    College: number of years: _____

Bachelor's Degree: BA /BS Major: _____    Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From: _____   To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y   ☐ N
    Tasks/Duties (please be specific): _____
    _____

2.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y   ☐ N
    Tasks/Duties (please be specific): _____
    _____

A Liberty Mutual Company

Lincoln/Merryman 557

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience  ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience  ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience  ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | | | |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (    )** _____

2



9800 Fredericksburg Road
San Antonio, Texas 78288

# IMPORTANT INFORMATION FROM USAA

We would like to take this opportunity to provide you with some valuable USAA information.

If you were separated from USAA prior to being approved for LTD, are enrolled in COBRA benefits or do not currently have coverage, you will automatically be enrolled in benefits as an LTD participant as of your effective date of LTD eligibility.  For questions or to make changes, please call the USAA Benefits Center at 800-210-8722, within 31 days of your LTD eligibility effective date.

- You will be direct billed each month for the health insurance that you elected.  The bills are generated on the 10th of each month for the following month of coverage and are mailed to your home address.
- Your premiums will be due on the 1st of each month for that month of coverage.  It is extremely important that premiums are paid by the due date to maintain coverage. Non-payment will result in loss of coverage.
- You will have an opportunity to set up "Auto Debit" from a checking account so the premium can automatically be paid each month for you.
- You can log on to Your Benefits Resources website to view your choices and billing information at www.mylife.usaa.com

Life Insurance Coverage

- USAA provides Basic Life Insurance coverage (two times your annual pay); Spouse Basic Life insurance ($10,000) & Child Life Insurance ($10,000) at no cost to you.
- You may convert the optional coverage for Employee or Spouse Life by contacting Prudential at 800-237-5513 within 31 days of your separation date of employment.

Annual Enrollment

- You can make benefit election changes during Annual Enrollment.

Please contact the USAA Benefits Center at 800-210-8722 if you have questions about your USAA Retirement Savings Account (401K) and/or Retirement Plus.

**Please note:** You are required to enroll in **both Medicare Part A & B** as soon as you qualify for Medicare. When you become eligible for Medicare the USAA Medical Care Plan will be secondary to Medicare, regardless of whether you enroll.  This means that you will be financially responsible for the amount Medicare would have paid if you fail to enroll.  Call the USAA Benefits Center at 800-210-8722 to provide your Medicare ID number immediately upon enrollment.

When LTD ends you will be sent a COBRA package.  You can continue benefits under COBRA for 18 months with the potential for an additional 11 months if you can provide proof of Social Security disability.

Version 2; Date: 03/07/10; Benefits Delivery

Lincoln/Merryman 559



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __6056243__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Lincoln/Merryman 560



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date:  December 3, 2018 | |
| To:   PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn:   Medical Records | |
| Fax:   (210) 477-2650 | |
| From:  Kelly Abberton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6056243<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

December 3, 2018

Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:     Short Term Disability (STD) Benefits
        USAA
        Claim #: 6056243
        Claimant: Brandi Merryman
        Claimant D.O.B.:

Dear Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 15, 2018 through the present.

We ask that you provide this information by December 10, 2018.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

1  of 2

Lincoln/Merryman 562

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelly Abberton
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41454
Secure Fax No.: (603) 422-0119

2  of 2



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.


Name of claimant (print)            _____


Name of legal representative, if applicable (print)   _____   Relationship  _____


Signature of claimant or legal representative    _____

Date of Birth: _____   Claim Number:  __6056243__   Date: _____

### A copy of this authorization will be considered as valid as the original


pg. 1 LMB.Psychotherapy.2015

Lincoln/Merryman 564

## USAA Job Description

**General Information**

Job Title:              Member Solutions Specialist
Job Code:               040003
Salary Range Min:       $29,000
Salary Range Max:       $53,000
Tax Location:           TX-San Antonio

---

## Hierarchy Overview

### Summary

Provides member onboarding, servicing and/or facilitation of product sales through various channels (e.g., phone, mail, e-mail, face-to-face). Deepens and retains member relationships through needs assessment and solution offerings from USAA products and services.

## Job Overview

### Tasks

Gathers information and close on product sales for a suite of services demonstrating advanced skills and knowledge of USAA products and benefits.

Identifies member events to provide integrated solutions on products and close on product sales that meet the members needs and facilitate the members financial security.

Empathizes with members and provide complex and/or integrated solutions to make it easy for members to acquire a USAA product.

In the Financial Center interacts with members face to face to close on integrated product sales.

Responds to and complete member requests.

### Relation to Other Positions

Works under general supervision.

Uses established procedures and job experience to carry out moderately complex work assignments.

Collaborates with team members to resolve issues and to identify appropriate issues for escalation.

### Work Conditions

Position works in a professional office setting (e.g., Call Center, Financial Center, Home office) where work is conducted at a desk.

Position has high level of customer contact through various channels.  Customer interaction can be of a sensitive nature and stressful at times.

Positions in Financial Centers have face to face contact with the general public.

### Measures of Performance

Standard performance appraisal instrument.

Employee is also evaluated on Quality of Work, Business Results and Attributes associated with the role.

### Equipment

Multiple computer and telephone systems are utilized in the performance of position responsibilities.

## Employee Qualifications

### Minimum Experience

INSURANCE: internal USAA Financial Foundations member contact experience and/or 1+ years of insurance member contact experience. Acquisition and maintenance of applicable licenses as required.

BANKING: internal USAA Financial Foundations member contact experience and/or 1+ years of banking member contact experience. Acquisition and maintenance of applicable licenses/state registrations as required.

CONSUMER LENDING: internal USAA Financial Foundations member contact experience and/or 1+ years of consumer lending member contact experience. Acquisition and maintenance of applicable licenses/state registrations as required.

MORTGAGE LENDING: internal USAA Financial Foundations customer contact experience and/or 1+ years of real estate lending member contact experience. Acquisition and maintenance of applicable licenses/state registrations as required.

NMS: *Internal: USAA member contact experience with proven sales success and/or 1+ years of selling experience to include frequent (e.g., daily) communications with customers via telephone, e-mail and/or face-to-face. Acquisition and maintenance of applicable licenses/state registrations as required.

Lincoln/Merryman 565

*External: 1+ years of selling experience to include frequent (e.g., daily) communications with customers via telephone, e-mail and/or face-to-face. Acquisition and maintenance of applicable licenses/state registrations as required.

**Minimum Education**
High School Diploma (or GED)

**Licenses**
INSURANCE/NMS:  Acquisition and maintenance of applicable licenses.

MORTGAGE LENDING:  Acquisition and maintenance of applicable mortgage loan originator registrations.

**Certificates and Designations**
In addition to other USAA applicant screenings, individuals hired for positions responsible for mortgage loan origination, processing and closing must be federally registered on the National Mortgage and Licensing System Registry (NMLSR) after being hired. The NMLSR will require individuals to provide identification information, financial services related employment history, and disclose certain criminal, civil judicial or regulatory/licensing actions that have been brought against them.  It also requires that they be fingerprinted for an FBI background check.

**Preferred Education**
Bachelors degree

**Preferred Experience**
- 2+ years of customer contact experience in a Financial Services Call Center.

**Education After Hire**
Not applicable

**Knowledge/Skills/Attributes**
Customer Focus: Contributes valuable information and perspective.  Finds innovative ways to overcome obstacles.  Recognize symptoms that indicate problems.

Product Knowledge: Acquires and demonstrates proficiency in applying advanced knowledge of products, services and processes.  Demonstrates intermediate knowledge in at least one product and service including:  advanced deposits, credit card acquisition, advanced mortgage and property loans, advanced consumer loans, intermediate property and casualty insurance.  May be cross skilled and demonstrates proficiency in multiple products and services.

Needs Assessment/Problem Solving: Helps customers find solution to their needs.  Acquires and demonstrates proficiency in applying advanced referral skills and relationship building with members by recognizing life events and multi-company product opportunities.

Salesmanship: Helps customers recognize benefits of acquiring products.  Acquires and demonstrates proficiency in applying advanced product acquisition and/or member service techniques.

Drive for Results:  Drives to add value.  Completes each activity in an accurate and timely manner.  Understands how the functions of the business interrelate.

Technical Know How: 1+ years experience multi-tasking in a Windows operating system environment.   Intermediate knowledge of business systems and tools.

Business Acumen: Demonstrates working knowledge of the business area.  Expands knowledge and proficiency in selling USAA?s membership, products, and services.  Understands how role impacts the business.

Communication: Conveys information and position clearly, concisely, logically and in an organized manner.  Conveys an understanding of the comments, requests, and questions of others.   Responds positively to coaching and feedback.

Demonstrate Adaptability (Agility): Works productively in the face of ambiguity or uncertainty.  Overcomes obstacles and constraints without becoming discouraged.  Deals constructively with mistakes and setbacks.

## Skills

**Skills-Mbr Contact/Back Office-Acquisition**
Auto Insurance - Acquisition

- Auto Insurance - Acquisition

Consumer Loans

- Auto Purchase Loans
- Boat Loans
- Motorcycle  Loan
- Personal Loans
- Recreational Vehicle Loans

Home Equity Loan

- Home Equity Line of Credit
- Home Equity Loan - Fixed

Homeowners and Property Ins

- Homeowners & Condo
- Rental Home Insurance
- Renters Insurance & Valuable Personal Property

Mortgages-Buying & Refinancing

Lincoln/Merryman 566

**Skills-Mbr Contact/Back Office-Acquisition**

Mortgages-Buying & Refinancing

- Conventional Mortgages
- FHA Loans-Origination
- Jumbo Loans
- Veteran Affairs

Retail Banking

- Certificates of Deposit (CDs)
- Credit Cards
- Deposit Accounts

**Skills-Mbr Contact/Back Office-Service**

Loans Service

- Auto Purchase Loan Service
- Home Equity Loans Service

Non-Life Insurance Service

- Auto Insurance Service
- Homeowners & Property Insurance Service

Retail Banking - Service

- Credit Card Service
- Deposit Service

Lincoln/Merryman 567



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: November 26, 2018 | |
| To: PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn: Medical Records | |
| Fax: (210) 477-2650 | |
| From: Kelly Abberton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6056243<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 26, 2018

Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:     Short Term Disability (STD) Benefits
        USAA
        Claim #: 6056243
        Claimant: Brandi Merryman
        Claimant D.O.B.:

Dear Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2018 through the present.

We ask that you provide this information by December 3, 2018.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

1  of 2

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelly Abberton
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41454
Secure Fax No.: (603) 422-0119

2  of 2

## ARTHRITIS ASSOCIATES

4511 Horizon Hill, Ste. 150

San Antonio, Texas 78229

Ph: 210.477.2626

Fax: 210.477.2650

Rodolfo Molina, M.D.
Gerald Rosenberg, M.D.
Matthew Mosbacker, M.D.
Pendleton Wickersham, M.D.
Jose Roldan, M.D.
Luis Ricardo Zuniga-Montes, M.D.

# Fax

Claims Adjuster

**To:** USAA    **From:** Medical Records

**Fax:** 603-422-6077    **Pages:**

**Phone:**    **Date:** 11/26/18

**Re:** Brandi Merryman

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Please note: The information contained in this facsimile message may be privileged an confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with this transmission, please notify us immediately at the above number. Thank you.

Lincoln/Merryman 571



**ARTHRITIS ASSOCIATES** PA

4511 Horizon Hill, suite 150
San Antonio, Texas 78229-2449
ph: 210.477.2626
fax: 210.477.2650

Rodolfo Molina, MD.
Gerald Rosenberg, MD.
Matthew Mosbacker, MD.
Pendleton Wickersham, MD.
Jose Roldan, MD.
Luis Zuniga, M.D.

November 26, 2018

RE: MERRYMAN, Brandi
ACCT #63481
DOB:

To Whom It May Concern,

Ms. Merryman is a patient of mine here at Arthritis Associates, who has struggled with Multiple Sclerosis/Systemic Lupus Erythematosus overlap which has been somewhat refractory to therapy. This has led to severe pain and fatigue and I recommend that she stay out of work at least until February 1, 2019. She is starting a new treatment soon which I am hopeful will be helpful by that time.

If you have any further questions or concerns regarding Ms. Merryman's health or treatment, please feel free to contact me at my office at (210) 477-2626 at any time and I will be glad to speak to you.

Sincerely,

Pendleton Wickersham, M.D.

**n0316461**

---

| | |
|---|---|
| **From:** | Abberton, Kelly |
| **Sent:** | Wednesday, September 19, 2018 3:58:08 PM |
| **To:** | PAYROLL |
| **Cc:** | WORKFORCE_TRANSITION;   Taylor, Cathleen |
| **Subject:** | Supplemental Check Request 6056243 |

**Supplemental Check Request**

Employee Name: BRANDI MERRYMAN

Employee ID #: L3627
FDO: 08/03/2018
STD Approval Date:   12/05/2018

**Supplemental Check to cover: 9/4/18 through 9/15/18**

From **9/4/18 through 9/13/18** @ 100%
From **9/14/18-9/15/18** @ 80%
From **NA TO NA** @ 66 2/3%

This pay information will show on the payroll report dated: 10/4/2018
Offset (biweekly):
Work Comp:
State Disability:
Pension:

**Reason for supplemental check:**

[ X ] Employee is having a financial hardship.

       [  ] Delay in approval due to information needed per Employee

       [  ] Delay in approval due to information needed per Medical Provider

[  ] An error on Liberty's part which has caused the delay (medical received by the cutoff date     but was not reviewed in time).

[ X] The cutoff was missed due to a clinical review of the claim.

[ x ] DCM will set expectations to employee as this will not occur with every check and will provide the next cutoff date of 9/25/2018

Lincoln/Merryman 573

[ x ] DCM advised employee the supplemental pay request will be submitted to USAA and funds could take up to <u>48-72 business hours</u>.


DCM Name:  Kelly Abberton

Lincoln/Merryman 574

**n0316461**

| | |
|---|---|
| **From:** | Abberton, Kelly |
| **Sent:** | Friday, September 14, 2018 2:20:14 PM |
| **To:** | chris.martinez@usaa.com |
| **Subject:** | USAA CONFIDENTIAL - Action Needed,    Claim No. 6056243 |
| **Attachments:** | 95BC2E63.gif |

Hello:

This e-mail is to advise you that STD benefits for BRANDI MERRYMAN have been extended.

Claim #: 6056243
Employee ID #: L3627
Approved through: 12/05/2018

Hourly (non-exempt) employees – continue to follow the same process for time entry. No need to enter a leave of absence for hourly nonexempt employees.

Next Steps To Do since STD has been extended for Exempt (Salaried) Employee:
Below applies to exempt salaried employees

URGENT ACTION REQUIRED: Time Entry for Exempt (Salaried) Employees on Short Term Disability

With the transition to OneSource, exempt salaried employees are automatically paid their bi-weekly salary. In order to prevent an overpayment while your exempt employee is on STD, you will need to enter the Leave of Absence code in time entry per the instructions below.

1. On the OneSource home page, click on "My Team" Worklet
2. Select the Related Action button for the designated employee
3. Select Time and Leave>Enter Time>You will be on the Enter Time for Worker Page, click ok
4. Select the date that the entry should begin (first date that STD is approved)
5. Click OK
6. Click on the Enter Time button (lower left corner) and select Quick Add
7. Change the Time Type to "Leave of Absence" and click Next
8. Input 8 hours for each day the employee is on STD and click OK
9. Click Submit twice, then Done
10. To enter subsequent weeks, you can use the Auto-fill from Prior Week option listed

Lincoln/Merryman 575

in Enter Time

Note: If the employee is returning to work midweek, but normally works a compressed schedule, they will need to return to work on a 5x8 schedule until the next full week, at which time they can revert to their assigned compressed schedule.

Thank you,
Kelly Abberton
Disability Claims STD Case Manager
Kelly.Abberton@lfg.com
Liberty Mutual Insurance
PO Box 7209, London, KY 40742-7209
1-800-320-7585, ext.

# F    A    X    S    H    E    E    T

| | |
|---|---|
| Date: | Sep-10-2018 12:45:50 |
| To: | LIBERTY MUTUAL |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 603-422-0119 |
| To Company: | |
| From Name: | MEIEROTTO,LINDSEY |
| From Company: | |
| From Facility: | |
| Support Contact: | |
| Number of Page(s): | 3 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 577

9/10/2018 12:46 PM  FROM: Fax Arthritis Associates  TO: 6034220119    PAGE: 002 OF 003



# Merryman, Brandi
27 Y old  Female, DOB:

Account Number: 63481

Home:

Guarantor: Merryman, Brandi    Insurance: AETNA PPO Payer ID: 60054

PCP: Branden Neiman

Appointment Facility: Arthritis Associates

---

09/06/2018                                                        Progress Notes:  Jennifer Cude, NP

## Current Medications
**Taking**
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Leflunomide 10 MG Tablet 1 tablet Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1-2 tablets Orally Once a day
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Butrans 15 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS Transdermal ONCE A WEEK
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY

## Past Medical History
Anemia.
Nephrolithiasis, recurrent.
gastritis/PUD/hiatal hernia.

## Allergies
LATEX

## Reason for Appointment
1. 2 month f/u

## History of Present Illness
Current symptom(s):
Pain Management:
Pain follow up plan documented:  Yes
- The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash. This is in the context of a FH of SLE. Currently she reports severe 8/10 pain in her joints that is a daily process. Medications help somewhat and she has noted associated stiffness. Since her last visit she has really been struggling. Her mood is very depressed. She has had a few urticaria of late

Benlysta has not helped much. She had benefit (but mild intolerance) from MTX in the past. She has not started the arava yet as she did not get the Rx.

Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 79 /min, BP 133/92 mm Hg, Ht 5 ft 3 in, Wt 194 lbs, BMI 34.36 Index, Pain scale 7 1-10.

## Assessments
1. Inflammatory polyarthropathy - M06.4 (Primary)
2. Trochanteric bursitis, left hip - M70.62
3. Calculus of kidney - N20.0
4. Personal history of peptic ulcer disease - Z87.11
5. Anemia, unspecified - D64.9
6. Other specified systemic involvement of connective tissue - M35.8
7. Anxiety disorder, unspecified - F41.9
8. Vitamin D deficiency, unspecified - E55.9
9. Other long term (current) drug therapy - Z79.899
10. Systemic lupus erythematosus, unspecified - M32.9
11. Nausea - R11.0

## Treatment
**1. Others**
Notes: ADDENDUM- PW: I personally interviewed and examined the patient and I agree with the plan as per Ms. Cude. Pt has a new diagnosis of MS; get records including imaging. Stop arava. Consider another trial of benlysta (along with copaxone per neurology). Perhaps IVIg could be considered. ~~Patient has a BMI above normal limits: I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP. ~~Patient was found with elevated blood pressure. Patient was advised to discuss treatment with PCP.



---

Lincoln/Merryman 578

9/10/2018 12:46 PM  FROM: Fax Arthritis Associates  TO: 6034220119   PAGE: 003 OF 003

Electronically signed by Jennifer Cude , NP on 09/10/2018 at 01:45 PM EDT

Sign off status: Pending

Arthritis Associates
4511 HORIZON HILL BLVD
SAN ANTONIO, TX 782292263
Tel: 210-477-2626
Fax 210-477-2650

Patient: Merryman, Brandi   DOB:            Progress Note: Jennifer Cude, NP   09/06/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

To: LIBERTY MUTUAL,  Subject: Faxing Multiple Encounters ,  Fax#: 603-422-0119,   SendDate: Sep-10-2018 12:45:50,  page  2/2 [-ufg1.0.11in]

Lincoln/Merryman 579



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: September 4, 2018 | |
| To: PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn: Medical Records | |
| Fax: (210) 477-2650 | |
| From: Kelly Abberton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6056243<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 580



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 4, 2018

Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:     Short Term Disability (STD) Benefits
        USAA
        Claim #: 6056243
        Claimant: Brandi Merryman
        Claimant D.O.B.:

Dear Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2018 through the present.

We ask that you provide this information by September 11, 2018.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

1  of  2

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelly Abberton
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41454
Secure Fax No.: (603) 422-0119

2  of  2

Lincoln/Merryman 582



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: September 4, 2018 | |
| To: PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn: Medical Records | |
| Fax: (210) 477-2650 | |
| From: Kelly Abberton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6056243<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 583



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 4, 2018

Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:    Short Term Disability (STD) Benefits
       USAA
       Claim #: 6056243
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2018 through the present.

We ask that you provide this information by September 11, 2018.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

1  of  2

Lincoln/Merryman 584

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelly Abberton
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41454
Secure Fax No.: (603) 422-0119

2  of 2



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 31, 2018 |
| To: | PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 |
| Attn: | Medical Records |
| Fax: | (210) 477-2650 |
| From: | Kelly Abberton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #:    6056243<br>Claimant:    Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 586



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 31, 2018

Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:    Short Term Disability (STD) Benefits
       USAA
       Claim #: 6056243
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2018 through the present.

We ask that you provide this information by September 7, 2018.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

1  of  2

Lincoln/Merryman 587

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelly Abberton
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41454
Secure Fax No.: (603) 422-0119

2  of 2

Lincoln/Merryman 588

## ARTHRITIS ASSOCIATES

4511 Horizon Hill, Ste. 150

San Antonio, Texas 78229

Ph: 210.477.2626

Fax: 210.477.2650

Rodolfo Molina, M.D.
Gerald Rosenberg, M.D.
Matthew Mosbacker, M.D.
Pendleton Wickersham, M.D.
Jose Roldan, M.D.
Luis Ricardo Zuniga-Montes, M.D.

# Fax

To: Short term Disab, lt  From: Medical Records

Fax: 603-402-6077  Pages:

Phone:  Date: 8/31/18

Re: Brandi Merryman  CC:

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Please note: The information contained in this facsimile message may be privileged an confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with this transmission, please notify us immediately at the above number. Thank you.

Lincoln/Merryman 589

☐ Rodolfo Molina, MD
Rheumatology
LIC #: E6144 • DEA #: AM7299351
DPS #: K0068904
☐ Gerald T. Rosenberg, MD
Rheumatology
LIC #: F4460 • DEA #: AR1907281
DPS #: 20051757
☐ Matthew E. Mosbecker, MD
Rheumatology
LIC #: H9469 • DEA #: BM4004723
DPS #: P0094389

**Arthritis Associates, PA**
4511 Horizon Hill Blvd, #150
San Antonio, TX 78229
Tel: (210) 477-2626
Fax: (210) 477-2650

☐ Pendleton B. Wickersham, MD
Rheumatology
LIC #: M3113 • DEA #: BW8024479
DPS #: 40143774
☐ Jose F. Roldan, MD
Rheumatology
LIC #: L9459 • DEA #: BR8668236
DPS #: A0135283
☐ Luis R. Zuniga, MD
Rheumatology
LIC #: L9577 • DEA #: BZ7480330
DPS #: A0137247

Name ... Brandi Merryman ... DOB 8/31/1

Address ... Date

R please extend short term
Disability for pt. until
Oct. 05, 2018.

REFILL    NR    1    2    3    4    5 _____ MD

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HAND WRITE
"BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE ABOVE.

SAFETY FEATURES: COLORED VOID BACKGROUND • MICROPRINT LINES • IMPRINT ERASURE PROTECTION
REVERSE Rx • THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK • COIN REACTIVE INK

Lincoln/Merryman 590

8/31/2018 11:42 AM  FROM: Fax Arthritis Associates  TO: 6034220119   PAGE: 001 OF 004

# F   A   X   S   H   E   E   T

| | |
|---|---|
| Date: | Aug-31-2018 11:42:14 |
| To: | LIBERTY MUTUAL |
| Subject: | CLAIM#6056243 |
| Fax Number: | 603-422-0119 |
| To Company: | |
| From Name: | MEIEROTTO,LINDSEY |
| From Company: | |
| From Facility: | |
| Support Contact: | |
| Number of Page(s): | 4 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 591



# Merryman, Brandi

27 Y old  Female, DOB:
Account Number: 63481

Home:
Guarantor: Merryman, Brandi    Insurance: AETNA PPO Payer ID: 60054
Appointment Facility: Arthritis Associates

---

08/03/2018                                    Progress Notes:  Pendleton Wickersham, MD

## Current Medications
**Taking**
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Benlysta 200 MG/ML Solution Auto-injector 1 ml Subcutaneous ONCE A WEEK, stop date 07/31/2018
- Butrans 10 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS Transdermal ONCE A WEEK
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1 tablet Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Anemia.
Nephrolithiasis, recurrent.
gastritis/PUD/hiatal hernia.

## Surgical History
bunionectomy 2005
removal cyst inner thigh 2011

## Family History
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

## Social History
Tobacco Use:
Tobacco Use/Smoking
   Smoking Status: *nonsmoker*
Drugs/Alcohol:
Alcohol Screen
   Did you have a drink containing alcohol in the past year? *No*
      Points *0*
      Interpretation *Negative*

## Allergies
LATEX

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Constitutional:
   Unexplained weight loss No. Unexplained weight gain No. Fever No. Chills No. Fatigue No, **Yes.**
Allergy/Immunology:
   Denies Blistering of skin. Denies Congestion. Denies Cough. Denies Hives. Denies Itching.

## Reason for Appointment
1. F/u

## History of Present Illness
Current symptom(s):
   Pain Management:
      Pain follow up plan documented:  *Yes*
   - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash. This is in the context of a FH of SLE. Currently she reports severe 8/10 pain in her joints that is a daily process. Medications help somewhat and she has noted associated stiffness. Since her last visit she has really been struggling. Her mood is very depressed. She has had a few urticaria of late

   Benlysta has not helped much. She had benefit (but mild intolerance) from MTX in the past. She has not started the arava yet as she did not get the Rx.

   Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 83 /min, BP 119/90 mm Hg, Ht 5 ft 3 in, Wt 194 lbs, BMI 34.36 Index, Pain scale 0 1-10.

## Examination
General Examination:
   GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
   musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM.
   SKIN: malar erythema is present.
   LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
CQM Exceptions:
   Influenza Vaccine not administered
      Reason:  *No reason specified*
Examination:
   CQW Exceptions:
      Screening for Osteoporosis not performed:  *No reason specified*

## Assessments
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Calculus of kidney - N20.0
3. Personal history of peptic ulcer disease - Z87.11
4. Anxiety disorder, unspecified - F41.9
5. Vitamin D deficiency, unspecified - E55.9
6. Other long term (current) drug therapy - Z79.899

## Treatment
**1. Systemic lupus erythematosus, unspecified**
Stop Benlysta Solution Auto-injector, 200 MG/ML, 1 ml, Subcutaneous, ONCE A WEEK
Start Leflunomide Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 5
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day
Increase Butrans Patch Weekly, 15 MCG/HR, APPLY 1 PATCH TO SKIN EVERY 7 DAYS, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY

---

Lincoln/Merryman 592

Denies Rash. Denies Sneezing. Denies Watery eyes. Denies Wheezing.

Eyes:
Cataract No. Change in vision No. Dry eye No, **Yes.** Red eye No. Glasses No.

ENMT:
Bleeding from gums No. Problems hearing No. Change in your voice No. Denture No. Nosebleed No. Hoarse voice No. Sinus problems No. Ringing in the ears No. Mouth or nose ulcers No. Dry mouth No.

Cardiovascular:
Angina No. Heart problems No. Chest pain No. Leg pain with walking No. Swelling in the legs No.

Skin:
Skin changes No. Itching No. Rashes No, **Yes.** Dry skin No. Sun sensitivity No.

Gastrointestinal:
Blood in stool No. Change in bowel habits No. Constipation No. Diarrhea No. Difficulty swallowing No. Heartburn No. Nausea or vomiting No, **Yes.** Black tarry stool No. Stomach ulcers No.

Genitourinary:
Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.

Breast:
Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.

Hematology/Oncology:
Anemia or low blood No. Easy bruising No. Swollen lymph nodes No. Cancers No.

Respiratory:
Bronchitis No. Cough No. Hemoptysis No. Shortness of breath No. Wheezing No. Heavy snoring No. Fatigue after sleeping No.

Endocrine:
Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair No.

Women Only:
Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses. Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.

Musculoskeletal:
Neck Pain No, **Yes.** Gout No. Injury to limbs No. Joint pain No, **Yes.** Joint stiffness No. Locking joints No. Back Pain No, **Yes.** Swollen joints No. Change in finger color with exposure to cold No.

Psychiatric:
Depression or sadness No, **Yes.** Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating No, **Yes.** Anxiety No, **Yes.** Difficulty sleeping No, **Yes.** Problems staying asleep No.

Men Only:
Denies Difficulty initiating stream  Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.

Neurologic:
Change in memory No. Dizziness No, **Yes.** Headache No, **Yes.** Imbalance No,, **Yes.** Tingling/Numbness No. Weakness No. Tremor No. Seizures No.

Other:
Comments _____.

Peripheral Vascular:
Denies Absent pulses in hands. Denies Absent pulses in feet. Denies Blanching of skin. Denies Cold extremities  Denies Decreased sensation in

WITH FOOD OR MILK
Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5
Notes: Pt has active disease. Her recent depression seems to be related to benlysta. She is able to assure me of her safety. Start arava 10mg today; r/b discussed. Taper prednisone to 7.5mg daily to limit side effects. Continue MME dose is 22.5 per day (excluding Butrans- which she will increase to 15mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Pt is not able to work at this time because of active disease as well as severe depression related to medication as above.

**2. Calculus of kidney**
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration.

**3. Personal history of peptic ulcer disease**
Notes: Continue to avoid NSAIDs.

**4. Vitamin D deficiency, unspecified**
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow level.

**5. Others**
Notes: 08/03/18: 1 rx sent via EMR, 2 sent via fax. CV ~~Patient has a BMI above normal limits: I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP. ~~Patient was found with elevated blood pressure. Patient was advised to discuss treatment with PCP.

Preventive Medicine
Counseling:
    Fall Risk Screening:
        Screening:  *No falls in the past year*
    BP Management:
        REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER:  *Referral to doctor*
        PHYSICAL ACTIVITY RECOMMENDATION:  *Exercise education*
    Weight Counseling:
        Above Normal BMI Follow-up  *Dietary management education, guidance, and counseling*
        BMI management provided  Yes

Follow Up
4 Weeks, 3 Months

Electronically signed by Pendleton Wickersham , MD on 08/31/2018 at 12:41 PM EDT

Sign off status: Pending

Arthritis Associates
4511 HORIZON HILL BLVD

Lincoln/Merryman 593

8/31/2018 11:42 AM  FROM: Fax Arthritis Associates  TO: 6034220119   PAGE: 004 OF 004

extremities. Denies Decreased sensation in extremities. Denies Pain/cramping in legs after exertion. Denies Painful extremities. Denies Ulceration of feet.

Podiatric:
Denies Achilles pain. Denies Achilles swelling. Denies Ankle pain. Denies Ankle swelling. Denies Ball of foot pain. Denies Big toe pain. Denies Big toe swelling. Denies Burning. Denies Difficulty walking. Denies Fever. Denies Foot numbness. Denies Foot pain. Denies Joint dislocation. Denies Redness over the achilles. Denies Sole pain. Denies Wound oozing.

Health Education:
Denies Blood pressure screening. Denies Diabetes screening. Denies Family planning/safe sex teaching. Denies Healthy weight education. Denies Hepatitis vaccination. Denies Influenza vaccination. Denies Lipid screening. Denies Pneumovax vaccination. Denies Smoking cessation.

Cancer Self-Management:
Denies Breast self-exam. Denies Colonoscopy. Denies Mammogram. Denies PAP testing. Denies PSA testing. Denies Skin exam. Denies Smoking cessation. Denies Use of sunscreen.

SAN ANTONIO, TX 782292263
Tel: 210-477-2626
Fax: 210-477-2650

Patient: Merryman, Brandi   DOB:              Progress Note: Pendleton Wickersham, MD   08/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 594

# F  A  X  S  H  E  E  T

| | |
|---|---|
| Date: | Aug-08-2018 10:28:56 |
| To: | LIBERTY MUTUAL |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 603-422-0119 |
| To Company: | |
| From Name: | MEIEROTTO,LINDSEY |
| From Company: | |
| From Facility: | |
| Support Contact: | |
| Number of Page(s): | 4 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Merryman 595



# Merryman, Brandi

27 Y old Female, DOB:
Account Number: 63481

Home:
Guarantor: Merryman, Brandi    Insurance: AETNA PPO Payer ID: 60054
Appointment Facility: Arthritis Associates

---

08/03/2018                                                      Progress Notes: Pendleton Wickersham, MD

## Current Medications
### Taking
- Allopurinol 100 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY DAY
- Allopurinol 100 Tablet 2 tablets Orally Once a day
- Benlysta 200 MG/ML Solution Auto-injector 1 ml Subcutaneous ONCE A WEEK, stop date 07/31/2018
- Butrans 10 MCG/HR Patch Weekly APPLY 1 PATCH TO SKIN EVERY 7 DAYS Transdermal ONCE A WEEK
- Fluconazole 150 MG Tablet 1 tablet Orally once
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally three times a day
- Macrobid 100 MG Capsule 1 capsule with food Orally every 12 hrs
- Medrol 4 MG Tablet Therapy Pack as directed Orally
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Plaquenil 200 MG Tablet 1.5 tablets with food or milk Orally Once a day
- Plaquenil 200 Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
- PredniSONE 5 MG Tablet 1 tablet Orally Once a day
- Vitamin D3 2000 UNIT Capsule 1 capsule Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Anemia.
Nephrolithiasis, recurrent.
gastritis/PUD/hiatal hernia.

## Surgical History
bunionectomy 2005
removal cyst inner thigh 2011

## Family History
cancer,heart disease,diabetes,high blood pressure,cholestrol,.

## Social History
### Tobacco Use:
Tobacco Use/Smoking
  Smoking Status: *nonsmoker*

## Allergies
LATEX

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
### Constitutional:
  Unexplained weight loss No. Unexplained weight gain No. Fever No. Chills No. Fatigue No, **Yes**.
### Allergy/Immunology:
  Denies Blistering of skin. Denies Congestion. Denies Cough. Denies Hives. Denies Itching. Denies Rash. Denies Sneezing. Denies Watery eyes. Denies Wheezing.
### Eyes:
  Cataract No. Change in vision No. Dry eye No, **Yes**. Red eye No. Glasses No.
### ENMT:

## Reason for Appointment
1. F/u

## History of Present Illness
### Current symptom(s):
  - The patient presents for assessment of lupus manifested by joint pain, mouth/nose sores, fatigue, and photosensitive rash. This is in the context of a FH of SLE. Currently she reports severe 8/10 pain in her joints that is a daily process. Medications help somewhat and she has noted associated stiffness. Since her last visit she has really been struggling. Her mood is very depressed. She has had a few urticaria of late

  Benlysta has not helped much. She had benefit (but mild intolerance) from MTX in the past. She has not started the arava yet as she did not get the Rx.

  Previously 24 hour urine showed brushite and urate stones. R flank pain has been a chronic process that she attributes to her stones.

## Vital Signs
HR 83 /min, BP 119/90 mm Hg, Ht 5 ft 3 in, Wt 194 lbs, BMI 34.36 Index, Pain scale 0 1-10.

## Examination
### General Examination:
  GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
  musculoskeletal Full MSK exam performed. Pertinent findings include no synovitis. There is no evidence of FM.
  SKIN: malar erythema is present.
  LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

## Assessments
1. Systemic lupus erythematosus, unspecified - M32.9 (Primary)
2. Calculus of kidney - N20.0
3. Personal history of peptic ulcer disease - Z87.11
4. Anxiety disorder, unspecified - F41.9
5. Vitamin D deficiency, unspecified - E55.9
6. Other long term (current) drug therapy - Z79.899

## Treatment
**1. Systemic lupus erythematosus, unspecified**
Stop Benlysta Solution Auto-injector, 200 MG/ML, 1 ml, Subcutaneous, ONCE A WEEK
Start Leflunomide Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 5
Continue Hydrocodone-Acetaminophen Tablet, 7.5-325 MG, 1 tablet as needed, Orally, three times a day
Increase Butrans Patch Weekly, 15 MCG/HR, APPLY 1 PATCH TO SKIN EVERY 7 DAYS, Transdermal, ONCE A WEEK, 28 days, 4, Refills 2
Continue Plaquenil Tablet, 200, TAKE 1 AND 1/2 TABLETS BY MOUTH EVERY DAY WITH FOOD OR MILK
Increase PredniSONE Tablet, 5 MG, 1-2 tablets, Orally, Once a day, 30 days, 60, Refills 5
Notes: Pt has active disease. Her recent depression seems to be related to benlysta. She is able to assure me of her safety. Start arava 10mg today; r/b discussed. Taper prednisone to 7.5mg daily to limit side effects. Continue MME dose is 22.5 per day (excluding Butrans- which she will increase to 15mcg dosing). Continue pain regimen to manage chronic pain that requires treatment. The patient has used this regimen

---

Lincoln/Merryman 596

Bleeding from gums No. Problems hearing No. Change in your voice No. Denture No. Nosebleed No. Hoarse voice No. Sinus problems No. Ringing in the ears No. Mouth or nose ulcers No. Dry mouth No.
Cardiovascular:
Angina No. Heart problems No. Chest pain No. Leg pain with walking No. Swelling in the legs No.
Skin:
Skin changes No. Itching No. Rashes No, **Yes**. Dry skin No. Sun sensitivity No.
Gastrointestinal:
Blood in stool No. Change in bowel habits No. Constipation No. Diarrhea No. Difficulty swallowing No. Heartburn No. Nausea or vomiting No, **Yes**. Black tarry stool No. Stomach ulcers No.
Genitourinary:
Difficulty urinating No. Blood in urine No. Urinary urgency No. Incontinence No. Urination at night No.
Breast:
Denies Bloody nipple discharge. Denies Breast lump. Denies Breast pain. Denies Breast swelling. Denies Fever. Denies Gland swelling. Denies Nipple discharge. Denies Red skin. Denies Weight loss.
Hematology/Oncology:
Anemia or low blood No. Easy bruising No. Swollen lymph nodes No. Cancers No.
Respiratory:
Bronchitis No. Cough No. Hemoptysis No. Shortness of breath No. Wheezing No. Heavy snoring No. Fatigue after sleeping No.
Endocrine:
Heat intolerance No. Cold intolerance No. Swelling in neck No. Frequent urination No. Excessive thirst No. Changes in hair No.
Women Only:
Denies Breast lump. Denies Breast pain. Denies Discharge from the breast. Denies Heavy bleeding during menses. Denies Hot flashes. Denies Irregular menses. Denies Missed periods. Denies Painful intercourse. Denies Painful menses. Denies Vaginal bleeding between periods. Denies Vaginal discharge/itching.
Musculoskeletal:
Neck Pain No, **Yes**. Gout No. Injury to limbs No. Joint pain No, **Yes**. Joint stiffness No. Locking joints No. Back Pain No, **Yes**. Swollen joints No. Change in finger color with exposure to cold No.
Psychiatric:
Depression or sadness No, **Yes**. Feel like hurting someone No. Feel like hurting yourself No. Problems concentrating No, **Yes**. Anxiety No, **Yes**. Difficulty sleeping No, **Yes**. Problems staying asleep No.
Men Only:
Denies Difficulty initiating stream. Denies Dribbling after urination. Denies Hard testicle. Denies Hernia. Denies Hypospadias. Denies Lump in groin. Denies Penile discharge. Denies Rash or blisters on penis. Denies Scrotal pain. Denies Scrotal swelling. Denies Undescended testicle.
Neurologic:
Change in memory No. Dizziness No, **Yes**. Headache No, **Yes**. Imbalance No,, **Yes**. Tingling/Numbness No. Weakness No. Tremor No. Seizures No.
Other:
Comments _____.
Peripheral Vascular:
Denies Absent pulses in hands. Denies Absent pulses in feet. Denies Blanching of skin. Denies Cold extremities. Denies Decreased sensation in extremities. Denies Pain/cramping in legs after exertion. Denies Painful extremities. Denies Ulceration of feet.
Podiatric:
Denies Achilles pain. Denies Achilles swelling. Denies Ankle pain. Denies Ankle swelling. Denies Ball

appropriately to be able to function and provide self-care. There has been no evidence of abuse or misuse. UDS per protocol. Get plaquenil checks annually with ophthalmology. Pt is not able to work at this time because of active disease as well as severe depression related to medication as above.

## 2. Calculus of kidney
Continue Allopurinol Tablet, 100, 2 tablets, Orally, Once a day
Notes: Continue allopurinol and hydration.

## 3. Personal history of peptic ulcer disease
Notes: Continue to avoid NSAIDs.

## 4. Vitamin D deficiency, unspecified
Continue Vitamin D3 Capsule, 2000 UNIT, 1 capsule, Orally, Once a day
Notes: Continue replacement and follow level.

## 5. Others
Notes: 08/03/18: 1 rx sent via EMR, 2 sent via fax. CV ~~Patient has a BMI above normal limits: I advised patient to lose WT with healthy diet and exercising. Patient will also discuss this with PCP. ~~Patient was found with elevated blood pressure. Patient was advised to discuss treatment with PCP.

Follow Up
4 Weeks, 3 Months

Electronically signed by Pendleton Wickersham , MD on 08/08/2018 at 11:28 AM EDT
Sign off status: Pending

Arthritis Associates
4511 HORIZON HILL BLVD
SAN ANTONIO, TX 782292263
Tel: 210-477-2626
Fax 210-477-2650

Lincoln/Merryman 597

of foot pain. Denies Big toe pain. Denies Big toe
swelling. Denies Burning. Denies Difficulty walking.
Denies Fever. Denies Foot numbness. Denies Foot
pain. Denies Joint dislocation. Denies Redness over
the achilles. Denies Sole pain. Denies Wound oozing.

Health Education:
Denies Blood pressure screening.
Denies Diabetes screening. Denies Family
planning/safe sex teaching. Denies Healthy weight
education. Denies Hepatitis vaccination.
Denies Influenza vaccination. Denies Lipid screening.
Denies Pneumovax vaccination. Denies Smoking
cessation.
Cancer Self-Management:
Denies Breast self-exam. Denies Colonoscopy.
Denies Mammogram. Denies PAP testing. Denies PSA
testing. Denies Skin exam. Denies Smoking
cessation. Denies Use of sunscreen.

---

Patient: Merryman, Brandi    DOB:            Progress Note: Pendleton Wickersham, MD    08/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Merryman 598

**n0316461**

| | |
|---|---|
| **From:** | Abberton, Kelly |
| **Sent:** | Wednesday, August 08, 2018 2:57:35 PM |
| **To:** | 'Chris.Martinez@usaa.com' |
| **Subject:** | STD 6056243 APPROVAL |

Hello:

This e-mail is to advise you that STD benefits for BRANDI MERRYMAN have been approved.

Claim #: 6056243
Employee ID #: L3627
Benefit Begin Date: 08/10/2018
Approved through: 09/03/2018

**USAA <u>Urgent</u> Action Required – Manager Responsibility for all employees**

! It's your responsibility to update the employee's time entry with available paid leave while the STD claim is pending.

   ! If no available leave, absence should be coded as "Unpaid Time".
   ! The employee's time must be submitted by 12:00 midnight Central Time on the Saturday of each non pay week.

! Following this process will prevent overpayment to the employee.
! Once Payroll receives notification of STD approval, time entry will no longer be accessible for the duration of the STD related absence.

   ! Payroll will make any necessary adjustments to the pay and leave balances.
   ! Hourly (non-exempt) employees continue to follow the same process above for time entry. No need to enter a leave of absence for hourly employees.

**Next Steps To Do Once the STD is approved for Exempt (Salaried) Employees Only**

Below applies to exempt salaried employees only

**<u>URGENT ACTION REQUIRED: Time Entry for Exempt (Salaried) Employees on Short Term Disability</u>**

With the transition to OneSource, exempt salaried employees are automatically paid

Lincoln/Merryman 599

their bi-weekly salary. In order to prevent an overpayment while your exempt employee is on STD, you will need to enter the Leave of Absence code in time entry per the instructions below.

1. On the OneSource home page, click on "My Team" Worklet
2. Select the Related Action button for the designated employee
3. Select Time and Leave>Enter Time>You will be on the Enter Time for Worker Page, click ok
4. Select the date that the entry should begin (first date that STD is approved)
5. Click OK
6. Click on the Enter Time button (lower left corner) and select Quick Add
7. Change the Time Type to "Leave of Absence" and click Next
8. Input 8 hours for each day the employee is on STD and click OK
9. Click Submit twice, then Done
10. To enter subsequent weeks, you can use the Auto-fill from Prior Week option listed in Enter Time

**Note:** If the employee is returning to work midweek, but normally works a compressed schedule, they will need to return to work on a 5x8 schedule until the next full week, at which time they can revert to their assigned compressed schedule.

Lincoln/Merryman 600



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: August 7, 2018 | |
| To:    PENDLETON WICKERSHAM<br>4511 HORIZON HILL BLVD SUITE 1<br>SAN ANTONIO TX 78229 | |
| Attn:   Medical Records | |
| Fax:    (210) 477-2650 | |
| From:  Kelly Abberton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6056243<br>Claimant:   Brandi Merryman<br><br>USAA | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Merryman 601



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 7, 2018

Pendleton B. Wickersham
4511 HORIZON HILL BLVD SUITE 1
SAN ANTONIO, TX 78229

RE:    Short Term Disability (STD) Benefits
       USAA
       Claim #: 6056243
       Claimant: Brandi Merryman
       Claimant D.O.B.:

Dear Pendleton Wickersham:

We are the Disability Claim Administrator for your patient, Brandi Merryman.

To evaluate Ms. Merryman's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2018 through the present.

We ask that you provide this information by August 14, 2018.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

1  of  2

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelly Abberton
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41454
Secure Fax No.: (603) 422-0119

Lincoln/Merryman 603

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. BRANDI MERRYMAN

Lincoln/Merryman 604



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 8, 2018

Ms. Brandi A. Merryman

RE:     Short Term Disability (STD) Benefits
        USAA
        Claim #: 6056243

Dear Ms. Brandi Merryman:

We are writing in regard to your claim for disability benefits. The USAA Short Term Disability (STD) Plan requires that you provide initial Notice and Proof of Disability in order to receive benefits.

On your behalf we requested medical records from your provider on August 7, 2018 to include:

All treatment notes, diagnostic test results, procedure reports, and therapy notes from August 1, 2018 through the present, as well as a treatment plan and an estimated return to work date.

Please assist us by contacting your provider's office to request that this information be forwarded to Liberty Mutual Insurance as soon as possible. If the requested information is not received by September 20, 2018, your claim will be closed with no benefits payable. While awaiting the initial approval of your claim, you are eligible to receive pay from any available paid leave you have accumulated in your paid leave bank.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

Please refer to The USAA Plan language governing this request for information as stated below.

**Notice Of Claim**
*In order to be eligible for STD Benefits, a Participant must provide the Claims Administrator notice of his or her claim, in a form or format acceptable to the Claims Administrator, as soon as reasonably possible when it becomes apparent that the Participant's absence will extend beyond the Elimination Period.*

1  of 2

Lincoln/Merryman 605

**Proof Of Loss**

*Proof of loss must be provided to the Claims Administrator no later than 15 days after the end of the Elimination Period for a Participant's Disability or Partial Disability, and such Proof must be provided in a form acceptable to the Claims Administrator. Failure to furnish such Proof within such time shall not invalidate or reduce a Participant's claim if it was not reasonably possible to furnish such Proof within such time.  However, such Proof must be furnished as soon as reasonably possible, and in no event (except in the absence of legal capacity) later than 60 days from the time Proof is otherwise required.  Proof of continued loss, continued Disability (or Partial Disability) and Regular Care and Attendance of a Physician must be provided to the Claims Administrator within 45 days of the request for such Proof.  The Claims Administrator (or the Plan Administrator, on final appeal) shall determine, in its sole discretion, whether a Participant's Proof is sufficient to establish an Injury or Illness eligible for STD Benefits.*

*The Claims Administrator, in its sole discretion, may require, as Proof, an STD Application and/or Medical Documentation from the Participant's Physician stating that, due to Injury or Illness, the Participant is unable to work.  Medical Documentation must be provided and/or renewed as required by the Claims Administrator, along with any additional information/clarification deemed necessary prior to making a determination of eligibility for STD Benefits.*

If you have any questions about this correspondence, please contact me at the telephone number indicated below.

Sincerely,

Kelly Abberton
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41454
Secure Fax No.: (603) 422-0119

2  of 2

Lincoln/Merryman 606

**n0213644**

| | |
|---|---|
| **From:** | 0913SCU |
| **Sent:** | Friday, August 03, 2018 1:18:00 PM |
| **To:** | 'chris.martinez@usaa.com' |
| **Cc:** | Abberton, Kelly |
| **Subject:** | Employee LDW Verification - BRANDI MERRYMAN, L3627 |

Good Afternoon,

We have received a claim for BRANDI MERRYMAN employee id# L3627 with a reported date of disability: 08/02/2018.  To assist us in processing the claim, please provide the following information:

• What was the last day that the employee was physically at work, regardless if it was full or part time?

**Please do not respond back to this email address.**  When submitting this information, please do so to the attention of the case manager, Kelly Abberton at Kelly.Abberton@libertymutual.com.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston

Lincoln/Merryman 607