**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDI MERRYMAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:20cv01324-DAE** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON AND** | § | |
| **LINCOLN LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**AMENDED JOINT SCHEDULING RECOMMENDATIONS**

Plaintiff Brandi Merryman and Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston, file this Amended Joint Scheduling Recommendations and would show the court as follows:

1.      In accordance with the Court's January 11, 2021, Order (Doc. 6), the parties submitted their Joint Scheduling Recommendations (Doc. 8) on February 9, 2021, recommending that certain deadlines be entered in a scheduling order to control the course of this case. However, no scheduling order has been entered to date. Additionally, the Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. If the parties are unable to resolve the matter through informal discussions, it is likely that the parties will agree to mediation of the case, which will take time to schedule and conduct. Accordingly, the Parties amended their scheduling recommendations and request the Court to enter a scheduling order to control the course of this case with the following deadlines:

2.      As ERISA cases are generally decided on the administrative record and the filing of dispositive motions, disposition of this case will be controlled by the following deadlines to submit this ERISA action case to the Court on the merits based on the Administrative Record (Doc. 9) filed by Defendant on May 3, 2021:

| | |
|---|---|
| August 10, 2021 | Deadline for both parties to file opening briefs. |
| September 7, 2021 | Deadline for both parties to file response briefs. |

1

3.    All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on May 4, 2021, and the parties have agreed as to its contents.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

**By:**   /s/ Iwana Rademaekers
          Iwana Rademaekers, Esq.
          Texas Bar No. 16452560
          Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

**AND**

**J. PRICE MCNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973

**BY:**   /s/ *J. Price McNamara* (w/permission)
          J. PRICE McNAMARA
          Bar Nos: LA 20291 & TX 24084626
          Email:  price@jpricemcnamara.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

> J. Price McNamara
> Email: price@jpricemcnamara.com

   May 7, 2021          /s/ Iwana Rademaekers
Date                      Iwana Rademaekers