UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRANDI MERRYMAN, | § | No. 5:20-CV-1324-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE CO. | § | |
| OF BOSTON f/k/a LINCOLN LIFE | § | |
| ASSURANCE CO. OF BOSTON, | § | |
| | § | |
| Defendant. | | |

ORDER SETTING SCHEDULING DEADLINES

Before the Court is the parties' "Amended Joint Scheduling Recommendations"—which the Court construes as a motion to extend their yet-to-be-adopted scheduling recommendations previously submitted in this case. (Dkt. # 10.)  Based on the agreed character of the motion, the Court **GRANTS** it and adopts the newly proposed deadlines.  Should the parties seek to extend scheduling deadlines in the future, the parties must file an appropriate motion. Accordingly, the following deadlines control this case:

1. The deadline for both parties to file opening briefs is **August 10, 2021.**

2. The deadline for both parties to file response briefs is **September 7, 2021.**

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, May 13, 2021.

David Alan Ezra
Senior United States District Judge

2