**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **Brandi Merryman** | § | |
| | § | |
| **VS** | § | **Case No.  SA:20-CV-01324 DAE** |
| | § | |
| **Liberty Life Assurance Company et al.** | § | |
| | § | |
| | § | |

## ORDER TO TRANSFER

It is hereby ORDERED that the above matter shall be removed from the docket of the undersigned and randomly REASSIGNED to another United States District Judge in the San Antonio Division. The Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving judge.

SIGNED this 1st day of July, 2021.

DAVID A. EZRA
SENOR UNITED STATES DISTRICT JUDGE