**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDI MERRYMAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:20cv01324-DAE** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON AND** | § | |
| **LINCOLN LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Brandi Merryman and Defendant Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston), hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 21st day of July 2021.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

**BY:**   /s/ Iwana Rademaekers
        Iwana Rademaekers, Esq.
        State Bar of Texas No. 16452560
        Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

- And -

**JOINT NOTICE OF SETTLEMENT**                                                                 **1**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973

**BY:**   /s/ *J. Price McNamara* (w/permission)
          J. PRICE McNAMARA
          Bar Nos: LA 20291 & TX 24084626
          Email:  price@jpricemcnamara.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Price McNamara, Esq.
EM: price@jpricemcnamara.com

  July 21, 2021                          /s/ Iwana Rademaekers
Date                                     Iwana Rademaekers

**JOINT NOTICE OF SETTLEMENT**                                           **2**