IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRANDI MERRYMAN, | § | |
| | § | |
| *Plaintiff*, | § | 5-20-CV-01324-FB |
| | § | |
| vs. | § | |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY | § | |
| OF BOSTON, F/K/A LIBERTY LIFE | § | |
| ASSURANCE COMPANY OF BOSTON; | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the above-styled and numbered cause of action, which was referred for all pretrial proceedings. *See* Dkt. No. 13. The Court is in receipt of the parties' July 21, 2021, Notice of Settlement, which informs the Court that they have reached a settlement of all claims. *See* Dkt. No. 15. Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal on or before **August 23, 2021**. Should the parties require additional time to finalize their settlement agreement, they should inform the Court by filing a motion.

In light of the parties' notice of settlement, **IT IS ORDERED THAT** the Initial Pretrial Conference scheduled for August 2, 2021, at 10:30 a.m. is **CANCELLED**, and the parties are excused from conducting a Rule 26(f) conference and submitting a Joint Discovery/Case Management Plan and scheduling recommendations as previously ordered.

Having considered and acted upon all matters for which the above-entitled and numbered case was referred, it is **ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED**.

SIGNED this 28th day of July, 2021.


RICHARD B.  FARRER
UNITED STATES MAGISTRATE JUDGE